**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                                   Chapter 15

ONIX CAPITAL S.A.,                                                          Case No.:

    Debtor in a Foreign Proceeding.
_____/

## VERIFIED PETITION FOR RECOGNITION OF FOREIGN MAIN PROCEEDING PURSUANT TO §§ 1515 AND 1517 AND REQUEST FOR HEARING

Mr. Carlos Antonio Parada Abate, as Liquidator of the foreign bankruptcy estate ("Foreign Representative"), petitions this Court for entry of an Order recognizing the foreign bankruptcy proceeding ("Chilean Proceeding") of Onix Capital S.A. ("Debtor"), pending before the 30th Civil Court of Santiago (the "Chilean Court") in Santiago, Chile, as a foreign main proceeding under 11 U.S.C. § 1517,[1] granting related relief pursuant to §§ 1520 and 1521, and granting any additional relief that may be available under the Bankruptcy Code.

## PRELIMINARY STATEMENT, JURISDICTION, & VENUE

1.      Foreign Representative files this Verified Petition under § 1504 to seek recognition of the Chilean Proceeding as a "foreign main proceeding," as defined by 11 U.S.C. § 1502(4).

2.      As required by § 1515 of the Bankruptcy Code, this Petition is accompanied by a certified and translated copy of orders from the Chilean Proceeding showing the existence of an active "foreign proceeding" involving Debtor, and reflecting the appointment of the Liquidator as a "foreign representative," attached hereto as part of **Composite Exhibit A**. The initial

---

[1]      All statutory references shall be to Title 11 U.S.C. § 101 *et seq.* ("Bankruptcy Code"), unless otherwise specified.

petition for bankruptcy relief and other supporting documents are also included in Composite Exhibit A.

3.      The Statement of Foreign Representative, as required by § 1515(c) of the Bankruptcy Code, together with a list of Administrators, Parties, and Entities pursuant to Rule 1007(a)(4) of the Federal Rule of Bankruptcy, is attached hereto as **Exhibit B**.

4.      This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and under 11 U.S.C. §§ 109 and 1501.

5.      This is a core proceeding under 28 U.S.C. § 157(b)(2)(P).

6.      Venue is proper in this district under 28 U.S.C. § 1410 as, among other things, Foreign Representative holds in this District approximately US$10,000.00 deposited on retainer with the Astigarraga Davis Mullins & Grossman, P.A. firm.

## FACTUAL BACKGROUND

### Onix Capital S.A.

Alberto Samuel Chang Rajii ("Mr. Chang") incorporated Onix Capital in the Commercial Register of Santiago, Chile on March 19, 2009. Mr. Chang and his mother, Ms. Veronica Rajii Krebs ("Ms. Rajii"), both of whom are Chilean nationals, were the founders and principal shareholders of Onix Capital. Onix Capital's business consisted of managing private investment funds with investment objectives in property, real estate, bonds, shares, debentures, and other forms of securities and equities, both in Chile and abroad.

All of Onix Capital's offices and employees were located in Santiago, Chile. Likewise, the members of its board of directors have at all relevant times principally resided in Chile, and board and shareholder meetings have historically always been held in Chile. While Onix Capital's incorporation certificate shows its domicile simply as "Santiago" (with a proviso that it

could open offices elsewhere in Chile or overseas), Onix Capital's address is Avenida Las Condes 11.380 of 41, Vitacura, Ciudad de Santiago, Chile. Onix Capital's principal business activities included accepting subscriptions from investors to allegedly make a profit for its investors by investing those funds. Any third parties dealing with Onix Capital would have regarded it as being a Chilean entity.

Onix Capital did not have a license to operate in the venture capital business in Chile. In fact, despite appearances, Onix Capital was making offerings to the public without a license, an offence under the Chilean General Banking Law No. 39 (the "Chilean General Banking Law"). Onix Capital made investments in different jurisdictions, in the fields of alternative energy, social media, sciences, innovative technology, natural resources, consumer goods, real estate development, and financial services. In many cases, its investors, most of which were domiciled in Chile, would receive promissory notes in exchange for their investments, guaranteed by a Chilean company called Grupo Arcano S.A. ("Arcano") or one of its related entities. Both Arcano and Onix Capital were part of a complex and opaque multi-jurisdictional structure of companies ultimately controlled by Mr. Chang.

Mr. Chang is believed to have fled to Malta, and his extradition is currently being sought by the Chilean criminal authorities in connection with suspected significant frauds. Mr. Chang is also the founder and sole shareholder of Arcano as well as of other companies, including *inter alia* Grupo Arcano, Inc. and G Private Investments, Inc., both incorporated in the British Virgin Islands. These companies are themselves the sole or majority shareholders in a number of subsidiaries. Additionally, Mr. Chang controls a company in the UK, Onix Capital Limited ("Onix UK") and has an indirect minority interest in another UK company, namely Cambridge Quantum Computing Limited.

G Private Investments, Inc. is also the ultimate majority shareholder of Onix Capital LLC, which was incorporated in Delaware on July 6, 2012, and has its registered address as 1680 Michigan Avenue, Suite 913, Miami Beach, FL, 33139. Grupo Arcano, Inc. is the sole shareholder of Grupo Arcano Corp., which is also incorporated in the United States (collectively, Onix Capital LLC and Grupo Arcano Corp., "Onix US").

Mr. Chang has been charged in Chile with fraud, money laundering, and violations of Chilean General Banking Law in relation to Onix Capital and Chile's Prosecutor's Office (*Ministerio Público*) has commenced extradition proceedings against Mr. Chang from Malta. Mr. Chang is also subject of an investigation by the United States Securities and Exchange Commission ("SEC") (SEC File No. FL-4036), which suspects Mr. Chang may have been operating an offering fraud scheme through Arcano and Onix US. The SEC has evidence it claims shows that Mr. Chang transferred over US$ 7.5 million from Onix Capital LLC's bank accounts to his own bank accounts, and that Mr. Chang has expended much of this money on funding his lavish personal lifestyle, including the lease of a private aircraft. *Chang-Rajii v. United States Securities and Exchange Commission*, No. 1:16-mc-21475-JLK (S.D. Fla. 2016).

Based on the Foreign Representative's investigation of the Debtor to date, the scheme operated by Mr. Chang in the United States was similar to the fraud he was perpetrating in Chile (albeit that the U.S. fraud seems to have been conducted on a smaller scale) and that all of the funds Onix Capital received from investors were channeled by Mr. Chang into his personal bank accounts initially, with some of those funds subsequently being transferred to other companies under Mr. Chang's control. Many of those companies existed purely as holding companies for real estate or other assets. One example is G. Aviation Inc., a BVI company that held Mr. Chang's private airplane.

4

The Foreign Representative's investigation has further revealed that Onix Capital has liabilities in the amount of at least US$ 120 million and at least one thousand creditors, including individuals and entities, in Chile. Onix Capital also faces tax claims from the Chilean tax authorities in the amount of approximately US$ 16 million to 18 million, although Onix Capital contests such liability.

Moreover, Onix Capital currently appears to have minimal assets in its own name. Its bank accounts (of which it had at least four, principally at Banco de Chile and Santander Chile), containing approximately between US$ 5 to 10 million, were largely emptied by Mr. Chang around three days before the Chilean Court appointment a Liquidator. In addition, there are a number of assets worldwide that appear to have been assets of Onix Capital originally, which appear to have been channeled by Mr. Chang into his personal name or in the name of other companies under his control.

### The Chilean Bankruptcy Proceeding

On April 13, 2016, lnversiones Aguasoro Limitada, a creditor of Onix Capital, filed a petition to place Onix Capital into compulsory liquidation as a result of Onix Capital's failure to pay its liabilities when due, including non-payment of a promissory note constituting an enforceable security in the amount of 70 million Chilean Pesos (approximately US$107,152.50 at today's rate) (the "Petition").

On May 4, 2016, pursuant to Article 120 of the Chilean Insolvency Law, the 30th Civil Court of Santiago issued an order placing Debtor into compulsory liquidation and appointing Mr. Carlos Antonio Parada Abate as a provisional liquidator of Onix Capital S.A. The Chilean Court subsequently ratified Mr. Parada's appointment as Liquidator of Onix Capital on June 29, 2016. By the same order of May 4, 2016, the Chilean Court appointed Mr. Tomas Hamilton Andrews

as *liquidador suplente*, or alternate liquidator, and is authorized to carry out administrative acts *only* in Mr. Parada Abate's absence. The Chilean Court's order of May 4, 2016, authorized and instructed the Foreign Representative to seize all the assets and documents of the Debtor, and to take inventory of the same with the aid of law enforcement.

### The Chapter 15 Petition

The Chilean Proceeding remains pending in Chile and the Foreign Representative is overseeing efforts to identify, locate, and capture assets belonging to the estate. As noted, the estate of Onix Capital has approximately one thousand creditors and liabilities in excess of US$120 million. The Foreign Representative desires to proceed with this Chapter 15 action in order to seek records and other information relating to assets of Onix Capital, or its subsidiaries or related companies that are, in, or were transferred through the United States. To that end, the Foreign Representative intends to undertake discovery of financial institutions, individuals, and other entities located in the United States.

### Chile is the Center of Main Interests

Chile is the center of main interests of the Onix Capital, as that term is used in 11 U.S.C. § 1502(4), 1516(c) and 1517(b)(1). Among other things, Onix Capital's offices were in Santiago, Chile; most of its employees and assets were located in Chile; most of its investors were domiciled in Chile; and its bankruptcy occurred in Chile.

### <u>RECOGNITION IS APPROPRIATE</u>

Foreign Representative has satisfied each of the requirements for recognition of the Chilean Proceeding under Chapter 15 of the Bankruptcy Code, as follows:

(a)     Foreign Representative qualifies as a "foreign representative" as defined in 11 U.S.C. §101(24) because he is authorized to administer the Chilean Proceeding, the Debtor's assets and affairs, and to act as a representative of the Chilean Proceeding.

(b)     The Chilean Proceeding is a "foreign main proceeding" as defined in 11 U.S.C. § 101(23) and 1502(4), because it is (i) pending in Santiago, Chile, which is the Debtor's center of main interests; and (ii) a collective judicial proceeding under which the Debtor's assets and affairs are subject to the supervision of the Chilean Court for the purpose of liquidation under the laws of Chile.

(c)     The Debtor meets the requirements of a "debtor" as defined in sections 109(a), if applicable, and 1502 because the Debtor is the subject of a foreign proceeding and has assets in the United States, including a retainer on deposit with the Astigarraga Davis Mullins & Grossman, P.A. firm.

(d)     Lastly, this Petition is accompanied by: (i) the Order of the Chilean Court commencing the foreign proceeding; (ii) the Certification of Appointment of Foreign Representative as Liquidator of the bankruptcy estate; and (iii) the Statement of the Foreign Representative under penalty of perjury fulfilling the requirements imposed by § 1515(c) and Fed. R. Bankr. P. 1007(a)(4).

## RELIEF REQUESTED

Foreign Representative seeks an Order pursuant to §§ 105(a), 1507, 1517, 1520, and 1521 of the Bankruptcy Code, substantially in the form of the Proposed Order, attached as **Exhibit C**, granting the following relief:

(a)     Recognizing the Chilean Proceeding as a foreign main proceeding and Mr. Parada Abate as the Foreign Representative;

(b)     Granting the relief allowable as of right upon recognition of a foreign main proceeding under § 1520 of the Bankruptcy Code;

(c)     Granting the following additional relief under § 1521 of the Bankruptcy Code:

(1)     staying the commencement or continuation of any action or proceeding without the consent of Foreign Representative concerning rights, obligations or liabilities of the Debtor and the Debtor's bankruptcy estate, to the extent not stayed under § 1520(a) of the Bankruptcy Code;

(2)     staying execution against the Debtor, to the extent not stayed under § 1520(a);

(3)     suspending the right to transfer or otherwise dispose of any assets of the Debtor to the extent this right has not been suspended under § 1520(a);

(4)     providing for the examination of witnesses, the taking of evidence, and the delivery of information concerning the assets, affairs, rights, obligations or liability of the Debtor or the Debtor's estate under § 1521(a)(4), the Federal Rules of Bankruptcy Procedure, including Fed. R. Bankr. P. 2004, and Local Rule 2004-1;

(5)     entrusting the administration or realization of all of the Debtor's assets within the territorial jurisdiction of the United States to Foreign Representative;

(6)     entrusting the distribution of all or part of the Debtor's assets located within the United States to Foreign Representative and finding that the assets of the creditors of the Debtor are sufficiently protected thereby;

(7)     otherwise granting comity to and giving full force and effect to the orders attached as Composite Exhibit A; and

(8)     granting Foreign Representative such other and further relief as this Court may deem just and proper.

## CONCLUSION

WHEREFORE, Foreign Representative respectfully requests this Court enter an Order, substantially in the form of the Proposed Order, attached as **Exhibit C**, and grant such other and further relief as may be just and proper.

## 28 U.S.C. § 1746 VERIFICATION

I verify under penalty of perjury under the laws of the United States of America that the facts stated in the foregoing Verified Petition are true and correct.

Executed in Santiago, Chile on November _____, 2016

By: _____
     Carlos Antonio Parada Abate

(8)    granting Foreign Representative such other and further relief as this Court may deem just and proper.

## CONCLUSION

WHEREFORE, Foreign Representative respectfully requests this Court enter an Order, substantially in the form of the Proposed Order, attached as **Exhibit C**, and grant such other and further relief as may be just and proper.

## 28 U.S.C. § 1746 VERIFICATION

I verify under penalty of perjury under the laws of the United States of America that the facts stated in the foregoing Verified Petition are true and correct.

Executed in Santiago, Chile on November 30, 2016

By
Carlos Antonio Parada Abate

Dated: December 2, 2016

Respectfully submitted,

**ASTIGARRAGA DAVIS
MULLINS & GROSSMAN, P.A.**
1001 Brickell Bay Dr., 9th Floor
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: edavis@astidavis.com
     alacayo@astidavis.com
     cvicens@astidavis.com

By:    */s/ Arnoldo B. Lacayo*
     Edward H. Davis, Jr.
     Florida Bar No.: 704539
     Arnoldo B. Lacayo
     Florida Bar No.: 675482
     Cristina Vicens Beard
     Florida Bar No.: 111357

# *Composite Exhibit A*

*May 4, 2016 Order from Chilean Court*

*June 29, 2016 Order Ratifying Liquidator's Appointment*

*July 25, 2016 Order of Superintendent*

| NOMENCLATURA | : 1. [790]Resolución de Liquidación |
|---|---|
| JUZGADO | : 30º Juzgado Civil de Santiago |
| CAUSA ROL | : C-9217-2016 |
| CARATULADO | : INVERSIONES AGUASORO LIMITADA / ONIX |
| CAPITAL S.A | |

Santiago, cuatro de Mayo de dos mil dieciséis

**VISTOS Y TENIENDO PRESENTE:**

Que a fojas 1 y siguientes, comparece doña Guillermo Claverie Bravo, abogado, RUN N° 12.403.598-8, en representación convencional del acreedor peticionario "**Inversiones Aguasoro Limitada**", domiciliado en calle Domingo Bondi 990, depto. 151, comuna de Las Condes, quien solicitó el inicio de un procedimiento concursal de Liquidación Forzosa respecto de la empresa "**Onix Capital S.A.**", RUT 76.052.559-6, persona jurídica del giro de su denominación, representada legalmente por doña Verónica Rajii Krebs, RUT 5.320.312-4, ambos domiciliados para estos efectos en calle La Luma 1160, depto. 1103, comuna de Vitacura, Santiago, en atención al no pago de obligaciones contraídas por parte de la demandada, contenidas en un pagaré, que constituye título ejecutivo. Dicha obligación asciende a la suma de **$70.000.000.-**

Que a fojas 41 y en cumplimiento a lo dispuesto en el Artículo 119 de la Ley 20.720, se tuvo por presentada demanda de liquidación forzosa y se procedió a citar a las partes a audiencia inicial.

Que a fojas 43 de autos, consta el emplazamiento válido de la empresa deudora en el proceso.

Que a fojas 65 y siguientes, se procedió a celebrar la Audiencia Inicial, de conformidad al Artículo 120 Ley 20.720, en cuyo registro se aprecia que la deudora no cumplió con lo dispuesto en el numeral 2 de la Ley 20.720; en cuyo caso el artículo 120 de la Ley, ordena al Tribunal proceder a dictar la respectiva resolución de liquidación, con el mérito de la sola presentación del acreedor peticionario;

Y teniendo además presente, lo dispuesto en los artículos 169 y 170 del Código de Procedimiento Civil; artículos 117, 120 y demás pertinentes de la Ley N° 20.720, **SE DECRETA LA LIQUIDACIÓN FORZOSA** de la empresa deudora "**Onix Capital S.A.**", RUT 76.052.559-6, persona jurídica del giro de su denominación, representada legalmente por doña Verónica Rajii Krebs, RUT 5.320.312-4, ambos domiciliados para estos efectos en calle La Luma 1160, departamento 1103, comuna de Vitacura, Santiago.

1) Desígnese como Liquidador Titular, a don **Carlos Antonio Parada Abate**, domiciliado en calle Cerro El Plomo N°669, oficina 908, Las Condes, correo electrónico cparada@ccs-ecmg.cl y como Liquidador Suplente, don **Tomás Andrews Hamilton**, domiciliado en Paseo Ahumada N°254, oficina 908, Santiago, correo electrónico tomas@andrewshamilton.cl., ambos en calidad de provisionales, en consideración a lo propuesto por el acreedor peticionario en su presentación de fojas 1 y siguientes. Póngase en su conocimiento el presente nombramiento, por la vía más expedita.

2) El Liquidador Titular Provisional, procederá a incautar todos los bienes de la empresa deudora, sus libros y documentos bajo inventario, incluso con el auxilio de la fuerza pública, con la exhibición de la copia autorizada de la presente Resolución de Liquidación.

3) Diríjase oficios a las Oficinas de Correos para que entreguen al Liquidador designado, la correspondencia y despachos telegráficos cuyo destinatario sea la empresa deudora.

4) Acumúlense a este procedimiento concursal de liquidación, todos los juicios contra la empresa deudora antes individualizada, que estuvieren pendientes ante otros Tribunales de cualquier jurisdicción y que puedan afectar sus bienes, salvo las excepciones legales.

5) Adviértase al público que no deben pagar ni entregar mercaderías a la empresa deudora, bajo pena de nulidad de los pagos y entregas y que aquellas personas que tengan bienes o documentos que le pertenezcan deberán ponerlos a disposición de la Liquidador, dentro de tercero día.

6) Póngase en conocimiento de todos los acreedores residentes en el territorio de la República, que tienen el plazo de treinta días, contados desde la fecha de publicación de la presente resolución, para que se presenten con los documentos justificativos de sus créditos, bajo apercibimiento de ser afectados por los resultados del juicio, sin nueva citación.

7) Notifíquese, por el medio más expedito posible, la presente resolución de Liquidación, a los acreedores que se encuentren fuera del territorio de la República, a fin de que en el plazo de treinta días, aumentados según el término de emplazamiento correspondiente que se expresará en cada caso, comparezcan al procedimiento con los documentos justificativos de sus créditos, bajo el mismo apercibimiento señalado a los acreedores residentes en el país.

8) Inscríbase esta resolución en el Registro de Interdicciones y Prohibiciones de Enajenar del Conservador de Bienes Raíces, correspondientes a cada uno de los inmuebles pertenecientes a la empresa deudora, si los hubiere, y al margen de la inscripción social de la empresa deudora en el Registro de Comercio.

9) La primera Junta de Acreedores se efectuará al trigésimo segundo día desde la publicación de esta resolución en el Boletín Concursal, que recaerá, según lo ordenado en el numeral siguiente, el día jueves 16 de junio de 2016, a las 15:00 horas, en la Sala de Audiencias de este Tribunal, ubicado en Huérfanos N° 1409, 14 piso.

10) Notifíquese esta resolución en el Boletín Comercial de la forma señalada en el inciso final del artículo 129 de la ley el día lunes 9 de mayo del año en curso, dejándose constancia por escrito en el expediente al día siguiente de practicada y comuníquese a la Superintendencia de Insolvencia y Reemprendimiento.

11) Cítese al Liquidador titular designado en autos y a los acreedores a una audiencia ante la Juez de este Tribunal, para el día miércoles 15 de junio de 2016, a las 15:00 horas, para los efectos de lo dispuesto en el artículo 190 de Ley N° 20.720, la que se llevará a cabo en la Sala de Audiencias de este Tribunal, ubicado en Huérfanos N° 1409, 14 piso.

Notifíquese, Regístrese y Publíquese.

En **Santiago**, a **cuatro de Mayo de dos mil dieciséis,** se notificó por el estado diario, la resolución precedente.

**DANIELA ROYER FAÚNDEZ**   IVAN COVARRUBIAS PINOCHET



01747267154208

| NOMENCLATURE | : 1. [790]Liquidation Ruling |
|---|---|
| COURT | : 30º Juzgado Civil de Santiago [30th Civil Court of Santiago] |
| CASE NO. | : C-9217-2016 |
| NAME | : INVERSIONES AGUASORO LIMITADA / ONIX CAPITAL S.A |

Santiago, fourth of May of two thousand and sixteen

**WHEREAS:**

On pages 1 et seq., Ms Guillermo Claverie Bravo, an attorney, RUN [Rol Unico Nacional (Single National Code)] No. 12.403.598-8, appears on behalf of the petitioner creditor "**Inversiones Aguasoro Limitada**", domiciled at Calle Domingo Bondi 990, depto. 151, Las Condes municipality, which requested the initiation of bankruptcy proceedings for the Forced Liquidation of the company "**Onix Capital S.A.**", RUT [Rol Unico Tributario (Single Tax Code)] 76.052.559-6, legal person whose line of business is as its name indicates, legally represented by Ms Verónica Rajii Krebs, RUT 5.320.312-4, both domiciled for the current purposes in Calle La Luma 1160, depto. 1103, Vitacura municipality, Santiago, due to the failure by the respondent to pay its liabilities included in a promissory note which constitutes an enforceable security. This liability amounts to the sum of **$70,000,000 -**

On page 41 and pursuant to the provisions of Article 119 of Law 20.720, the application for forced liquidation was deemed as being submitted and the parties were summoned for the initial hearing.

On page 43 of the documents, it shows that the debtor company was legally served process in the proceeding.

On pages 65 et seq., the Initial Hearing was held, pursuant to Article 120 of Law 20.720, from the record of which it is determined that the debtor failed to comply with the provisions of Number 2 of Law 20.720; in which case, Article 120 of the Law, orders the Court to issue a liquidation ruling solely on the merits of the submission by the petitioner creditor;

And also bearing in mind the provisions of Articles 169 and 170 of the Civil Prosecution Code; Articles 117, 120 and other relevant provisions of Law No. 20.720, **THE FORCED LIQUIDATION IS HEREBY ORDERED** of the debtor company "**Onix Capital S.A.**", RUT 76.052.559-6, a legal person with a line of business as its name indicates, legally represented by Ms Verónica Rajii Krebs, RUT 5.320.312-4, both domiciled for the current purposes in Calle La Luma 1160, Department 1103, Vitacura municipality, Santiago.

1) Hereby designated as Liquidator is Mr **Carlos Antonio Parada Abate**, domiciled in Calle Cerro El Plomo N°669, oficina 908, Las Condes, e-mail cparada@ccs-ecmg.cl and as Substitute Liquidator Mr **Tomás Andrews Hamilton**, domiciled at Paseo Ahumada No. 254, oficina 908, Santiago,e-mail tomas@andrewshamilton.cl., both in a provisional capacity, as proposed by the petitioner creditor in its submission of pages 1 et seq. They shall be informed about this appointment in the most expeditious manner.

2) The Provisional Liquidator shall seize all the assets of the debtor company, its balance sheets and documents after making an inventory, including with the help of law enforcement, by producing an authorised copy of this Liquidation Ruling.

3) Instructions shall be sent to the Post Office for the correspondence and telegraphs addressed to the debtor company to be delivered to the designated Liquidator.

4) Any rulings against the aforementioned debtor company which may still be pending before other Courts of any jurisdiction and which may affect its assets shall be added to these bankruptcy liquidation proceedings, without prejudice to the exceptions provided for by the law.

5) The public shall be warned that they shall not pay or deliver goods to the debtor company, under penalty of these payments and deliveries being void, and those persons that have assets or documents that belong to it shall make them available to the Liquidator within three days.

6) All the creditors residing in the territory of the Republic shall be notified that they have thirty days from the date this ruling is published to submit the documents proving their credits, subject to a warning that the results of the ruling may affect them, without any new summons.

7) This Liquidation Ruling shall be notified by the most expeditious means possible to any creditors outside of the territory of the Republic, so that within thirty days, increased based on the time of corresponding service of process which shall be stated in each case, they can appear in the proceedings with the documents proving their credits, subject to the same warning given to the creditors residing in the country.

8) This Ruling shall be recorded in the Registro de Interdicciones y Prohibiciones de Enajenar [Property Registry's Register of Prohibitions and Bans to Transfer Ownership] of the Real Property Conservator for each of the properties owned by the debtor company, if any, and on the company registration file of the debtor company in the Registro de Comercio [Trade Register].

9) The first meeting of Creditors shall be held on the thirty-second day from the publication of this ruling in the Boletín Concursal [Bankruptcy Journal], which shall be, as provided for in the point below, on Thursday 16 June 2016, at 3 PM, in this Court's Audience Chamber, at Huérfanos No. 1409, 14th floor.

10) This ruling shall be notified in the Boletín Comercial [Commercial Journal], in the manner indicated in the final point of Article 129 of the law, on Monday 9 May of this year, noting the decision in writing in the document, and this ruling shall be notified to the Superintendencia de Insolvencia y Reemprendimiento [Superintendency of Insolvency and Return to Business].

11) The designated Liquidator and the creditors shall be notified by official documents of a hearing before the Judge of this Court for the day Wednesday 15 June 2016, at 3 PM, pursuant to the provisions of Article 190 of Law No. 20.720, which shall be held in this Court's Audience Chamber, at Huérfanos No. 1409, 14th floor.

Be it hereby notified, registered and published.

In **Santiago**, on **May the fourth of the year two-thousand sixteen,** be the above ruling hereby notified in the daily list of court decisions.

[signature]                          [signature]

DANIELA ROYER FAUNDEZ          IVAN COVARRUBIAS PINOCHET



01747267154208

# CERTIFICATE OF TRANSLATION
#  TRANSPERFECT LEGAL SOLUTIONS

I BENEDETTO HANS CATALDI am a professional translator and work with TransPerfect Translations Ltd, with UK offices at 45 Moorfields, 5th Floor, London EC2Y 9AE. My qualifications include 15 YEARS EXPERIENCE IN THE INDUSTRY AND ATA CERTIFICATION FROM ITALIAN TO ENGLISH, and I am competent to translate from **Spanish** into **English**. I hereby certify I translated the following document(s):

*The Civil Court decision appointing Carlos as liquidator of Onix Capital S.A. (issued by the 30 Civil Court of Santiago)*

Signed:

Name: BENEDETTO HANS CATALDI

Date: 23 August 2016

---

TransPerfect Translations Ltd, 45 Moorfields, 5th Floor, London EC2Y 9AE, a professional translation agency and international communications firm which is ISO 9001:2008 and EN 15038:2006 certified, is competent to translate from **Spanish** into **English**. As a project manager employed by TransPerfect, I oversaw the translation process and hereby certify that this translation is, to the best of my professional knowledge and belief, a faithful rendering of the following document(s):

*The Civil Court decision appointing Carlos as liquidator of Onix Capital S.A. (issued by the 30 Civil Court of Santiago)*

Signed:

Name: Crystal Dai

Title: Project Manager

Date: 23 August 2016

*TransPerfect Translations Ltd. maintains the following memberships and certifications:*

    



## PODER JUDICIAL
R E P Ú B L I C A   D E   C H I L E

## ACTA AUDIENCIA LEY 20.720
## JUNTA DE ACREEDORES LIQUIDACIÓN EMPRESA DEUDORA

| FECHA | Miércoles veintinueve de junio de dos mil quince |
|---|---|
| TRIBUNAL | 30° Juzgado Civil de Santiago |
| ROL | C-9217-2016 |
| MAGISTRADO | DANIELA ROYER FAÚNDEZ |
| MINISTRO DE FE | Iván Covarrubias Pinochet |
| ENCARGADO DE ACTA | Leonardo Olea Schmidt |
| HORA DE INICIO | 15:55 |
| HORA DE TÉRMINO | 16:50 |
| EMPRESA DEUDORA | ONIX CAPITAL S.A. |
| APODERADO | *(no comparece)* |
| LIQUIDADOR | Carlos Parada Abate |

| ACTUACIONES EFECTUADAS | SI | NO | ORD. |
|---|---|---|---|
| INICIO | X | | 1 |
| INDIVIDUALIZACIÓN | X | | 2 |
| LISTADO ASISTENCIA ACREEDORES CON DERECHO A VOTO | X | | 3 |
| INFORME LIQUIDADOR SOBRE: a) Estado actual de los negocios de la empresa deudora b) Gestión realizada por el Liquidador sobre dichos negocios c) Gastos incurridos; d) Si los activos del Deudor exceden o no las 5000 UF | X | | 4 |
| RATIFICACIÓN DEL LIQUIDADOR TITULAR Y SUPLENTE | X | | 5 |
| ACUERDO SOBRE REALIZACIÓN DE LAS JUNTAS ORDINARIAS | X | | 6 |
| DESIGNACIÓN DE DIRECTIVA TITULAR Y SUPLENTE (Pdte. y Secretario) | X | | 7 |
| ACUERDOS DE LA JUNTA SOBRE REALIZACIÓN DE LOS ACTIVOS DE LA EMPRESA DEUDORA | | X | 8 |
| FIJACIÓN HONORARIOS LIQUIDADOR | | X | 9 |
| OTRAS MATERIAS | X | | 10 |

**Santiago, miércoles veintinueve de junio de dos mil quince.**

En el día y a la hora señalada, de conformidad al Artículo 196 de la Ley 20.720, en la causa rol C-9217-2016, se lleva a efecto la junta constitutiva de acreedores en el procedimiento concursal de liquidación forzosa de empresa deudora "Onix Capital S.A"; con la asistencia de liquidador titular provisional don Carlos Parada Abate.

Los Acreedores suscriben el listado de asistencia, el que forma parte integrante de la presente acta para todos los efectos legales.

El pasivo total con derecho a voto presente en esta Junta asciende a la suma de **$60.994.183.681-**, que representa el **81,2%** del total del pasivo verificado en la causa.

Se concede la palabra al Liquidador, don Carlos Parada Abate, a efectos de que informe a la Junta de Acreedores acerca de:
a) El Estado actual de los negocios de la empresa deudora;
b) La Gestión realizada por el Liquidador sobre dichos negocios; y
c) Los Gastos incurridos hasta este momento, en la gestión por él realizada.

Acto seguido el Liquidador expone antecedentes generales, su juramento y Aceptación del Cargo, las diligencias realizadas en torno a la Incautación e





Inventario de Bienes, informa antecedentes Procesales de la Liquidación, así como la Nómina de créditos verificados y otras gestiones administrativas.

Informa a la Junta que con fecha 6 de mayo del presente, se constituye en el domicilio ubicado en calle La Luma N°1160, departamento1103, Vitacura, donde fueron informados por el conserje que este corresponde al domicilio particular de Verónica Rajii, y que se encuentra sin moradores.

Posteriormente se trasladó al domicilio ubicado en Av. Las Condes 11380, oficina 41, comuna de Vitacura, donde fueron recibidos por el abogado del deudor quien señaló que estas oficinas eran arrendadas y que toda la documentación contable del deudor ya se encuentra en poder de la Fiscalía Oriente.

Con fecha 27 de mayo del presente, se amplió la incautación en el domicilio Av. Las Condes N°11380, bodega N°9. En este domicilio se incautó:
- 4 carpetas de pagarés en original numerados de inversionistas
- 5 carpetas conteniendo el pago de impuesto al mutuo.

Además se hizo entrega del inmueble antedicho, junto con la bodega y los estacionamientos N° 25, 34, 35 y 36; a la sociedad Inversiones Las Quilas Limitada.

Respecto a los juicios laborales, a 16 trabajadores se les envió cartas de aviso de término de contrato, dejando los finiquitos en la notaría Mozó. Agrega que existen diez juicios laborales, habiéndose notificado nueve de éstos al liquidador.

Luego se refiere a las labores de colaboración con el fiscal a cargo del caso, don Carlos Gajardo, para continuar con la incautación. En lo relativo a los bienes ubicados en el extranjero, señala que dos oficinas de abogados han hecho llegar sus propuestas profesionales a fin de presupuestar actuaciones y ejercicio de la normativa de la liquidación transfronteriza.

Informa a la Junta que el monto probable de la realización del activo del deudor excederá de las 5.000 UF.

La Junta pregunta al liquidador sobre las reuniones con el ex apoderado de la deudora, los acreedores mayoritarios y el liquidador mismo, a lo que responde que en un principio existió la voluntad de entregar voluntariamente los bienes del deudor lo cual se frustró una vez que el ex apoderado renunció al patrocinio.

La Junta pregunta al liquidador si ha tenido acceso a la contabilidad de la deudora, quien señala que ha tenido acceso a algunas partes.

La Junta pregunta si tiene fondos la deudora, quien señala que a la fecha hay pocos fondos.

La Junta pregunta sobre las cuentas corrientes del deudor, a lo que el liquidador agrega que está tomando conocimiento de los movimientos bancarios que hacía Alberto Chang.




La Junta se refiere al recupero de los dineros transferidos de Onix a las sociedades relacionadas de Alberto Chang, nacionales y extranjeras. También se refiere a los gastos propios de la liquidación transfronteriza.

A continuación, la Junta Constitutiva, **acuerda:**

1.- En cuanto a la Ratificación del Liquidador Titular y Suplente: don Carlos Parada Abate, como Liquidador titular, y don Tomás Andrews Hamilton, como Liquidador Suplente, son ratificados por la Junta, quienes pasan a tener el carácter de definitivos, para todos los efectos legales.

Se deja constancia que **1,8%** del votó no ratificar al liquidador titular

2.- En cuanto a acordar lugar, día y hora de las reuniones ordinarias:

La Junta acuerda celebrar sesiones mensualmente los primeros miércoles del mes, a las 13:00, en el Colegio de Abogados, ubicado en Ahumada 341 piso 2° de esta ciudad.

3.- La Junta procede a designar como Presidente a los acreedores representados por don Rodrigo Rettig Vargas, y como Secretario, a los acreedores representados por don Guillermo Claverie. Como Presidente suplente a los acreedores representados por don Rafael Gómez Pinto; y como Secretario suplente a los acreedores representados por don Alejandro Espina Gutiérrez.

4.- En otros asuntos, la Junta acuerda aprueba la gestión realizada por el Liquidador hasta el momento, y la cuenta rendida en esta Junta, cuyo informe se tiene como parte integrante de la presente acta, para todos los efectos legales.

Se acuerda para la próxima Junta ordinaria el liquidador va a informar sobre los costos referidos a la liquidación transfronteriza, a la estructura societaria de Onix S.A., las contrataciones referidas a los juicios laborales, y a la posibilidad de constituir una Comisión de Acreedores.

Se hace presente por la Superintendencia de Insolvencia que la contratación de los abogados laborales no constituyen contrataciones especializadas y son de cargo del liquidador.



## LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 1 | Veronica Folch Maass | 77 | 54.550.000 | 0,07% | 6°, CLAVADO 3 | | |
| 2 | Jose Ignacio Perez Montenegro | 84 | 72.996.000 | 0,10% | | | |
| 3 | Inversiones Aguasoro Ltda. | 97 | 270.000.000 | 0,36% | | | |
| 4 | Andrew Ried Woodforde-Booth | 103 | 50.265.000 | 0,07% | | | |
| 5 | Graciela Guerrero Correa | 109 | 22.203.259 | 0,03% | Patricio Coroninas | | Pcoronivas@AyLMINASECIdes.cl |
| 6 | Carlos Leighton Torres | 114 | 138.650.000 | 0,18% | Patricio Coroninas | | " " |
| 7 | Benjamin Concha Gazmuri | 123 | 214.392.690 | 0,28% | | | |
| 8 | Matias Aparicio Pizarro | 132 | 9.341.214 | 0,01% | Maria Chall | | mcvallparicio@... |
| 9 | Rebeca Pizarro Baeza | 137 | 10.000.000 | 0,01% | Marta Chall | | |
| 10 | Martina Loretta Santis Ottone | 144 | 22.340.000 | 0,03% | Patricio Coroninas | | |
| 11 | Maria Gonzalez Bravo | 152 | 181.597.281 | 0,24% | Pablo Cifuentes | | Pcifuentes@uaquiamillion...cl |
| 12 | Mario Canessa Garcia | 159 | 33.384.274 | 0,04% | | | |
| 13 | Macarena Darrigrandi Galvez | 164 | 58.626.659 | 0,08% | | | |
| 14 | Willy Ruff Ferres | 168 | 58.382.589 | 0,08% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nª | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 15 | Regina Lira Valdes | 172 | 18.682.428 | 0,02% | | | |
| 16 | Carlos Palacios Iturrieta | 176 | 110.500.000 | 0,15% | | | |
| 17 | Patricia Lueje Phillips | 181 | 17.299.779 | 0,02% | | | |
| 18 | Inversiones V y V S.A. | 188 | 1.058.400.000 | 1,40% | | | |
| 19 | Rodrigo Facuse Zaror | 196 | 41.846.636 | 0,06% | | | |
| 20 | Javier Ignacio Facuse Zaror | 202 | 39.200.000 | 0,05% | | | |
| 21 | Inversiones Camarico Ltda. | 210 | 179.342.726 | 0,24% | | | |
| 22 | Matias Patricio Facuse Zaror | 216 | 41.846.636 | 0,06% | | | |
| 23 | Cindy Ruff Fuentes | 221 | 102.550.000 | 0,14% | | | |
| 24 | Fondos de Inversiones Privado GD | 227 | 2.016.453.357 | 2,67% | JUAN PABLO PRIETO E. | | jprieto@prieto.cl |
| 25 | Andres Sarasua Marchesse | 244 | 9.864.762 | 0,01% | | | |
| 26 | Gina Marchesse Gonzalez | 250 | 75.258.889 | 0,10% | | | |
| 27 | Marcia Zelada Martinez | 255 | 11.772.355 | 0,02% | | | |
| 28 | Marcia Zelada Martinez | 260 | 5.838.259 | 0,01% | | | |

60

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB



Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 29 | Claudia Jadue Zelada | 269 | 29.191.294 | 0,04% | | | |
| 30 | Claudia Jadue Zelada | 278 | 19.087.526 | 0,03% | | | |
| 31 | Asesorias e Inversiones El Alemein Ltda. | 290 | 22.846.604 | 0,03% | | | |
| 32 | Carlos Bascuñan Edwars | 306 | 157.636.353 | 0,21% | | | |
| 33 | Maria Ginesta Bascuñan | 316 | 29.191.294 | 0,04% | | | |
| 34 | Francisca Tagle Veyl | 331 | 86.734.800 | 0,11% | Patricio Corcurans | | Knillares@aylwinasesorias.CL |
| 35 | Carolina Wajner Aparicio | 405 | 87.200.000 | 0,12% | | | |
| 36 | Carlos Araya Valdebenito- Carolina Araya Zapata - Jose Amado Rivas | 416 | 499.664.000 | 0,66% | Juan C. Financo6 | | Juancalfinance pollardo@ hotmail.com. |
| 37 | Lorena Vilaza Massardo | 450 | 192.500.000 | 0,26% | Fdo Lucila Proin | | |
| 38 | Maria Massardo Luco | 456 | 39.725.000 | 0,05% | Hdo Criule - Exeum | | Luey@amk.etaun. |
| 39 | Bernardo Aldea Villagran  US$21680 | 466 | 14.478.771 | 0,02% | Aume Bostamica | | Abastarzza@zjda-CL |
| 40 | Marissa Acevedo Moyano y otros | 516 | 737.916.520 | 0,98% | Andrei Bostamica | | abastamia@zjda-CL |
| 41 | Nicolas Gougain Campusano | 546 | 43.747.973 | 0,06% | | | |
| 42 | Humberto Luciano Gougain Oliva | 553 | 87.495.947 | 0,12% | | | |

61


Verifique la validez de este documento en
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

Carlos Parada Abate
Liquidador - Concursal

**LIQUIDACION FORZOSA**
**Onix Capital S.A.**

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 43 | Lucien Gougain Campusano | 561 | 142.910.047 | 0,19% | | | |
| 44 | Alvaro Desmadryl Barba y Priscila Dionis | 571 | 68.635.391 | 0,09% | Rodrigo Orth | | rorth@orhtzgerzalez.cl |
| 45 | Patricia Cdurdurier Humaña y otra | 576 | 38.495.961 | 0,05% | | | |
| 46 | Bernardita Hoces de la Guardia y otro | 584 | 93.510.000 | 0,12% | CHRISTOPHer RUIZ | | ABOGADO.RUIZ.SEALL59@GMAIL.COM |
| 47 | Ximena del Canto Santelices | 593 | 14.500.000 | 0,02% | Rolando Bermudez | | RBERMUDOZ@bermudezmonica.cl |
| 48 | Rafael Herskovic Minond | 601 | 16.755.000 | 0,02% | | | |
| 49 | Viviana Uribe Haddad  us$178.875,00 | 610 | 119.459.880 | 0,16% | | | |
| 50 | Alfredo Prieto Parra | 618 | 17.514.777 | 0,02% | | | |
| 51 | Alexandra Menache Simonato | 628 | 29.055.911 | 0,04% | | | |
| 52 | Valeria Reyes Rodriguez | 638 | 97.150.000 | 0,13% | | | |
| 53 | Claudia Reyes Rodriguez | 647 | 96.145.000 | 0,13% | | | |
| 54 | Maria Homorato Roman | 658 | 118.200.000 | 0,16% | | | |
| 55 | Evevlyn Gayoso Venegas | 671 | 43.050.000 | 0,06% | | | |
| 56 | Juan Pablo Varas Honorato | 681 | 93.940.000 | 0,12% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 57 | Sebastian Mendez Siques y otro US$300.000,00 | 697 | 200.352.000 | 0.27% | Ricann Barnusan | | rosanusa@seanquenses |
| 58 | Francisco Javier Prieto Salgado | 705 | 5.838.259 | 0.01% | | | |
| 59 | Paulina Alexandra Uribe Haddas $48.639.829 y us$8.545,56 | 718 | 54.346.896 | 0.07% | | | |
| 60 | Cristian Alejandro Apablaza Alcantar | 734 | 130.000.000 | 0.17% | Natalia Gerds | | canabs. gyords@gmail con |
| 61 | Lino Fernandez Concha | 740 | 63.000.000 | 0.08% | | | |
| 62 | Maria Landaida Ortiz | 768 | 30.000.000 | 0.04% | R. Lay Ants | | trravos@ass aro(x(n-), con |
| 63 | Inverland SPA | 786 | 23.353.036 | 0.03% | | | |
| 64 | Karen Jadue Arancibia | 825 | 20.000.000 | 0.03% | | | |
| 65 | Alan Verdugo Zünerman y otros (50) | 1023 | 1.837.179.083 | 2,44% | Jomerto Irgues | | edarrue@clyhcl |
| 66 | Lia Dicowsky Sircovich y otros | 1063 | 165.288.000 | 0,22% | Claudie Pifn | | claudia-nopia@juch |
| 67 | Maria Eugenia Rodriguez Quiros | 1073 | 35.880.000 | 0,05% | | | |
| 68 | Paulo Brignardello Rodriguez | 1077 | 77.520.000 | 0,10% | | | |
| 69 | Paulina Cabezas Leuton | 1080 | 24.520.687 | 0,03% | | | |
| 70 | Gregorio Schepeler Alamos | 1093 | 92.050.000 | 0,12% | | | |

63

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB



# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 71 | Emma Torres Montalbetti | 1102 | 77.752.756 | 0.10% | | | |
| 72 | Maria Jacou Montes | 1110 | 12.730.000 | 0,02% | | | |
| 73 | Eliana Rodillo Borda | 1121 | 26.629.456 | 0,04% | | | |
| 74 | Annamaria Rocca Moltedo | 1130 | 93.649.000 | 0,12% | Marco Moggia Zania | M Moggia | morco.moggia.z@ ymail.com |
| 75 | Bernabe Lopez Taverne | 1139 | 22.340.000 | 0.03% | Gabriel Brizordello | | gbri,nardelo@floresyasociados.cl. |
| 76 | Alois Bencina Kuzmanic | 1147 | 101.500.000 | 0,13% | Pablo Aruelo | | PRCEVEDO@FOROSYASOCIADOS.cl |
| 77 | Claudia Morales Soza | 1159 | 269.774.770 | 0.36% | Daniela Castillo Canestra | Daniela Flausd | dcastillo@pym.cl |
| 78 | Jorge Araya Zamorano US$3.151.710,26 | 1188 | 2.104.838.180 | 2,79% | Davida Castillo Canéa | V | ( |
| 79 | Marcos David Orrego Benjamin | 1200 | 26.629.456 | 0,04% | | | |
| 80 | Susana del Carmen Feris Otto US$11.956,18 + 83693272 | 1208 | 91.678.087 | 0,12% | | | |
| 81 | Olga Avendaño Otto y otro | 1225 | 14.950.000 | 0,02% | | | |
| 82 | Jimena Toledo Bustamante | 1241 | 17.514.777 | 0,02% | DIEGO MARTINS | | DMARTINS @ M3.7ind@3.com |
| 83 | Cristina Silva Peña | 1250 | 39.300.000 | 0,05% | ʅ | | |
| 84 | Juan Sabastian Rock Fuenzalida | 1258 | 23.353.036 | 0,03% | ʅ | ʅ | |

64

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A..

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 85 | Maria Mora Alarcon y otros | 1406 | 5.744.707.592 | 7,62% | | | |
| 86 | Alvaro Marin Sievers | 1437 | 27.000.000 | 0,04% | | | |
| 87 | Graciela Erazo Torricelli | 1457 | 141.510.135 | 0,19% | | | |
| 88 | Asesorias e Inversiones RMZ Ltda. | 1463 | 12.523.900 | 0,02% | | | |
| 89 | Asesorias e Inversiones Rio Claro Ltda. | 1467 | 112.600.000 | 0,15% | | | |
| 90 | Asesorias e Inversiones SCL Consulting Ltda. | 1473 | 55.200.000 | 0,07% | | | |
| 91 | Roberto Sivori Correa | 1478 | 34.753.320 | 0,05% | | | |
| 92 | Maria Salinas Fernández | 1483 | 39.910.017 | 0,05% | | | |
| 93 | Maria Amenabar Zegers | 1487 | 242.785.000 | 0,32% | | | |
| 94 | AndresRochette Garmendia | 1494 | 34.208.586 | 0,05% | | | |
| 95 | Ibero Amerikanissche Technik S.A. | 1502 | 119.561.817 | 0,16% | | | |
| 96 | Maximiliano Frias Ossandon | 1508 | 11.170.000 | 0,01% | | | |
| 97 | Juan Pablo Swett Amenabar | 1512 | 379.500.000 | 0,50% | | | |
| 98 | Juana Massud Massud | 1517 | 23.353.036 | 0,03% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB



Carlos Parada Abate
Liquidador - Concursal

## LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|---------------------|
| 99 | Mariana Von Bergen Rodriguez | 1527 | 187.894.069 | 0,25% | Luis Mostrozaz | | Notificas.JHR.NET |
| 100 | Gestion y Desarrollo S.A. | 1534 | 100.000.000 | 0,13% | | | |
| 101 | Asesorias e Inversiones Nahuel y Cia. Ltda. | 1548 | 121.800.000 | 0,16% | | | |
| 102 | Fernanda Macan Cayazzo | 1553 | 30.000.000 | 0,04% | Daniel Ocampo lu | | docampo@ fdy cia. cl |
| 103 | Comercial EU Clouthing Ltda. | 1561 | 40.000.000 | 0,05% | | | |
| 104 | Sermar Ltda. | 1586 | 5.162.969.920 | 6,84% | Rodrigo Pettis | | rrettis@cotrisygic.c' |
| 105 | Rodrigo Collantes Provoste / Maluc | 1609 | 965.120.000 | 1,28% | | | |
| 106 | Dinko Korlaet Skarnic | 1632 | 346.200.000 | 0,46% | | | |
| 107 | Florencia Vega Muñoz | 1645 | 25.000.000 | 0,03% | | | |
| 108 | Dinko Korlaet Skarnic | 1656 | 201.500.000 | 0,27% | | | |
| 109 | Juan Valenzuela Jimenez | 1666 | 37.526.000 | 0,05% | | | |
| 110 | Oscar Gonzalez Rodriguez | 1675 | 60.720.000 | 0,08% | | | |
| 111 | Inversiones Fenic S.A. | 1701 | 629.150.000 | 0,83% | | | |
| 112 | Andres Sarria Tapia | 1713 | 73.400.000 | 0,10% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB



Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 113 | Danilo Sarria Tapia | 1729 | 782.620.000 | 1,04% | ( \ | ) \ | ( ) |
| 114 | Marcela Vasquez Pizarro | 1740 | 82.900.000 | 0,11% | ) ( | \ ( | ) \ |
| 115 | Mirtha Skarnic Estay | 1749 | 187.895.000 | 0,25% | ) \ | \ \ | ) / |
| 116 | Maritza Korlaet Skarnic | 1769 | 172.912.000 | 0,23% | ) ? | ( ( | \ ( |
| 117 | Amparo Claro Izquierdo | 1809 | 166.375.000 | 0,22% | | | |
| 118 | Servicios Medicos e Inver. Baeza Lopez y otros | 1832 | 348.774.575 | 0,46% | 6 no. CLAUSULA 3 | | |
| 119 | Marcelo Ventura Svigilsky y otros US$412.069,64 | 1855 | 457.105.033 | 0,61% | Fernando López Fabian | | fernando.lopez @ reupz.c (. |
| 120 | Vicente Cortes Cirer | 1866 | 20.780.000 | 0,03% | Fdo Iruebe Barrene | | luga@ mute ebumia.cl |
| 121 | Daniela San Juan Fredes | 1872 | 23.353.036 | 0,03% | 6m CLAUSULA 3 | | |
| 122 | Adriana Valenzuela Lobos | 1891 | 32.725.910 | 0,04% | ALEJANDRO ESPINA | ALEA | ESPINA@ELTON.CL |
| 123 | Inversiones Guerrero Ltda. | 1908 | 379.729.294 | 0,50% | ALEJANDRO ESPINA | AES.- | ESPINA@ ELTON.C |
| 124 | Adriana Guerrero Valenzuela | 1917 | 19.950.000 | 0,03% | / | / | / |
| 125 | Mario Castillo Salazar | 1924 | 17.934.273 | 0,02% | / | / | |
| 126 | Francisco Guerrero Castex | 1933 | 74.996.636 | 0,10% | ✓ | ✓ | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 127 | Pablo Vargas Herrera | 1940 | 75.992.000 | 0,10% | | | |
| 128 | Francisco Javier Perez Montenegro | 1954 | 310.030.000 | 0,41% | | | |
| 129 | Carmen Callegari Panizza | 1968 | 190.227.415 | 0,25% | Vame Valas | | |
| 130 | Macarena Jiles Bou | 1975 | 138.975.000 | 0,18% | Vame Valas | Wed | |
| 131 | Daniel Fischman Rajii y otros | 1995 | 1.498.364.305 | 1,99% | Consuelo Antonio G | | consuelo-antonio@gmail.com |
| 132 | Asesorias e Inversiones Gestion Ltda. | 2005 | 51.300.000 | 0,07% | Adriano Nogata | | adriano@chaves.cl N.O |
| 133 | Inversiones Los Vinilos Ltda | 2018 | 141.425.000 | 0,19% | | | |
| 134 | Odontologia DRM Ltda. | 2027 | 157.730.000 | 0,21% | | | |
| 135 | Nicolas Escobar Gomez | 2036 | 10.910.000 | 0,01% | | | |
| 136 | Jacqueline O'Ryan Schutz | 2049 | 52.544.330 | 0,07% | Alejandro Aguirre | | adelann@adne.cl |
| 137 | Maria Cervantes Fernandez | 2063 | 131.484.508 | 0,17% | | | |
| 138 | Inversiones y Asesorias Terrasal Ltda. | 2074 | 12.197.500 | 0,02% | | | |
| 139 | Allan Steinssapir Schwartz | 2083 | 79.363.206 | 0,11% | | | |
| 140 | Myrna Schwartz Liftman | 2093 | 75.394.541 | 0,10% | | | |

68

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB



# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 141 | Marcelo Ergas Ventura | 2106 | 433.784.624 | 0,58% | | | |
| 142 | Bernardo Heumann Malec | 2117 | 29.550.846 | 0,04% | | | |
| 143 | Paola Ergas Waissbluth | 2128 | 18.309.408 | 0,02% | | | |
| 144 | David Rosenberng Messina | 2140 | 19.134.903 | 0,03% | | | |
| 145 | Ian Steinsapir Schwartz | 2154 | 86.518.665 | 0,11% | | | |
| 146 | Andrea Lyon Prado | 2164 | 77.715.181 | 0,10% | | | |
| 147 | Erick Gatica Martinez | 2170 | 11.572.000 | 0,02% | | | |
| 148 | Marcvo Alvo Alaluf | 2176 | 51.500.000 | 0,07% | | | |
| 149 | Inversiones El Chuncho Ltda. | 2184 | 21.920.000 | 0,03% | | | |
| 150 | Inversiones Los Manitos Ltda. | 2191 | 45.400.000 | 0,06% | | | |
| 151 | Inversiones DRM Ltdda. | 2198 | 107.698.000 | 0,14% | | | |
| 152 | Juana Duran Bustos | 2205 | 11.676.518 | 0,02% | | | |
| 153 | Daniela Nahmias Papic | 2211 | 40.480.000 | 0,05% | | | |
| 154 | Nevenka Palma Papic | 2217 | 15.964.007 | 0,02% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB



# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 155 | Paula Gomez Troncoso | 2224 | 20.910.000 | 0,03% | | | |
| 156 | Constanza Jimenez Stevenson | 2232 | 21.528.000 | 0,03% | DIEGO MONTANA | | DMor thug @ Metrinobs 200561 |
| 157 | Claudio Aros Acuña y Marcela Aguirre lopez | 2252 | 148.828.000 | 0,20% | Consuelo Antonio G | | consuelo antonio@gmail.com |
| 158 | Maria Vieira Duplaquet | 2261 | 56.445.000 | 0,07% | alesandro alessri | | AAlenin@cttres cl |
| 159 | David Adonay Gutierrez | 2271 | 113.500.000 | 0,15% | ✓ | ✓ | ✓ |
| 160 | Montserrat Contesse Novoa | 2282 | 60.175.000 | 0,08% | ✓ | ✓ | |
| 161 | Annabella Cardone Viguera | 2292 | 110.877.174 | 0,15% | ✓ | ✓ | |
| 162 | Claudia Uribe Palma | 2305 | 50.750.000 | 0,07% | Janez Valdez | Wal | vourmardolij@gmail.co |
| 163 | Juan Manuel Ramos Castiglione | 2314 | 167.960.000 | 0,22% | Rodrigo Rthj V. | Relly | rrethjs@reth37cisc |
| 164 | Carmen Gloria Geisse Illanes | 2320 | 70.420.152 | 0,09% | | | |
| 165 | Rodrigo Jiles Bou | 2329 | 248.180.000 | 0,33% | Vanessa Valez | Wars | vavanavolorij@gmail. |
| 166 | Isabel Bordeu Urrejola | 2335 | 19.638.000 | 0,03% | | | |
| 167 | Inversiones Lirbu Uno Ltda | 2348 | 59.800.000 | 0,08% | | | |
| 168 | Marcela Sepulveda Urzua | 2355 | 10.960.000 | 0,01% | | | |

TRIGESIMO ... 
SECRETARIA
SANTIAGO
Certifico que es fotocopia ...
su original la ...

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 169 | Deportes e Inversiones Tomas Gonzalez Ltda. | 2361 | 10.960.000 | 0,01% | | | |
| 170 | Inmobiliaria Panel Dos Ltda. | 2369 | 338.000.000 | 0,45% | | | |
| 171 | Inmobiliaria Panel Cuatro Ltda. | 2377 | 338.000.000 | 0,45% | | | |
| 172 | Inversiones Lirbu Dos Ltda | 2384 | 59.800.000 | 0,08% | | | |
| 173 | Inmobiliaria Panel Tres Ltda. | 2393 | 338.000.000 | 0,45% | | | |
| 174 | Paulina Diaz Spoerer | 2399 | 79.700.000 | 0,11% | Fdo *(firma)* | *(firma)* | fmef@unti-ebaunn.cl |
| 175 | Maria del Pilar Gonzalez Martinez | 2413 | 1.050.400.000 | 1,39% | Fdo *(firma)* | *(firma)* | " |
| 176 | Jose Pablo Diaz Gatica | 2429 | 102.440.000 | 0,14% | *(firma)* | *(firma)* | " |
| 177 | Jose Pablo Diaz Gatica | 2431 | 210.369.600 | 0,28% | *(firma)* | *(firma)* | " |
| 178 | Paulina Diaz Spoerer | 2436 | 56.175.562 | 0,07% | *(firma)* | *(firma)* | " |
| 179 | Juan Eduardo Ossa Errazuriz | 2447 | 359.780.909 | 0,48% | | | |
| 180 | Maria Teresa de la Maza Camus | 2456 | 180.000.000 | 0,24% | | | |
| 181 | Soledad Ossa Errazuriz | 2462 | 73.077.892 | 0,10% | | | |
| 182 | Gonzalo Trivelli Oyarzun | 2469 | 98.081.043 | 0,13% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB



| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 183 | Jose Joaquin Bustamante Fernandez | 2474 | 114.700.000 | 0,15% | Victo H. Pui | | vhp abogad o pelluy .cl |
| 184 | Michele Van Klaveren Carrasola | 2482 | 34.627.000 | 0,05% | | | |
| 185 | Inmobiliaria Santa Maria Manquehue y otros | 2550 | 864.787.036 | 1,15% | Javiera Boray | Javiera Boray | jbaralo @ yrosty .cl |
| 186 | Jorge Buhler Mohr | 2578 | 862.000.000 | 1,14% | J: `` | `` | `` |
| 187 | Inmobiliaria Garcia Castilla Ltda. | 2587 | 250.000.000 | 0,33% | `` | `` | `` |
| 188 | Marta Dockendorff Vallejos | 2602 | 253.106.245 | 0,34% | Livo Des, Pavlic | | ldis @adepa.cl |
| 189 | Rosario Liquitay Rojas | 2612 | 89.834.000 | 0,12% | | | |
| 190 | Loreto Diez Arriaga | 2620 | 24.000.000 | 0,03% | | | |
| 191 | Maria Montt Lyon y otros | 2643 | 636.150.000 | 0,84% | Gustavo Bulnecuedn | | GBALMAH@GMAIL.COM |
| 192 | Tesoreria General de la Republica | 2736 | 10.522.749.820 | 13,95% | C. Huerta | 6'93 | montene@dspenn.cl |
| 193 | Rodrigo Landeta Moya | 2743 | 266.144.000 | 0,35% | Hermus Letonjac | | TLETONJA@CHINCHON y A.CL |
| 194 | Benjamin Gonzalez Bacigalupo | 2748 | 45.000.000 | 0,06% | | | |
| 195 | Carolina Facusse Sevilhano | 2755 | 9.949.140 | 0,01% | | | |
| 196 | Inversiones San Isidro S.A. | 2762 | 72.913.289 | 0,10% | | | |

72

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 197 | Rauf Isidro Canales Cabello | 2774 | 296.980.000 | 0,39% | | | |
| 198 | Veronica Hinrichsen Moya | 2781 | 68.000.000 | 0,09% | | | |
| 199 | Ane Miren Landaeta Hinrichesen | 2789 | 23.840.000 | 0,03% | | | |
| 200 | Anita Klein Dobbel | 2794 | 135.840.000 | 0,18% | | | |
| 201 | Carolina Foncea Moreira | 2799 | 115.000.000 | 0,15% | | | |
| 202 | Jose Eliseo del Rio Gumizio | 2804 | 27.925.000 | 0,04% | | | |
| 203 | Maria Cecilia Perez Pervan | 2810 | 84.160.000 | 0,11% | | | |
| 204 | Jose Ramon Abatte Perez | 2818 | 134.384.000 | 0,18% | | | |
| 205 | Juan Pablo Fuentes Baltierra Urzua | 2829 | 87.450.000 | 0,12% | | | |
| 206 | Bernardita Diaz Silva | 2835 | 5.838.259 | 0,01% | | | |
| 207 | Maria Angelica Baltierra Urzua | 2841 | 14.800.000 | 0,02% | | | |
| 208 | Monica Sabah Dominguez | 2846 | 25.350.000 | 0,03% | | | |
| 209 | Lucila Haddad Moya | 2851 | 10.650.000 | 0,01% | | | |
| 210 | Jose Luis Argandoña Toro | 2859 | 87.060.000 | 0,12% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB



## LIQUIDACION FORZOSA
### Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 211 | Hernan Ordenes Gonzalez | 2865 | 32.694.250 | 0,04% | Alonso Pelongoc | | |
| 212 | Jose Antonio Ramirez Baudet | 2871 | 79.830.000 | 0,11% | | | |
| 213 | Claudio Miranda Cárdenas | 2879 | 53.040.000 | 0,07% | | | |
| 214 | Barbara Ines Ruiz y otros | 3392 | 2.038.520.553 | 2,70% | Miguel Brunaud | Brunaud | M.BRUNAUD@ BRUNAUDYCIA.CL |
| 215 | Marta Mizgier Hochschild | 3442 | 126.627.561 | 0,17% | | | |
| 216 | Laura Urresty Huerta | 3447 | 55.842.914 | 0,07% | | | |
| 217 | Camila Yver Morales | 3453 | 30.647.500 | 0,04% | | | |
| 218 | Claudio Miranda y Cia. | 3462 | 160.480.000 | 0,21% | | | |
| 219 | Maria Pilar Santa Cruz | 3467 | 10.910.000 | 0,01% | | | |
| 220 | Pamela Gonzalez Cataldo | 3472 | 55.850.000 | 0,07% | | | |
| 221 | Inmobiliaria e Inv. Dominguez Sanchez | 3478 | 110.500.000 | 0,15% | | | |
| 222 | Andrea Perez Villalobos | 3483 | 23.353.036 | 0,03% | | | |
| 223 | Luis Calderon Morales | 3490 | 86.174.000 | 0,11% | | | |
| 224 | Nicolas Lisoni Benoit | 3498 | 91.594.000 | 0,12% | | | |

74

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB



# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 225 | Asesorias y Distribuciones Lisoni y Calderon | 3505 | 161.250.000 | 0,21% | | | |
| 226 | Juana Schorr Rubel | 3513 | 61.600.000 | 0,08% | | | |
| 227 | Rodrigo Abatte Perez | 3518 | 39.095.000 | 0,05% | | | |
| 228 | Andrea Saravia Arriagada y Rosa Arriagada Colvin | 3536 | 47.730.000 | 0,06% | Gaskar Balmacik | | GBALMACEDA@gaskarbalmacedi. cl |
| 229 | Maria Ines Castiglione Dueñas | 3546 | 98.120.000 | 0,13% | Rodrigo Rottis | | crattis@rottis76c.c/ |
| 230 | Asesorias e Inversiones Cachito Ltda. | 3564 | 148.400.000 | 0,20% | Valectina Avalos | | VALENTINA·AVALOS@ppulepal.com |
| 231 | Pedro Garcia Augier | 3578 | 99.450.000 | 0,13% | | | |
| 232 | Macarena Garcia Sirandoni | 3593 | 41.615.000 | 0,06% | | | |
| 233 | Fernando Vargas Garay | 3608 | 151.450.000 | 0,20% | | | |
| 234 | Joaquin Salvatierra Vargas | 3622 | 135.850.000 | 0,18% | | | |
| 235 | Rosa Velasco Ringeling | 3637 | 53.972.378 | 0,07% | | | |
| 236 | Cristian Schindler Schaub | 3661 | 128.577.990 | 0,17% | | | |
| 237 | Gaston Fernández Montalban | 3668 | 137.500.000 | 0,18% | | | |
| 238 | Anita Maria Salemi Argeñal | 3674 | 21.000.000 | 0,03% | | | |

75

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB



# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 239 | Nicolas Kolubakin Muñoz | 3681 | 32.000.000 | 0,04% | | | |
| 240 | Maria Angelica Firutani Hispa y otros | 3750 | 898.439.850 | 1,19% | | | |
| 241 | Francisco Solanich y otros | 3776 | 206.000.000 | 0,27% | Gabs CLAVERIR 3 | | |
| 242 | Maria Palacios Callegari | 3792 | 152.520.005 | 0,20% | Vanne Vales | WCas | vennevalesj@ grul-- |
| 243 | Romina Musalem Callegari | 3803 | 72.570.000 | 0,10% | Vanne Vales | WCas | vcessovaldj@ grel.-- |
| 244 | Denise Haeussler Latherbee | 3809 | 32.694.250 | 0,04% | Derry Rayron | Derlyanth. | clavry.Rayran@gmil.com |
| 245 | Anita Leathebée Gazitua | 3814 | 46.740.000 | 0,06% | // | // | // |
| 246 | Lupercio Baeza Zobeck | 3819 | 257.643.151 | 0,34% | // | // | // |
| 247 | Maria Justiniano Peralta | 3828 | 62.039.462 | 0,08% | // | // | // |
| 248 | Claudia Otoya Phillipps | 3833 | 11.170.000 | 0,01% | JUAN PABLO MEXCO | Mari Vial | jpmscadelpuelo. cl. |
| 249 | Inmobiliaria Panel Ltda | 3841 | 338.000.000 | 0,45% | | | |
| 250 | Tomas Gonzalez Sepulveda | 3848 | 34.997.000 | 0,05% | | | |
| 251 | Miguel Luis Jara Cespedes | 3856 | 128.800.000 | 0,17% | JORGE PAREDES | | JPAREDES@TORREYC14.CL |
| 252 | Gesper Outsourcing Ltda. | 3875 | 49.725.000 | 0,07% | Viviana Quezada Ramón Luco Asturo | | f.viviane.quezede 17 mauunbuco@gyl@yges gm |

76

Código de Verificación
CABG-AAC-AACCIBB
Verifique la validez de este documento en:
https://www.boletinconcursal.cl/boletin/verificacion

Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 253 | Pabla Vega Artus | 3887 | 50.000.000 | 0,07% | | | |
| 254 | Mario Toral Muñoz | 3901 | 3.374.238.732 | 4,47% | Rimundo Figueroa | | NOTiFicACiONES@ VIALSERRANO.CL |
| 255 | Marcela Clara Stange Jorquera | 3918 | 45.760.000 | 0,06% | Lino Busi Pemlic | | ldusi@adepa.cl |
| 256 | **Oscar Bustorf Berardi y otros** | 4572 | 9.798.371.762 | 12,99% | RAFAEL GOMEZ | | rgomez@rgbycia.cl |
| 257 | Flora Uribe Martinez | 4609 | 31.526.598 | 0,04% | Metizi Dzna | | mdaneri@djycia.cl |
| 258 | Inversiones Tadeo Spa | 4617 | 13.040.795 | 0,02% | ✓ ✓ | | |
| 259 | Roberto Baltra Domeyko | 4630 | 78.150.000 | 0,10% | ✓ ✓ | | |
| 260 | Ludmila Vasquez Schnake | 4647 | 5.701.431 | 0,01% | ✓ ✓ | | |
| 261 | Carlos Briones Lea-Plaza | 4705 | 144.887.488 | 0,19% | ✓ ✓ | ✓ | |
| 262 | Ana Gonzalez Llanos | 4718 | 3.993.992 | 0,01% | | | |
| 263 | Sandra Leon Apablaza | 4727 | 3.629.914 | 0,00% | | | |
| 264 | Jose Alvarez Morales | 4736 | 2.469.081 | 0,00% | | | |
| 265 | Maria Ramirez Caviedes y otra | 4742 | 100.000.000 | 0,13% | | | |
| 266 | Alaluf Propiedades S.A. y Mariana Maino | 4744 | 140.000.000 | 0,19% | | | |

77

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**



Carlos Parada Abate
~uidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 267 | Gabriela Paz Espinosa Hormazabal | 4746 | 20.188.040 | 0,03% | Llorras Petonya | | |
| 268 | Nina Amor Hormazabal Poblete | 4749 | 10.528.634 | 0,01% | | | |
| 269 | Gladys Paulina Tschorne Tetelman | 4752 | 87.554.000 | 0,12% | | | |
| 270 | Ana Fuentes Martinez | 4755 | 16.210.297 | 0,02% | | | |
| 271 | Raúl Penna Melo | 4759 | 20.172.000 | 0,03% | | | |
| | | | - | 0.00% | | | |
| | | | 75.438.996.213 | 100,00% | | | |

Total Acreedores Presentes    177

Monto Acreedores Presentes    $ 60.994.183.681.-

Porcentaje Acreedores Presentes    81



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

Carlos Parada Abate
Abogado – Liquidador Concursal

# INFORME

# JUNTA CONSTITUTIVA ACREEDORES

# LIQUIDACION FORZOSA

# ONIX CAPITAL S.A.

# R.U.T. N°76.052.559-6

- 30° Juzgado Civil de Santiago
- Rol  Causa N° C-9217-2016
- Junta Constitutiva de Acreedores
- 29 de Junio de 2016  a las 15:00 hrs.

**Cerro El Plomo N°5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



# I N D I C E

1.- Art. 196 de la  Ley  20.270

2.- Antecedentes Generales

3.- Gestiones Realizadas

4.- Proceso de Incautación

5. Juicio de Liquidación Forzosa  de la empresa Deudora

6.- Estado de los negocios del Deudor

7.- Activo del Deudor

8.- Pasivo del Deudor

9.- Anexos



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

## 1.- ART. 196 DE LA LEY 20.270, CORRESPONDE TRATAR EN LA JUNTA CONSTITUTIVA DE ACREEDORES LAS SIGUIENTES MATERIAS:

1. Cuenta del Liquidador Concursal
2. Ratificación de los Liquidadores Titular y Suplente Previsionales o bien la designación de sus reemplazantes.
3. Determinar del día, hora y lugar en que sesionarán las Juntas Ordinaria de acreedores.
4. Designación entre los acreedores de un presidente titular y uno suplente y un secretario titular y uno suplente, para las futuras reuniones.
5. Un plan o propuesta circunstanciada de la realización de los bienes del deudor, la estimación de los principales gastos del Procedimiento Concursal de la Liquidación.
6. Cualquier otro acuerdo que la junta estime conducente, con excepción de aquellos que recaigan sobra materias propias de Juntas Extraordinarias.

## 2.- ANTECEDENTES GENERALES

Con fecha 13 de abril de 2016, don Felipe Solanich Aguirre, Ingeniero en representación de **Inversiones Aguasoro Limitada,** todos con domicilio en calle Domingo Bondi N°990, departamento N°151, comuna de Las Condes, solicitó la declaración de la Liquidación Concursal Forzosa, de la empresa deudora **Onix Capital S.A.,** representada legalmente por doña verónica Rajii Krebs, con domicilio en Avda. Las Condes N°11.380, , oficina N°41, comuna de Las Condes, todo esto de conformidad a los Artículos 117 y siguientes de la Ley 20.720.-

Por resolución de fecha 04 de mayo de 2016, del Trigésimo Juzgado Civil de Santiago, se dictó la sentencia de Liquidación Forzosa de la empresa deudora **Onix Capital S.A.**, R.U.T. N°76.052.559-6, domiciliada en calle La Luma N°1160, departamento N°1103, comuna de Vitacura, designándose a don Carlos Parada Abate, como Liquidador Titular y como Liquidador Suplente a don Tomas Andrews Hamilton.

Con fecha 05 de mayo de 2016, el Liquidador Concursal don Carlos Parada Abate, aceptó el cargo y juró desempeñarlo fielmente en conformidad a lo establecido en los artículos 37 y 274 de la Ley 20.720 sobre Insolvencia y Reemprendimiento, procedió a publicar la sentencia de Liquidación en el Boletín Concursal, el día 09 de mayo de 2016, y fue informada a los autos.

## 3.- GESTIONES REALIZADAS.

El Liquidador Concursal una vez aceptado el cargo, procedió a efectuar las siguientes gestiones:

### 3.1.- Correspondencia Despachada

Cumplimiento con lo dispuesto en el Art. 36 de la Ley 20.720 sobre Insolvencia y Reemprendimiento, esta Liquidación fue comunicada por escrito al:

- ➢ Servicio de Impuestos Internos
- ➢ Servicio Nacional de Aduanas
- ➢ Tesorería General de la República
- ➢ Empresa correos de chile
- ➢ Superintendencia de Bancos
- ➢ Superintendencia de Valores y Seguros

Además concurrió personalmente al Servicios Impuestos Internos, con el objeto de informar la presente resolución de liquidación, y solicitar el cambio de representante legal y claves.

Posteriormente con fecha 19 de mayo de 2016, fui citado a dicho Servicio con el objeto de presentar copia del acta de incautación de la documentación contable incautada y respaldos. El día 24 de mayo de 2016, se recepcionan por parte de un funcionario del SII, copias del acta de incautación, resolución de liquidación y juramento.

Con fecha 03 de junio de 2016, se me notifica de Resolución Exenta N°1176/2016, del Servicio Impuestos Internos, en donde se extiende competencia territorial de fiscalización a Onix Capital S.A., relacionado con otros contribuyentes fiscalizados por la Dirección Regional Santiago Oriente.

## 3.2.- Publicación Sentencia de Liquidación Boletín Concursal.

Con fecha 09 de mayo de 2016, se publicó la Sentencia de Liquidación Forzosa en el Boletín Concursal.

## 4.- PROCESO DE INCAUTACIÓN

Asumido el cargo y en conformidad al Artículo 163 de la Ley 20.270, el Liquidador Concursal, procedió a constituirse, dentro de plazo legal, en el domicilio de la sociedad deudora señalado en la sentencia de Liquidación, con el objeto de incautar bajo inventario, todos los bienes de la deudora.

**INCAUTACION EFECTUADA EN:**

**Calle La Luma N°1160, Departamento 1103, comuna de Vitacura.**

**Avda. Las Condes N°11380, oficina N°41, comuna de Vitacura**

Con fecha 06 de mayo de 2016, siendo las 15:30 horas, bajo la presencia de don Juan Muñoz Yáñez, en su calidad de Ministro de Fe, se dio inicio a la diligencia de incautación e inventario de los bienes de la sociedad fallida, en el domicilio señalado en la sentencia de liquidación de fecha 04 de mayo de 2016, esto es calle La Luma N°1160, Departamento 1103, comuna de Vitacura.

Se encontraban presentes la señora Patricia Hoces Vergara y don Claudio Domínguez Reyes, en representación de la Superintendencia de Insolvencia y Reemprendimiento y los asesores del Liquidador.

En este domicilio fuimos atendidos por don Alejandro Hueche, Conserje del Edificio, quien informó al liquidador, que este edificio corresponde a departamentos, y que el departamento N°1103, es de propiedad de la Señora Verónica Rajii Krebs y que actualmente se encuentra sin moradores.

Posteriormente, siendo las 17:00 horas, nos trasladamos al domicilio ubicado en ubicado en Avda. Las Condes N°11380, oficina N°41, comuna de Vitacura, domicilio que corresponde a las oficinas de la sociedad deudora, donde fuimos atendidos por don Mauricio Páez, cedula de identidad N°12.513.525-0, Jefe de Administración de la empresa deudora Onix Capital S.A., y por el Abogado del deudor señor Miguel Hinzpeter, quien informó al liquidador que estas oficinas son arrendadas a don Daniel Gamib, y que toda la documentación contable y los computadores de propiedad de la sociedad deudora fueron incautados por la Fiscalía Oriente, a través del Fiscal Carlos Gajardo y pone a disposición los bienes muebles que allí se encontraban.



**AMPLIACION INCAUTACION EFECTUADA EN:**

**Avda. Las Condes N°11380, bodega N°9, comuna de Vitacura**

Con fecha 27 de mayo de 2016, siendo las 17:00 horas, horas, bajo la presencia de don Juan Claudio Muñoz Yáñez, en su calidad de Ministro de Fe, se dio inicio a la diligencia de la ampliación de incautación e inventario de los bienes en el domicilio ubicado en Avda. Las Condes N°11380, bodega N°9, comuna de Vitacura.

En este domicilio fuimos atendidos por don Daniel Garib Nazal, en representación de Inversiones La Quilas Limitada, quien entrega los siguientes documentos encontrados en la bodega N°9:

➢ 4 Carpetas conteniendo pagares en original numerados de inversionistas.-
➢ 5 Carpeta conteniendo pago de impuestos al mutuo.

**ACTA ENTREGA INMUEBLES**

Con fecha 27 de mayo de 2016, el liquidador procedió a la entrega en inmueble ubicado en Avda. Las Condes N°11380, oficina N°41; bodega N°9 y estacionamientos Números 25, 34, 35 y 36, comuna de Vitacura, de propiedad de Inversiones Las Quilas Limitada, quien recibió a entera conformidad.

**5.- JUICIO DE LIQUIDACIÓN FORZOSA DE LA EMPRESA DEUDORA**
**5.1. Audiencia prevista en el Art. 190 de la Ley 20.270.-**

El Liquidador Concursal Carlos Parada Abate, informa que con fecha 28 de junio de 2016, a las 15:00, compareció ante el tribunal para efectos de realizar la audiencia establecida en el Art. 190 de la Ley 20.720, sobre Insolvencia y Reemprendimiento, en la que se informó por escrito acerca de la verosimilitud de los créditos verificados y aún no reconocidos con el fin de que pudieren votar en la junta constitutiva de

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

acreedores, a realizarse el día 29 de junio de 2016, a las 15:00 horas en dependencias del Trigésimo Juzgado Civil de Santiago, el tribunal autorizó a votar en dicha junta a los créditos verificados al día 14 de junio de 2016. Es necesario recordar inicialmente esta audiencia estaba fijada para el día 15 de junio de 2016, pero fue suspendida por el tribunal en atención al número de verificaciones presentadas durante los últimos días.

## 5.2.- Nomina de Acreedores con derecho a voto.

| N° | Nombre | Foja | Monto |
|---|---|---|---|
| 1 | Verónica Folch Maass | 77 | 54.550.000 |
| 2 | José Ignacio Pérez Montenegro | 84 | 72.996.000 |
| 3 | Inversiones Aguasoro Ltda. | 97 | 270.000.000 |
| 4 | Andrew Ried Woodforde-Booth | 103 | 50.265.000 |
| 5 | Graciela Guerrero Correa | 109 | 22.203.259 |
| 6 | Carlos Leighton Torres | 114 | 138.650.000 |
| 7 | Benjamín Concha Gazmuri | 123 | 214.392.690 |
| 8 | Matías Aparicio Pizarro | 132 | 9.341.214 |
| 9 | Rebeca Pizarro Baeza | 137 | 10.000.000 |
| 10 | Martina Loretta Santis Ottone | 144 | 22.340.000 |
| 11 | María González Bravo | 152 | 181.597.281 |
| 12 | Mario Canessa Garcia | 159 | 33.384.274 |
| 13 | Macarena Darrigrandi Gálvez | 164 | 58.626.659 |
| 14 | Willy Ruff Ferres | 168 | 58.382.589 |


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 15 | Regina Lira Valdés | 172 | 18.682.428 |
| 16 | Carlos Palacios Iturrieta | 176 | 110.500.000 |
| 17 | Patricia Lueje Phillips | 181 | 17.299.779 |
| 18 | Inversiones V y V S.A. | 188 | 1.058.400.000 |
| 19 | Rodrigo Facuse Zaror | 196 | 41.846.636 |
| 20 | Javier Ignacio Facuse Zaror | 202 | 39.200.000 |
| 21 | Inversiones Camarico Ltda. | 210 | 179.342.726 |
| 22 | Matías Patricio Facuse Zaror | 216 | 41.846.636 |
| 23 | Cindy Ruff Fuentes | 221 | 102.550.000 |
| 24 | Fondos de Inversiones Privado GD | 227 | 2.016.453.357 |
| 25 | Andrés Sarasua Marchesse | 244 | 9.864.762 |
| 26 | Gina Marchesse Gonzalez | 250 | 75.258.889 |
| 27 | Marcia Zelada Martínez | 255 | 11.772.355 |
| 28 | Marcia Zelada Martínez | 260 | 5.838.259 |
| 29 | Claudia Jadue Zelada | 269 | 29.191.294 |
| 30 | Claudia Jadue Zelada | 278 | 19.087.526 |
| 31 | Asesorías e Inversiones El Alemein Ltda. | 290 | 22.846.604 |
| 32 | Carlos Bascuñan Edwards | 306 | 157.636.353 |
| 33 | María Ginesta Bascuñan | 316 | 29.191.294 |
| 34 | Francisca Tagle Veyl | 331 | 86.734.800 |
| 35 | Carolina Wajner Aparicio | 405 | 87.200.000 |



Carlos Parada Abate
Abogado - Liquidador Concursal

| 36 | Carlos Araya Valdebenito- Carolina Araya Zapata - José Amado Rivas | 416 | 499.664.000 |
| 37 | Lorena Vilaza Massardo | 450 | 192.500.000 |
| 38 | María Massardo Luco | 456 | 39.725.000 |
| 39 | Bernardo Aldea Villagran US$21680 | 466 | 14.478.771 |
| 40 | Marissa Acevedo Moyano y otros | 516 | 737.916.520 |
| 41 | Nicolás Gougain Campusano | 546 | 43.747.973 |
| 42 | Humberto Luciano Gougain Oliva | 553 | 87.495.947 |
| 43 | Lucien Gougain Campusano | 561 | 142.910.047 |
| 44 | Álvaro Desmadryl Barba y Priscila Dionis | 571 | 68.635.391 |
| 45 | Patricia Cdurdurier Humaña y otra | 576 | 38.495.961 |
| 46 | Bernardita Hoces de la Guardia y otro | 584 | 93.510.000 |
| 47 | Ximena del Canto Satelices | 593 | 14.500.000 |
| 48 | Rafael Herskovic Minond | 601 | 16.755.000 |
| 49 | Viviana Uribe Haddad us$178.875,00 | 610 | 119.459.880 |
| 50 | Alfredo Prieto Parra | 618 | 17.514.777 |
| 51 | Alexandra Manache Simonato | 628 | 29.055.911 |
| 52 | Valeria Reyes Rodríguez | 638 | 97.150.000 |
| 53 | Claudia Reyes Rodríguez | 647 | 96.145.000 |
| 54 | María Honorato Román | 658 | 118.200.000 |
| 55 | Evelyn Gayoso Venegas | 671 | 43.050.000 |
| 56 | Juan Pablo Varas Honorato | 681 | 93.940.000 |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 57 | Sebastián Méndez Siques y otro US$300.000,00 | 697 | 200.352.000 |
|---|---|---|---|
| 58 | Francisco Javier Prieto Salgado | 705 | 5.838.259 |
| 59 | Paulina Alexandra Uribe Haddas $48.639.829 y us$8.545,56 | 718 | 54.346.896 |
| 60 | Cristian Alejandro Apablaza Alcantar | 734 | 130.000.000 |
| 61 | Lino Fernández Concha | 740 | 63.000.000 |
| 62 | María Landaida Ortiz | 768 | 30.000.000 |
| 63 | Inverland SPA | 786 | 23.353.036 |
| 64 | Karen Jadue Arancibia | 825 | 20.000.000 |
| 65 | Alan Verdugo Zimerman y otros (50) | 1023 | 1.837.179.083 |
| 66 | Lia Dicowsky Sircovich y otros | 1063 | 165.288.000 |
| 67 | María Eugenia Rodríguez Quiroz | 1073 | 35.880.000 |
| 68 | Paulo Brignardello Rodríguez | 1077 | 77.520.000 |
| 69 | Paulina Cabezas Leuton | 1080 | 24.520.687 |
| 70 | Gregorio Schepeler Álamos | 1093 | 92.050.000 |
| 71 | Emma Torres Montalbetti | 1102 | 77.752.756 |
| 72 | María Jacou Montes | 1110 | 12.730.000 |
| 73 | Eliana Rodillo Borda | 1121 | 26.629.456 |
| 74 | Annamaria Rocca Moltedo | 1130 | 93.649.000 |
| 75 | Bernabé López Taverne | 1139 | 22.340.000 |
| 76 | Alois Bencina Kuzmanic | 1147 | 101.500.000 |
| 77 | Claudia Morales Soza | 1159 | 269.774.770 |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 78 | Jorge Araya Zamorano US$3.151.710,26 | 1188 | 2.104.838.180 |
| 79 | Marcos David Orrego Benjamin | 1200 | 26.629.456 |
| 80 | Susana del Carmen Feris Otto US$11.956,18 + 83693272 | 1208 | 91.678.087 |
| 81 | Olga Avendaño Otto y otro | 1225 | 14.950.000 |
| 82 | Jimena Toledo Bustamante | 1241 | 17.514.777 |
| 83 | Cristina Silva Peña | 1250 | 39.300.000 |
| 84 | Juan Sebastián Rock Fuenzalida | 1258 | 23.353.036 |
| 85 | María Mora Alarcón y otros | | 5.744.707.592 |
| 86 | Álvaro Marín Sievers | 1437 | 27.000.000 |
| 87 | Graciela Erazo Torricelli | 1457 | 141.510.135 |
| 88 | Asesorías e Inversiones RMZ Ltda. | 1463 | 12.523.900 |
| 89 | Asesorías e Inversiones Rio Claro Ltda. | 1467 | 112.600.000 |
| 90 | Asesorías e Inversiones SCL Consulting Ltda. | 1473 | 55.200.000 |
| 91 | Roberto Sivori Correa | 1478 | 34.753.320 |
| 92 | María Salinas Fernández | 1483 | 39.910.017 |
| 93 | María Amenabar Zegers | 1487 | 242.785.000 |
| 94 | Andrés Rochette Garmendia | 1494 | 34.208.586 |
| 95 | Ibero Amerikanissche Technik S.A. | 1502 | 119.561.817 |
| 96 | Maximiliano Frías Ossandon | 1508 | 11.170.000 |
| 97 | Juan Pablo Swett Amenabar | 1512 | 379.500.000 |
| 98 | Juana Massud Massud | 1517 | 23.353.036 |



| 99 | Mariana Von Bergen Rodriguez | 1527 | 187.894.069 |
|---|---|---|---|
| 100 | Gestion y Desarrollo S.A. | 1534 | 100.000.000 |
| 101 | Asesorías e Inversiones Nahuel y Cia. Ltda. | 1548 | 121.800.000 |
| 102 | Fernanda Macan Cayazzo | 1553 | 30.000.000 |
| 103 | Comercial EU Clouthing Ltda. | 1561 | 40.000.000 |
| 104 | Sermar Ltda. | 1586 | 5.162.969.920 |
| 105 | Rodrigo Collantes Provoste / Maluc | 1609 | 965.120.000 |
| 106 | Dinko Korlaet Skarnic | 1632 | 346.200.000 |
| 107 | Florencia Vega Muñoz | 1645 | 25.000.000 |
| 108 | Dinko Korlaet Skarnic | 1656 | 201.500.000 |
| 109 | Juan Valenzuela Jiménez | 1666 | 37.526.000 |
| 110 | Oscar González Rodríguez | 1675 | 60.720.000 |
| 111 | Inversiones Fenic S.A. | 1701 | 629.150.000 |
| 112 | Andrés Sarria Tapia | 1713 | 73.400.000 |
| 113 | Danilo Sarria Tapia | 1729 | 782.620.000 |
| 114 | Marcela Vásquez Pizarro | 1740 | 82.900.000 |
| 115 | Mirtha Skarnic Estay | 1749 | 187.895.000 |
| 116 | Maritza Korlaet Skarnic | 1769 | 172.912.000 |
| 117 | Amparo Claro Izquierdo | 1809 | 166.375.000 |
| 118 | Servicios Médicos e Inver. Baeza Lopez y otros | 1832 | 348.774.575 |
| 119 | Marcelo Ventura Svigilsky y otros US$412,069,64 | 1855 | 457.105.033 |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 120 | Vicente Cortes Cirer | 1866 | 20.780.000 |
|-----|---------------------|------|------------|
| 121 | Daniela San Juan Fredes | 1872 | 23.353.036 |
| 122 | Adriana Valenzuela Lobos | 1891 | 32.725.910 |
| 123 | Inversiones Guerrero Ltda. | 1908 | 379.729.294 |
| 124 | Adriana Guerrero Valenzuela | 1917 | 19.950.000 |
| 125 | Mario Castillo Salazar | 1924 | 17.934.273 |
| 126 | Francisco Guerrero Castex | 1933 | 74.996.636 |
| 127 | Pablo Vargas Herrera | 1940 | 75.992.000 |
| 128 | Francisco Javier Pérez Montenegro | 1954 | 310.030.000 |
| 129 | Carmen Callegari Panizza | 1968 | 190.227.415 |
| 130 | Macarena Jiles Bou | 1975 | 138.975.000 |
| 131 | Daniel Fischman Rajii y otros | 1996 | 1.498.364.305 |
| 132 | Asesorías e Inversiones Gestion Ltda. | 2005 | 51.300.000 |
| 133 | Inversiones Los Vinilos Ltda | 2018 | 141.425.000 |
| 134 | Odontología DRM Ltda. | 2027 | 157.730.000 |
| 135 | Nicolás Escobar Gómez | 2036 | 10.910.000 |
| 136 | Jacqueline O'Ryan Schutz | 2049 | 52.544.330 |
| 137 | María Cervantes Fernández | 2063 | 131.484.508 |
| 138 | Inversiones y Asesorías Terrasal Ltda. | 2074 | 12.197.500 |
| 139 | Allan Steinssapir Schwartz | 2083 | 79.363.206 |
| 140 | Myrna Schwartz Liftman | 2093 | 75.394.541 |


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 141 | Marcelo ErgasVentura | 2106 | 433.784.624 |
|---|---|---|---|
| 142 | Bernardo Heumann Malec | 2117 | 29.550.846 |
| 143 | Paola Ergas Waissbluth | 2128 | 18.309.408 |
| 144 | David Rosenberng Messina | 2140 | 19.134.903 |
| 145 | Ian Steinsapir Schwartz | 2154 | 86.518.665 |
| 146 | Andrea Lyon Prado | 2164 | 77.715.181 |
| 147 | Erick Gatica Martínez | 2170 | 11.572.000 |
| 148 | Marco Alvo Alaluf | 2176 | 51.500.000 |
| 149 | Inversiones El Chuncho Ltda. | 2184 | 21.920.000 |
| 150 | Inversiones Los Manitos Ltda. | 2191 | 45.400.000 |
| 151 | Inversiones DRM Ltda. | 2198 | 107.698.000 |
| 152 | Juana Duran Bustos | 2205 | 11.676.518 |
| 153 | Daniela Nahmias Papic | 2211 | 40.480.000 |
| 154 | Nevenka Palma Papic | 2217 | 15.964.007 |
| 155 | Paula Gómez Troncoso | 2224 | 20.910.000 |
| 156 | Constanza Jiménez Stevenson | 2232 | 21.528.000 |
| 157 | Claudio Aros Acuña y Marcela Aguirre lopez | 2252 | 148.828.000 |
| 158 | María Vieira Duplaquet | 2261 | 56.445.000 |
| 159 | David Adonay Gutiérrez | 2271 | 113.500.000 |
| 160 | Montserrat Contesse Novoa | 2282 | 60.175.000 |
| 161 | Annabella Cardone Viguera | 2292 | 110.877.174 |


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 162 | Claudia Uribe Palma | 2305 | 50.750.000 |
| 163 | Juan Manuel Ramos Castiglione | 2314 | 167.960.000 |
| 164 | Carmen Gloria Geisse Illanes | 2320 | 70.420.152 |
| 165 | Rodrigo Jiles Bou | 2329 | 248.180.000 |
| 166 | Isabel Bordeu Urrejola | 2335 | 19.638.000 |
| 167 | Inversiones Lirbu Uno Ltda | 2348 | 59.800.000 |
| 168 | Marcela Sepulveda Urzua | 2355 | 10.960.000 |
| 169 | Deportes e Inversiones Tomas González Ltda. | 2361 | 10.960.000 |
| 170 | Inmobiliaria Panel Dos Ltda. | 2369 | 338.000.000 |
| 171 | Inmobiliaria Panel Cuatro Ltda. | 2377 | 338.000.000 |
| 172 | Inversiones Lirbu Dos Ltda. | 2384 | 59.800.000 |
| 173 | Inmobiliaria Panel Tres Ltda. | 2393 | 338.000.000 |
| 174 | Paulina Díaz Spoerer | 2399 | 79.700.000 |
| 175 | María del Pilar González Martínez | 2413 | 1.050.400.000 |
| 176 | José Pablo Díaz Gatica | 2429 | 102.440.000 |
| 177 | José Pablo Díaz Gatica | 2431 | 210.369.600 |
| 178 | Paulina Díaz Spoerer | 2436 | 56.175.562 |
| 179 | Juan Eduardo Ossa Errazuriz | 2447 | 359.780.909 |
| 180 | Maria Teresa de la Maza Camus | 2456 | 180.000.000 |
| 181 | Soledad Ossa Errazuriz | 2462 | 73.077.892 |
| 182 | Gonzalo Trivelli Oyarzun | 2469 | 98.081.043 |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



| 183 | José Joaquín Bustamante Fernández | 2474 | 114.700.000 |
|-----|-----------------------------------|------|-------------|
| 184 | Michele Van Klaveren Carrasola | 2482 | 34.627.000 |
| 185 | Inmobiliaria Santa María Manquehue y otros | 2550 | 864.787.036 |
| 186 | Jorge Buhler Mohr | 2578 | 862.000.000 |
| 187 | Inmobiliaria García Castilla Ltda. | 2587 | 250.000.000 |
| 188 | Marta Dockendorff Vallejos | 2602 | 253.106.245 |
| 189 | Rosario Liquitay Rojas | 2612 | 89.834.000 |
| 190 | Loreto Diez Arriaga | 2620 | 24.000.000 |
| 191 | María Montt Lyon y otros | 2643 | 636.150.000 |
| 192 | Tesorería General de la Republica | 2736 | 10.522.749.820 |
| 193 | Rodrigo Landeta Moya | 2743 | 266.144.000 |
| 194 | Benjamín González Bacigalupo | 2748 | 45.600.000 |
| 195 | Carolina Facusse Sevilhano | 2755 | 9.949.140 |
| 196 | Inversiones San Isidro S.A. | 2762 | 72.913.289 |
| 197 | Raúl Isidro Canales Cabello | 2774 | 296.980.000 |
| 198 | Verónica Hinrichsen Moya | 2781 | 68.000.000 |
| 199 | Ane Miren Landaeta Hinrichsen | 2789 | 23.840.000 |
| 200 | Anita Klein Dobbel | 2794 | 135.840.000 |
| 201 | Carolina Foncea Moreira | 2799 | 115.000.000 |
| 202 | José Eliseo del Río Gumizio | 2804 | 27.925.000 |
| 203 | María Cecilia Perez Pervan | 2810 | 84.160.000 |



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 204 | José Ramón Abatte Perez | 2818 | 134.384.000 |
| 205 | Juan Pablo Fuentes Baltierra Urzua | 2829 | 87.450.000 |
| 206 | Bernardita Diaz Silva | 2835 | 5.838.259 |
| 207 | María Angélica Baltierra Urzua | 2841 | 14.800.000 |
| 208 | Mónica Sabah Domínguez | 2846 | 25.350.000 |
| 209 | Lucila Haddad Moya | 2851 | 10.650.000 |
| 210 | José Luis Argandoña Toro | 2859 | 87.060.000 |
| 211 | Hernán Ordenes González | 2865 | 32.694.250 |
| 212 | José Antonio Ramírez Baudet | 2871 | 79.830.000 |
| 213 | Claudio Miranda Cárdenas | 2879 | · 53.040.000 |
| 214 | Barbará Inés Ruiz y otros | 3392 | 2.038.520.553 |
| 215 | Marta Mizgier Hochschild | 3442 | 126.627.561 |
| 216 | Laura Urresty Huerta | 3447 | 55.842.914 |
| 217 | Camila Yver Morales | 3453 | 30.647.500 |
| 218 | Claudio Miranda y Cia. | 3462 | 160.480.000 |
| 219 | María Pilar Santa Cruz | 3467 | 10.910.000 |
| 220 | Pamela González Cataldo | 3472 | 55.850.000 |
| 221 | Inmobiliaria e Inv. Domínguez Sánchez | 3478 | 110.500.000 |
| 222 | Andrea Pérez Villalobos | 3483 | 23.353.036 |
| 223 | Luis Calderón Morales | 3490 | 86.174.000 |
| 224 | Nicolás Lisoni Benoit | 3498 | 91.594.000 |


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 225 | Asesorías y Distribuciones Lisoni y Calderón | 3505 | 161.250.000 |
| 226 | Juana Schorr Rubel | 3513 | 61.600.000 |
| 227 | Rodrigo Abatto Pérez | 3518 | 39.095.000 |
| 228 | Andrea Saravia Arriagada y Rosa Arriagada Colvin | 3536 | 47.730.000 |
| 229 | Marín Inés Castiglione Dueñas | 3546 | 98.120.000 |
| 230 | Asesorías e Inversiones Cachito Ltda. | 3564 | 148.400.000 |
| 231 | Pedro García Augier | 3578 | 99.450.000 |
| 232 | Macarena García Sirandoni | 3593 | 41.615.000 |
| 233 | Fernando Vargas Garay | 3608 | 151.450.000 |
| 234 | Joaquín Salvatierra Vargas | 3622 | 135.850.000 |
| 235 | Rosa Velasco Ringeling | 3637 | 53.972.378 |
| 236 | Cristian Schindler Schaub | 3661 | 128.577.990 |
| 237 | Gastón Fernández Montalban | 3668 | 137.500.000 |
| 238 | Anita María Salemi Argeñal | 3674 | 21.000.000 |
| 239 | Nicolás Kolubakin Muñoz | 3681 | 32.000.000 |
| 240 | María Angélica Firmani Hispa y otros | 3750 | 898.439.850 |
| 241 | Francisco Solanich y otros | 3776 | 206.000.000 |
| 242 | María Palacios Callegari | 3792 | 152.520.005 |
| 243 | Romina Musalem Callegari | 3803 | 72.570.000 |
| 244 | Denise Haeussler Latherbee | 3809 | 32.694.250 |
| 245 | Anita Leathebee Gazitua | 3814 | 46.740.000 |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

| 246 | Lupercio Baeza Zobeck | 3819 | 257.643.151 |
| 247 | Maria Justiniano Peralta | 3828 | 62.039.462 |
| 248 | Claudia Otoya Phillipps | 3833 | 11.170.000 |
| 249 | Inmobiliaria Panel Ltda. | 3841 | 338.000.000 |
| 250 | Tomas González Sepúlveda | 3848 | 34.997.000 |
| 251 | Miguel Luis Jara Céspedes | 3856 | 128.800.000 |
| 252 | Cesper Outsourcing Ltda. | 3875 | 49.725.000 |
| 253 | Pabla Vega Artus | 3887 | 50.000.000 |
| 254 | Mario Toral Muñoz | 3901 | 3.374.238.732 |
| 255 | Marcela Clara Stange Jorquera | 3918 | 45.760.000 |
| 256 | Oscar Bustorf Berardi y otros | 4572 | 9.798.371.762 |
| 257 | Flora Uribe Martínez | 4609 | 31.526.598 |
| 258 | Inversiones Tadeo Spa | 4617 | 13.040.795 |
| 259 | Roberto Baltra Domeyko | 4630 | 78.150.000 |
| 260 | Ludmila Vásquez Schnake | 4647 | 5.701.431 |
| 261 | Carlos Briones Lea-Plaza | 4705 | 144.887.488 |
| 262 | Ana González Llanos | 4718 | 3.993.992 |
| 263 | Sandra León Apablaza | 4727 | 3.629.914 |
| 264 | José Álvarez Morales | 4736 | 2.469.081 |
| 265 | María Ramírez Caviedes y otra | 4742 | 100.000.000 |
| 266 | Alaluf Propiedades S.A. y Mariana Maino | 4744 | 140.000.000 |



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 267 | Gabriela Paz Espinosa Hormazábal | 4746 | 20.188.040 |
| 268 | Nina Amor Hormazabal Poblete | 4749 | 10.528.634 |
| 269 | Gladys Paulina Tschorne Tetelman | 4752 | 87.554.000 |
| 270 | Ana Fuentes Martínez | 4755 | 16.210.297 |
| 271 | Raúl Penna Melo | 4759 | 20.172.000 |

## 5.3.- Periodo ordinario de verificación

Con fecha 14 de junio de 2016, se procedió de pleno derecho al cierre periodo ordinario de verificación, de conformidad a lo que estable el Art. 172 de la Ley 20.720 sobre Insolvencia y Reemprendimiento. Escrito que fue acompañado al proceso de liquidación con fecha 15 de junio de 2016 y publicado en el Boletín Concursal con fecha 16 de junio de 2016.-

## 5.4.- Créditos verificados

El Liquidador Concursal, con fecha 15 de junio de 2016, hizo presente al tribunal, la nomina de créditos verificados, de conformidad a lo que estable el Art. 172 de la Ley 20.720 sobre Insolvencia y Reemprendimiento, la que incluyo a los siguientes créditos, y publicado en el Boletín Concursal con fecha 16 de junio de 2016.-

## NOMINA DE CREDITOS VERIFICADOS

| N° | Nombre | Foja | Monto | |
|----|--------|------|-------|---|
| 1 | Verónica Folch Maass | 77 | 54.550.000 | Valista |
| 2 | Inversiones Aguasoro Ltda. | 97 | 270.000.000 | Valista |
| 3 | José Ignacio Pérez Montenegro . | 84 | 72.996.000 | Valista |
| 4 | Graciela Guerrero Correa | 109 | 22.203.259 | Valista |
| 5 | Carlos Leighton Torres | 114 | 138.650.000 | Valista |
| 6 | Benjamín Concha Gazmuri | 123 | 214.392.690 | Valista |
| 7 | Rebeca Pizarro Baeza | 137 | 10.000.000 | Valista |

**Cerro El Plomo N°5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



Carlos Parada Abate
Abogado – Liquidador Concursal

| 8 | Matías Aparicio Pizarro | 132 | 9.341.214 | Valista |
|---|---|---|---|---|
| 9 | María González Bravo | 152 | 181.597.281 | Valista |
| 10 | Mario Canessa García | 159 | 33.384.274 | Valista |
| 11 | Macarena Darrigrandi Gálvez | 164 | 58.626.659 | Valista |
| 12 | Regina Lira Valdés | 172 | 18.682.428 | Valista |
| 13 | Willy Ruff Ferres | 168 | 58.382.589 | Valista |
| 14 | Carlos Palacios Iturrieta | 176 | 110.500.000 | Valista |
| 15 | Patricia Lueje Phillips | 181 | 17.299.779 | Valista |
| 16 | Inversiones V y V S.A. | 188 | 1.058.400.000 | Valista |
| 17 | Rodrigo Facuse Zaror | 196 | 41.846.636 | Valista |
| 18 | Inversiones Camarico Ltda. | 210 | 179.342.726 | Valista |
| 19 | Javier Ignacio Facuse Zaror | 202 | 39.200.000 | Valista |
| 20 | Matías Patricio Facuse Zaror | 216 | 41.846.636 | Valista |
| 21 | Cindy Ruff Fuentes | 221 | 102.550.000 | Valista |
| 22 | Martina Loretta Santis Ottone | 144 | 22.340.000 | Valista |
| 23 | Gina Marchesse González | 250 | 75.258.889 | Valista |
| 24 | Andrés Sarasua Marchesse | 244 | 9.864.762 | Valista |
| 25 | Marcia Zelada Martínez | 255 | 11.772.355 | Valista |
| 26 | Marcia Zelada Martínez | 260 | 5.838.259 | Valista |
| 27 | Claudia Jadue Zelada | 269 | 29.191.294 | Valista |
| 28 | Claudia Jadue Zelada | 278 | 19.087.526 | Valista |
| 29 | Asesorías e Inversiones El Alemein Ltda. | 290 | 22.846.604 | Valista |
| 30 | Carlos Bascuñán Edwards | 306 | 157.636.353 | Valista |
| 31 | María Ginesta Bascuñan | 316 | 29.191.294 | Valista |
| 32 | Francisca Tagle Veyl | 331 | 86.734.800 | Valista |
| 33 | Carlos Araya Valdebenito- Carolina Araya Zapata - Jose Amado Rivas | 416 | 499.664.000 | Valista |
| 34 | Carolina Wajner Aparicio | 405 | 87.200.000 | Valista |
| 35 | Marissa Acevedo Moyano y otros | 516 | 737.916.520 | Valista |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

| 36 | Álvaro Desmadryl Barba y Priscila Dionis | 571 | 68.635.391 | Valista |
| 37 | María Massardo Luco | 456 | 39.725.000 | Valista |
| 38 | Lorena Vilaza Massardo | 450 | 192.500.000 | Valista |
| 39 | Bernardita Hoces de la Guardia y otro | 584 | 93.510.000 | Valista |
| 40 | Ximena del Canto Santelices | 593 | 14.500.000 | Valista |
| 41 | Rafael Herskovic Minond | 601 | 16.755.000 | Valista |
| 42 | Viviana Uribe Haddad us$178.875,00 | 610 | 119.459.880 | Valista |
| 43 | Alfredo Prieto Parra | 618 | 17.514.777 | Valista |
| 44 | Alexandra Manache Simonato | 628 | 29.055.911 | Valista |
| 45 | Valeria Reyes Rodríguez | 638 | 97.150.000 | Valista |
| 46 | Claudia Reyes Rodríguez | 647 | 96.145.000 | Valista |
| 47 | María Honorato Román | 658 | 118.200.000 | Valista |
| 48 | Evelyn Gayoso Venegas | 671 | 43.050.000 | Valista |
| 49 | Juan Pablo Varas Honorato | 681 | 93.940.000 | Valista |
| 50 | Francisco Javier Prieto Salgado | 705 | 5.838.259 | Valista |
| 51 | Paulina Alexandra Uribe Haddas $48.639.829 y us$8.545,56 | 718 | 54.346.896 | Valista |
| 52 | Cristian Alejandro Apablaza Alcantar | 734 | 130.000.000 | Valista |
| 53 | Lino Fernández Concha | 740 | 63.000.000 | Valista |
| 54 | María Landaida Ortiz | 768 | 30.000.000 | Valista |
| 55 | Inverland SPA | 786 | 23.353.036 | Valista |
| 56 | Lía Dicowsky Sircovich y otros | 1063 | 165.288.000 | Valista |
| 57 | Paulina Cabezas Leuton | 1080 | 24.520.687 | Valista |
| 58 | Gregorio Schepeler Álamos | 1093 | 92.060.000 | Valista |
| 59 | Emma Torres Montalbetti | 1102 | 77.752.756 | Valista |
| 60 | María Jacou Montes | 1110 | 12.730.000 | Valista |
| 61 | Eliana Rodillo Borda | 1121 | 26.629.456 | Valista |
| 62 | Annamaria Rocca Moltedo | 1130 | 93.649.000 | Valista |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

| 63 | Bernabe López Taverne | 1139 | 22.340.000 | Valista |
|----|----|----|----|----|
| 64 | Alois Bencina Kuzmanic | 1147 | 101.500.000 | Valista |
| 65 | Claudia Morales Soza | 1159 | 269.774.770 | Valista |
| 66 | Marcos David Orrego Benjamín | 1200 | 26.629.456 | Valista |
| 67 | Olga Avendaño Otto y otro | 1225 | 14.950.000 | Valista |
| 68 | Jimena Toledo Bustamante | 1241 | 17.514.777 | Valista |
| 69 | Cristina Silva Peña | 1250 | 39.300.000 | Valista |
| 70 | Juan Sebastián Rock Fuenzalida | 1258 | 23.353.036 | Valista |
| 71 | María Mora Alarcón y otros | 1406 | 5.744.707.592 | Valista |
| 72 | Álvaro Marin Sievers | 1437 | 27.000.000 | Valista |
| 73 | Graciela Erazo Torricelli | 1457 | 141.510.135 | Valista |
| 74 | Asesorías e Inversiones SCL Consulting Ltda. | 1473 | 55.200.000 | Valista |
| 75 | Roberto Sivori Correa | 1478 | 34.753.320 | Valista |
| 76 | María Salinas Fernández | 1483 | 39.910.017 | Valista |
| 77 | Andrés Rochette Garmendia | 1494 | 34.208.586 | Valista |
| 78 | Maximiliano Frías Ossandon | 1508 | 11.170.000 | Valista |
| 79 | Juan Pablo Swett Amenabar | 1512 | 379.500.000 | Valista |
| 80 | Juana Massud Massud | 1517 | 23.353.036 | Valista |
| 81 | Mariana Von Bergen Rodriguez | 1527 | 187.894.069 | Valista |
| 82 | Gestión y Desarrollo S.A. | 1534 | 100.000.000 | Valista |
| 83 | Asesorías e Inversiones Nahuel y Cía. Ltda. | 1548 | 121.800.000 | Valista |
| 84 | Fernanda Macan Cayazzo | 1553 | 30.000.000 | Valista |
| 85 | Comercial EU Clouthing Ltda. | 1561 | 40.000.000 | Valista |
| 86 | Maritza Korlaet Skarnic | 1769 | 56.992.000 | Valista |
| 87 | Marcela Vasquez Pizarro | 1740 | 82.900.000 | Valista |
| 88 | Mirtha Skarnic Estay | 1749 | 187.895.000 | Valista |
| 89 | Inversiones Fenic S.A. | 1701 | 629.150.000 | Valista |
| 90 | Andrés Sarria Tapia | 1713 | 73.400.000 | Valista |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 91 | Danilo Sarria Tapia | 1729 | 782.620.000 | Valista |
|-----|---------------------|------|-------------|---------|
| 92 | Juan Valenzuela Jimenez | 1666 | 37.526.000 | Valista |
| 93 | Sermar Ltda. | 1586 | 5.162.969.920 | Valista |
| 94 | Rodrigo Collantes Provoste / Maluc | 1609 | 965.120.000 | Valista |
| 95 | Florencia Vega Muñoz | 1645 | 25.000.000 | Valista |
| 96 | Oscar González Rodríguez | 1675 | 60.720.000 | Valista |
| 97 | Dinko Korlaet Skarnic | 1632 | 346.200.000 | Valista |
| 98 | Dinko Korlaet Skarnic | 1656 | 201.500.000 | Valista |
| 99 | Amparo Claro Izquierdo | 1809 | 166.375.000 | Valista |
| 100 | Daniela San Juan Fredes | 1872 | 23.353.036 | Valista |
| 101 | Vicente Cortes Cirer | 1866 | 20.780.000 | Valista |

## 5.5.- Ampliación nomina créditos verificados en periodo ordinario

El Liquidador Concursal, con fecha 29 de junio de 2016, acompañó al tribunal, la ampliación de la nomina de créditos verificados en periodo ordinario, la que incluyo a los siguientes créditos, la que será publicada en el Boletín Concursal con fecha 30 de junio de 2016.-

## AMPLIACION NOMINA DE CREDITOS VERIFICADOS

| N° | Nombre | Foja | Monto | Preferencia / Valista |
|-----|--------|------|-------|-----------------------|
| 1 | Fondos de Inversiones Privado GD | 227 | 2.016.453.357 | Valista |
| 2 | Bernardo Aldea Villagran US$21680 | 466 | 14.478.771 | Valista |
| 3 | Nicolás Gouguin Campusano | 546 | 43.747.973 | Valista |
| 4 | Lucien Gougain Campusano | 561 | 142.910.047 | Valista |
| 5 | Sebastián Méndez Siques y otro US$300.000,00 | 697 | 200.352.000 | Valista |
| 6 | Marcelo Ventura Svigilsky y otros US$412,069,64 | 1855 | 457.105.033 | Valista |
| 7 | Pablo Vargas Herrera | 1940 | 75.992.000 | Valista |



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 8 | Francisco Javier Pérez Montenegro | 1954 | 310.030.000 | Valista | |
|---|---|---|---|---|---|
| 9 | Macarena Jiles Bou | 1975 | 138.975.000 | Valista | |
| 10 | Odontología DRM Ltda. | 2027 | 157.730.000 | Valista | |
| 11 | Paola Ergas Waissbluth | 2128 | 18.309.408 | Valista | |
| 12 | David Rosenberng Messina | 2140 | 19.134.903 | Valista | |
| 13 | Andrea Lyon Prado | 2164 | 77.715.181 | Valista | |
| 14 | Erick Gatica Martínez | 2170 | 11.572.000 | Valista | |
| 15 | Marco Alvo Alaluf | 2176 | 51.500.000 | Valista | |
| 16 | Inversiones El Chuncho Ltda. | 2184 | 21.920.000 | Valista | |
| 17 | Inversiones Los Manitos Ltda. | 2191 | 45.400.000 | Valista | |
| 18 | Inversiones DRM Ltda. | 2198 | 107.698.000 | Valista | |
| 19 | Juana Duran Bustos | 2205 | 11.676.518 | Valista | |
| 20 | Daniela Nahmias Papic | 2211 | 40.480.000 | Valista | |
| 21 | Nevenka Palma Papic | 2217 | 15.964.007 | Valista | |
| 22 | Paula Gómez Troncoso | 2224 | 20.910.000 | Valista | |
| 23 | Constanza Jiménez Stevenson | 2232 | 21.528.000 | Valista | |
| 24 | Claudio Aros Acuña y Marcela Aguirre lopez | 2252 | 148.828.000 | Valista | |
| 25 | Claudia Uribe Palma | 2305 | 50.750.000 | Valista | |
| 26 | Juan Manuel Ramos Castiglione | 2314 | 167.960.000 | Valista | |
| 27 | Carmen Gloria Geisse Illanes | 2320 | 70.420.152 | Valista | |
| 28 | Inversiones Lirbu Uno Ltda. | 2348 | 59.800.000 | Valista | |


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

| 29 | Marcela Sepúlveda Urzua | 2355 | 10.960.000 | Valista |
|----|-------------------------|------|------------|---------|
| 30 | Deportes e Inversiones Tomas González Ltda. | 2361 | 10.960.000 | Valista |
| 31 | Inmobiliaria Panel Dos Ltda. | 2369 | 338.000.000 | Valista |
| 32 | Inmobiliaria Panel Cuatro Ltda. | 2377 | 338.000.000 | Valista |
| 33 | Inversiones Lirbu Dos Ltda. | 2384 | 59.800.000 | Valista |
| 34 | Inmobiliaria Panel Tres Ltda. | 2393 | 338.000.000 | Valista |
| 35 | Paulina Díaz Spoerer | 2399 | 79.700.000 | Valista |
| 36 | María del Pilar González Martínez | 2413 | 1.050.400.000 | Valista |
| 37 | José Pablo Díaz Gatica | 2429 | 102.440.000 | Valista |
| 38 | José Joaquín Bustamante Fernández | 2474 | 114.700.000 | Valista |
| 39 | Michele Van Klaveren Carrasola | 2482 | 34.627.000 | Valista |
| 40 | Marta Dockendorff Vallejos | 2602 | 253.106.245 | Valista |
| 41 | Rosario Liquitay Rojas | 2612 | 89.834.000 | Valista |
| 42 | Loreto Diez Arriaga | 2620 | 24.000.000 | Valista |
| 43. | María Montt Lyon y otros | 2643 | 636.150.000 | Valista |
| 44 | Tesorería General de la Republica | 2736 | 10.522.749.820 | Pref. Art. 2472 N°9 del C.C. |
| 45 | Rodrigo Landeta Moya | 2743 | 266.144.000 | Valista |
| 46 | Benjamín González Bacigalupo | 2748 | 45.000.000 | Valista |
| 47 | Carolina Facusse Sevilhano | 2755 | 9.949.140 | Valista |
| 48 | Inversiones San Isidro S.A. | 2762 | 72.913.289 | Valista |
| 49 | Raúl Isidro Canales Cabello | 2774 | 296.980.000 | Valista |



| 50 | Verónica Hinrichsen Moya | 2781 | 68.000.000 | Valista |
| 51 | Ane Miren Landaeta Hinrichesen | 2789 | 23.840.000 | Valista |
| 52 | Anita Klein Dobbel | 2794 | 135.840.000 | Valista |
| 53 | Carolina Foncea Moreira | 2799 | 115.000.000 | Valista |
| 54 | José Eliseo del Río Gumizio | 2804 | 27.925.000 | Valista |
| 55 | María Cecilia Perez Pervan | 2810 | 84.160.000 | Valista |
| 56 | José Ramón Abatte Pérez | 2818 | 134.384.000 | Valista |
| 57 | Juan Pablo Fuentes Baltierra Urzua | 2829 | 87.450.000 | Valista |
| 58 | Bernardita Díaz Silva | 2835 | 5.838.259 | Valista |
| 59 | María Angélica Baltierra Urzua | 2841 | 14.800.000 | Valista |
| 60 | Mónica Sabah Domínguez | 2846 | 25.350.000 | Valista |
| 61 | Lucila Haddad Moya | 2851 | 10.650.000 | Valista |
| 62 | José Luis Argandoña Toro | 2859 | 87.060.000 | Valista |
| 63 | Hernán Ordenes González | 2865 | 32.694.250 | Valista |
| 64 | José Antonio Ramírez Baudet | 2871 | 79.830.000 | Valista |
| 65 | Claudio Miranda Cárdenas | 2879 | 53.040.000 | Valista |
| 66 | Barbará Inés Ruiz y otros | 3392 | 2.038.520.553 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |
| 67 | Marta Mizgier Hochschild | 3442 | 126.627.561 | Valista |
| 68 | Laura Urresty Huerta | 3447 | 55.842.914 | Valista |
| 69 | Camila Yver Morales | 3453 | 30.647.500 | Valista |
| 70 | Claudio Miranda y Cía. | 3462 | 160.480.000 | Valista |


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 71 | María Pilar Santa Cruz | 3467 | 10.910.000 | Valista |
|----|------------------------|------|------------|---------|
| 72 | Pamela González Cataldo | 3472 | 55.850.000 | Valista |
| 73 | Andrea Pérez Villalobos | 3483 | 23.353.036 | Valista |
| 74 | Luis Calderón Morales | 3490 | 86.174.000 | Valista |
| 75 | Nicolás Lisoni Benoit | 3498 | 91.594.000 | Valista |
| 76 | Juana Schorr Rubel | 3513 | 61.600.000 | Valista |
| 77 | Rodrigo Abatte Pérez | 3518 | 39.095.000 | Valista |
| 78 | Andrea Saravia Arriagada y Rosa Arriagada Colvin | 3536 | 47.730.000 | Valista |
| 79 | María Inés Castiglione Dueñas | 3546 | 98.120.000 | Valista |
| 80 | Asesorías e Inversiones Cachito Ltda. | 3564 | 148.400.000 | Valista |
| 81 | Pedro García Augier | 3578 | 99.450.000 | Valista |
| 82 | Macarena García Sirandoni | 3593 | 41.615.000 | Valista |
| 83 | Fernando Vargas Garay | 3608 | 151.450.000 | Valista |
| 84 | Joaquín Salvatierra Vargas | 3622 | 135.850.000 | Valista |
| 85 | Rosa Velasco Ringeling | 3637 | 53.972.378 | Valista |
| 86 | Cristian Schindler Schaub | 3661 | 128.577.990 | Valista |
| 87 | Francisco Solanich y otros | 3776 | 206.000.000 | Valista |
| 88 | Romina Musalem Callegari | 3803 | 72.570.000 | Valista |
| 89 | Claudia Otoya Phillipps | 3833 | 11.170.000 | Valista |
| 90 | Miguel Luis Jara Céspedes | 3856 | 128.800.000 | Valista |
| 91 | Gesper Outsourcing Ltda. | 3875 | 49.725.000 | Valista |



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 92 | Mario Toral Muñoz | 3901 | 3.374.238.732 | Valista |
| 93 | Marcela Clara Stange Jorquera | 3918 | 45.760.000 | Valista |
| 94 | Flora Uribe Martinez | 4609 | 31.526.698 | Valista |
| 95 | Inversiones Tadeo Spa | 4617 | 13.040.795 | Valista |
| 96 | Roberto Baltra Domeyko | 4630 | 78.150.000 | Valista |
| 97 | Ludmila Vásquez Schnake | 4647 | 5.701.431 | Valista |
| 98 | Carlos Briones Lea-Plaza | 4705 | 144.887.488 | Valista |
| 99 | Ana González Llanos | 4718 | 3.993.992 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |
| 100 | Sandra León Apablaza | 4727 | 3.629.914 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |
| 101 | José Álvarez Morales | 4736 | 2.469.081 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |

## 6.- ESTADO DE LOS NEGOCIOS DEL DEUDOR

Los negocios de la sociedad deudora se han mantenido sin variación a lo declarado en la petición de liquidación.

## 7.- ACTIVO DEL DEUDOR

El Activo de la sociedad deudora se encuentra determinado en parte por los bienes incautados que se han informado precedentemente, y aquellos a incorporar próximamente por lo que informo a los señores acreedores que el producto probable de la realización del activo a liquidar será superior a UF 5000.-

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

## 8.- JUICIOS LABORALES

El Liquidador informa que durante el proceso de incautación don Mauricio Páez, informó que existían 16 trabajadores que mantenían contrato vigente, a los con fecha 29 de abril les habían entregado las respectivas cartas de avisos de termino de contrato.

El liquidar cumpliendo con los dispuesto en el 163 bis del Código del Trabajo, puso a disposición de los ex trabajadores los proyectos de finiquitos, actuando como ministro de Fe el notario Público don Alberto Mozó Aguilar. A la fecha solo han concurrido a firmar tres trabajadores, los que han verificado sus acreencias.

El liquidador informa que a la fecha ha sido notificado de 10 juicios laborales por un monto total aproximado de $2.067.236.506.- cabe señalar que dentro de los trabajadores que demandan a Onix se encuentran miembro del Holding que han demandado en forma subsidiaria pretendiendo que se declare la unidad económica.

De estos 10 juicios, se han notificado al liquidador 9, programándose audiencia para los días que median entre el 20 de julio al 01 de agosto de 2016.

Cabe señalar que las verificaciones por créditos laborales han sido presentadas en forma condicional al resultado del juicio, por lo que dichos montos podrían tener variación.

## 9.- REALIZACION DE REUNIONES DE COORDINACION.

### 9.1 FISCALIA.

El liquidador informa que al día de hoy a realizado reuniones de coordinación con el fiscal don Carlos Gajardo, fiscal jefe de la unidad de delitos de alta complejidad, a fin de solicitar antecedentes, cartolas y documentos por esta fiscalía incautados, en especial aquellos de índole legal y contable que son necesarios para una adecuada revisión de las verificaciones y su potencial impugnación. Se adjunta en anexo la solicitud a fiscalía.

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

## 9.2 ACREEDORES, EX ABOGADOS DEL DEUDOR Y POSIBLES CONTRATACIONES EXTRANJERAS.

El Liquidador informa que durante las primeras semanas de mayo del año en curso, tomo contacto con un grupo de acreedores que representan una parte importante de esta sala y quórum a fin de avanzar en la estrategia respecto de un acercamiento con los representantes del deudor y ver la posibilidad de un posible convenio de pago. Pero inesperadamente el deudor revoco poderes a sus representantes suspendiendo los avances en esa materia.

A raíz de lo anterior, la mesa de acreedores insto al liquidador a Aprobar la realización de actuaciones a efectos de lograr la incautación e integración a la masa de los bienes relacionados a Onix ubicados en el extranjero, teniendo presentes los costos asociados a las gestiones a ser desarrolladas para tales fines y la posibilidad de contratar préstamos que gocen de la preferencia del artículo 2472 número 4 del Código Civil.

A raíz de esto último, este liquidador ha tomado contacto con estudios jurídicos de los estados unidos de Norteamérica y con presencia en otras jurisdicciones a fin de poder presupuestar actuaciones y costos que comprenderían al ejercicio de la normativa de liquidación transfronteriza en dichas jurisdicciones (art 304 y siguientes).

Tanto el estudio jurídico JONES DAY ( www.jonesday.com ) como el estudio jurídico DLA PIPER ( www.dlapiper.com ) , firmas multinacionales legales han hecho llegar sus propuestas profesionales esquematizadas y por etapas, las que serán presentadas en la primera junta de acreedores para su conocimiento y potencial aprobación .

En relación a esto hemos solicitados a ambos estudios indagar sobre la existencia de los activos que ya conocidos y verificar si existes otros activos no conocidos.

Adicionalmente con lo anterior ya resuelto proceder a dar inicio acciones legales con el fin de proceder a congelar, incautar y/o de disponer de los mismos por parte de la masa de acreedores.

## 9.- PASIVO DEL DEUDOR

De conformidad al total de los créditos verificados en autos al 14 de junio de 2016, el pasivo totaliza la suma de **$75.438.996.213.-**

## 10.- ANEXOS

- Anexo N°1 Carta a Fiscalía de alta complejidad.

- Anexo N° 2 Informe contable de la Liquidación.

- Anexo N°3 Carta borrador a Superintendencia de Insolvencia y Reemprendimiento, solicitud actuación de conformidad art 304 Ley 20.720.-

CARLOS PARADA ABATE
**Abogado – Liquidador Concursal**

# ANEXO N°1

# CARTA FISCALIA ALTA COMPLEJIDAD

# JUNTA CONSTITUTIVA ACREEDORES

# LIQUIDACION FORZOSA

# ONIX CAPITAL S.A.

# R.U.T. N°76.052.559-6



Santiago, 17 de mayo de 2016

Señor
Carlos Gajardo
Fiscalía de Alta Complejidad
Presente

**Ref**: Solicitud de documentos necesarios para labores de liquidador en la Quiebra de Onix Capital S.A., causa RUC 1500643330-5.

Estimado don Carlos

Por medio de la presente, informo a usted que con fecha 04 de mayo de 2016, en causa Rol C-9217-2016, seguida ante el 30° Juzgado Civil de Santiago, se decretó la Liquidación Forzosa de la empresa Onix Capital S.A., RUT 76.052.559-6, designándoseme como liquidador titular, asumiendo el cargo el día 05 de mayo del presente.

La notificación de la resolución de liquidación se practicó con fecha 9 de mayo de 2016 y la Primera Junta de Acreedores está fijada para el día 16 de junio, a las 15:00 horas, en la sala de audiencias del mismo Tribunal.

Ahora bien, dentro de las obligaciones señaladas por la Ley 20.720 para el Liquidador, el artículo 36 contempla, entre otras

a.   incautar e inventariar bienes del deudor
b.   liquidar bienes del deudor
c    efectuar repartos
d    cobrar los créditos del activo del deudor
e    exigir rendición de cuentas de cualquiera que haya administrado bienes del deudor
f.   reclamar del deudor la entrega de información necesaria para el desempeño de su cargo
g.   cerrar los libros de comercio del deudor, quedando responsable por ello frente a terceros desde la dictación de la resolución de liquidación.



Asimismo, el artículo 173 de la mencionada ley habla de la obligación del liquidador de, en cumplimiento con su deber, examinar todos los créditos que se verifiquen y las preferencias que se aleguen, investigando origen, cuantía y legitimidad con los documentos que respalden dichas verificaciones, a fin de impugnar o no los mismos.

Por su parte, el artículo 350 número 5, establece modificaciones al Código del Trabajo, señalando obligaciones al liquidador al tiempo de dictarse la resolución de liquidación, debiendo además comunicársele a los trabajadores personalmente o por carta certificada el término de la relación laboral.

Además, el liquidador deberá de poner a disposición del trabajador un finiquito, con los antecedentes de que disponga el liquidador al tiempo de la incautación.

Con fecha 06 de mayo se procedió a la incautación de bienes de la empresa Onix Capital S.A., encontrándose sólo algunos bienes correspondientes al mobiliario de la empresa.

Según la información entregada por los abogados de Onix Capital S.A. a este liquidador, la totalidad de la información necesaria para cumplir las obligaciones que me impone la ley se encontraría incautada por la Fiscalía en el contexto de la causa RUC 1500643330-5.

En función de lo anterior es que vengo en solicitarle formalmente me permita tener acceso a la siguiente documentación de Onix Capital S.A.:

1. Libros y asientos contables con sus respectivos comprobantes.

2. Balances.

3. Carpetas de trabajadores y cualquier otra documentación referida a los mismos.

4. Listado de bienes incautados.

5. Cartolas de cuentas corrientes bancarias de la sociedad.

6. Traspasos de dineros de Onix Capital S.A. a cualquier otra sociedad, en particular, a cualquier sociedad relacionada con los propietarios de la



misma, Alberto Chàng Rajii o Verónica Rajii Krebs o a estos mismo como personas naturales.

7. Contratos celebrados entre Onix Capital S.A. y cualquier otra sociedad o persona natural, en particular, contratos celebrados celebrados con cualquier sociedad relacionada directa o indirectamente con el señora Alberto Chang Rajii.

8 Documentos en los que consten inversiones de la sociedad.

9 Cualquier otro documento que sirva para realizar el encargo que se me ha efectuado.

Atendidas las obligaciones que me impone la ley en el ejercicio de mi encargo, los documentos solicitados resultan fundamentales para el cumplimiento del mismo, motivo por el cual es que le solicito respetuosamente poder acceder a los mismos en el más breve plazo posible.

Sin otro particular, se despide cordialmente

Carlos Parada Abate
Liquidador Concursal

# ANEXO N°2

## INFORME CONTABLE

# JUNTA CONSTITUTIVA ACREEDORES

# LIQUIDACION FORZOSA

# ONIX CAPITAL S.A.

# R.U.T. N°76.052.559-6

ONIX CAPITAL S.A. EN LIQUIDACION      **BALANCE OCHO COLUMNAS**      Fecha emisión:29/06/2016
76.052.559-6                                 **(TRIBUTARIO)**              Hora emisión:    11:39:35
COMPAÑIA 1291 OFICINA 306       **Desde el 01/01/2016 hasta 30/06/2016**       Página:        1
SANTIAGO

| Cuenta | Descripción | Débitos | Créditos | Saldos Deudor | Saldos Acreedor | Balance Activo | Balance Pasivo | Resultados Pérdida | Resultados Ganancia |
|--------|-------------|---------|----------|--------|---------|--------|--------|---------|---------|
| 1.1.10.005 | ANTICIPO DE HONORARIOS | 480.000 | 0 | 480.000 | 0 | 480.000 | 0 | 0 | 0 |
| 2.1.01.003 | FONDOS PROPORCIONADOS POR EL SINDIC | 0 | 980.980 | 0 | 980.980 | 0 | 980.980 | 0 | 0 |
| 3.2.02.026 | GASTOS TRASLADO | 452.200 | 0 | 452.200 | 0 | 0 | 0 | 452.200 | 0 |
| 3.9.01.005 | OTROS GASTOS | 8.860 | 0 | 8.860 | 0 | 0 | 0 | 8.860 | 0 |
| 3.9.01.025 | GASTOS EN BENCINA | 39.920 | 0 | 39.920 | 0 | 0 | 0 | 39.920 | 0 |
| **Total** | | 980.980 | 980.980 | 980.980 | 980.980 | 480.000 | 980.980 | 500.980 | 0 |
| Resultado | | | | | | 500.980 | 0 | 0 | 500.980 |
| Sumas Iguales | | 980.980 | 980.980 | 980.980 | 980.980 | 980.980 | 980.980 | 500.980 | 500.980 |

# ANEXO N°3

# CARTA SUPERINTENDENCIA DE

# INSOLVENCIA Y REEMPRENDIMIENTO

# JUNTA CONSTITUTIVA ACREEDORES

# LIQUIDACION FORZOSA

# ONIX CAPITAL S.A.

# R.U.T. N°76.052.559-6

**Carlos Parada Abate**
Abogado – Liquidador

Santiago, 29 de junio de 2016

Señor
**Andrés Pennycook Castro**
Superintendente de Insolvencia y Reemprendimiento
Superintendencia de Insolvencia y Reemprendimiento
Hermanos Amunátegui N° 228, Santiago
<u>Presente</u>.-

<u>Ref.</u>: Procedimiento Concursal de Liquidación Onix Capital S.A. (Rol 9217-2016)

Estimado Sr. Superintendente,

Como es de su conocimiento, con fecha 13 de abril del presente año se presentó por parte de Inversiones Aguasoro S.A. una demanda de liquidación forzosa en contra de Onix Capital S.A. ("en adelante, "Onix"), dictándose la correspondiente resolución de liquidación por el 30° Juzgado Civil de Santiago con fecha 4 de mayo de 2016.

En dicha resolución de liquidación se me designó como liquidador titular, en carácter de provisorio, hasta la celebración de la junta constitutiva de acreedores, la que tuvo lugar el día 29 de junio del presente año, siendo ratificada en ella tal designación. Habiendo asumido dicho cargo, y en ejercicio del mismo, se ha advertido la existencia de bienes relacionados a Onix ubicados en el extranjero, destacándose especialmente los siguientes: [Estados Unidos, Reino Unido, Australia, Islas Vírgenes Británicas, China y Malta].

Los referidos antecedentes fueron puestos en conocimiento de la Junta Constitutiva de Acreedores de Onix, la cual resolvió: 1. Aprobar la realización de actuaciones por parte de este liquidador a efectos de lograr la incautación e integración a la masa de los bienes relacionados a Onix ubicados en el extranjero, teniendo presentes los costos asociados a las gestiones a ser desarrolladas para tales fines y la posibilidad de contratar préstamos que gocen de la preferencia del artículo 2472 número 4 del Código Civil, y; 2. Aprobar el requerimiento por parte de este liquidador ante la Superintendencia de Insolvencia y Reemprendimiento para para poder actuar en el extranjero en representación del procedimiento concursal de liquidación de Onix, requiriendo también la delegación de tal autorización en mi persona.

Al efecto, contando nuestro nuevo ordenamiento concursal con normas que tratan sobre la materia de la insolvencia transfronteriza (Capítulo VIII de la Ley No. 20.720, sobre reorganización y liquidación de activos de empresas y personas), y en línea con las finalidades de dicha normativa previstas en el artículo 299 de la Ley, se ha estimado indispensable dar curso a la presente solicitud con el objetivo de proteger los intereses de los acreedores y de los bienes del deudor, a fin de lograr la optimización de su valor, y, en consecuencia, una mejor expectativa de pago.

**Cerro El Plomo N°5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



**Carlos Parada Abate**
**Abogado – Liquidador**

En atención a lo anterior, por medio de la presente vengo en solicitar a Ud. que, de conformidad a los términos dispuestos en el artículo 304 de la Ley No. 20.720, se adopte la determinación por parte de la Superintendencia de Insolvencia y Reemprendimiento para actuar en el extranjero en representación del procedimiento concursal de liquidación de Onix, requiriendo asimismo de la delegación de tal autorización en mi persona, en mi calidad de administrador concursal de dicho procedimiento (conforme a la definición prevista en el artículo 301, g) de la citada normativa).

Contando con la autorización antes indicada, se procederá a solicitar el reconocimiento del procedimiento concursal de liquidación de Onix en las siguientes jurisdicciones: [Estados Unidos de América, Reino Unido, Australia, Islas Vírgenes Británicas, China y Malta], considerando especialmente que al menos en las cuatro primeras se ha incorporado en su legislación interna la Ley Modelo de la CNUDMI sobre Insolvencia Transfronteriza.

Quedo a su disposición por cualquier consulta sobre el particular,

Carlos Parada Abate
Liquidador
Procedimiento Concursal de Liquidación de Onix Capital S.A.

**Cerro El Plomo N°5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

# RECORD OF LAW 20.720 HEARING
# CREDITORS' MEETING LIQUIDATION OF DATA COMPANY

| | |
|---|---|
| DATE | Wednesday, June twenty-ninth, two thousand fifteen |
| COURT | 30th Civil Court of Santiago |
| REGISTRATION NUMBER | C-9217-2016 |
| JUDGE | DANIELA ROYER FAÚNDEZ |
| CERTIFYING OFFICER | Iván Covarrubias Pinochet |
| MINUTE-TAKER | Leonardo Olea Schmidt |
| START TIME | 15:55 |
| CLOSURE TIME | 16:50 |
| DATA COMPANY | ONIX CAPITAL S.A. |
| AGENT | *(did not appear)* |
| LIQUIDATOR | Carlos Parada Abate |

| ACTIONS TAKEN | YES | NO | ORDER |
|---|---|---|---|
| START | X | | 1 |
| INDIVIDUALIZATION | X | | 2 |
| LIST OF ATTENDING CREDITORS WITH A RIGHT TO VOTE | X | | 3 |
| REPORT BY LIQUIDATOR REGARDING:<br>a) Current state of the negotiations with the debtor company<br>b) Steps taken by the Liquidator with respect to those negotiations<br>c) Expenses incurred<br>d) Whether the Debtor's assets exceed 5000 UF [Unidades Fiscales — Tax Units] or not | X | | 4 |
| RATIFICATION OF THE INCUMBENT AND SUBSTITUTE LIQUIDATOR | X | | 5 |
| AGREEMENT ON HOLDING OF ORDINARY MEETINGS | X | | 6 |
| APPOINTMENT OF INCUMBENT AND SUBSTITUTE EXECUTIVE (Chairman and Secretary) | X | | 7 |
| AGREEMENTS OF THE BOARD WITH RESPECT TO LIQUIDATION OF ASSETS OF THE DEBTOR COMPANY | | X | 8 |
| SETTING UP LIQUIDATOR FEES | | X | 9 |
| OTHER MATTERS | X | | 10 |

**Santiago, Wednesday, June twenty-ninth, two thousand fifteen.**

At the appointed date and time, pursuant to Article 196 of Law 20.720, in cause registration number C-9217-2016, the board consisting of the creditors in the forced liquidation bankruptcy proceeding relating to the debtor company "Onix Capital S.A." was held with the attendance of the temporary incumbent liquidator Mr. Carlos Parada Abate.

The Creditors signed the list of attendees which forms an integral part of the present record for all legal effects.

The total liabilities with a right to vote represented at this Board meeting is in the amount of **$60,994,183,681**, which represents **81.2%** of the total verified liabilities in the cause.

The Liquidator, Mr. Carlos Parada Abate, stated as follows with respect to the report to the Board of Creditors in connection with:

a) The current state of the negotiations with the debtor company
b) The measures taken by the Liquidator with respect to those negotiations; and
c) The expenses hitherto incurred in the actions taken by him.

The Liquidator then set forth the general background, his oath and Acceptance of the Position, the formalities carried out with respect to the Attachment and

Inventory of Assets, reporting on the Procedural Background of the Liquidation, as well as the List of verified Credits and other administrative formalities.

He informed the Board that on May 6 of the present year he appeared at the domicile located at calle La Luma No. 1160, apartment 1103, Vitacura, where he was informed by the porter that it corresponded to the private domicile of Verónica Rajii, and that no one was in residence.

Subsequently he traveled to the domicile located at Av. Las Condes 11380, office 41, Municipality of Vitacura, where he was received by the attorney of the debtor who indicated that these offices were leased and that all of the debtor's accounting documentation was already in the possession of the Prosecutor's Office for the Eastern Region.

On May 27 of the present year, the decree of attachment was extended to the domicile at Av. Las Condes No. 11380, storeroom No. 9. The following was attached in this domicile:

- 4 files containing original numbered investor promissory notes
- 5 files containing payment of taxes on a loan for consumption.

In addition, receipt was made of the aforementioned property, together with the storeroom and parking spaces No. 25, 34, 35 and 36 to Inversiones Las Quilas Limitada.

With respect to the labor proceedings, the 16 employees were sent letters informing them of the termination of the contract, the settlements being left at the Mozó notary office. He added that there were ten labor proceedings, of which the liquidator had received notification of nine.

He then discussed collaborative efforts to continue with the attachment with the prosecutor in charge of the case, Mr. Carlos Gajardo. With respect to the assets located abroad, he stated that two firms of attorneys had sent him their professional estimates so that he could budget the measures required to be taken in exercising cross-border liquidation regulations.

He informed the Board that the probable cost of liquidating the debtor's assets would be in excess of 5,000 UF.

The Board asked the liquidator about the meetings with the debtor's former agent, the majority shareholders and the liquidator himself, to which he answered that there was initially willingness to voluntarily hand over the debtor's assets, but this was frustrated once the former agent ceased to render legal assistance.

The Board asked the liquidator if he had had access to the debtor's accounts, to which the latter stated that he had had access to some parts of these.

The Board asked whether the debtor had any funds, to which the latter answered that there were currently very few funds.

The Board asked about the Debtor's checking accounts, to which the liquidator added that attention is being paid to the bank transactions made by Alberto Chang.

The Board made reference to recovery of the money transferred from Onix to Alberto Chang's affiliated companies both domestic and foreign. It also referred to the actual expenses of the cross-border liquidation.

Subsequently the Constituent Board **agreed** as follows:

1. With respect to Ratification of the Incumbent and Substitute Liquidator: Mr. Carlos Parada Abate, as incumbent Liquidator, and Mr. Tomás Andrews Hamilton as Substitute Liquidator, are ratified by the Board, to hold that capacity definitively for all legal effects.

It is hereby placed on record that **1.8%** of the liabilities did not vote to ratify the incumbent liquidator.

2. With respect to agreeing on the place, date and time of the ordinary meetings:

The Board agreed to hold monthly meetings on the first Wednesday of the month, at 13:00, at the Colegio de Abogados [Bar Association], located at Ahumada 341, floor 2 in the city.

3. The Board proceeded to appoint Mr. Rodrigo Rettig Vargas as Chairman of the represented creditors, and Mr. Guillermo Claverie as Secretary of the represented creditors. Mr. Rafael Gómez Pinto was appointed as substitute Chairman of the represented creditors, and Mr. Alejandro Espina Gutiérrez as substitute Secretary of the represented creditors.

4. Among other matters, the Board agreed to approve the measures hitherto taken by the Liquidator, and the account rendered to this Board, which report constitutes an integral part of the present record for all legal effects.

It was agreed that the liquidator would report at the next ordinary meeting of the board on the costs relating to the cross-border liquidation, on the corporate structure of Onix S.A., on the contracts relating to the labor proceedings, and the possibility of constituting a Creditors' Committee.

It was made clear by the Superintendencia de Insolvencia [Insolvency Bureau] that the retaining of labor attorneys did not constitute specialized contracting and were to be borne by the liquidator.

Carlos Parada Abate
Liquidador - Concursal

**LIQUIDACION FORZOSA**
**Onix Capital S.A.**

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 1 | Veronica Folch Maass | 77 | 54.550.000 | 0,07% | GM. CLAVDE 3 | | |
| 2 | Jose Ignacio Perez Montenegro | 84 | 72.996.000 | 0.10% | | | |
| 3 | Inversiones Aguasoro Ltda. | 97 | 270.000.000 | 0,36% | | | |
| 4 | Andrew Ried Woodforde-Booth | 103 | 50.265.000 | 0,07% | | | |
| 5 | Graciela Guerrero Correa | 109 | 22.203.259 | 0,03% | Patrici- Coronines | | PCORONIMAS@AYLWINASOCiables.CL |
| 6 | Carlos Leighton Torres | 114 | 138.650.000 | 0,18% | Patricio Coronians | | ( " |
| 7 | Benjamin Concha Gazmuri | 123 | 214.392.690 | 0,28% | | | |
| 8 | Matias Aparicio Pizarro | 132 | 9.341.214 | 0,01% | marie dell | | |
| 9 | Rebeca Pizarro Baeza | 137 | 10.000.000 | 0,01% | marte dell | | |
| 10 | Martina Loretta Santis Ottone | 144 | 22.340.000 | 0,03% | Patricio Coronias | | |
| 11 | Maria González Bravo | 152 | 181.597.281 | 0,24% | Pablo Cifuentes | | PCIFUENTES@GARCIAMAGLIONABIO.CL |
| 12 | Mario Canessa Garcia | 159 | 33.384.274 | 0,04% | Tr  7? | | |
| 13 | Macarena Darrigrandi Galvez | 164 | 58.626.659 | 0,08% | | | NROESIMO JULGADO CIV. SECRETARIA |
| 14 | Willy Ruff Ferres | 168 | 58.382.589 | 0,08% | | | |

Código de Verificación
CABG-AAC-AACCIBB
Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

124
CL

## LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 15 | Regina Lira Valdes | 172 | 18.682.428 | 0,02% | | | |
| 16 | Carlos Palacios Iturrieta | 176 | 110.500.000 | 0,15% | | | |
| 17 | Patricia Lueje Phillips | 181 | 17.299.779 | 0,02% | | | |
| 18 | Inversiones V y V S.A. | 188 | 1.058.400.000 | 1,40% | | | |
| 19 | Rodrigo Facuse Zaror | 196 | 41.846.636 | 0,06% | | | |
| 20 | Javier Ignacio Facuse Zaror | 202 | 39.200.000 | 0,05% | | | |
| 21 | Inversiones Camarico Ltda. | 210 | 179.342.726 | 0,24% | | | |
| 22 | Matias Patricio Facuse Zaror | 216 | 41.846.636 | 0,06% | | | |
| 23 | Cindy Ruff Fuentes | 221 | 102.550.000 | 0,14% | | | |
| 24 | Fondos de Inversiones Privado GD | 227 | 2.016.453.357 | 2,67% | JUAN PABLO MESA E. | | Jprieto@prieto.cl |
| 25 | Andres Sarasua Marchesse | 244 | 9.864.762 | 0,01% | | | |
| 26 | Gina Marchesse Gonzalez | 250 | 75.258.889 | 0,10% | | | |
| 27 | Marcia Zelada Martinez | 255 | 11.772.355 | 0,02% | | | |
| 28 | Marcia Zelada Martinez | 260 | 5.838.259 | 0,01% | | | |

125

Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 29 | Claudia Jadue Zelada | 269 | 29.191.294 | 0.04% | | | |
| 30 | Claudia Jadue Zelada | 278 | 19.087.526 | 0.03% | | | |
| 31 | Asesorias e Inversiones El Alemein Ltda. | 290 | 22.846.604 | 0,03% | | | |
| 32 | Carlos Bascuñan Edwars | 306 | 157.636.353 | 0.21% | | | |
| 33 | Maria Ginesta Bascuñan | 316 | 29.191.294 | 0,04% | | | |
| 34 | Francisca Tagle Veyl | 331 | 86.734.800 | 0,11% | PATRICIO LORCA VERA | | KMILLARES@AYLINASO-1HE,CL |
| 35 | Carolina Wajner Aparicio | 405 | 87.200.000 | 0.12% | | | |
| 36 | Carlos Araya Valdebenito- Carolina Araya Zapata - Jose Amado Rivas | 416 | 499.664.000 | 0.66% | Juan Calfinanc6 | | Juancalfinanc@pollardos hotmail.cor p. |
| 37 | Lorena Vilaza Massardo | 450 | 192.500.000 | 0.26% | Fdo luck - Braci | | ? |
| 38 | Maria Massardo Luco | 456 | 39.725.000 | 0,05% | Flo lule - Bram | | luej @ ambe - etxam |
| 39 | Bernardo Aldea Villagran US$21680 | 466 | 14.478.771 | 0,02% | Aumo's Bosfamiza | | Abos/azz2a@27dA-Cl |
| 40 | Marissa Acevedo Moyano y otros | 516 | 737.916.520 | 0,98% | Andrés Bostemiza | | obostamiza@27dA-Cl |
| 41 | Nicolas Gougain Campusano | 546 | 43.747.973 | 0,06% | | | |
| 42 | Humberto Luciano Gougain Oliva | 553 | 87.495.947 | 0,12% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación

126

Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 43 | Lucien Gougain Campusano | 561 | 142.910.047 | 0,19% | | | |
| 44 | Alvaro Desmadryl Barba y Priscila Dionis | 571 | 68.635.391 | 0,09% | Rodrigo avin | | rartib@arhtgarzalez.cl |
| 45 | Patricia Cdurdurier Humaña y otra | 576 | 38.495.961 | 0,05% | | | |
| 46 | Bernardita Hoces de la Guardia y otro | 584 | 93.510.000 | 0,12% | CHRISTOPHER RUIZ | | ABOGADO. RUIZ. SEALLS@GMAIL COM |
| 47 | Ximena del Canto Santelices | 593 | 14.500.000 | 0,02% | ROTANDO BERMUDEZ | | RBERMUDEZ@bermudezmo.cl |
| 48 | Rafael Herskovic Minond | 601 | 16.755.000 | 0,02% | u | u | Y |
| 49 | Viviana Uribe Haddad us$178.875,00 | 610 | 119.459.880 | 0,16% | u | u | Y |
| 50 | Alfredo Prieto Parra | 618 | 17.514.777 | 0,02% | u | u | Y |
| 51 | Alexandra Menache Simonato | 628 | 29.055.911 | 0,04% | u | v | ц/ |
| 52 | Valeria Reyes Rodriguez | 638 | 97.150.000 | 0,13% | u | ci | ц/ |
| 53 | Claudia Reyes Rodriguez | 647 | 96.145.000 | 0,13% | u | cl | Y |
| 54 | Maria Homorato Roman | 658 | 118.200.000 | 0,16% | u | u | Y |
| 55 | Evevlyn Gayoso Venegas | 671 | 43.050.000 | 0,06% | u | u | Y |
| 56 | Juan Pablo Varas Honorato | 681 | 93.940.000 | 0.12% | u | u | ц |

Verifique la validez de este documento en
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

Carlos Parada Abate
Liquidador - Concursal

**LIQUIDACION FORZOSA**
**Onix Capital S.A.**

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 57 | Sebastian Mendez Siques y otro US$300.000,00 | 697 | 200.352.000 | 0,27% | Ricardo ammusar | | roermon@ren...es |
| 58 | Francisco Javier Prieto Salgado | 705 | 5.838.259 | 0,01% | | | |
| 59 | Paulina Alexandra Uribe Haldas $48.639.829 y us$8.545,56 | 718 | 54.346.896 | 0,07% | | | |
| 60 | Cristian Alejandro Apablaza Alcantar | 734 | 130.000.000 | 0,17% | Natalia Gurdo | | canales. cgardas@guial.com |
| 61 | Lino Fernandez Concha | 740 | 63.000.000 | 0,08% | | | |
| 62 | Maria Landaida Ortiz | 768 | 30.000.000 | 0,04% | Rlkry Nao | | tacalosa@ossado-), con |
| 63 | Inverland SPA | 786 | 23.353.036 | 0,03% | | | |
| 64 | Karen Jadue Arancibia | 825 | 20.000.000 | 0,03% | | | |
| 65 | Alan Verdugo Zimerman y otros (50) | 1023 | 1.837.179.083 | 2,44% | Reward | | rdorwp@clybcl |
| 66 | Lia Dicowsky Sircovich y otros | 1063 | 165.288.000 | 0,22% | Claudie Pipn | | claudia-ropri@gred |
| 67 | Maria Eugenia Rodriguez Quiros | 1073 | 35.880.000 | 0,05% | | | |
| 68 | Paulo Brignardello Rodriguez | 1077 | 77.520.000 | 0,10% | | | |
| 69 | Paulina Cabezas Leuton | 1080 | 24.520.687 | 0,03% | | | |
| 70 | Gregorio Schepeler Alamos | 1093 | 92.050.000 | 0,12% | | | |

128

Verifique la validez de este documento en
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 71 | Emma Torres Montalbetti | 1102 | 77.752.756 | 0,10% | | | |
| 72 | Maria Jacou Montes | 1110 | 12.730.000 | 0,02% | | | |
| 73 | Eliana Rodillo Borda | 1121 | 26.629.456 | 0,04% | | | |
| 74 | Annamaria Rocca Moltedo | 1130 | 93.649.000 | 0,12% | Manco Moggi+ Tapia | W Moggia | marco.moggia.t@ gmail.com |
| 75 | Bernabe Lopez Taverne | 1139 | 22.340.000 | 0,03% | Gabriel Brimardello | | gbrimardello@floresycabogados.cl |
| 76 | Alois Bencina Kuzmanic | 1147 | 101.500.000 | 0,13% | Pablo Aunado | | PACAVEASEFLOROSYASOCIADOS.cl |
| 77 | Claudia Morales Soza | 1159 | 269.774.770 | 0,36% | Daniela Castillo Conca | Daniela Llanos | dcastillo@pym.cl |
| 78 | Jorge Araya Zamorano US$3.151.710,26 | 1188 | 2.104.838.180 | 2,79% | Danida Castillo Conca | V | lr |
| 79 | Marcos David Orrego Benjamin | 1200 | 26.629.456 | 0,04% | | | |
| 80 | Susana del Carmen Feris Otto US$11.956,18 + 83693272 | 1208 | 91.678.087 | 0,12% | | | |
| 81 | Olga Avendaño Otto y otro | 1225 | 14.950.000 | 0,02% | | | |
| 82 | Jimena Toledo Bustamante | 1241 | 17.514.777 | 0,02% | DIEGO MATTKUS | | DMORTIMH @ M.TipdN3 |
| 83 | Cristina Silva Peña | 1250 | 39.300.000 | 0,05% | | | |
| 84 | Juan Sabastian Rock Fuenzalida | 1258 | 23.353.036 | 0,03% | | | |

129

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACC

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 85 | Maria Mora Alarcon y otros | 1406 | 5.744.707.592 | 7,62% | | | |
| 86 | Alvaro Marin Sievers | 1437 | 27.000.000 | 0,04% | | | |
| 87 | Graciela Erazo Torricelli | 1457 | 141.510.135 | 0,19% | | | |
| 88 | Asesorias e Inversiones RMZ Ltda. | 1463 | 12.523.900 | 0,02% | | | |
| 89 | Asesorias e Inversiones Rio Claro Ltda. | 1467 | 112.600.000 | 0,15% | | | |
| 90 | Asesorias e Inversiones SCL Consulting Ltda. | 1473 | 55.200.000 | 0,07% | | | |
| 91 | Roberto Sivori Correa | 1478 | 34.753.320 | 0,05% | | | |
| 92 | Maria Salinas Fernandez | 1483 | 39.910.017 | 0,05% | | | |
| 93 | Maria Amenabar Zegers | 1487 | 242.785.000 | 0,32% | | | |
| 94 | AndresRochette Garmendia | 1494 | 34.208.586 | 0,05% | | | |
| 95 | Ibero Amerikanissche Technik S.A. | 1502 | 119.561.817 | 0,16% | | | |
| 96 | Maximiliano Frias Ossandon | 1508 | 11.170.000 | 0,01% | | | |
| 97 | Juan Pablo Swett Amenabar | 1512 | 379.500.000 | 0,50% | | | |
| 98 | Juana Massud Massud | 1517 | 23.353.036 | 0,03% | | | |

Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 99 | Mariana Von Bergen Rodriguez | 1527 | 187.894.069 | 0,25% | Luis Alostroza Z | | Notificas IHR.NET |
| 100 | Gestion y Desarrollo S.A. | 1534 | 100.000.000 | 0,13% | | | |
| 101 | Asesorias e Inversiones Nahuel y Cia. Ltda. | 1548 | 121.800.000 | 0,16% | | | |
| 102 | Fernanda Macan Cayazzo | 1553 | 30.000.000 | 0,04% | Daniel Ocampo Zu | | docampo@blyqa.cl |
| 103 | Comercial EU Clouthing Ltda. | 1561 | 40.000.000 | 0,05% | \| | \| | |
| 104 | Sermar Ltda. | 1586 | 5.162.969.920 | 6,84% | Rodrigo Pettis | | rrettis@rodrisyaz.cl |
| 105 | Rodrigo Collantes Provoste / Maluc | 1609 | 965.120.000 | 1,28% | | | |
| 106 | Dinko Korlaet Skarnic | 1632 | 346.200.000 | 0,46% | | | |
| 107 | Florencia Vega Muñoz | 1645 | 25.000.000 | 0,03% | | | |
| 108 | Dinko Korlaet Skarnic | 1656 | 201.500.000 | 0,27% | | | |
| 109 | Juan Valenzuela Jimenez | 1666 | 37.526.000 | 0,05% | | | |
| 110 | Oscar Gonzalez Rodriguez | 1675 | 60.720.000 | 0,08% | | | |
| 111 | Inversiones Fenic S.A. | 1701 | 629.150.000 | 0,83% | | | |
| 112 | Andres Sarria Tapia | 1713 | 73.400.000 | 0,10% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 113 | Danilo Sarria Tapia | 1729 | 782.620.000 | 1,04% | | | |
| 114 | Marcela Vásquez Pizarro | 1740 | 82.900.000 | 0,11% | | | |
| 115 | Mirtha Skarnic Estay | 1749 | 187.895.000 | 0,25% | | | |
| 116 | Maritza Korlaet Skarnic | 1769 | 172.912.000 | 0,23% | | | |
| 117 | Amparo Claro Izquierdo | 1809 | 166.375.000 | 0,22% | | | |
| 118 | Servicios Medicos e Inver. Baeza Lopez y otros | 1832 | 348.774.575 | 0,46% | Gmo. Clavène 3 | | |
| 119 | Marcelo Ventura Svigilsky y otros US$412,069.64 | 1855 | 457.105.033 | 0,61% | Fernando López Fabian | | fernando lopes @ reups.cl. luig@mute ebania.cl |
| 120 | Vicente Cortes Cirer | 1866 | 20.780.000 | 0,03% | Fdo mulor Planus | | |
| 121 | Daniela San Juan Fredes | 1872 | 23.353.036 | 0,03% | Gmo. Clavène 3 | | |
| 122 | Adriana Valenzuela Lobos | 1891 | 32.725.910 | 0,04% | ALEJANDRO ESPINA | | ESPINA@ELTON.CL |
| 123 | Inversiones Guerrero Ltda. | 1908 | 379.729.294 | 0,50% | ALEJANDRO ESPINA | | ESPINA@ ELTON.C |
| 124 | Adriana Guerrero Valenzuela | 1917 | 19.950.000 | 0,03% | | | |
| 125 | Mario Castillo Salazar | 1924 | 17.934.273 | 0.02% | | | |
| 126 | Francisco Guerrero Castex | 1933 | 74.996.636 | 0,10% | | | |

132

Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 127 | Pablo Vargas Herrera | 1940 | 75.992.000 | 0,10% | DDJluj o Vene | | vhpabopado @ mellue.il |
| 128 | Francisco Javier Perez Montenegro | 1954 | 310.030.000 | 0,41% | | | |
| 129 | Carmen Callegari Panizza | 1968 | 190.227.415 | 0,25% | Verme Valds | | vommevordej P gmil cm. |
| 130 | Macarena Jiles Bou | 1975 | 138.975.000 | 0,18% | Vame Vald | Wcd | u |
| 131 | Daniel Fischman Rajii y otros | 1995 | 1.498.364.305 | 1,99% | Consuelo Artovio G | | consuelo. antoiogogran can |
| 132 | Asesorias e Inversiones Gestion Ltda. | 2005 | 51.300.000 | 0,07% | Aluson Morria | | aotechno Chauss d NO |
| 133 | Inversiones Los Vinilos Ltda | 2018 | 141.425.000 | 0,19% | | | |
| 134 | Odontologia DRM Ltda. | 2027 | 157.730.000 | 0,21% | | | |
| 135 | Nicolas Escobar Gomez | 2036 | 10.910.000 | 0,01% | | | |
| 136 | Jacqueline O'Ryan Schulz | 2049 | 52.544.330 | 0,07% | Alejandry Moina | | adlecrnBeltre.cl |
| 137 | Maria Cervantes Fernandez | 2063 | 131.484.508 | 0,17% | | | |
| 138 | Inversiones y Asesorias Terrasal Ltda | 2074 | 12.197.500 | 0,02% | | | |
| 139 | Allan Steinssapir Schwartz | 2083 | 79.363.206 | 0,11% | | | |
| 140 | Myrna Schwartz Liftman | 2093 | 75.394.541 | 0,10% | | | |

133

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB



# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 141 | Marcelo ErgasVentura | 2106 | 433.784.624 | 0,58% | | | |
| 142 | Bernardo Heumann Malec | 2117 | 29.550.846 | 0,04% | | | |
| 143 | Paola Ergas Waissbluth | 2128 | 18.309.408 | 0,02% | | | |
| 144 | David Rosenberng Messina | 2140 | 19.134.903 | 0,03% | | | |
| 145 | Ian Steinsapir Schwartz | 2154 | 86.518.665 | 0,11% | | | |
| 146 | Andrea Lyon Prado | 2164 | 77.715.181 | 0,10% | | | |
| 147 | Erick Gatica Martinez | 2170 | 11.572.000 | 0,02% | | | |
| 148 | Marcvo Alvo Alaluf | 2176 | 51.500.000 | 0,07% | | | |
| 149 | Inversiones El Chuncho Ltda. | 2184 | 21.920.000 | 0,03% | | | |
| 150 | Inversiones Los Manitos Ltda. | 2191 | 45.400.000 | 0,06% | | | |
| 151 | Inversiones DRM Ltdda. | 2198 | 107.698.000 | 0,14% | | | |
| 152 | Juana Duran Bustos | 2205 | 11.676.518 | 0,02% | | | |
| 153 | Daniela Nahmias Papic | 2211 | 40.480.000 | 0,05% | | | |
| 154 | Nevenka Palma Papic | 2217 | 15.964.007 | 0,02% | | | |

134

SECRETARIA
SANTIAGO
Certifica que es h (copia)
un (original) fidedigna

Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 155 | Paula Gomez Troncoso | 2224 | 20.910.000 | 0,03% | | | |
| 156 | Constanza Jimenez Stevenson | 2232 | 21.528.000 | 0,03% | LIBED MATTLNT | | DMOrtug @ MgPyM03XDDC) |
| 157 | Claudio Aros Acuña y Marcela Aguirre lopez | 2252 | 148.828.000 | 0,20% | Consuelo Antonio G | | consuelo antonio(agmail.com |
| 158 | Maria Vieira Duplaquet | 2261 | 56.445.000 | 0,07% | alesadre decuin | | AAlewin@cttnes cl |
| 159 | David Adonay Gutierrez | 2271 | 113.500.000 | 0,15% | | | |
| 160 | Montserrat Contesse Novoa | 2282 | 60.175.000 | 0,08% | | | |
| 161 | Annabella Cardone Viguera | 2292 | 110.877.174 | 0,15% | | | |
| 162 | Claudia Uribe Palma | 2305 | 50.750.000 | 0,07% | Janue Valon | Wele | vounavdolj@gmel. |
| 163 | Juan Manuel Ramos Castiglione | 2314 | 167.960.000 | 0,22% | Rodrigo Ritty V. | | rroth@rottigycic |
| 164 | Carmen Gloria Geisse Illanes | 2320 | 70.420.152 | 0,09% | | | |
| 165 | Rodrigo Jiles Bou | 2329 | 248.180.000 | 0,33% | Vaese Velez | Wend | vennavdolj@gmail. |
| 166 | Isabel Bordeu Urrejola | 2335 | 19.638.000 | 0,03% | | | |
| 167 | Inversiones Lirbu Uno Ltda | 2348 | 59.800.000 | 0,08% | | | |
| 168 | Marcela Sepulveda Urzua | 2355 | 10.960.000 | 0,01% | | | |

135

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 169 | Deportes e Inversiones Tomas Gonzalez Ltda. | 2361 | 10.960.000 | 0,01% | | | |
| 170 | Inmobiliaria Panel Dos Ltda. | 2369 | 338.000.000 | 0,45% | | | |
| 171 | Inmobiliaria Panel Cuatro Ltda. | 2377 | 338.000.000 | 0,45% | | | |
| 172 | Inversiones Lirbu Dos Ltda | 2384 | 59.800.000 | 0,08% | | | |
| 173 | Inmobiliaria Panel Tres Ltda. | 2393 | 338.000.000 | 0,45% | | | |
| 174 | Paulina Diaz Spoerer | 2399 | 79.700.000 | 0,11% | | | |
| 175 | Maria del Pilar Gonzalez Martinez | 2413 | 1.050.400.000 | 1,39% | | | |
| 176 | Jose Pablo Diaz Gatica | 2429 | 102.440.000 | 0,14% | | | |
| 177 | Jose Pablo Diaz Gatica | 2431 | 210.369.600 | 0,28% | | | |
| 178 | Paulina Diaz Spoerer | 2436 | 56.175.562 | 0,07% | | | |
| 179 | Juan Eduardo Ossa Errazuriz | 2447 | 359.780.909 | 0,48% | | | |
| 180 | Maria Teresa de la Maza Camus | 2456 | 180.000.000 | 0,24% | | | |
| 181 | Soledad Ossa Errazuriz | 2462 | 73.077.892 | 0,10% | | | |
| 182 | Gonzalo Trivelli Oyarzun | 2469 | 98.081.043 | 0,13% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 183 | Jose Joaquin Bustamante Fernandez | 2474 | 114.700.000 | 0,15% | R Victt H Peri | | vhp abogado o rellur .l |
| 184 | Michele Van Klaveren Carrasola | 2482 | 34.627.000 | 0,05% | | | |
| 185 | Inmobiliaria Santa Maria Manquehue y otros | 2550 | 864.787.036 | 1,15% | Javiera Borak | Javiera Borell | Jbaralo@yrosty.c |
| 186 | Jorge Buhler Mohr | 2578 | 862.000.000 | 1,14% | J '' | '' | '' |
| 187 | Inmobiliaria Garcia Castilla Ltda. | 2587 | 250.000.000 | 0,33% | '' | '' | '' |
| 188 | Marta Dockendorff Vallejos | 2602 | 253.106.245 | 0,34% | Lino Disi Paula | | ldsi@adepa.cl |
| 189 | Rosario Liquitay Rojas | 2612 | 89.834.000 | 0,12% | | | |
| 190 | Loreto Diez Arriaga | 2620 | 24.000.000 | 0,03% | | | |
| 191 | Maria Montt Lyon y otros | 2643 | 636.150.000 | 0,84% | Gustavo Balmaceda | | GBALMAH@GMAIL.COM |
| 192 | Tesoreria General de la Republica | 2736 | 10.522.749.820 | 13,95% | CAuuta | 673 | Mentee@erdeha.cl |
| 193 | Rodrigo Landeta Moya | 2743 | 266.144.000 | 0,35% | Alonso Petongac | F.O | TLETONJAO@CHINGAONY@ono.cl |
| 194 | Benjamin Gonzalez Bacigalupo | 2748 | 45.000.000 | 0,06% | | | |
| 195 | Carolina Facusse Sevilhano | 2755 | 9.949.140 | 0,01% | | | |
| 196 | Inversiones San Isidro S.A. | 2762 | 72.913.289 | 0,10% | | | |

137

Código de Verificación
CABG-AAC-AACCIBB
Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 197 | Raul Isidro Canales Cabello | 2774 | 296.980.000 | 0,39% | | | |
| 198 | Veronica Hinrichsen Moya | 2781 | 68.000.000 | 0,09% | | | |
| 199 | Ane Miren Landaeta Hinrichesen | 2789 | 23.840.000 | 0,03% | | | |
| 200 | Anita Klein Dobbel | 2794 | 135.840.000 | 0,18% | | | |
| 201 | Carolina Foncea Moreira | 2799 | 115.000.000 | 0,15% | | | |
| 202 | Jose Eliseo del Rio Gumizio | 2804 | 27.925.000 | 0,04% | | | |
| 203 | Maria Cecilia Perez Pervan | 2810 | 84.160.000 | 0,11% | | | |
| 204 | Jose Ramon Abatte Perez | 2818 | 134.384.000 | 0,18% | | | |
| 205 | Juan Pablo Fuentes Baltierra Urzua | 2829 | 87.450.000 | 0,12% | | | |
| 206 | Bernardita Diaz Silva | 2835 | 5.838.259 | 0,01% | | | |
| 207 | Maria Angelica Baltierra Urzua | 2841 | 14.800.000 | 0,02% | | | |
| 208 | Monica Sabah Dominguez | 2846 | 25.350.000 | 0,03% | | | |
| 209 | Lucila Haddad Moya | 2851 | 10.650.000 | 0,01% | | | |
| 210 | Jose Luis Argandoña Toro | 2859 | 87.060.000 | 0,12% | | | |

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 211 | Hernan Ordenes Gonzalez | 2865 | 32.694.250 | 0,04% | *firma* | *firma* | |
| 212 | Jose Antonio Ramirez Baudet | 2871 | 79.830.000 | 0,11% | | | |
| 213 | Claudio Miranda Cardenas | 2879 | 53.040.000 | 0,07% | | | |
| 214 | Barbara Ines Ruiz y otros | 3392 | 2.038.520.553 | 2,70% | Raquel Brunand | *firma* | MBRUNAND@ BRUNAND ycia.cl |
| 215 | Marta Mizgier Hochschild | 3442 | 126.627.561 | 0,17% | | | |
| 216 | Laura Urresty Huerta | 3447 | 55.842.914 | 0,07% | | | |
| 217 | Camila Yver Morales | 3453 | 30.647.500 | 0,04% | | | |
| 218 | Claudio Miranda y Cia. | 3462 | 160.480.000 | 0,21% | | | |
| 219 | Maria Pilar Santa Cruz | 3467 | 10.910.000 | 0,01% | | | |
| 220 | Pamela Gonzalez Cataldo | 3472 | 55.850.000 | 0,07% | | | |
| 221 | Inmobiliairia e Inv. Dominguez Sanchez | 3478 | 110.500.000 | 0,15% | | | |
| 222 | Andrea Perez Villalobos | 3483 | 23.353.036 | 0,03% | | | |
| 223 | Luis Calderon Morales | 3490 | 86.174.000 | 0,11% | | | |
| 224 | Nicolas Lisoni Benoit | 3498 | 91.594.000 | 0,12% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB



# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 225 | Asesorias y Distribuciones Lisoni y Calderon | 3505 | 161.250.000 | 0,21% | | | |
| 226 | Juana Schorr Rubel | 3513 | 61.600.000 | 0,08% | | | |
| 227 | Rodrigo Abatte Perez | 3518 | 39.095.000 | 0,05% | | | |
| 228 | Andrea Saravia Arriagada y Rosa Arriagada Colvin | 3536 | 47.730.000 | 0,06% | Gustav Balmeuh | | GBALMACEDA@gustavolabmardi.cl |
| 229 | Maria Ines Castiglione Dueñas | 3546 | 98.120.000 | 0,13% | Rodrigo Rottis | | orrth @vottis74c.c |
| 230 | Asesorias e Inversiones Cachito Ltda. | 3564 | 148.400.000 | 0,20% | Valentina Avalos | | VALENTINA.AVALOS@ppulepal.com |
| 231 | Pedro Garcia Augier | 3578 | 99.450.000 | 0,13% | | | |
| 232 | Macarena Garcia Sirandoni | 3593 | 41.615.000 | 0,06% | | | |
| 233 | Fernando Vargas Garay | 3608 | 151.450.000 | 0,20% | | | |
| 234 | Joaquin Salvatierra Vargas | 3622 | 135.850.000 | 0,18% | | | |
| 235 | Rosa Velasco Ringeling | 3637 | 53.972.378 | 0,07% | | | |
| 236 | Cristian Schindler Schaub | 3661 | 120.577.990 | 0,17% | | | |
| 237 | Gaston Fernandez Montalban | 3668 | 137.500.000 | 0,18% | | | |
| 238 | Anita Maria Salemi Argeñal | 3674 | 21.000.000 | 0,03% | | | |

1400

SECRETARIA
SANTIAGO

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 239 | Nicolas Kolubakin Muñoz | 3681 | 32.000.000 | 0,04% | | | |
| 240 | Maria Angelica Firmani Hispa y otros | 3750 | 898.439.850 | 1,19% | | | |
| 241 | Francisco Solanich y otros | 3776 | 206.000.000 | 0,27% | Gao CLAVERIA 3 | | |
| 242 | Maria Palacios Callegari | 3792 | 152.520.005 | 0,20% | Vanne Jolds | Wal | vennavaloy@gmail |
| 243 | Romina Musalem Callegari | 3803 | 72.570.000 | 0,10% | Vanne Vald | Wal | rausonaly@gmail.co. |
| 244 | Denise Haeussler Latherbee | 3809 | 32.694.250 | 0,04% | | | dawy.rayman@gmil.com |
| 245 | Anita Leathebee Gazitua | 3814 | 46.740.000 | 0,06% | | | |
| 246 | Lupercio Baeza Zobeck | 3819 | 257.643.151 | 0,34% | | | |
| 247 | Maria Justiniano Peralta | 3820 | 62.039.462 | 0,08% | | | |
| 248 | Claudia Otoya Phillipps | 3833 | 11.170.000 | 0,01% | JUAN PABLO PIESO | | Jansidalpuch d |
| 249 | Inmobiliairia Panel Ltda | 3841 | 338.000.000 | 0,45% | | | |
| 250 | Tomas Gonzalez Sepulveda | 3848 | 34.997.000 | 0,05% | | | |
| 251 | Miguel Luis Jara Cespedes | 3856 | 128.800.000 | 0,17% | JORGE PAREDES | | JPAREDES@TORREYCIA.CL |
| 252 | Gesper Outsourcing Ltda. | 3875 | 49.725.000 | 0,07% | Viviana Quezada Ramon Loco Nigure | | mamanlucaguezada 17 |

141

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 253 | Pabla Vega Artus | 3887 | 50.000.000 | 0,07% | | | |
| 254 | Mario Toral Muñoz | 3901 | 3.374.238.732 | 4,47% | Eduardo Figueroa | | NOTIFICACIONES@ VIALSERRATO.CL |
| 255 | Marcela Clara Stange Jorquera | 3918 | 45.760.000 | 0,06% | Lino Usi familia | | ldusi@adepa.cl |
| 256 | **Oscar Bustorf Berardi y otros** | 4572 | 9.798.371.762 | 12,99% | RAFAEL GOMEZ | | rgomez@vgbycia.cl |
| 257 | Flora Uribe Martinez | 4609 | 31.526.598 | 0,04% | Matizo Dena | | mdaneri@djycia.cl |
| 258 | Inversiones Tadeo Spa | 4617 | 13.040.795 | 0,02% | ✓ ✓ | | |
| 259 | Roberto Baltra Domeyko | 4630 | 78.150.000 | 0,10% | ✓ ✓ | | |
| 260 | Ludmila Vasquez Schnake | 4647 | 5.701.431 | 0,01% | ✓ ✓ | | |
| 261 | Carlos Briones Lea-Plaza | 4705 | 144.887.488 | 0,19% | ✓ ✓ | ✓ | ✓ |
| 262 | Ana Gonzalez Llanos | 4718 | 3.993.992 | 0,01% | | | |
| 263 | Sandra Leon Apablaza | 4727 | 3.629.914 | 0,00% | | | |
| 264 | Jose Alvarez Morales | 4736 | 2.469.081 | 0,00% | | | |
| 265 | Maria Ramirez Caviedes y otra | 4742 | 100.000.000 | 0,13% | | | |
| 266 | **Alaluf Propiedades S.A. y Mariana Maino** | 4744 | 140.000.000 | 0,19% | | | |

**LIQUIDACION FORZOSA**
**Onix Capital S.A.**

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 267 | Gabriela Paz Espinosa Hormazabal | 4746 | 20.188.040 | 0,03% | | | |
| 268 | Nina Amor Hormazabal Poblete | 4749 | 10.528.634 | 0,01% | | | |
| 269 | Gladys Paulina Tschorne Tetelman | 4752 | 87.554.000 | 0,12% | | | |
| 270 | Ana Fuentes Martinez | 4755 | 16.210.297 | 0,02% | | | |
| 271 | Raul Penna Melo | 4759 | 20.172.000 | 0,03% | | | |
| | | | | 0,00% | | | |
| | | | 75.438.996.213 | 100,00% | | | |

Total Acreedores Presentes 177
Monto Acreedores Presentes $ 60.994.183.681.-
Porcentaje Acreedores Presentes 81

REGISTRO JUZGADO CIVIL
SECRETARIA
SANTIAGO
Certifica que es fotocopia conforme a
su original tenida a la ...

Carlos Parada Abate
Attorney — Bankruptcy Liquidator

# REPORT

# CONSTITUENT BOARD OF CREDITORS

# FORCED LIQUIDATION

# ONIX CAPITAL S.A.

# R.U.T. [TIN] No. 76.052.559-6

- 30th Civil Court of Santiago
- Cause Registration No. C-9217-2016
- Constituent Board of Creditors
- June 29, 2016, at 15:00

Cerro El Plomo No. 5420 – Office 908 – Las Condes
Telephone: 28404220

Carlos Parada Abate
Attorney — Bankruptcy Liquidator

# CONTENTS

1. Art. 196 of Law 20.270

2. General Background

3. Measures Taken

4. Attachment Proceeding

5. Forced Liquidation Proceeding against the Debtor Company

6. Status of the Debtor's Business

7. Debtor's Assets

8. Liabilities of the Debtor

9. Appendices

**Cerro El Plomo No. 5420 - Office 908 - Las Condes**
**Telephone: 28404220**

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**

## 1. PURSUANT TO ART. 196 OF LAW 20.270, THE FOLLOWING MATTERS MUST BE ADDRESSED IN THE CONSTITUENT BOARD OF CREDITORS:

1. Account of the Bankruptcy Liquidator.
2. Ratification of the Provisional Incumbent and Substitute Liquidators or failing that appointment of their replacements.
3. Setting of the date, time and place at which the Ordinary meetings of the Board of Creditors shall be held.
4. Appointment from among the creditors of an incumbent and substitute chairman and an incumbent and substitute secretary for future meetings.
5. A reasoned plan or proposal to liquidate the debtor's assets, an estimate of the principal expenses of the Bankruptcy Liquidation Proceeding.
6. Such other agreement as the board deems appropriate, with the exception of those relating to matters specific to the Extraordinary Meetings.

## 2. GENERAL BACKGROUND

On April 13, 2016, Mr. Felipe Solanich Aguírre, a Professional acting on behalf of **Inversiones Aguasoro Limitada,** all domiciled at calle Domingo Bondi No. 990, apartment No. 151, Municipality of Las Condes, requested the declaration of Forced Bankruptcy Liquidation by the debtor company **Onix Capital S.A.,** legally represented by Mrs. Verónica Rajii Krebs, domiciled at Avda. Las Condes No. 11.380, office No. 41, Municipality of Las Condes, all pursuant to Articles 117 *et seq.* of Law 20.720.

**Cerro El Plomo No. 5420 – Office 908 - Las Condes**
**Telephone: 28404220**

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**

In a decision dated May 04, 2016, by the Thirtieth Civil Court of Santiago, a judgment of Forced Liquidation was issued in respect of the debtor company **Onix Capital S.A.**, TIN 76.052.559-6, domiciled at calle La Luma No. 1160, apartment No. 1103, Municipality of Vitacura, with Mr. Carlos Parada Abate being appointed as Incumbent Liquidator and Mr. Tomas Andrews Hamilton as Substitute Liquidator.

On May 05, 2016, the Bankruptcy Liquidator Mr. Carlos Parada Abate accepted the responsibility and swore to discharge it faithfully pursuant to the provisions set forth in articles 37 and 274 of Law 20.720 on Insolvency and Restructuring and proceeded to publish the Liquidation judgments in the Boletín Concursal [Bankruptcy Bulletin] on May 09, 2016, being informed of the proceedings.

## 3.    MEASURES TAKEN.

Once he had accepted the responsibility, the Bankruptcy Liquidator proceeded to take the following measures:

### 3.1.    Correspondence Issued

Pursuant to the provisions set forth in Art. 36 of Law 20.720 on Insolvency and Restructuring, notice of this Liquidation was communicated in writing to:

- ➢ Servicio de Impuestos Internos [Internal Tax Service — SII]
- ➢ Servicio Nacional de Aduanas [National Customs Service]
- ➢ Tesorería General de la República [Treasury General of the Republic]
- ➢ Empresa Correos de Chile [Chilean Postal Service]
- ➢ Superintendencia de Bancos [Bank Oversight Authority]
- ➢ Superintendencia de Valores y Seguros [Securities and Insurance Oversight Authority]

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**

In addition, he appeared personally at the Internal Tax Service for the purpose of reporting the present liquidation decision and requesting change of legal representative and code numbers.

Subsequently, on May 19, 2016, I was cited by the aforementioned Service to submit a copy of the decree of attachment. On May 24, 2016, copies of the decree of attachment, the liquidation decision and the oath were received by an official of the SII.

On June 03, 2016, I was notified of Exempt Resolution No. 1176/2016 of the Internal Tax Service in which I was given territorial authority to audit Onix Capital S.A. in connection with other taxpayers audited by the Eastern Santiago Regional Tax Board.

**3.2.    Publication of the Liquidation Judgment in the Bankruptcy Bulletin.**

On May 09, 2016, the Forced Liquidation Judgment was published in the Bankruptcy Bulletin.

**4.    ATTACHMENT PROCEEDING**

Having assumed his responsibilities and pursuant to Article 163 of Law 20.270, the Bankruptcy Liquidator proceeded to appear, within the legal period, at the domicile of the debtor company indicated in the Liquidation judgment in order to attach all of the debtor's assets under inventory.

**Cerro El Plomo No. 5420 - Office 908 - Las Condes**
**Telephone: 28404220**

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**

**ATTACHMENT CARRIED OUT AT:**
**Calle La Luma No. 1160, Apartment 1103, Municipality of Vitacura.**
**Avda. Las Condes No. 11380, office No. 41, Municipality of Vitacura.**

At 15:30 on May 06, 2016, in the presence of Mr. Juan Muñoz Yáñez in his capacity as Certifying Officer, the formality began of attaching and taking an inventory of the assets of the bankrupt company at the domicile indicated in the liquidation judgment dated May 04, 2016, that is calle La Luma No. 1160, Apartment 1103, Municipality of Vitacura.

Also present were Mrs. Patricia Hoces Vergara and Mr. Claudio Domínguez Reyes on behalf of the Superintendencia de Insolvencia y Reemprendimiento [Bureau of Insolvency and Restructuring] together with the Liquidator's advisors.

We were assisted at this domicile by Mr. Alejandro Hueche, the Porter of the Building, who informed the liquidator that this is an apartment building and that apartment No. 1103 is owned by Mrs. Verónica Rajii Krebs and that it is currently vacant.

Subsequently, at 17:00, we traveled to the domicile located at Avda. Las Condes No. 11380, office No. 41, Municipality of Vitacura, corresponding to the offices of the debtor company, where we were assisted by Mr. Mauricio Páez, identity card No. 12.513.525-0, Administrative Supervisor of the debtor company Onix Capital S.A., and by the debtor's attorney Mr. Miguel Hinzpeter, who informed the liquidator that these offices had been leased to Mr. Daniel Gamib, and that all of the accounting documentation and computers owned by the debtor company had been attached by the Eastern Region Prosecutor's Office via Prosecutor Carlos Gajardo, aside from placing those movable goods located there at our disposal.

Carlos Parada Abate
Attorney — Bankruptcy Liquidator

**EXTENSION OF ATTACHMENT CARRIED OUT AT:**

**Avda. Las Condes No. 11380, storeroom No. 9, Municipality of Vitacura**

At 17:00 on May 27, 2016, in the presence of Mr. Juan Claudio Muñoz Yáñez in his capacity as Certifying Officer, the process began of extending the attachment and inventory of assets to the domicile located at Avda. Las Condes No. 11380, storeroom No. 9, Municipality of Vitacura.

At this domicile we were assisted by Mr. Daniel Garib Nazal on behalf of Inversiones Las Quilas Limitada who provided the following documents found in storeroom No. 9:

➢ 4 files containing original numbered investor promissory notes.
➢ 5 files containing payment of taxes on a loan for consumption.

**ACT OF RECEIPT OF THE PROPERTIES**

On May 27, 2016, the liquidator proceeded to receive the property located at Avda. Las Condes No. 11380, office No. 41, storeroom No. 9 and parking space numbers 25, 34, 35 and 36, Municipality of Vitacura, owned by Inversiones Las Quilas Limitada, which was received at his full satisfaction.

**5.      FORCED LIQUIDATION PROCEEDING AGAINST THE DEBTOR COMPANY**

**5.1.      Hearing provided for in Art. 190 of Law 20.270.**

The Bankruptcy Liquidator Carlos Parada Abate reports that at 15:00 on June 28, 2016, he appeared before the court for the purpose of conducting the hearing set forth in Art. 190 of Law 20.720 on Insolvency and Restructuring, in which he provided a written report on the credibility of the verified unpaid credits in order that the constituent board of creditors could take a vote

**Cerro El Plomo No. 5420 - Office 908 - Las Condes**
**Telephone: 28404220**

Carlos Parada Abate
Attorney — Bankruptcy Liquidator

in the meeting scheduled for 15:00 on June 29, 2016, in the facilities of the Thirtieth Civil Court of Santiago, which vote the court authorized the meeting to take in respect of the credits verified as of June 14, 2016. It should be noted that this hearing was initially set for June 15, 2016, but was postponed by the courts in view of the number of verifications submitted during the last few days.

### 5.2. List of Creditors with a right to vote.

| N° | Nombre | Foja | Monto |
|----|--------|------|-------|
| 1 | Verónica Folch Maass | 77 | 54.550.000 |
| 2 | José Ignacio Pérez Montenegro | 84 | 72.996.000 |
| 3 | Inversiones Aguasoro Ltda. | 97 | 270.000.000 |
| 4 | Andrew Ried Woodforde-Booth | 103 | 50.265.000 |
| 5 | Graciela Guerrero Correa | 109 | 22.203.259 |
| 6 | Carlos Leighton Torres | 114 | 138.650.000 |
| 7 | Benjamín Concha Gazmuri | 123 | 214.392.690 |
| 8 | Matías Aparicio Pizarro | 132 | 9.341.214 |
| 9 | Rebeca Pizarro Baeza | 137 | 10.000.000 |
| 10 | Martina Loretta Santis Ottone | 144 | 22.340.000 |
| 11 | María González Bravo | 152 | 181.597.281 |
| 12 | Mario Canessa García | 159 | 33.384.274 |
| 13 | Macarena Darrigrandi Gálvez | 164 | 58.626.659 |
| 14 | Willy Ruff Ferres | 168 | 58.382.589 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 15 | Regina Lira Valdés | 172 | 18.682.428 |
|----|--------------------|-----|------------|
| 16 | Carlos Palacios Iturrieta | 176 | 110.500.000 |
| 17 | Patricia Lueje Phillips | 181 | 17.299.779 |
| 18 | Inversiones V y V S.A. | 188 | 1.058.400.000 |
| 19 | Rodrigo Facuse Zaror | 196 | 41.846.636 |
| 20 | Javier Ignacio Facuse Zaror | 202 | 39.200.000 |
| 21 | Inversiones Camarico Ltda. | 210 | 179.342.726 |
| 22 | Matías Patricio Facuse Zaror | 216 | 41.846.636 |
| 23 | Cindy Ruff Fuentes | 221 | 102.550.000 |
| 24 | Fondos de Inversiones Privado GD | 227 | 2.016.453.357 |
| 25 | Andrés Sarasua Marchesse | 244 | 9.864.762 |
| 26 | Gina Marchesse Gonzalez | 250 | 75.258.889 |
| 27 | Marcia Zelada Martínez | 255 | 11.772.355 |
| 28 | Marcia Zelada Martínez | 260 | 5.833.259 |
| 29 | Claudia Jadue Zelada | 269 | 29.191.294 |
| 30 | Claudia Jadue Zelada | 278 | 19.087.526 |
| 31 | Asesorías e Inversiones El Alemein Ltda. | 290 | 22.846.604 |
| 32 | Carlos Bascuñan Edwards | 306 | 157.636.353 |
| 33 | María Ginesta Bascuñan | 316 | 29.191.294 |
| 34 | Francisca Tagle Veyl | 331 | 86.734.800 |
| 35 | Carolina Wajner Aparicio | 405 | 87.200.000 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 36 | Carlos Araya Valdebenito- Carolina Araya Zapata - José Amado Rivas | 416 | 499.664.000 |
| 37 | Lorena Vilaza Massardo | 450 | 192.500.000 |
| 38 | María Massardo Luco | 456 | 39.725.000 |
| 39 | Bernardo Aldea Villagran  US$21680 | 466 | 14.478.771 |
| 40 | Marissa Acevedo Moyano y otros | 516 | 737.916.520 |
| 41 | Nicolás Gougain Campusano | 546 | 43.747.973 |
| 42 | Humberto Luciano Gougain Oliva | 553 | 87.495.947 |
| 43 | Lucien  Gougain Campusano | 561 | 142.910.047 |
| 44 | Álvaro Desmadryl Barba y Priscila  Dionis | 571 | 68.635.391 |
| 45 | Patricia Cdurdurier Humaña y otra | 576 | 38.495.961 |
| 46 | Bernardita  Hoces de la Guardia y otro | 584 | 93.510.000 |
| 47 | Ximena del Canto Satelices | 593 | 14.500.000 |
| 48 | Rafael Herskovic Minond | 601 | 16.755.000 |
| 49 | Viviana  Uribe Haddad   us$178.875,00 | 610 | 119.459.880 |
| 50 | Alfredo Prieto Parra | 618 | 17.514.777 |
| 51 | Alexandra Manache Simonato | 628 | 29.055.911 |
| 52 | Valeria Reyes Rodríguez | 638 | 97.150.000 |
| 53 | Claudia Reyes Rodríguez | 647 | 96.145.000 |
| 54 | María Honorato Román | 658 | 118.200.000 |
| 55 | Evelyn Gayoso Venegas | 671 | 43.050.000 |
| 56 | Juan Pablo Varas Honorato | 681 | 93.940.000 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 57 | Sebastián Méndez Siques y otro US$300.000,00 | 697 | 200.352.000 |
| 58 | Francisco Javier Prieto Salgado | 705 | 5.838.259 |
| 59 | Paulina Alexandra Uribe Haddas $48.639.829 y us$8.545,66 | 718 | 54.346.896 |
| 60 | Cristian Alejandro Apablaza Alcantar | 734 | 130.000.000 |
| 61 | Lino Fernández Concha | 740 | 63.000.000 |
| 62 | María Landaida Ortiz | 768 | 30.000.000 |
| 63 | Inverland SPA | 786 | 23.353.036 |
| 64 | Karen Jadue Arancíbia | 825 | 20.000.000 |
| 65 | Alan Verdugo Zimerman y otros (50) | 1023 | 1.837.179.083 |
| 66 | Lia Dicowsky Sircovich y otros | 1063 | 165.288.000 |
| 67 | María Eugenia Rodríguez Quiroz | 1073 | 35.880.000 |
| 68 | Paulo Brignardello Rodríguez | 1077 | 77.520.000 |
| 69 | Paulina Cabezas Leuton | 1080 | 24.520.687 |
| 70 | Gregorio Schepeler Álamos | 1093 | 92.050.000 |
| 71 | Emma Torres Montalbetti | 1102 | 77.752.756 |
| 72 | María Jacou Montes | 1110 | 12.730.000 |
| 73 | Eliana Rodillo Borda | 1121 | 26.629.456 |
| 74 | Annamaria Rocca Moltedo | 1130 | 93.649.000 |
| 75 | Bernabé López Taverne | 1139 | 22.340.000 |
| 76 | Alois Bencina Kuzmanic | 1147 | 101.500.000 |
| 77 | Claudia Morales Soza | 1159 | 269.774.770 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 78 | Jorge Araya Zamorano US$3.151.710,26 | 1188 | 2.104.838.180 |
| 79 | Marcos David Orrego Benjamin | 1200 | 26.629.456 |
| 80 | Susana del Carmen Feris Otto US$11.956,18 + 83693272 | 1208 | 91.678.087 |
| 81 | Olga Avendaño Otto y otro | 1225 | 14.950.000 |
| 82 | Jimena Toledo Bustamante | 1241 | 17.514.777 |
| 83 | Cristina Silva Peña | 1250 | 39.300.000 |
| 84 | Juan Sebastián Rock Fuenzalida | 1268 | 23.353.036 |
| 85 | María Mora Alarcón y otros | | 5.744.707.592 |
| 86 | Álvaro Marín Sievers | 1437 | 27.000.000 |
| 87 | Graciela Erazo Torricelli | 1457 | 141.510.135 |
| 88 | Asesorías e Inversiones RMZ Ltda. | 1463 | 12.523.900 |
| 89 | Asesorías e Inversiones Rio Claro Ltda. | 1467 | 112.600.000 |
| 90 | Asesorías e Inversiones SCL Consulting Ltda. | 1473 | 55.200.000 |
| 91 | Roberto Sivori Correa | 1478 | 34.753.320 |
| 92 | María Salinas Fernández | 1483 | 39.910.017 |
| 93 | María Amenabar Zegers | 1487 | 242.785.000 |
| 94 | Andrés Rochette Garmendia | 1494 | 34.208.586 |
| 95 | Ibero Amerikanissche Technik S.A. | 1502 | 119.561.817 |
| 96 | Maximiliano Frías Ossandon | 1508 | 11.170.000 |
| 97 | Juan Pablo Swett Amenabar | 1512 | 379.500.000 |
| 98 | Juana Massud Massud | 1517 | 23.353.036 |

| 99 | Mariana Von Bergen Rodriguez | 1527 | 187.894.069 |
|---|---|---|---|
| 100 | Gestion y Desarrollo S.A. | 1534 | 100.000.000 |
| 101 | Asesorías e Inversiones Nahuel y Cia. Ltda. | 1548 | 121.800.000 |
| 102 | Fernanda Macan Cayazzo | 1553 | 30.000.000 |
| 103 | Comercial EU Clouthing Ltda. | 1561 | 40.000.000 |
| 104 | Sermar Ltda. | 1586 | 5.162.969.920 |
| 105 | Rodrigo Collantes Provoste / Maluc | 1609 | 965.120.000 |
| 106 | Dinko Korlaet Skarnic | 1632 | 346.200.000 |
| 107 | Florencia Vega Muñoz | 1645 | 25.000.000 |
| 108 | Dinko Korlaet Skarnic | 1656 | 201.500.000 |
| 109 | Juan Valenzuela Jiménez | 1666 | 37.526.000 |
| 110 | Oscar González Rodríguez | 1675 | 60.720.000 |
| 111 | Inversiones Fenic S.A. | 1701 | 629.150.000 |
| 112 | Andrés Sarria Tapia | 1713 | 73.400.000 |
| 113 | Danilo Sarria Tapia | 1729 | 782.620.000 |
| 114 | Marcela Vásquez Pizarro | 1740 | 82.900.000 |
| 115 | Mirtha Skarnic Estay | 1749 | 187.895.000 |
| 116 | Maritza Korlaet Skarnic | 1769 | 172.912.000 |
| 117 | Amparo Claro Izquierdo | 1809 | 166.375.000 |
| 118 | Servicios Médicos e Inver. Baeza Lopez y otros | 1832 | 348.774.575 |
| 119 | Marcelo Ventura Svigilsky y otros US$412,069,64 | 1855 | 457.105.033 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 120 | Vicente Cortes Ciror | 1866 | 20.780.000 |
|-----|----------------------|------|------------|
| 121 | Daniela San Juan Fredes | 1872 | 23.353.036 |
| 122 | Adriana Valenzuela Lobos | 1891 | 32.725.910 |
| 123 | Inversiones Guerrero Ltda. | 1908 | 379.729.294 |
| 124 | Adriana Guerrero Valenzuela | 1917 | 19.950.000 |
| 125 | Mario Castillo Salazar | 1924 | 17.934.273 |
| 126 | Francisco Guerrero Castex | 1933 | 74.996.636 |
| 127 | Pablo Vargas Herrera | 1940 | 75.992.000 |
| 128 | Francisco Javier Pérez Montenegro | 1954 | 310.030.000 |
| 129 | Carmen Callegari Panizza | 1968 | 190.227.415 |
| 130 | Macarena Jiles Bou | 1975 | 138.975.000 |
| 131 | Daniel Fischman Rajii y otros | 1995 | 1.498.364.305 |
| 132 | Asesorías e Inversiones Gestion Ltda. | 2005 | 51.300.000 |
| 133 | Inversiones Los Vinilos Ltda | 2018 | 141.425.000 |
| 134 | Odontología DRM Ltda. | 2027 | 157.730.000 |
| 135 | Nicolás Escobar Gómez | 2036 | 10.910.000 |
| 136 | Jacqueline O'Ryan Schutz | 2049 | 52.544.330 |
| 137 | María Cervantes Fernández | 2063 | 131.484.508 |
| 138 | Inversiones y Asesorias Terrasal Ltda. | 2074 | 12.197.500 |
| 139 | Allan Steinssapir Schwartz | 2083 | 79.363.206 |
| 140 | Myrna Schwartz Liftman | 2093 | 75.394.541 |

| 141 | Marcelo ErgasVentura | 2106 | 433.784.624 |
|---|---|---|---|
| 142 | Bernardo Heumann Malec | 2117 | 29.550.846 |
| 143 | Paola Ergas Waissbluth | 2128 | 18.309.408 |
| 144 | David Rosenberng Messina | 2140 | 19.134.903 |
| 145 | Ian Steinsapir Schwartz | 2154 | 86.518.665 |
| 146 | Andrea Lyon Prado | 2164 | 77.715.181 |
| 147 | Erick Gatica Martínez | 2170 | 11.572.000 |
| 148 | Marco Alvo Alaluf | 2176 | 51.500.000 |
| 149 | Inversiones El Chuncho Ltda. | 2184 | 21.920.000 |
| 150 | Inversiones Los Manitos Ltda. | 2191 | 45.400.000 |
| 151 | Inversiones DRM Ltda. | 2198 | 107.698.000 |
| 152 | Juana Duran Bustos | 2205 | 11.676.518 |
| 153 | Daniela Nahmias Papic | 2211 | 40.480.000 |
| 154 | Nevenka Palma Papic | 2217 | 15.964.007 |
| 155 | Paula Gómez Troncoso | 2224 | 20.910.000 |
| 156 | Constanza Jiménez Stevenson | 2232 | 21.528.000 |
| 157 | Claudio Aros Acuña y Marcela Aguirre lopez | 2252 | 148.828.000 |
| 158 | María Vieira Duplaquet | 2261 | 56.445.000 |
| 159 | David Adonay Gutiérrez | 2271 | 113.500.000 |
| 160 | Montserrat Contesse Novoa | 2282 | 60.175.000 |
| 161 | Annabella Cardone Viguera | 2292 | 110.877.174 |

| 162 | Claudia Uribe Palma | 2305 | 50.750.000 |
| 163 | Juan Manuel Ramos Castiglione | 2314 | 167.960.000 |
| 164 | Carmen Gloria Geisse Illanes | 2320 | 70.420.152 |
| 165 | Rodrigo Jiles Bou | 2329 | 248.180.000 |
| 166 | Isabel Bordeu Urrejola | 2335 | 19.638.000 |
| 167 | Inversiones Lirbu Uno Ltda | 2348 | 59.800.000 |
| 168 | Marcela Sepulveda Urzua | 2355 | 10.960.000 |
| 169 | Deportes o Inversiones Tomas González Ltda. | 2361 | 10.960.000 |
| 170 | Inmobiliaria Panel Dos Ltda. | 2369 | 338.000.000 |
| 171 | Inmobiliaria Panel Cuatro Ltda. | 2377 | 338.000.000 |
| 172 | Inversiones Lirbu Dos Ltda. | 2384 | 59.800.000 |
| 173 | Inmobiliaria Panel Tres Ltda. | 2393 | 338.000.000 |
| 174 | Paulina Díaz Spoerer | 2399 | 79.700.000 |
| 175 | María del Pilar González Martínez | 2413 | 1.050.400.000 |
| 176 | José Pablo Díaz Gatica | 2429 | 102.440.000 |
| 177 | José Pablo Díaz Gatica | 2431 | 210.369.600 |
| 178 | Paulina Díaz Spoerer | 2436 | 56.175.562 |
| 179 | Juan Eduardo Ossa Errazuriz | 2447 | 359.780.909 |
| 180 | Maria Teresa de la Maza Camus | 2456 | 180.000.000 |
| 181 | Soledad Ossa Errazuriz | 2462 | 73.077.892 |
| 182 | Gonzalo Trivelli Oyarzun | 2469 | 98.081.043 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 183 | José Joaquín Bustamante Fernández | 2474 | 114.700.000 |
| 184 | Michele Van Klaveren Carrasola | 2482 | 34.627.000 |
| 185 | Inmobiliaria Santa María Manquehue y otros | 2550 | 864.787.036 |
| 186 | Jorge Buhler Mohr | 2578 | 862.000.000 |
| 187 | Inmobiliaria García Castilla Ltda. | 2587 | 250.000.000 |
| 188 | Marta Dockendorff Vallejos | 2602 | 253.106.245 |
| 189 | Rosario Liquitay Rojas | 2612 | 89.834.000 |
| 190 | Loreto Diez Arriaga | 2620 | 24.000.000 |
| 191 | María Montt Lyon y otros | 2643 | 636.150.000 |
| 192 | Tesorería General de la Republica | 2736 | 10.522.749.820 |
| 193 | Rodrigo Landeta Moya | 2743 | 266.144.000 |
| 194 | Benjamín González Bacigalupo | 2748 | 45.000.000 |
| 195 | Carolina Facusse Sevilhano | 2755 | 9.949.140 |
| 196 | Inversiones San Isidro S.A. | 2762 | 72.913.289 |
| 197 | Raúl Isidro Canales Cabello | 2774 | 296.980.000 |
| 198 | Verónica Hinrichsen Moya | 2781 | 68.000.000 |
| 199 | Ane Miren Landaeta Hinrichesen | 2789 | 23.840.000 |
| 200 | Anita Klein Dobbel | 2794 | 135.840.000 |
| 201 | Carolina Foncea Moreira | 2799 | 115.000.000 |
| 202 | José Eliseo del Rio Gumizio | 2804 | 27.925.000 |
| 203 | María Cecilia Perez Pervan | 2810 | 84.160.000 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 204 | José Ramón Abatte Perez | 2818 | 134.384.000 |
| 205 | Juan Pablo Fuentes Baltierra Urzua | 2829 | 87.450.000 |
| 206 | Bernardita Díaz Silva | 2835 | 5.838.259 |
| 207 | María Angélica Baltierra Urzua | 2841 | 14.800.000 |
| 208 | Mónica Sabah Domínguez | 2846 | 25.350.000 |
| 209 | Lucila Haddad Moya | 2851 | 10.650.000 |
| 210 | José Luis Argandoña Toro | 2859 | 87.060.000 |
| 211 | Hernán Ordenes González | 2865 | 32.694.250 |
| 212 | José Antonio Ramírez Baudet | 2871 | 79.830.000 |
| 213 | Claudio Miranda Cárdenas | 2879 | · 53.040.000 |
| 214 | Barbará Inés Ruiz y otros | 3392 | 2.038.520.553 |
| 215 | Marta Mizgier Hochschild | 3442 | 126.627.561 |
| 216 | Laura Urresty Huerta | 3447 | 55.842.914 |
| 217 | Camila Yver Morales | 3453 | 30.647.500 |
| 218 | Claudio Miranda y Cía. | 3462 | 160.480.000 |
| 219 | María Pilar Santa Cruz | 3467 | 10.910.000 |
| 220 | Pamela González Cataldo | 3472 | 55.850.000 |
| 221 | Inmobiliaria e Inv. Domínguez Sánchez | 3478 | 110.500.000 |
| 222 | Andrea Pérez Villalobos | 3483 | 23.353.036 |
| 223 | Luis Calderón Morales | 3490 | 86.174.000 |
| 224 | Nicolás Lisoni Benoit | 3498 | 91.594.000 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 225 | Asesorías y Distribuciones Lisoni y Calderón | 3505 | 161.250.000 |
| 226 | Juana Schorr Rubel | 3513 | 61.600.000 |
| 227 | Rodrigo Abatto Pérez | 3518 | 39.095.000 |
| 228 | Andrea Saravin Arriagada y Rosa Arriagada Colvin | 3536 | 47.730.000 |
| 229 | María Inés Castiglione Dueñas | 3546 | 98.120.000 |
| 230 | Asesorías e Inversiones Cachito Ltda. | 3564 | 148.400.000 |
| 231 | Pedro García Augier | 3578 | 99.450.000 |
| 232 | Macarena García Sirandoni | 3593 | 41.615.000 |
| 233 | Fernando Vargas Garay | 3608 | 151.450.000 |
| 234 | Joaquín Salvatierra Vargas | 3622 | 135.850.000 |
| 235 | Rosa Velasco Ringeling | 3637 | 53.972.378 |
| 236 | Cristian Schindler Schaub | 3661 | 128.577.990 |
| 237 | Gastón Fernández Montalban | 3668 | 137.500.000 |
| 238 | Anita María Salemi Argeñal | 3674 | 21.000.000 |
| 239 | Nicolás Kolubakin Muñoz | 3681 | 32.000.000 |
| 240 | María Angélica Firmani Hispa y otros | 3750 | 898.439.850 |
| 241 | Francisco Solanich y otros | 3776 | 206.000.000 |
| 242 | María Palacios Callegari | 3792 | 152.520.005 |
| 243 | Romina Musalem Callegari | 3803 | 72.570.000 |
| 244 | Denise Haeussler Lutherbee | 3809 | 32.694.250 |
| 245 | Anita Leathobee Gazitua | 3814 | 46.740.000 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 246 | Lupercio Baeza Zobeck | 3819 | 257.643.151 |
|-----|------------------------|------|-------------|
| 247 | María Justiniano Peralta | 3828 | 62.039.462 |
| 248 | Claudia Otoya Phillipps | 3833 | 11.170.000 |
| 249 | Inmobiliaria Panel Ltda. | 3841 | 338.000.000 |
| 250 | Tomas González Sepúlveda | 3848 | 34.997.000 |
| 251 | Miguel Luis Jara Céspedes | 3856 | 128.800.000 |
| 252 | Gesper Outsourcing Ltda. | 3875 | 49.725.000 |
| 253 | Pabla Vega Artus | 3887 | 50.000.000 |
| 254 | Mario Toral Muñoz | 3901 | 3.374.238.732 |
| 255 | Marcela Clara Stange Jorquera | 3918 | 45.760.000 |
| 256 | Oscar Bustorf Berardi y otros | 4572 | 9.798.371.762 |
| 257 | Flora Uribe Martínez | 4609 | 31.526.598 |
| 258 | Inversiones Tadeo Spa | 4617 | 13.040.795 |
| 259 | Roberto Baltra Domeyko | 4630 | 78.150.000 |
| 260 | Ludmila Vásquez Schnake | 4647 | 5.701.431 |
| 261 | Carlos Briones Lea-Plaza | 4705 | 144.887.488 |
| 262 | Ana González Llanos | 4718 | 3.993.992 |
| 263 | Sandra León Apablaza | 4727 | 3.629.914 |
| 264 | José Álvarez Morales | 4736 | 2.469.081 |
| 265 | María Ramírez Caviedes y otra | 4742 | 100.000.000 |
| 266 | Alaluf Propiedades S.A. y Mariana Maino | 4744 | 140.000.000 |

| 267 | Gabriela Paz Espinosa Hormazábal | 4746 | 20.188.040 |
| 268 | Nina Amor Hormazabal Poblete | 4749 | 10.528.634 |
| 269 | Gladys Paulina Tschorne Tetelman | 4752 | 87.554.000 |
| 270 | Ana Fuentes Martínez | 4755 | 16.210.297 |
| 271 | Raúl Penna Melo | 4759 | 20.172.000 |

### 5.3. Statutory verification period

On June 14, 2016, steps were taken as a matter of absolute right to close the statutory verification period pursuant to the provisions set forth in Art. 172 of Law 20.720 on Insolvency and Restructuring. This document was enclosed with the liquidation proceeding dated June 15, 2016, and published in the Bankruptcy Bulletin on June 16, 2016.

### 5.4. Verified credits

On June 15, 2016, the Bankruptcy Liquidator informed the court of the list of verified credits pursuant to the provisions set forth in Art. 172 of Law 20.720 on Insolvency and Restructuring, which are included below, and which was published in the Bankruptcy Bulletin on June 16, 2016.

## LIST OF VERIFIED CREDITS

| N° | Nombre | Foja | Monto | |
|----|--------|------|-------|---|
| 1 | Verónica Folch Maass | 77 | 54.550.000 | Valista |
| 2 | Inversiones Aguasoro Ltda. | 97 | 270.000.000 | Valista |
| 3 | José Ignacio Pérez Montenegro . | 84 | 72.996.000 | Valista |
| 4 | Graciela Guerrero Correa | 109 | 22.203.259 | Valista |
| 5 | Carlos Leighton Torres | 114 | 138.650.000 | Valista |
| 6 | Benjamín Concha Gazmuri | 123 | 214.392.690 | Valista |
| 7 | Rebeca Pizarro Baeza | 137 | 10.000.000 | Valista |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 8 | Matías Aparicio Pizarro | 132 | 9.341.214 | Valista |
|---|---|---|---|---|
| 9 | María González Bravo | 152 | 181.597.281 | Valista |
| 10 | Mario Canessa García | 159 | 33.384.274 | Valista |
| 11 | Macarena Darrigrandi Gálvez | 164 | 58.626.659 | Valista |
| 12 | Regina Lira Valdés | 172 | 18.682.428 | Valista |
| 13 | Willy Ruff Ferres | 168 | 58.382.589 | Valista |
| 14 | Carlos Palacios Iturrieta | 176 | 110.500.000 | Valista |
| 15 | Patricia Lueje Phillips | 181 | 17.299.779 | Valista |
| 16 | Inversiones V y V S.A. | 188 | 1.058.400.000 | Valista |
| 17 | Rodrigo Facuse Zaror | 196 | 41.846.636 | Valista |
| 18 | Inversiones Camarico Ltda. | 210 | 179.342.726 | Valista |
| 19 | Javier Ignacio Facuse Zaror | 202 | 39.200.000 | Valista |
| 20 | Matías Patricio Facuse Zaror | 216 | 41.846.636 | Valista |
| 21 | Cindy Ruff Fuentes | 221 | 102.550.000 | Valista |
| 22 | Martina Loretta Santis Ottone | 144 | 22.340.000 | Valista |
| 23 | Gina Marchesse González | 250 | 75.258.889 | Valista |
| 24 | Andrés Sarasua Marchesse | 244 | 9.864.762 | Valista |
| 25 | Marcia Zelada Martínez | 255 | 11.772.355 | Valista |
| 26 | Marcia Zelada Martínez | 260 | 5.838.259 | Valista |
| 27 | Claudia Jadue Zelada | 269 | 29.191.294 | Valista |
| 28 | Claudia Jadue Zelada | 278 | 19.087.526 | Valista |
| 29 | Asesorías e Inversiones El Alemein Ltda. | 290 | 22.846.604 | Valista |
| 30 | Carlos Bascuñán Edwards | 306 | 157.636.353 | Valista |
| 31 | María Ginesta Bascuñan | 316 | 29.191.294 | Valista |
| 32 | Francisca Tagle Veyl | 331 | 86.734.800 | Valista |
| 33 | Carlos Araya Valdebenito- Carolina Araya Zapata - Jose Amado Rivas | 416 | 499.664.000 | Valista |
| 34 | Carolina Wajner Aparicio | 405 | 87.200.000 | Valista |
| 35 | Marissa Acevedo Moyano y otros | 516 | 737.916.520 | Valista |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 36 | Álvaro Desmadryl Barba y Priscila Dionis | 571 | 68.635.391 | Valista |
|---|---|---|---|---|
| 37 | María Massardo Luco | 456 | 39.725.000 | Valista |
| 38 | Lorena Vilaza Massardo | 450 | 192.500.000 | Valista |
| 39 | Bernardita Hoces de la Guardia y otro | 584 | 93.510.000 | Valista |
| 40 | Ximena del Canto Santelices | 593 | 14.500.000 | Valista |
| 41 | Rafael Herskovic Minond | 601 | 16.755.000 | Valista |
| 42 | Viviana Uribe Haddad  us$178.875,00 | 610 | 119.459.880 | Valista |
| 43 | Alfredo Prieto Parra | 618 | 17.514.777 | Valista |
| 44 | Alexandra Manache Simonato | 628 | 29.055.911 | Valista |
| 45 | Valeria Reyes Rodríguez | 638 | 97.150.000 | Valista |
| 46 | Claudia Reyes Rodríguez | 647 | 96.145.000 | Valista |
| 47 | María Honorato Román | 658 | 118.200.000 | Valista |
| 48 | Evelyn Gayoso Venegas | 671 | 43.050.000 | Valista |
| 49 | Juan Pablo Varas Honorato | 681 | 93.940.000 | Valista |
| 50 | Francisco Javier Prieto Salgado | 705 | 5.838.259 | Valista |
| 51 | Paulina Alexandra Uribe Haddad $48.639.829 y us$8.545,56 | 718 | 54.346.896 | Valista |
| 52 | Cristian Alejandro Apablaza Alcantar | 734 | 130.000.000 | Valista |
| 53 | Lino Fernández Concha | 740 | 63.000.000 | Valista |
| 54 | Marín Landaida Ortiz | 768 | 30.000.000 | Valista |
| 55 | Inverland SPA | 786 | 23.353.036 | Valista |
| 56 | Lia Dicowsky Sircovich y otros | 1063 | 165.288.000 | Valista |
| 57 | Paulina Cabezas Leuton | 1080 | 24.520.687 | Valista |
| 58 | Gregorio Schepeler Álamos | 1093 | 92.050.000 | Valista |
| 59 | Emma Torres Montalbetti | 1102 | 77.752.756 | Valista |
| 60 | María Jacou Montes | 1110 | 12.730.000 | Valista |
| 61 | Eliana Rodillo Borda | 1121 | 26.629.456 | Valista |
| 62 | Annamaria Rocca Moltedo | 1130 | 93.649.000 | Valista |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 63 | Bernabe López Taverne | 1139 | 22.340.000 | Valista |
|----|------------------------|------|-------------|---------|
| 64 | Alois Bencina Kuzmanic | 1147 | 101.500.000 | Valista |
| 65 | Claudia Morales Soza | 1159 | 269.774.770 | Valista |
| 66 | Marcos David Orrego Benjamín | 1200 | 26.629.456 | Valista |
| 67 | Olga Avendaño Otto y otro | 1225 | 14.950.000 | Valista |
| 68 | Jimena Toledo Bustamante | 1241 | 17.514.777 | Valista |
| 69 | Cristina Silva Peña | 1250 | 39.300.000 | Valista |
| 70 | Juan Sebastián Rock Fuenzalida. | 1258 | 23.353.036 | Valista |
| 71 | María Mora Alarcón y otros | 1406 | 5.744.707.592 | Valista |
| 72 | Álvaro Marin Sievers | 1437 | 27.000.000 | Valista |
| 73 | Graciela Erazo Torricelli | 1457 | 141.510.135 | Valista |
| 74 | Asesorías e Inversiones SCL Consulting Ltda. | 1473 | 55.200.000 | Valista |
| 75 | Roberto Sivori Correa | 1478 | 34.753.320 | Valista |
| 76 | María Salinas Fernández | 1483 | 39.910.017 | Valista |
| 77 | Andrés Rochette Garmendia | 1494 | 34.208.586 | Valista |
| 78 | Maximiliano Frías Ossandon | 1508 | 11.170.000 | Valista |
| 79 | Juan Pablo Swett Amenabar | 1512 | 379.500.000 | Valista |
| 80 | Juana Massud Massud | 1517 | 23.353.036 | Valista |
| 81 | Mariana Von Bergen Rodriguez | 1527 | 187.894.069 | Valista |
| 82 | Gestión y Desarrollo S.A. | 1534 | 100.000.000 | Valista |
| 83 | Asesorías e Inversiones Nahuel y Cía. Ltda. | 1548 | 121.800.000 | Valista |
| 84 | Fernanda Macan Cayazzo | 1553 | 30.000.000 | Valista |
| 85 | Comercial EU Clouthing Ltda. | 1561 | 40.000.000 | Valista |
| 86 | Maritza Korlaet Skarnic | 1769 | 56.992.000 | Valista |
| 87 | Marcela Vasquez Pizarro | 1740 | 82.900.000 | Valista |
| 88 | Mirtha Skarnic Estay | 1749 | 187.895.000 | Valista |
| 89 | Inversiones Fenic S.A. | 1701 | 629.150.000 | Valista |
| 90 | Andrés Sarria Tapia | 1713 | 73.400.000 | Valista |

| 91 | Danilo Sarria Tapia | 1729 | 782.620.000 | Valista |
| 92 | Juan Valenzuela Jimenez | 1666 | 37.526.000 | Valista |
| 93 | Sermar Ltda. | 1586 | 5.162.969.920 | Valista |
| 94 | Rodrigo Collantos Provoste / Maluc | 1609 | 965.120.000 | Valista |
| 95 | Florencia Vega Muñoz | 1645 | 25.000.000 | Valista |
| 96 | Oscar González Rodríguez | 1675 | 60.720.000 | Valista |
| 97 | Dinko Korlaet Skarnic | 1632 | 346.200.000 | Valista |
| 98 | Dinko Korlaet Skarnic | 1656 | 201.500.000 | Valista |
| 99 | Amparo Claro Izquierdo | 1809 | 166.375.000 | Valista |
| 100 | Daniela San Juan Fredes | 1872 | 23.353.036 | Valista |
| 101 | Vicente Cortes Cirer | 1866 | 20.780.000 | Valista |

**5.5.     Extension of list of credits verified during the statutory period**

On June 29, 2016, the Bankruptcy Liquidator submitted the extension of the list of credits verified during the statutory period to the court including the following credits, which shall be published in the Bankruptcy Bulletin on June 30, 2016.

## EXTENSION OF LIST OF VERIFIED CREDITS

| N° | Nombre | Foja | Monto | Preferencia / Valista |
|---|---|---|---|---|
| 1 | Fondos de Inversiones Privado GD | 227 | 2.016.453.357 | Valista |
| 2 | Bernardo Aldea Villagran  US$21680 | 466 | 14.478.771 | Valista |
| 3 | Nicolás Gouguin Campusano | 546 | 43.747.973 | Valista |
| 4 | Lucien Gougain Campusano | 561 | 142.910.047 | Valista |
| 5 | Sebastián Méndez Siques y otro US$300.000,00 | 697 | 200.352.000 | Valista |
| 6 | Marcelo Ventura Svigilsky y otros US$412,069,64 | 1855 | 457.105.033 | Valista |
| 7 | Pablo Vargas Herrera | 1940 | 75.992.000 | Valista |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 8 | Francisco Javier Pérez Montenegro | 1954 | 310.030.000 | Valista |
|---|---|---|---|---|
| 9 | Macarena Jiles Bou | 1975 | 138.975.000 | Valista |
| 10 | Odontología DRM Ltda. | 2027 | 157.730.000 | Valista |
| 11 | Paola Ergas Waissbluth | 2128 | 18.309.408 | Valista |
| 12 | David Rosenberng Messina | 2140 | 19.134.903 | Valista |
| 13 | Andrea Lyon Prado | 2164 | 77.715.181 | Valista |
| 14 | Erick Gatica Martínez | 2170 | 11.572.000 | Valista |
| 15 | Marco Alvo Alaluf | 2176 | 51.500.000 | Valista |
| 16 | Inversiones El Chuncho Ltda. | 2184 | 21.920.000 | Valista |
| 17 | Inversiones Las Manitos Ltda. | 2191 | 45.400.000 | Valista |
| 18 | Inversiones DRM Ltda. | 2198 | 107.698.000 | Valista |
| 19 | Juana Duran Bustos | 2205 | 11.676.518 | Valista |
| 20 | Daniela Nahmias Papic | 2211 | 40.480.000 | Valista |
| 21 | Nevenka Palma Papic | 2217 | 15.964.007 | Valista |
| 22 | Paula Gómez Troncoso | 2224 | 20.910.000 | Valista |
| 23 | Constanza Jiménez Stevenson | 2232 | 21.528.000 | Valista |
| 24 | Claudio Aros Acuña y Marcela Aguirre lopez | 2252 | 148.828.000 | Valista |
| 25 | Claudia Uribe Palma | 2305 | 50.750.000 | Valista |
| 26 | Juan Manuel Ramos Castiglione | 2314 | 167.960.000 | Valista |
| 27 | Carmen Gloria Geisse Illanes | 2320 | 70.420.152 | Valista |
| 28 | Inversiones Lirbu Uno Ltda. | 2348 | 59.800.000 | Valista |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 29 | Marcela Sepúlveda Urzua | 2355 | 10.960.000 | Valista |
|----|---|---|---|---|
| 30 | Deportes e Inversiones Tomas González Ltda. | 2361 | 10.960.000 | Valista |
| 31 | Inmobiliaria Panel Dos Ltda. | 2369 | 338.000.000 | Valista |
| 32 | Inmobiliaria Panel Cuatro Ltda. | 2377 | 338.000.000 | Valista |
| 33 | Inversiones Lirbu Dos Ltda. | 2384 | 59.800.000 | Valista |
| 34 | Inmobiliaria Panel Tres Ltda. | 2393 | 338.000.000 | Valista |
| 35 | Paulina Díaz Spoerer | 2399 | 79.700.000 | Valista |
| 36 | María del Pilar González Martínez | 2413 | 1.050.400.000 | Valista |
| 37 | José Pablo Díaz Gatica | 2429 | 102.440.000 | Valista |
| 38 | José Joaquín Bustamante Fernández | 2474 | 114.700.000 | Valista |
| 39 | Michele Van Klaveren Carrasola | 2482 | 34.627.000 | Valista |
| 40 | Marta Dockendorff Vallejos | 2602 | 253.106.245 | Valista |
| 41 | Rosario Liquitay Rojas | 2612 | 89.834.000 | Valista |
| 42 | Loreto Diez Arriaga | 2620 | 24.000.000 | Valista |
| 43. | María Montt Lyon y otros | 2643 | 636.150.000 | Valista |
| 44 | Tesorería General de la Republica | 2736 | 10.522.749.820 | Pref. Art. 2472 N°9 del C.C. |
| 45 | Rodrigo Landeta Moya | 2743 | 266.144.000 | Valista |
| 46 | Benjamín González Bacigalupo | 2748 | 45.000.000 | Valista |
| 47 | Carolina Facusse Sevilhano | 2755 | 9.949.140 | Valista |
| 48 | Inversiones San Isidro S.A. | 2762 | 72.913.289 | Valista |
| 49 | Raúl Isidro Canales Cabello | 2774 | 296.980.000 | Valista |

| 50 | Verónica Hinrichsen Moya | 2781 | 68.000.000 | Valista |
|----|--------------------------|------|------------|---------|
| 51 | Ana Miren Landaeta Hinrichesen | 2789 | 23.840.000 | Valista |
| 52 | Anita Klein Dobbel | 2794 | 135.840.000 | Valista |
| 53 | Carolina Poncca Moreira | 2799 | 115.000.000 | Valista |
| 54 | José Eliseo del Rio Gumizio | 2804 | 27.925.000 | Valista |
| 55 | María Cecilia Perez Pervan | 2810 | 84.160.000 | Valista |
| 56 | José Ramón Abatte Pérez | 2818 | 134.384.000 | Valista |
| 57 | Juan Pablo Fuentes Baltierra Urzua | 2829 | 87.450.000 | Valista |
| 58 | Bernardita Díaz Silva | 2835 | 5.838.259 | Valista |
| 59 | María Angélica Baltierra Urzua | 2841 | 14.600.000 | Valista |
| 60 | Mónica Sabah Domínguez | 2846 | 25.350.000 | Valista |
| 61 | Lucila Haddad Moya | 2851 | 10.650.000 | Valista |
| 62 | José Luis Argandoña Toro | 2859 | 87.060.000 | Valista |
| 63 | Hernán Ordenes González | 2865 | 32.694.250 | Valista |
| 64 | José Antonio Ramírez Baudet | 2871 | 79.830.000 | Valista |
| 65 | Claudio Miranda Cárdenas | 2879 | 53.040.000 | Valista |
| 66 | Barbará Inés Ruiz y otros | 3392 | 2.038.520.553 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |
| 67 | Marta Mizgier Hochschild | 3442 | 126.627.561 | Valista |
| 68 | Laura Urresty Huerta | 3447 | 55.842.914 | Valista |
| 69 | Camila Yver Morales | 3453 | 30.647.500 | Valista |
| 70 | Claudio Miranda y Cia. | 3462 | 160.480.000 | Valista |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 71 | María Pilar Santa Cruz | 3467 | 10.910.000 | Valista |
|----|------------------------|------|------------|---------|
| 72 | Pamela González Cataldo | 3472 | 55.850.000 | Valista |
| 73 | Andrea Pérez Villalobos | 3483 | 23.353.036 | Valista |
| 74 | Luis Calderón Morales | 3490 | 86.174.000 | Valista |
| 75 | Nicolás Lisoni Benoit | 3498 | 91.594.000 | Valista |
| 76 | Juana Schorr Rubel | 3513 | 61.600.000 | Valista |
| 77 | Rodrigo Abatte Pérez | 3518 | 39.095.000 | Valista |
| 78 | Andrea Saravia Arriagada y Rosa Arriagada Colvin | 3536 | 47.730.000 | Valista |
| 79 | María Inés Castiglione Dueñas | 3546 | 98.120.000 | Valista |
| 80 | Asesorías e Inversiones Cachito Ltda. | 3564 | 148.400.000 | Valista |
| 81 | Pedro García Augier | 3578 | 99.460.000 | Valista |
| 82 | Macarena García Sirandoni | 3593 | 41.615.000 | Valista |
| 83 | Fernando Vargas Garay | 3608 | 151.450.000 | Valista |
| 84 | Joaquín Salvatierra Vargas | 3622 | 135.850.000 | Valista |
| 85 | Rosa Velasco Ringeling | 3637 | 53.972.378 | Valista |
| 86 | Cristian Schindler Schaub | 3661 | 128.577.990 | Valista |
| 87 | Francisco Solanich y otros | 3776 | 206.000.000 | Valista |
| 88 | Romina Musalem Callegari | 3803 | 72.570.000 | Valista |
| 89 | Claudia Otoya Phillipps | 3833 | 11.170.000 | Valista |
| 90 | Miguel Luis Jara Céspedes | 3856 | 128.800.000 | Valista |
| 91 | Gesper Outsourcing Ltda. | 3875 | 49.725.000 | Valista |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 92 | Mario Toral Muñoz | 3901 | 3.374.238.732 | Valista |
|---|---|---|---|---|
| 93 | Marcela Clara Stange Jorquera | 3918 | 45.760.000 | Valista |
| 94 | Flora Uribe Martinez | 4609 | 31.526.598 | Valista |
| 95 | Inversiones Tadeo Spa | 4617 | 13.040.705 | Valista |
| 96 | Roberto Baltra Domeyko | 4630 | 78.150.000 | Valista |
| 97 | Ludmila Vásquez Schnake | 4647 | 5.701.431 | Valista |
| 98 | Carlos Briones Lea-Plaza | 4705 | 144.887.488 | Valista |
| 99 | Ana González Llanos | 4718 | 3.993.992 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |
| 100 | Sandra León Apablaza | 4727 | 3.629.914 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |
| 101 | José Álvarez Morales | 4736 | 2.469.081 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |

## 6.    STATUS OF THE DEBTOR'S BUSINESS

The status of the debtor company's business remains unchanged from that stated in the request for liquidation.

## 7.    DEBTOR'S ASSETS

The Assets of the debtor company are partially established by the attached assets reported above, and those shortly to be incorporated, in consequence of which I hereby inform the creditors that the probable proceeds of the liquidation of the assets shall be in excess of UF 5000.

**Cerro El Plomo No. 5420 – Office 908 – Las Condes**
**Telephone: 28404220**

## 8.     LABOR PROCEEDINGS

The Liquidator reported that Mr. Mauricio Páez had stated during the attachment proceeding that there were 16 employees currently under contract to whom the corresponding letters of notice of termination of contract had been submitted on April 29.

Pursuant to the provisions set forth in article 163 bis of the Labor Code, the Liquidator made the draft settlements available to the former employees, with the Notary Public Mr. Alberto Mozo Aguilar acting as Certifying Officer. To date only three employees have appeared to append their signatures, these having verified their credit balances.

The Liquidator reported that 10 labor proceedings had been notified to date in an approximate total amount of $2,067,236,506. It should be stated that among the workers suing Onix is a member of the Holding Company who has filed a subsidiary suit in respect of the entire financial unit.

Of these 10 proceedings, the liquidator has been notified of 9, for which a hearing has been scheduled between July 20 and August 01, 2016.

It should be stated that the labor credit verifications have been submitted conditionally on the results of the Proceeding, meaning that the amounts could vary.

## 9.     HOLDING OF COORDINATION MEETINGS.

### 9.1     PROSECUTOR'S OFFICE.

The Liquidator reported that he had today held coordination meetings with the Prosecutor Mr. Carlos Gajardo, the lead prosecutor in the High-Complexity Crime Unit, in order to request the background information, statements and documents attached by that prosecutor's office, particularly those of a legal and accounting nature that are necessary for adequate review of the verifications and potential challenges thereto. The request to the prosecutor's office is enclosed as an appendix.

Carlos Parada Abate
Attorney — Bankruptcy Liquidator

## 9.2    CREDITORS, FORMER ATTORNEYS OF THE DEBTOR AND POSSIBLE FOREIGN CONTRACTS.

The Liquidator reported that during the first weeks of May of the present year he had been in touch with a group of creditors representing a significant part of this board and quorum in order to develop a strategy for approaching the representatives of the debtor and to review the possibility of a possible payment agreement. However, the debtor unexpectedly annulled his representatives' powers of attorney, thereby suspending this particular initiative.

In view of the foregoing, the board of creditors requested the liquidator to approve measures to be taken for the purpose of securing the attachment and integration to the board of Onix's assets abroad, bearing in mind the costs associated with those measures required to be carried out for such purposes and the possibility of taking out preferential loans as provided in article 2472 item 4 of the Civil Code.

In consequence of the latter, the liquidator contacted law firms in the United States of America having representation in other jurisdictions in order to draw up a budget for the measures and costs involved in exercising cross-border liquidation regulations in the aforementioned jurisdictions (art. 304 *et seq.*).

Both the JONES DAY ( www.jonesday.com ) and the DLA PIPER ( www.dlapiper.com ) law firms, both of which are multinational firms, have submitted their itemized and phased professional estimates which shall be submitted at the first creditors' meeting for its review and potential approval.

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**

In connection with this, we have requested both firms to investigate the existence of the known assets and establish whether other unknown assets exist.

In addition to the foregoing, it is being resolved to proceed and file legal proceedings in order to freeze, attach and/or dispose of the latter to the benefit of the bulk of the creditors.

## 9. DEBTOR'S LIABILITIES

Based on the total credits verified in the proceedings as at June 14, 2016, the total assets amount to **$75,438,996,213**.

## 10. APPENDICES

- Appendix No. 1 Letter to the Prosecutor of the High-Complexity Crime Unit.

- Appendix No. 2 Liquidation accounting report.

- Appendix No. 3 Draft letter to the Bureau of Insolvency and Restructuring requesting action pursuant to art. 304 of Law 20.720.

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**
**[signature]**

[seal:]
CARLOS PARADA ABATE
Resolution No. 437
10-09-14
Law 20.720
ATTORNEY — BANKRUPTCY LIQUIDATOR

**Cerro El Plomo No. 5420 - Office 908 - Las Condes**
**Telephone: 28404220**

# APPENDIX No. 1

## LETTER TO THE PROSECUTOR OF THE HIGH-COMPLEXITY CRIME UNIT

## CONSTITUENT BOARD OF CREDITORS FORCED LIQUIDATION

### ONIX CAPITAL S.A.
### TIN No. 76.052.559-6

Santiago, May 17, 2016

Mr.

Carlos Gajardo

Prosecutor's Office of the High-Complexity Crime Unit

By Hand

**Re.:** Request for documents necessary for liquidator's tasks in respect of the Bankruptcy of Onix Capital S.A., cause TIN 1500643330-5.

Dear Mr. Carlos,

By means of these presents, I would like to inform you that on May 04, 2016, in respect of cause registration number C-9217-2016, being heard before the 30th Civil Court of Santiago, the Forced Liquidation of Onix Capital S.A., TIN 76.052.559-6, was ordered, in which I was appointed as incumbent liquidator, which responsibility I assumed on May 05 of the present year.

Notification of the liquidation decision was issued on May 9, 2016, and the First Board of Creditors is set to meet on June 16 at 15:00 in the hearings chamber of the same Court.

Now, as part of the obligations stipulated for the Liquidator in Law 20.720, article 36 provides as follows, among others:

a. attach and take an inventory of the debtor's assets

b. liquidate the assets of the debtor

c. make distributions

d. collect the credits from the debtor's assets

e. demand any party that has handled the goods of the debtor to render accounts

f. demand submission by the debtor of the information necessary to carry out his or her responsibility

g. close the debtor's trade books, retaining responsibility for the latter with respect to third parties from the issue of the liquidation decision.

In addition, article 173 of the aforementioned law refers to the obligation of the liquidator, in compliance with his or her duties, to examine the verified credits and the alleged priorities, investigating the origin, amount and legality of the documents supporting those verifications with a view to challenging these or not.

In addition, article 350 number 5, makes amendments to the Labor Code stipulating the obligations of the liquidator at the time the liquidation decision is issued, being also required to inform employees either in person or by registered letter of the termination of the labor relationship.

In addition, the liquidator must make a settlement available to employees containing the background information available to the liquidator at the time of the attachment.

On May 06 attachment proceedings were opened with respect to the assets of Onix Capital S.A., with only some assets corresponding to the furniture of the company being located.

According to the information submitted by the attorneys of Onix Capital S.A. to this liquidator, all of the information necessary to fulfill the obligations imposed on me by law have been attached by the Prosecutor's Office in the context of cause TIN 1500643330-5.

In view of the foregoing, I hereby formally request you to give me access to the following documentation relating to Onix Capital S.A.:

1.  Accounting books and entries with their corresponding receipts.
2.  Balances.
3.  Employee files in any other documentation relating to the latter.
4.  List of attached assets.
5.  The company's checking account bank statements.
6.  Transfers of money by Onix Capital S.A. to any other company, and particularly to any company connected to the owners of the

latter, Alberto Chang Rajii or Verónica Rajii Krebs or to the latter themselves as natural persons.

7. Agreements formalized between Onix Capital S.A. and any other company or natural person, and particularly agreements formalized with any company directly or indirectly connected with Mr. Alberto Chang Rajii.

8. Documents recording the company's investments.

9. Any other document of use in carrying out the responsibility to which I have been entrusted.

In view of the obligations imposed on me in law in exercising my responsibility, the requested documents are essential for compliance with the latter, for which reason I respectfully ask you to grant me access to these as soon as possible.

With nothing further to add, yours sincerely,

[signature]

Carlos Parada Abate

Bankruptcy Liquidator

[seal:]
CARLOS PARADA ABATE
Resolution No. 437
10-09-14
Law 20.720
ATTORNEY — BANKRUPTCY LIQUIDATOR

# APPENDIX No. 2

# ACCOUNTING REPORT

# CONSTITUENT BOARD OF CREDITORS

# FORCED LIQUIDATION

# ONIX CAPITAL S.A.

# TIN No. 76.052.559-6

| ONIX CAPITAL S.A. EN LIQUIDACION | BALANCE OCHO COLUMNAS | Fecha emisión:29/06/2016 |
|---|---|---|
| 76.052.559-6 | (TRIBUTARIO) | Hora emisión: 11:39:35 |
| COMPAÑIA 1291 OFICINA 306 | Desde el 01/01/2016 hasta 30/06/2016 | Página: 1 |
| SANTIAGO | | |

|  |  | Saldos | | Balance | | Resultados | |
|---|---|---|---|---|---|---|---|
| Cuenta | Descripción | Débitos | Créditos | Deudor | Acreedor | Activo | Pasivo | Pérdida | Ganancia |
| 1.1.10.005 ANTICIPO DE HONORARIOS | 480.000 | 0 | 480.000 | 0 | 480.000 | 0 | 0 | 0 |
| 2.1.01.003 FONDOS PROPORCIONADOS POR EL SINDIC | 0 | 980.980 | 0 | 980.980 | 0 | 980.980 | 0 | 0 |
| 3.2.02.026 GASTOS TRASLADO | 452.200 | 0 | 452.200 | 0 | 0 | 0 | 452.200 | 0 |
| 3.9.01.005 OTROS GASTOS | 8.860 | 0 | 8.860 | 0 | 0 | 0 | 8.860 | 0 |
| 3.9.01.025 GASTOS EN BENCINA | 39.920 | 0 | 39.920 | 0 | 0 | 0 | 39.920 | 0 |
| Total | 980.980 | 980.980 | 980.980 | 980.980 | 480.000 | 980.980 | 500.980 | 0 |
| Resultado | | | | 500.980 | 0 | 0 | 500.980 |
| Sumas Iguales | 980.980 | 980.980 | 980.980 | 980.980 | 480.000 | 980.980 | 500.980 | 500.980 |

# APPENDIX No. 3

# LETTER TO THE BUREAU OF INSOLVENCY AND RESTRUCTURING

## CONSTITUENT BOARD OF CREDITORS
## FORCED LIQUIDATION
## ONIX CAPITAL S.A.
## TIN No. 76.052.559-6

**Carlos Parada Abate**
**Attorney — Liquidator**


Santiago, June 29, 2016

Mr.
**Andrés Pennycook Castro**
Superintendent of Insolvency and Restructuring
Bureau of Insolvency and Restructuring
Hermanos Amunátegui No. 228, Santiago
By Hand

<u>Re.</u>: Onix Capital S.A. Bankruptcy Liquidation Proceeding (Number 9217-2016)

Dear Mr. Superintendent,

As you are aware, on April 13 of the present year Inversiones Aguésoro S.A. filed a forced liquidation proceeding against Onix Capital S.A. (hereinafter "Onix"), with the corresponding liquidation order being issued by the 30th Civil Court of Santiago on May 4, 2016.

The aforementioned liquidation order appointed me incumbent liquidator with temporary effect until the meeting of the constituent board of creditors which took place on June 29 of the present year, at which I was ratified in that appointment. Having assumed that position, and while in exercise of the latter, the existence has been noted of assets relating to Onix located abroad, particularly in the following: [United States, United Kingdom, Australia, British Virgin Islands, China and Malta].

The aforementioned background information was made known to the Constituent Board of Creditors of Onix which Result as follows: 1. To approve the measures to be taken by this liquidator to secure the attachment and integration of the bulk of the assets relating to Onix located abroad, bearing in mind the costs associated with the measures to be carried out for those purposes and the possibility of taking out preferential loans pursuant to article 2472 number 4 of the Civil Code, and; 2. Approving the request issued by this liquidator to the Bureau of Insolvency and Restructuring to act abroad on behalf of the Onix bankruptcy liquidation proceeding, which also requires the delegation of that authorization to my person.

Consequently, bearing in mind our new bankruptcy legislation with its regulations covering the matter of cross-border insolvency (Chapter VIII of Law No. 20.720 on the reorganization and liquidation of the assets of companies and persons), and in accordance with the purposes of the aforementioned regulation as set forth in article 299 of the Law, it has been deemed essential to issue the present request in order to protect the interests of the creditors and the debtor's assets, in order to optimize the value thereof, and consequently enjoy an improved expectation of payment.

**Cerro El Plomo No. 5420 - Office 908 - Las Condes**
**Telephone: 28404220**

**Carlos Parada Abate**
**Attorney — Liquidator**


In view of the foregoing, by means of these presents I am writing to request that, pursuant to the provisions set forth in article 304 of Law No. 20.720, a decision be made by the Bureau of Insolvency and Restructuring permitting me to act abroad on behalf of the Onix bankruptcy liquidation proceeding, which also requires delegation of that authorization to my person, in my capacity as bankruptcy administrator of the aforementioned proceeding (in accordance with the definitions set forth in article 301, g) of the aforementioned regulations).

Once I have the aforementioned authorization, I shall proceed to request recognition of the Onix bankruptcy liquidation proceeding in the following jurisdictions: [United States of America, United Kingdom, Australia, British Virgin Islands, China and Malta], with particular reference to the fact that at least the first four listed here have incorporated the Draft UNCITL [United Nations Commission on International Trade Law] on Cross-Border insolvency in their domestic legislation.

I am at your disposal for any question you may have with respect to this matter,

[signature]
**Carlos Parada Abate**
Liquidator
Onix Capital S.A. Bankruptcy Liquidation Proceeding

[seal:]
CARLOS PARADA ABATE
Resolution No. 437
10-09-14
Law 20.720
ATTORNEY — BANKRUPTCY LIQUIDATOR

**Cerro El Plomo No. 5420 - Office 908 - Las Condes**
**Telephone: 28404220**

# CERTIFICATE OF TRANSLATION

## TRANSPERFECT LEGAL SOLUTIONS

TransPerfect Translations Ltd, 45 Moorfields 5th Floor, London, EC2Y 9AE, a professional translation agency and international communications firm, is competent to translate from **Spanish** into **English**. We hereby certify that this translation is, to the best of our professional knowledge and belief, a faithful rendering of the following document:

**Junta Constitutiva, quorum y labor realizada 29.06.2016 (Onix) ratificación Carlos**

Signed:

Name: Calum Adair

Title: Account Executive

Date: 20th October 2016



**Superintendencia**
**de Insolvencia y**
**Reemprendimiento**

Ministerio de Economía,
Fomento y Turismo

**Gobierno de Chile**

**MAT.: AUTORIZA PARA ACTUAR EN
ESTADOS EXTRANJEROS.**

**REF.: PROCEDIMIENTO CONCURSAL
DE LIQUIDACIÓN FORZOSA DE
ONIX CAPITAL S.A.**

**RESOLUCIÓN EXENTA N°**    4424

**SANTIAGO,**    25 JUL 2016

**VISTOS:**

Las facultades que me confiere la Ley
N.° 20.720, que sustituye el régimen concursal vigente por una Ley de
Reorganización y Liquidación de Activos de Empresas y Personas; lo
dispuesto en el D.F.L. N.° 1-19.653, de 17 de noviembre de 2001, que
fija el texto Refundido, Coordinado y Sistematizado de la Ley N.°
18.575, Orgánica Constitucional de Bases Generales de la
Administración del Estado; en la Ley N.° 19.880, que establece bases
de los procedimientos administrativos que rigen los actos de los
Órganos de la Administración del Estado; en la Resolución N.° 1.600 de
2008 de la Contraloría General de la República, que fija normas sobre
exención del trámite de toma de razón; las facultades conferidas por el
artículo 304 de la Ley N.° 20.720 y; en el Decreto N.° 172 de 13 de
noviembre de 2015 de la Subsecretaría de Economía y Empresas de
Menor Tamaño del Ministerio de Economía, Fomento y Turismo.

**CONSIDERANDO:**

**1.** Que, el Capítulo VIII de la Ley
N.° 20.720 regula las normas relativas a la insolvencia transfronteriza.

**2.** Que, el artículo 304 de la
referida Ley señala que "*La Superintendencia será el órgano legitimado
para actuar en un Estado extranjero en representación de un
procedimiento iniciado en Chile con arreglo a esta ley o a toda otra
norma especial relativa a la insolvencia, en la medida en que lo permita
la ley extranjera aplicable.*

*La Superintendencia podrá delegar
esta autorización para actuar en el administrador concursal que esté
conociendo del procedimiento. La responsabilidad civil y administrativa
en la que pudieren incurrir en el ejercicio de sus funciones en un
procedimiento extranjero se hará valer de acuerdo a los términos
establecidos en esta ley.*"

Hermanos Amunátegui N° 228
Santiago, Chile
Fono: (56 2) 2495 25 00
Fax: (56 2) 2495 25 85
www.superir.gob.cl

187

**3.**     Que, el Instructivo SIR N.° 1 de 6 de julio de 2016 instruyó sobre aspectos relativos a la tramitación del procedimiento de insolvencia transfronteriza.

**4.**     Que, mediante Ingreso SIR N.° 4333 de 18 de julio de 2016, el señor Carlos Parada Abate, Liquidador titular definitivo del procedimiento concursal de la referencia, solicitó a esta Superintendencia que se le autorizara conforme a lo dispuesto en el artículo 304 de la referida Ley, a efectos de solicitar el reconocimiento del mencionado Procedimiento Concursal de Liquidación de Onix Capital S.A. en Estados Unidos de América, Reino Unido, Australia, Islas Vírgenes Británicas, China y Malta. Asimismo, solicitó que la temporalidad de la delegación se extendiera a toda la vigencia del referido Procedimiento Concursal de Liquidación, y señaló que, en los términos contenidos en la presente resolución comunicará a esta Superintendencia, a la Junta de Acreedores del procedimiento y al tribunal del procedimiento, todas las actuaciones realizadas en el ejercicio de la mencionada delegación, así como de las comunicaciones y requerimientos que reciba en el ejercicio de la referida delegación. Finalmente, hace presente que todos los recursos necesarios para desarrollar las funciones como delegado serán financiados por los acreedores del procedimiento.

**5.**     Que, el artículo 1 del referido Instructivo SIR N.° 1 establece que *"La Superintendencia delegará la autorización para actuar en el Estado extranjero en el Liquidador (...) que estuviere conociendo del procedimiento concursal respectivo, cuando así lo disponga mediante resolución fundada dictada al efecto (...)."*

**6.**     Que, acorde a lo informado por el Liquidador señor Parada Abate, es posible advertir que al procedimiento concursal de la referencia le resultan aplicables las normas relativas al procedimiento de insolvencia transfronteriza, por cuanto existirían bienes del deudor en el extranjero.

**7.**     Que,     en     razón     de     los antecedentes señalados,

### RESUELVO:

**1.**     **AUTORÍZASE** para actuar en el extranjero al Liquidador señor Carlos Parada Abate, RUT 7.516.380-0, domiciliado en Cerro el Plomo N.° 5420, Oficina 908, comuna de Las Condes, Santiago, respecto del Procedimiento Concursal de Liquidación Forzosa de la Empresa Deudora Onix Capital S.A., conforme a los términos señalados en el artículo 304 de la Ley N.° 20.720.

2

**2. FACÚLTESE** al Liquidador del Procedimiento Concursal de Liquidación de Onix Capital S.A., señor Carlos Parada Abate, para ejercer las actuaciones necesarias para llevar a cabo la autorización señalada en el numeral anterior, en las siguientes jurisdicciones: (i) Estados Unidos de América; (ii) Reino Unido; (iii) Australia; (iv) Islas Vírgenes Británicas; (v) China; y (vi)Malta.

**3. DÉJASE** constancia que la presente autorización tendrá una duración máxima de 6 meses desde la notificación del presente acto, la cual puede ser prorrogable por esta Superintendencia, si el Liquidador señor Parada Abate lo solicita y los antecedentes acompañados acreditan la necesidad de extender dicho período.

**4. INSTRÚYASE** al Liquidador señor Carlos Parada Abate, a dar cumplimiento a lo siguiente:

(i) Rendir cuenta detallada con los documentos respaldatorios de todos los gastos en que incurra con motivo del ejercicio de la presente autorización.
(ii) Informar de todas las gestiones y actuaciones que realice con motivo de la presente autorización, acompañando al efecto todos los documentos fundantes.
(iii) Citar a Junta de Acreedores para poner en conocimiento de ésta las materias sobre las cuales le corresponda pronunciarse en el marco del presente procedimiento de insolvencia transfronteriza, cuando la importancia de éstas así lo exijan.
De los puntos (i) y (ii) precedentes deberá informar a esta Superintendencia y al tribunal del procedimiento, el último día hábil de cada mes. Asimismo, deberá informar de lo anterior a la Junta de Acreedores que se celebre en la fecha inmediatamente posterior a la entrega del referido informe.

**5. NOTIFÍQUESE** la presente resolución mediante correo electrónico al Liquidador señor Carlos Parada Abate, por la Oficina de Partes de este Servicio.

Anótese y archívese,

**ANDRÉS PENNYCOOK CASTRO**
**Superintendente de Insolvencia**
**y Reemprendimiento (TP)**

PVL/MML/URM/CVE/NVJ
**DISTRIBUCION:**
Señor Carlos Parada Abate
Liquidador
cparada@ccs-ecmg.cl
**Presente**
Secretaria
Archivo

3

**SUBJECT: AUTHORIZATION TO ACT IN FOREIGN STATES.**

**REF.: FORCED LIQUIDATION BANKRUPTCY PROCEEDING OF ONIX CAPITAL S.A.**

**EXEMPT RESOLUTION No. 4424**

**SANTIAGO,** JUL 25 2016

**WHEREAS:**

The powers conferred on me in Law No. 20.720, which replaces the current bankruptcy framework with the Ley de Reorganización y Liquidación de Activos de Empresas y Personas [Law on the Reorganization and Liquidation of Assets of Companies and Persons]; the provisions set forth in D.F.L. [Decreto con Fuerza de Ley — Decree with Force of Law] No. 1-19.653 of November 17, 2001, which establishes the Consolidated, Coordinated and Systematized text of Law No. 18.575, on the Orgánica Constitucional de Bases Generales de la Administración del Estado [Organic Constitutional Law on the General Terms of the Administration of the State]; in Law No. 19.880, which establishes the terms for the administrative proceedings governing the acts of the Administrative Bodies of the State; in Resolution No. 1.600 of 2008 of the Comptroller-General of the Republic, which establishes regulations on exemption from the process of filing the registration of documents; the powers conferred in article 304 of Law No. 20.720 and; in Decree No. 172 of November 13, 2015, of the Subsecretaría de Economía y Empresas de Menor Tamaño [Secretariat of the Economy and Smaller Companies] of the Ministry of the Economy, Development and Tourism.

**WHEREAS:**

**1.** Chapter VIII of Law No. 20.720 governs the regulations relating to cross-border insolvency.

**2.** Article 304 of the aforementioned Law states that *"The Bureau shall be the body empowered to act in a foreign State on behalf of a proceeding initiated in Chile pursuant to this law or with respect to any other special regulation relating to insolvency, to the extent permitted in the applicable foreign law.*

*The Bureau may delegate this authorization to act to the bankruptcy trustee handling the proceeding. Any civil and administrative liability it may incur in the exercise of its functions in a foreign proceeding shall be enforced pursuant to the terms set forth in this law."*

Hermanos Amunátegui # 228
Santiago, Chile
Telephone: (56 2) 2495 25 90
Fax: (56 2) 2495 25 85
www.superir.gob.cl

190

**3.** Instruction SIR No. 1 of July 6, 2016, provided instructions on matters relating to the processing of a cross-border insolvency proceeding.

**4.** Via Entry SIR No. 4333 of July 18, 2016, Mr. Carlos Parada Abate, the final appointed Liquidator of the bankruptcy proceeding in question, requested this Bureau to grant him authorization pursuant to the provisions set forth in article 304 of the aforementioned Law in order to request recognition of the aforementioned Liquidation Bankruptcy Proceeding of Onix Capital S.A. in the United States of America, the United Kingdom, Australia, the British Virgin Islands, China and Malta. In addition, he requested that the term of the delegation be extended to the entire effective period of the Liquidation Bankruptcy Proceeding, and requested that, in accordance with the terms set forth in the present resolution, that this Bureau should inform the Board of Creditors of the proceeding and the court before which the proceeding is being heard of all of the steps taken in exercise of the aforementioned delegation, as well as any communications and requests received by it during the course of the aforementioned delegation. Finally, he stated that all of the resources necessary to perform his functions as delegate shall be funded by the creditors of the preceding.

**5.** Article 1 of the aforementioned Instruction SIR No. 1 states that *"The Bureau shall delegate authorization to act in the foreign State to the Liquidator (...) handling the bankruptcy proceeding in question, when so provided in a reasoned resolution issued to that effect (...)."*

**6.** Based on the information provided by the Liquidator Mr. Parada Abate, it is possible to establish that the regulations relating to cross-border insolvency proceedings are applicable to the bankruptcy proceeding in question in view of the existence of the debtor's assets abroad.

**7.** In view of the foregoing background,

## I HEREBY RESOLVE TO:

**1.** **AUTHORIZE** the Liquidator Mr. Carlos Parada Abate, RUT [TIN] 7.516.380-0, domiciled at Cerro el Plomo No. 5420, Office 908, Municipality of Las Condes, Santiago, to act as Liquidator with respect to the Forced Liquidation Bankruptcy Proceeding of the Debtor Company Onix Capital S.A., pursuant to the provisions set forth in article 304 of Law No. 20.720.

**2.      EMPOWER** the Liquidator of the Liquidation Bankruptcy Proceeding of Onix Capital S.A., Mr. Carlos Parada Abate, to take such steps as are necessary to discharge the authorization stated in the preceding item, in the following jurisdictions: (i) the United States of America; (ii) the United Kingdom; (iii) Australia; (iv) the British Virgin Islands; (v) China; and (vi) Malta.

**3.      ORDER** a record to be made to the effect that the present authorization shall have a maximum duration of 6 months from the notification of the present act, which may be extended by this Bureau should the Liquidator Mr. Parada Abate so request it and should the background information provided demonstrate the need to extend that period.

**4.      INSTRUCT** the Liquidator Mr. Carlos Parada Abate to comply with the following:

(i)     Render a detailed account with the supporting documents of all of the expenses incurred by him in connection with the exercise of the present authorization.
(ii)    Report on all of the formalities and actions taken by him in connection with the present authorization, enclosing all of the supporting documentation to that effect.
(iii)   Summon the Board of Creditors in order to inform the latter of such matters as are applicable in the context of the present cross-border insolvency proceeding, when so required by the import of these.

This Bureau and the court where the proceeding is being heard should be in receipt of reports relating to points (i) and (ii) above on the last working day of each month. In addition, he must inform the Board of Creditors of the foregoing in the meeting immediately following the submission of the aforementioned report.

**5.      NOTIFY** the Liquidator Mr. Carlos Parada Abate of the present resolution via the Notification Office of this Service.

**Let it be registered and filed,**

[seal:]
BUREAU OF INSOLVENCY AND RESTRUCTURING
[coat of arms]
SUPERINTENDENT

[signature]
**ANDRÉS PENNYCOOK CASTRO**
**Superintendent of Insolvency**
**and Restructuring (TP)**

[initials x5]
PVL/NML/URM/CVS/NVJ
**DISTRIBUTION:**
Mr. Carlos Parada Abate
Liquidator
cparada@ccs-ecmg.cl
By Hand
Office of the Secretary
Archive

# CERTIFICATE OF TRANSLATION

## TRANSPERFECT LEGAL SOLUTIONS

TransPerfect Translations Ltd, 45 Moorfields 5th Floor, London, EC2Y 9AE, a professional translation agency and international communications firm, is competent to translate from **Spanish** into **English**. We hereby certify that this translation is, to the best of our professional knowledge and belief, a faithful rendering of the following document:

**Designación Carlos Parada**

Signed:

Name: Calum Adair

Title: Account Executive

Date: 20th October 2016

# Exhibit B

*Verified Statement of Foreign Representative*

*Under 11 U.S.C. § 1515(c) and FRBP 1007(a)(4)*

In re:                                                          Chapter 15

ONIX CAPITAL S.A.,                                   Case No.:

     Debtor in a Foreign Proceeding.
_____/

## STATEMENT OF FOREIGN REPRESENTATIVE AND LIST OF ADMINISTRATORS, PARTIES, AND ENTITIES PURSUANT TO 11 U.S.C. §1515 AND BANKRUPTCY RULE 1007(a)(4)

I, Carlos Antonio Parada Abate, hereby declare as follows:

1.     I am over the age of 18 and, if called upon, could completely testify as to all matters set forth in this statement based upon my own personal knowledge, except for those portions specified as being otherwise.

2.     I have been a Chilean attorney and a member in good standing of the Bar Association of Santiago since 1994.

3.     I have been registered on Chile's Trustee List since 2003, which is a public record of individuals eligible to act as liquidators in Chile. Such liquidators are appointed by the *Superintendente de Insolvencia y Reemprendimiento* or Superintendent of Insolvency and Entrepreneurship (the "Superintendent").

4.     On April 13, 2016, Inversiones Aguasoro Limitada, a creditor of Onix Capital S.A. (the "Debtor" or "Onix Capital"), filed a petition to place Onix Capital into compulsory liquidation as a result of Onix Capital's failure to pay its liabilities when due, including non-payment a promissory note constituting an enforceable security in the amount of 70 million Chilean Pesos (approximately US$107,152.50 at today's rate) (the "Petition").

5.      On May 4, 2016, pursuant to Article 120 of the Chilean Insolvency Law, the 30th Civil Court of Santiago (the "Chilean Court") issued an order placing Debtor into compulsory liquidation and appointing me as a provisional liquidator of Onix Capital S.A. See **Exhibit A**. The Chilean Court subsequently ratified my appointment as Liquidator of Onix Capital on June 29, 2016. A true and correct copy of the June 29, 2016 appointment ratification order is attached hereto as **Exhibit B**. As such, I am the "foreign representative" of Onix Capital within the meaning of Chapter 15 of the U.S. Bankruptcy Code.

6.      By the same order of May 4, 2016, the Chilean Court appointed Mr. Tomas Hamilton Andrews as *liquidador suplente*, or alternate liquidator, and is authorized to carry out administrative acts *only* in my absence.

7.      The Chilean Court's order of May 4, 2016, authorized and instructed me to seize all the assets and documents of the Debtor, and to take inventory of the same with the help of law enforcement.

8.      As Foreign Representative, I filed an application on October 24, 2016, before the English High Court of Justice, Chancery Division, Companies Court, for the recognition of the Chilean insolvency proceeding as a foreign main proceeding. *See* In re: Onix Capital S.A., Case No. CR-2016-006882.

9.      On November 4, 2016, the English High Court of Justice issued an order recognizing the Chilean insolvency proceeding as a foreign main proceeding pursuant to the Chilean Court's May 4, 2016 Order and in accordance with the Model Law. A true and correct copy of the November 4, 2016 Recognition Order is attached hereto as **Exhibit C**.

10.     Under Chapter 8 of the Chilean Insolvency Law, the making of an application for recognition of Chilean insolvency proceedings outside Chile (and the issue of any request for

assistance from a foreign court) is within the authority and purview of the Superintendent. However, the Superintendent may delegate this function to the office holder in the insolvency proceeding. On June 29, 2016 I requested authorization from the Superintendent to apply for recognition of the liquidation of the Debtor abroad.

11.    On July 25, 2016, I was authorized by order of the Superintendent, Mr. Andres Pennycook, to seek recognition and assistance as liquidator of Onix Capital in the following jurisdictions

      a.    United Kingdom of Great Britain and Northern Ireland

      b.    United States of America

      c.    Australia

      d.    British Virgin Islands

      e.    Malta

      f.    People's Republic of China

A true and correct copy of the July 25, 2016 Superintendent's authorization order is attached hereto as **Exhibit D**.

12.    For the reasons set out below, it is my intention in the near future to commence proceedings in other jurisdictions, including with the Federal Court of Australia in the Registry of New South Wales for relief under Article 19 of the Model Law, and to submit another application seeking relief in the British Virgin Islands in accordance with its laws, and have recently sought advice from lawyers in the BVI to this end.

### Factual Background: Onix Capital S.A.

13.    Onix Capital was incorporated in the Commercial Register of Santiago, Chile on March 19, 2009 and at all relevant times has been in the business managing private investment

3

funds with investment objectives in property, real estate, bonds, shares, debentures, and other forms of securities and equities, both in Chile and abroad.

14.     All of Onix Capital's offices and employees were located in Santiago, Chile. Likewise, the members of its board of directors have at all relevant times principally resided in Chile, and board and shareholder meetings have historically always been held in Chile. While Onix Capital's incorporation certificate shows its domicile simply as "Santiago" (with a provision that it could open offices elsewhere in Chile or overseas), Onix Capital's address is Avenida Las Condes 11.380 of 41, Vitacura, Ciudad de Santiago, Chile.

15.     To the best of my knowledge and based on my investigation to date, most of Onix Capital's investors were domiciled in Chile. Onix Capital did not have a license to operate in the venture capital business in Chile. In fact, despite appearances, Onix Capital was making offerings to the public without a license, an offence under the Chilean General Banking Law No. 39 (the "Chilean General Banking Law").

16.     Onix Capital made investments in different jurisdictions, in the fields of alternative energy, social media, sciences, innovative technology, natural resources, consumer goods, real estate development, and financial services. My investigation has revealed that in many cases, investors would receive promissory notes in exchange for their investments, guaranteed by a Chilean company called Grupo Arcano S.A. ("Arcano") or one of its related entities. Both Arcano and Onix Capital were part of a complex and opaque multi-jurisdictional structure of companies ultimately controlled by Mr. Alberto Samuel Chang Rajii ("Mr. Chang"). More information relating to Arcano and its group is set out below.

17.     Onix Capital's principal business activities included accepting subscriptions from investors to allegedly make a profit for its investors by investing those funds. Any third parties dealing with Onix Capital would have regarded it as being a Chilean entity.

18.     The founders and principal shareholders of Onix Capital are Mr. Chang, along with his mother, Ms. Veronica Rajii Krebs ("Ms. Rajii"). Mr. Chang and Ms. Rajii are both Chilean nationals and normally reside in Chile. However, Mr. Chang is believed to have fled to Malta and his extradition is currently being sought by the Chilean criminal authorities in connection with suspected significant frauds.

19.     Mr. Chang is also the founder and sole shareholder of Arcano as well as of, amongst other companies, Grupo Arcano, Inc. and G Private Investments, Inc., both incorporated in the British Virgin Islands. These companies are themselves the sole or majority shareholders in a number of subsidiaries. Additionally, Mr. Chang controls a company in the UK, Onix Capital Limited ("Onix UK") and has an indirect minority interest in another UK company, namely Cambridge Quantum Computing Limited.

20.     G Private Investments, Inc. is also the ultimate majority shareholder of Onix Capital LLC, which was incorporated in Delaware on July 6, 2012, and has its registered address as 1680 Michigan Avenue, Suite 913, Miami Beach, FL, 33139. Grupo Arcano, Inc. is the sole shareholder of Grupo Arcano Corp., which is also incorporated in the United States (collectively, Onix Capital LLC and Grupo Arcano Corp. "Onix US").

21.     Mr. Chang has been charged in Chile with fraud, money laundering, and violations of Chilean General Banking Law in relation to Onix Capital and I understand that Chile's Prosecutor's Office (*Ministerio Público*) has commenced extradition proceedings against Mr. Chang from Malta.

22.    Mr. Chang is also subject to an investigation by the United States Securities and Exchange Commission ("SEC") (SEC File No. FL-4036), which suspects Mr. Chang may have been operating an offering fraud scheme through Arcano and Onix US. The SEC has evidence it claims shows that Mr. Chang transferred over US$ 7.5 million from Onix Capital LLC's bank accounts to his own bank accounts, and that Mr. Chang has expended much of this money on funding his lavish personal lifestyle, including the lease of a private aircraft. *Chang-Rajii v. United States Securities and Exchange Commission*, No. 1:16-mc-21475-JLK (S.D. Fla. 2016).

23.    It is my conclusion, based on my investigation to date, that the scheme operated by Mr. Chang in the United States was similar to the fraud he was perpetrating in Chile (albeit that the U.S. fraud seems to have been conducted on a smaller scale) and that all of the funds Onix Capital received from investors were channeled by Mr. Chang into his personal bank accounts initially, with some of those funds subsequently being transferred to other companies under Mr. Chang's control. Many of those companies existed purely as holding companies for real estate or other assets. One example is G. Aviation Inc., a BVI company that held Mr. Chang's private airplane.

24.    Attached as **<u>Exhibit E</u>** are examples of emails from Mr. Chang instructing the transfer of funds from Onix Capital's accounts at Banco de Chile to his personal accounts. For example, Mr. Chang's email of December 22, 2015, shows the following request by Mr. Chang: (1) that 600 million Chilean pesos be transferred from Onix Capital's account; (2) for the funds to be converted into sterling; and (3) for the sterling amount to be transferred to his personal account at Lloyds Bank in the United Kingdom to pay for insurance, taxes, and charges on his London flat for the year 2016.

## Current Financial Position of Onix Capital

25.    My investigation into the affairs of Onix Capital, although in its early stages, has revealed that Onix Capital has liabilities in the amount of at least US$ 120 million, although this figure fluctuates and may well be much higher.

26.    Upon information and belief, there are around one thousand (1,000) known creditors, including individuals and entities, in Chile. There are also alleged tax claims against Onix Capital from the Chilean tax authorities in the amount of approximately US$ 16 million to 18 million, although Onix Capital contests such liability.

27.    At present, Onix Capital appears to have minimal assets in its own name. Its bank accounts (of which it had at least four, principally at Banco de Chile and Santander Chile), containing approximately between US$ 5 to 10 million, were largely emptied by Mr. Chang around three days before my appointment as Liquidator.

28.    There are a number of assets worldwide that appear to have been assets of the Company originally, which appear to have been channeled by Mr. Chang into his personal name or in the name of other companies under his control.

## Why Recognition is Sought in the United States

29.    As Liquidator of Onix Capital, I need to investigate Onix Capital's business, affairs, and dealings, both in Chile and worldwide, and to reconstruct its affairs as far back as possible - this being an important aspect of my duties under Chilean Insolvency Law. As part of this process, I need to investigate the nature and extent of any activities undertaken in the United States that could be related to the Debtor or to its assets. Additionally, I need to investigate the possibility that assets in the United States may have been acquired using the Onix Capital's assets. To this end, Onix US is of particular importance and interest to me.

7

30.     Thereafter, I would hope to make recoveries to the extent possible, including by taking proceedings and asserting such proprietary claims as may be available to me in the United States. I may also bring claims against Mr. Chang with a view to enforcing those claims against assets in the United States, which may be the subject of tracing claims.

31.     As stated above, I have already assembled evidence that Mr. Chang has caused or instructed cash assets of Onix Capital to be diverted into his personal bank accounts or into bank accounts belonging to companies of which he is the sole or part legal or beneficial owner.

32.     Subject to the results of the investigations I plan to undertake in the United States, it is my intention in due course to commence proceedings in the United States against Mr. Chang, Onix US, and/or third parties.

33.     Given the publicly known proceedings against Mr. Chang in Chile, the United States, and Malta, and international press coverage relating to Mr. Chang's alleged activities I believe there is a risk that creditors may take matters into their own hands and seek to enforce any claims they may have against assets located in the United States before I can take control of them.

34.     Following my appointment on May 4, 2016, and after carrying out my initial investigations, I requested the Chilean Court on August 31, 2016, to direct Banco de Chile and Santander Chile to provide me with a complete report setting out all transactions from the Debtor's current accounts for the period from January 1, 2011 up to, and including, May 5, 2016.

35.     The Chilean Court made these orders on September 6, 2016, but Banco de Chile and Santander Chile did not produce the requested information until October 5, 2016. Immediately upon receiving this information, I took steps to apply for recognition in the United Kingdom of the Chilean insolvency proceedings, including flying to London on October 11,

2016, with my Chilean attorney to meet with my English legal team. I am following that production with the instant petition for recognition in the United States.

### Administrators in Foreign Proceedings of the Debtor

36.     As the term is defined in 11 U.S.C. 101(23) the Debtor initiated a foreign proceeding in England, for the recognition of the Chilean foreign insolvency proceeding as a foreign main proceeding.

37.     I am the duly appointed liquidator, or "administrator," in the Chilean Proceeding. My address is as follows: Cerro El Plomo W669 Street, Suite No. 908, Municipality of Las Condes, Santiago, Republic of Chile.

38.     Mr. Tomas Hamilton Andrews was appointed "*liquidador suplente*" or alternate liquidator, and as such, is only authorized to carry out administrative acts in my absence. His address is as follows: paseo Ahumada No. 254, Suite 908, Santiago, Republic of Chile.

39.     For purposes of this proceeding, I request that any correspondence be sent, in addition to the address provided above, to:

Attn: Edward H. Davis, Jr.
Arnoldo B. Lacayo
Cristina Vicens Beard
Astigarraga Davis Mullins & Grossman, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131

### Parties to any U.S. Litigation in which Debtor is a Party

40.     I am not aware of any other litigation pending in the United States in which Onix Capital S.A. is a party.

### Entities Against Whom Provisional Relief is Being Sought

41.     I am not seeking interim relief at this time against any entities under 11 U.S.C. §1519.

9

I, Carlos Antonio Parada Abate, declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. §1746, that I am the court-appointed Liquidator for Onix Capital S.A. and that, in such capacity, I have the authority to make this Statement; that I have read the foregoing Statement; and that the facts and matters alleged and contained herein are true and correct to the best of my knowledge and belief, based upon my own personal knowledge of the facts involved and upon my review of the available documents pertaining to Onix Capital S.A.

Dated this 24 day of November, 2016

CARLOS ANTONIO PARADA ABATE

# Exhibit A

*May 4, 2016 Order from Chilean Court*

| NOMENCLATURA | : 1. [790]Resolución de Liquidación |
| JUZGADO | : 30 º Juzgado Civil de Santiago |
| CAUSA ROL | : C-9217-2016 |
| CARATULADO | : INVERSIONES AGUASORO LIMITADA / ONIX |
| CAPITAL S.A | |

Santiago, cuatro de Mayo de dos mil dieciséis

**VISTOS Y TENIENDO PRESENTE:**

Que a fojas 1 y siguientes, comparece doña Guillermo Claverie Bravo, abogado, RUN N° 12.403.598-8, en representación convencional del acreedor peticionario "**Inversiones Aguasoro Limitada**", domiciliado en calle Domingo Bondi 990, depto. 151, comuna de Las Condes, quien solicitó el inicio de un procedimiento concursal de Liquidación Forzosa respecto de la empresa "**Onix Capital S.A.**", RUT 76.052.559-6, persona jurídica del giro de su denominación, representada legalmente por doña Verónica Rajii Krebs, RUT 5.320.312-4, ambos domiciliados para estos efectos en calle La Luma 1160, depto. 1103, comuna de Vitacura, Santiago, en atención al no pago de obligaciones contraídas por parte de la demandada, contenidas en un pagaré, que constituye título ejecutivo. Dicha obligación asciende a la suma de **$70.000.000.-**

Que a fojas 41 y en cumplimiento a lo dispuesto en el Artículo 119 de la Ley 20.720, se tuvo por presentada demanda de liquidación forzosa y se procedió a citar a las partes a audiencia inicial.

Que a fojas 43 de autos, consta el emplazamiento válido de la empresa deudora en el proceso.

Que a fojas 65 y siguientes, se procedió a celebrar la Audiencia Inicial, de conformidad al Artículo 120 Ley 20.720, en cuyo registro se aprecia que la deudora no cumplió con lo dispuesto en el numeral 2 de la Ley 20.720; en cuyo caso el artículo 120 de la Ley, ordena al Tribunal proceder a dictar la respectiva resolución de liquidación, con el mérito de la sola presentación del acreedor peticionario;

Y teniendo además presente, lo dispuesto en los artículos 169 y 170 del Código de Procedimiento Civil; artículos 117, 120 y demás pertinentes de la Ley N° 20.720, **SE DECRETA LA LIQUIDACIÓN FORZOSA** de la empresa deudora "**Onix Capital S.A.**", RUT 76.052.559-6, persona jurídica del giro de su denominación, representada legalmente por doña Verónica Rajii Krebs, RUT 5.320.312-4, ambos domiciliados para estos efectos en calle La Luma 1160, departamento 1103, comuna de Vitacura, Santiago.

1) Desígnese como Liquidador Titular, a don **Carlos Antonio Parada Abate**, domiciliado en calle Cerro El Plomo N°669, oficina 908, Las Condes, correo electrónico cparada@ccs-ecmg.cl y como Liquidador Suplente, don **Tomás Andrews Hamilton**, domiciliado en Paseo Ahumada N°254, oficina 908, Santiago, correo electrónico tomas@andrewshamilton.cl., ambos en calidad de provisionales, en consideración a lo propuesto por el acreedor peticionario en su presentación de fojas 1 y siguientes. Póngase en su conocimiento el presente nombramiento, por la vía más expedita.

2) El Liquidador Titular Provisional, procederá a incautar todos los bienes de la empresa deudora, sus libros y documentos bajo inventario, incluso con el auxilio de la fuerza pública, con la exhibición de la copia autorizada de la presente Resolución de Liquidación.

3) Diríjase oficios a las Oficinas de Correos para que entreguen al Liquidador designado, la correspondencia y despachos telegráficos cuyo destinatario sea la empresa deudora.

4) Acumúlense a este procedimiento concursal de liquidación, todos los juicios contra la empresa deudora antes individualizada, que estuvieren pendientes ante otros Tribunales de cualquier jurisdicción y que puedan afectar sus bienes, salvo las excepciones legales.

5) Adviértase al público que no deben pagar ni entregar mercaderías a la empresa deudora, bajo pena de nulidad de los pagos y entregas y que aquellas personas que tengan bienes o documentos que le pertenezcan deberán ponerlos a disposición de la Liquidador, dentro de tercero día.

6) Póngase en conocimiento de todos los acreedores residentes en el territorio de la República, que tienen el plazo de treinta días, contados desde la fecha de publicación de la presente resolución, para que se presenten con los documentos justificativos de sus créditos, bajo apercibimiento de ser afectados por los resultados del juicio, sin nueva citación.

7) Notifíquese, por el medio más expedito posible, la presente resolución de Liquidación, a los acreedores que se encuentren fuera del territorio de la República, a fin de que en el plazo de treinta días, aumentados según el término de emplazamiento correspondiente que se expresará en cada caso, comparezcan al procedimiento con los documentos justificativos de sus créditos, bajo el mismo apercibimiento señalado a los acreedores residentes en el país.

8) Inscríbase esta resolución en el Registro de Interdicciones y Prohibiciones de Enajenar del Conservador de Bienes Raíces, correspondientes a cada uno de los inmuebles pertenecientes a la empresa deudora, si los hubiere, y al margen de la inscripción social de la empresa deudora en el Registro de Comercio.

9) La primera Junta de Acreedores se efectuará al trigésimo segundo día desde la publicación de esta resolución en el Boletín Concursal, que recaerá, según lo ordenado en el numeral siguiente, el día jueves 16 de junio de 2016, a las 15:00 horas, en la Sala de Audiencias de este Tribunal, ubicado en Huérfanos N° 1409, 14 piso.

10) Notifíquese esta resolución en el Boletín Comercial de la forma señalada en el inciso final del artículo 129 de la ley el día lunes 9 de mayo del año en curso, dejándose constancia por escrito en el expediente al día siguiente de practicada y comuníquese a la Superintendencia de Insolvencia y Reemprendimiento.

11) Cítese al Liquidador titular designado en autos y a los acreedores a una audiencia ante la Juez de este Tribunal, para el día miércoles 15 de junio de 2016, a las 15:00 horas, para los efectos de lo dispuesto en el artículo 190 de Ley N° 20.720, la que se llevará a cabo en la Sala de Audiencias de este Tribunal, ubicado en Huérfanos N° 1409, 14 piso.

Notifíquese, Regístrese y Publíquese.

En **Santiago**, a **cuatro de Mayo de dos mil dieciséis,** se notificó por el estado diario, la resolución precedente.

**DANIELA ROYER FAÚNDEZ**    IVAN COVARRUBIAS PINOCHET



01747267154208

| NOMENCLATURE | : 1. [790]Liquidation Ruling |
|---|---|
| COURT | : 30º Juzgado Civil de Santiago [30th Civil Court of Santiago] |
| CASE NO. | : C-9217-2016 |
| NAME | : INVERSIONES AGUASORO LIMITADA / ONIX CAPITAL S.A |

Santiago, fourth of May of two thousand and sixteen

**WHEREAS:**

On pages 1 et seq., Ms Guillermo Claverie Bravo, an attorney, RUN [Rol Unico Nacional (Single National Code)] No. 12.403.598-8, appears on behalf of the petitioner creditor **"Inversiones Aguasoro Limitada"**, domiciled at Calle Domingo Bondi 990, depto. 151, Las Condes municipality, which requested the initiation of bankruptcy proceedings for the Forced Liquidation of the company **"Onix Capital S.A."**, RUT [Rol Unico Tributario (Single Tax Code)] 76.052.559-6, legal person whose line of business is as its name indicates, legally represented by Ms Verónica Rajii Krebs, RUT 5.320.312-4, both domiciled for the current purposes in Calle La Luma 1160, depto. 1103, Vitacura municipality, Santiago, due to the failure by the respondent to pay its liabilities included in a promissory note which constitutes an enforceable security. This liability amounts to the sum of **$70,000,000 -**

On page 41 and pursuant to the provisions of Article 119 of Law 20.720, the application for forced liquidation was deemed as being submitted and the parties were summoned for the initial hearing.

On page 43 of the documents, it shows that the debtor company was legally served process in the proceeding.

On pages 65 et seq., the Initial Hearing was held, pursuant to Article 120 of Law 20.720, from the record of which it is determined that the debtor failed to comply with the provisions of Number 2 of Law 20.720; in which case, Article 120 of the Law, orders the Court to issue a liquidation ruling solely on the merits of the submission by the petitioner creditor;

And also bearing in mind the provisions of Articles 169 and 170 of the Civil Prosecution Code; Articles 117, 120 and other relevant provisions of Law No. 20.720, **THE FORCED LIQUIDATION IS HEREBY ORDERED** of the debtor company **"Onix Capital S.A."**, RUT 76.052.559-6, a legal person with a line of business as its name indicates, legally represented by Ms Verónica Rajii Krebs, RUT 5.320.312-4, both domiciled for the current purposes in Calle La Luma 1160, Department 1103, Vitacura municipality, Santiago.

1) Hereby designated as Liquidator is Mr **Carlos Antonio Parada Abate**, domiciled in Calle Cerro El Plomo N°669, oficina 908, Las Condes, e-mail cparada@ccs-ecmg.cl and as Substitute Liquidator Mr **Tomás Andrews Hamilton**, domiciled at Paseo Ahumada No. 254, oficina 908, Santiago,e-mail tomas@andrewshamilton.cl., both in a provisional capacity, as proposed by the petitioner creditor in its submission of pages 1 et seq. They shall be informed about this appointment in the most expeditious manner.

2) The Provisional Liquidator shall seize all the assets of the debtor company, its balance sheets and documents after making an inventory, including with the help of law enforcement, by producing an authorised copy of this Liquidation Ruling.

3) Instructions shall be sent to the Post Office for the correspondence and telegraphs addressed to the debtor company to be delivered to the designated Liquidator.

4) Any rulings against the aforementioned debtor company which may still be pending before other Courts of any jurisdiction and which may affect its assets shall be added to these bankruptcy liquidation proceedings, without prejudice to the exceptions provided for by the law.

5) The public shall be warned that they shall not pay or deliver goods to the debtor company, under penalty of these payments and deliveries being void, and those persons that have assets or documents that belong to it shall make them available to the Liquidator within three days.

6) All the creditors residing in the territory of the Republic shall be notified that they have thirty days from the date this ruling is published to submit the documents proving their credits, subject to a warning that the results of the ruling may affect them, without any new summons.

7) This Liquidation Ruling shall be notified by the most expeditious means possible to any creditors outside of the territory of the Republic, so that within thirty days, increased based on the time of corresponding service of process which shall be stated in each case, they can appear in the proceedings with the documents proving their credits, subject to the same warning given to the creditors residing in the country.

8) This Ruling shall be recorded in the Registro de Interdicciones y Prohibiciones de Enajenar [Property Registry's Register of Prohibitions and Bans to Transfer Ownership] of the Real Property Conservator for each of the properties owned by the debtor company, if any, and on the company registration file of the debtor company in the Registro de Comercio [Trade Register].

9) The first meeting of Creditors shall be held on the thirty-second day from the publication of this ruling in the Boletín Concursal [Bankruptcy Journal], which shall be, as provided for in the point below, on Thursday 16 June 2016, at 3 PM, in this Court's Audience Chamber, at Huérfanos No. 1409, 14th floor.

10) This ruling shall be notified in the Boletín Comercial [Commercial Journal], in the manner indicated in the final point of Article 129 of the law, on Monday 9 May of this year, noting the decision in writing in the document, and this ruling shall be notified to the Superintendencia de Insolvencia y Reemprendimiento [Superintendency of Insolvency and Return to Business].

11) The designated Liquidator and the creditors shall be notified by official documents of a hearing before the Judge of this Court for the day Wednesday 15 June 2016, at 3 PM, pursuant to the provisions of Article 190 of Law No. 20.720, which shall be held in this Court's Audience Chamber, at Huérfanos No. 1409, 14th floor.

Be it hereby notified, registered and published.

In **Santiago**, on **May the fourth of the year two-thousand sixteen,** be the above ruling hereby notified in the daily list of court decisions.

[signature]

DANIELA ROYER FAUNDEZ

[signature]

IVAN COVARRUBIAS PINOCHET



01747267154208

# CERTIFICATE OF TRANSLATION
 **TRANSPERFECT LEGAL SOLUTIONS**

I BENEDETTO HANS CATALDI am a professional translator and work with TransPerfect Translations Ltd, with UK offices at 45 Moorfields, 5th Floor, London EC2Y 9AE. My qualifications include 15 YEARS EXPERIENCE IN THE INDUSTRY AND ATA CERTIFICATION FROM ITALIAN TO ENGLISH, and I am competent to translate from **Spanish** into **English**. I hereby certify I translated the following document(s):

*The Civil Court decision appointing Carlos as liquidator of Onix Capital S.A. (issued by the 30 Civil Court of Santiago)*

Signed:

Name: BENEDETTO HANS CATALDI

Date: 23 August 2016

---

TransPerfect Translations Ltd, 45 Moorfields, 5th Floor, London EC2Y 9AE, a professional translation agency and international communications firm which is ISO 9001:2008 and EN 15038:2006 certified, is competent to translate from **Spanish** into **English**. As a project manager employed by TransPerfect, I oversaw the translation process and hereby certify that this translation is, to the best of my professional knowledge and belief, a faithful rendering of the following document(s):

*The Civil Court decision appointing Carlos as liquidator of Onix Capital S.A. (issued by the 30 Civil Court of Santiago)*

Signed:

Name: Crystal Dai

Title: Project Manager

Date: 23 August 2016

*TransPerfect Translations Ltd. maintains the following memberships and certifications:*

    

# Exhibit B

**June 29, 2016 Order Ratifying Liquidator's Appointment**



PODER JUDICIAL
REPÚBLICA DE CHILE

## ACTA AUDIENCIA LEY 20.720
## JUNTA DE ACREEDORES LIQUIDACIÓN EMPRESA DEUDORA

| FECHA | Miércoles veintinueve de junio de dos mil quince |
|---|---|
| TRIBUNAL | 30° Juzgado Civil de Santiago |
| ROL | C-9217-2016 |
| MAGISTRADO | DANIELA ROYER FAÚNDEZ |
| MINISTRO DE FE | Iván Covarrubias Pinochet |
| ENCARGADO DE ACTA | Leonardo Olea Schmidt |
| HORA DE INICIO | 15:55 |
| HORA DE TÉRMINO | 16:50 |
| EMPRESA DEUDORA | ONIX CAPITAL S.A. |
| APODERADO | *(no comparece)* |
| LIQUIDADOR | Carlos Parada Abate |

| ACTUACIONES EFECTUADAS | SI | NO | ORD. |
|---|---|---|---|
| INICIO | X | | 1 |
| INDIVIDUALIZACIÓN | X | | 2 |
| LISTADO ASISTENCIA ACREEDORES CON DERECHO A VOTO | X | | 3 |
| INFORME LIQUIDADOR SOBRE: <br> a) Estado actual de los negocios de la empresa deudora <br> b) Gestión realizada por el Liquidador sobre dichos negocios <br> c) Gastos incurridos; <br> d) Si los activos del Deudor exceden o no las 5000 UF | X | | 4 |
| RATIFICACIÓN DEL LIQUIDADOR TITULAR Y SUPLENTE | X | | 5 |
| ACUERDO SOBRE REALIZACIÓN DE LAS JUNTAS ORDINARIAS | X | | 6 |
| DESIGNACIÓN DE DIRECTIVA TITULAR Y SUPLENTE (Pdte. y Secretario) | X | | 7 |
| ACUERDOS DE LA JUNTA SOBRE REALIZACIÓN DE LOS ACTIVOS DE LA EMPRESA DEUDORA | | X | 8 |
| FIJACIÓN HONORARIOS LIQUIDADOR | | X | 9 |
| OTRAS MATERIAS | X | | 10 |

**Santiago, miércoles veintinueve de junio de dos mil quince.**

En el día y a la hora señalada, de conformidad al Artículo 196 de la Ley 20.720, en la causa rol C-9217-2016, se lleva a efecto la junta constitutiva de acreedores en el procedimiento concursal de liquidación forzosa de empresa deudora "Onix Capital S.A"; con la asistencia de liquidador titular provisional don Carlos Parada Abate.

Los Acreedores suscriben el listado de asistencia, el que forma parte integrante de la presente acta para todos los efectos legales.

El pasivo total con derecho a voto presente en esta Junta asciende a la suma de **$60.994.183.681-**, que representa el **81,2%** del total del pasivo verificado en la causa.

Se concede la palabra al Liquidador, don Carlos Parada Abate, a efectos de que informe a la Junta de Acreedores acerca de:
a) El Estado actual de los negocios de la empresa deudora;
b) La Gestión realizada por el Liquidador sobre dichos negocios; y
c) Los Gastos incurridos hasta este momento, en la gestión por él realizada.

Acto seguido el Liquidador expone antecedentes generales, su juramento y Aceptación del Cargo, las diligencias realizadas en torno a la Incautación e





PODER JUDICIAL
REPUBLICA DE CHILE

Inventario de Bienes, informa antecedentes Procesales de la Liquidación, así como la Nómina de créditos verificados y otras gestiones administrativas.

Informa a la Junta que con fecha 6 de mayo del presente, se constituye en el domicilio ubicado en calle La Luma N°1160, departamento1103, Vitacura, donde fueron informados por el conserje que este corresponde al domicilio particular de Verónica Rajii, y que se encuentra sin moradores.

Posteriormente se trasladó al domicilio ubicado en Av. Las Condes 11380, oficina 41, comuna de Vitacura, donde fueron recibidos por el abogado del deudor quien señaló que estas oficinas eran arrendadas y que toda la documentación contable del deudor ya se encuentra en poder de la Fiscalía Oriente.

Con fecha 27 de mayo del presente, se amplió la incautación en el domicilio Av. Las Condes N°11380, bodega N°9. En este domicilio se incautó:
- 4 carpetas de pagarés en original numerados de inversionistas
- 5 carpetas conteniendo el pago de impuesto al mutuo.

Además se hizo entrega del inmueble antedicho, junto con la bodega y los estacionamientos N° 25, 34, 35 y 36; a la sociedad Inversiones Las Quilas Limitada.

Respecto a los juicios laborales, a 16 trabajadores se les envió cartas de aviso de término de contrato, dejando los finiquitos en la notaría Mozó. Agrega que existen diez juicios laborales, habiéndose notificado nueve de éstos al liquidador.

Luego se refiere a las labores de colaboración con el fiscal a cargo del caso, don Carlos Gajardo, para continuar con la incautación. En lo relativo a los bienes ubicados en el extranjero, señala que dos oficinas de abogados han hecho llegar sus propuestas profesionales a fin de presupuestar actuaciones y ejercicio de la normativa de la liquidación transfronteriza.

Informa a la Junta que el monto probable de la realización del activo del deudor excederá de las 5.000 UF.

La Junta pregunta al liquidador sobre las reuniones con el ex apoderado de la deudora, los acreedores mayoritarios y el liquidador mismo, a lo que responde que en un principio existió la voluntad de entregar voluntariamente los bienes del deudor lo cual se frustró una vez que el ex apoderado renunció al patrocinio.

La Junta pregunta al liquidador si ha tenido acceso a la contabilidad de la deudora, quien señala que ha tenido acceso a algunas partes.

La Junta pregunta si tiene fondos la deudora, quien señala que a la fecha hay pocos fondos.

La Junta pregunta sobre las cuentas corrientes del deudor, a lo que el liquidador agrega que está tomando conocimiento de los movimientos bancarios que hacía Alberto Chang.




La Junta se refiere al recupero de los dineros transferidos de Onix a las sociedades relacionadas de Alberto Chang, nacionales y extranjeras. También se refiere a los gastos propios de la liquidación transfronteriza.

A continuación, la Junta Constitutiva, **acuerda:**

1.- En cuanto a la Ratificación del Liquidador Titular y Suplente: don Carlos Parada Abate, como Liquidador titular, y don Tomás Andrews Hamilton, como Liquidador Suplente, son ratificados por la Junta, quienes pasan a tener el carácter de definitivos, para todos los efectos legales.

Se deja constancia que **1,8%** del votó no ratificar al liquidador titular

2.- En cuanto a acordar lugar, día y hora de las reuniones ordinarias:

La Junta acuerda celebrar sesiones mensualmente los primeros miércoles del mes, a las 13:00, en el Colegio de Abogados, ubicado en Ahumada 341 piso 2° de esta ciudad.

3.- La Junta procede a designar como Presidente a los acreedores representados por don Rodrigo Rettig Vargas, y como Secretario, a los acreedores representados por don Guillermo Claverie. Como Presidente suplente a los acreedores representados por don Rafael Gómez Pinto; y como Secretario suplente a los acreedores representados por don Alejandro Espina Gutiérrez.

4.- En otros asuntos, la Junta acuerda aprueba la gestión realizada por el Liquidador hasta el momento, y la cuenta rendida en esta Junta, cuyo informe se tiene como parte integrante de la presente acta, para todos los efectos legales.

Se acuerda para la próxima Junta ordinaria el liquidador va a informar sobre los costos referidos a la liquidación transfronteriza, a la estructura societaria de Onix S.A., las contrataciones referidas a los juicios laborales, y a la posibilidad de constituir una Comisión de Acreedores.

Se hace presente por la Superintendencia de Insolvencia que la contratación de los abogados laborales no constituyen contrataciones especializadas y son de cargo del liquidador.



Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 1 | Veronica Folch Maass | 77 | 54.550.000 | 0.07% | 6M, CLAVIND 3 | | |
| 2 | Jose Ignacio Perez Montenegro | 84 | 72.996.000 | 0,10% | | | |
| 3 | Inversiones Aguasoro Ltda. | 97 | 270.000.000 | 0,36% | | | |
| 4 | Andrew Ried Woodforde-Booth | 103 | 50.265.000 | 0,07% | | | |
| 5 | Graciela Guerrero Correa | 109 | 22.203.259 | 0,03% | Patrici Coronias | | Proronias@AyLMINASECides.cL |
| 6 | Carlos Leighton Torres | 114 | 138.650.000 | 0,18% | Patrício Coronias | | u                 " |
| 7 | Benjamin Concha Gazmuri | 123 | 214.392.690 | 0,28% | | | |
| 8 | Matias Aparicio Pizarro | 132 | 9.341.214 | 0,01% | Maria Drall | | mraldpacio Lmaa Dorog |
| 9 | Rebeca Pizarro Baeza | 137 | 10.000.000 | 0,01% | Uranta Drall | | |
| 10 | Martina Loretta Santis Ottone | 144 | 22.340.000 | 0,03% | Patutio Coronias | | |
| 11 | Maria Gonzalez Bravo | 152 | 181.597.281 | 0,24% | Pablo C. Fuentes | | PCIFUENTES@uARuiamillionaros.cL |
| 12 | Mario Canessa Garcia | 159 | 33.384.274 | 0,04% | Sr.         7 | | |
| 13 | Macarena Darrigrandi Galvez | 164 | 58.626.659 | 0,08% | | | |
| 14 | Willy Ruff Ferres | 168 | 58.382.589 | 0,08% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB



## LIQUIDACION FORZOSA
## Onix Capital S.A.

| N°. | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 15 | Regina Lira Valdes | 172 | 18.682.428 | 0,02% | | | |
| 16 | Carlos Palacios Iturrieta | 176 | 110.500.000 | 0,15% | | | |
| 17 | Patricia Lueje Phillips | 181 | 17.299.779 | 0,02% | | | |
| 18 | Inversiones V y V S.A. | 188 | 1.058.400.000 | 1,40% | | | |
| 19 | Rodrigo Facuse Zaror | 196 | 41.846.636 | 0,06% | | | |
| 20 | Javier Ignacio Facuse Zaror | 202 | 39.200.000 | 0,05% | | | |
| 21 | Inversiones Camarico Ltda. | 210 | 179.342.726 | 0,24% | | | |
| 22 | Macias Patricio Facuse Zaror | 216 | 41.846.636 | 0,06% | | | |
| 23 | Cindy Ruff Fuentes | 221 | 102.550.000 | 0,14% | | | |
| 24 | Fondos de Inversiones Privado GD | 227 | 2.016.453.357 | 2,67% | JUAN PABLO PRIETO E. | | jprieto@prieto.cl |
| 25 | Andres Sarasua Marchesse | 244 | 9.864.762 | 0,01% | | | |
| 26 | Gina Marchesse Gonzalez | 250 | 75.258.889 | 0,10% | | | |
| 27 | Marcia Zelada Martinez | 255 | 11.772.355 | 0,02% | | | |
| 28 | Marcia Zelada Martinez | 260 | 5.838.259 | 0,01% | | | |

60

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB



Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 29 | Claudia Jadue Zelada | 269 | 29.191.294 | 0,04% | | | |
| 30 | Claudia Jadue Zelada | 278 | 19.087.526 | 0,03% | | | |
| 31 | Asesorías e Inversiones El Alemein Ltda. | 290 | 22.846.604 | 0,03% | | | |
| 32 | Carlos Bascuñan Edwars | 306 | 157.636.353 | 0,21% | | | |
| 33 | Maria Ginesta Bascuñan | 316 | 29.191.294 | 0,04% | | | |
| 34 | Francisca Tagle Veyl | 331 | 86.734.800 | 0,11% | Patricio Corcorans | | Knillaes@ayluinasis1de2,cl |
| 35 | Carolina Wajner Aparicio | 405 | 87.200.000 | 0,12% | | | |
| 36 | Carlos Araya Valdebenito- Carolina Araya Zapata - Jose Amado Rivas | 416 | 499.664.000 | 0,66% | Juan Calfinanco6 | | Juancalfinanco pollardo@notmoil.covy. |
| 37 | Lorena Vilaza Massardo | 450 | 192.500.000 | 0,26% | Fdo Luaba Broeia | | ÷ |
| 38 | Maria Massardo Luco | 456 | 39.725.000 | 0,05% | Flo Ciule-Oxema | | luey@ambe-ebaun. |
| 39 | Bernardo Aldea Villagran US$21680 | 466 | 14.478.771 | 0,02% | Aume Bostanica | | Abis/azz,za-@z7dA-cl |
| 40 | Marissa Acevedo Moyano y otros | 516 | 737.916.520 | 0,98% | Andres Bostanico | | abostamda@z7da-cl |
| 41 | Nicolas Gougain Campusano | 546 | 43.747.973 | 0,06% | | | |
| 42 | Humberto Luciano Gougain Oliva | 553 | 87.495.947 | 0,12% | | | |

61

Verifique la validez de este documento en
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB



**LIQUIDACION FORZOSA**
**Onix Capital S.A.**

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 43 | Lucien Gougain Campusano | 561 | 142.910.047 | 0,19% | | | |
| 44 | Alvaro Desmadryl Barba y Priscila Dionis | 571 | 68.635.391 | 0,09% | Rodrigo arith | | rorith@arfitgenzoler.cl |
| 45 | Patricia Cdurdurier Humaña y otra | 576 | 38.495.961 | 0,05% | | | |
| 46 | Bernardita Hoces de la Guardia y otro | 584 | 93.510.000 | 0,12% | CHRISTOPHEn RUIZ | | ABOGADO. RUIZ. SEALES@GMAIL.COM |
| 47 | Ximena del Canto Santelices | 593 | 14.500.000 | 0,02% | Retando Bermusez | | REBAMUSOZ@Dbermusemonice |
| 48 | Rafael Herskovic Minond | 601 | 16.755.000 | 0,02% | W | u | Y |
| 49 | Viviana Uribe Haddad  us$178.875,00 | 610 | 119.459.880 | 0,16% | u | u | Y |
| 50 | Alfredo Prieto Parra | 618 | 17.514.777 | 0,02% | u | u | Y |
| 51 | Alexandra Menache Simonato | 628 | 29.055.911 | 0,04% | u | C | u |
| 52 | Valeria Reyes Rodriguez | 638 | 97.150.000 | 0,13% | u | Cl | u |
| 53 | Claudia Reyes Rodriguez | 647 | 96.145.000 | 0,13% | u | Cl | u |
| 54 | Maria Homorato Roman | 658 | 118.200.000 | 0,16% | u | u | u |
| 55 | Evevlyn Gayoso Venegas | 671 | 43.050.000 | 0,06% | u | u | |
| 56 | Juan Pablo Varas Honorato | 681 | 93.940.000 | 0,12% | u | u | |

Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 57 | Sebastian Mendez Siques y otro US$300.000,00 | 697 | 200.352.000 | 0.27% | Ricardo Barmusar | | rbarmusa@benapuansel |
| 58 | Francisco Javier Prieto Salgado | 705 | 5.838.259 | 0.01% | | | |
| 59 | Paulina Alexandra Uribe Haddas $48.639.829 y us$8.545.56 | 718 | 54.346.896 | 0.07% | | | |
| 60 | Cristian Alejandro Apablaza Alcantar | 734 | 130.000.000 | 0,17% | Natalia Gando | | canobs.gordo@gmail.com |
| 61 | Lino Fernandez Concha | 740 | 63.000.000 | 0,08% | | | |
| 62 | Maria Landaida Ortiz | 768 | 30.000.000 | 0,04% | Relay Nava | | mcnava@psapo(x0o), con |
| 63 | Inverland SPA | 786 | 23.353.036 | 0,03% | | | |
| 64 | Karen Jadue Arancibia | 825 | 20.000.000 | 0,03% | | | |
| 65 | Alan Verdugo Zunerman y otros (50) | 1023 | 1.837.179.083 | 2,44% | Gomerto Irguer | | edorruoo@clyhcl |
| 66 | Lia Dicowsky Sircovich y otros | 1063 | 165.288.000 | 0,22% | Claudie Bifm | | claudie-Rojon@jued |
| 67 | Maria Eugenia Rodriguez Quiros | 1073 | 35.880.000 | 0,05% | | | |
| 68 | Paulo Brignardello Rodriguez | 1077 | 77.520.000 | 0,10% | | | |
| 69 | Paulina Cabezas Leuton | 1080 | 24.520.687 | 0,03% | | | |
| 70 | Gregorio Schepeler Alamos | 1093 | 92.050.000 | 0,12% | | | |

63



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 71 | Emma Torres Montalbetti | 1102 | 77.752.756 | 0.10% | | | |
| 72 | Maria Jacou Montes | 1110 | 12.730.000 | 0,02% | | | |
| 73 | Eliana Rodillo Borda | 1121 | 26.629.456 | 0,04% | | | |
| 74 | Annamaria Rocca Moltedo | 1130 | 93.649.000 | 0.12% | Marco Moggia Zoria | M Moggia | morce.moggia.z@ gmail.com |
| 75 | Bernabe Lopez Taverne | 1139 | 22.340.000 | 0.03% | Gabriel Brizardello | | gbn.nordalo@floresyasoreados.cl. |
| 76 | Alois Bencina Kuzmanic | 1147 | 101.500.000 | 0,13% | Pablo Arnelo | | PACBVOO@floposyASorpOOS.cl |
| 77 | Claudia Morales Soza | 1159 | 269.774.770 | 0.36% | Daniela Castillo Concha | Dacela Plausa | dcostillo@pym.cl |
| 78 | Jorge Araya Zamorano US$3.151.710,26 | 1188 | 2.104.838.180 | 2.79% | Davida Castillo Concha | V | (r |
| 79 | Marcos David Orrego Benjamin | 1200 | 26.629.456 | 0,04% | | | |
| 80 | Susana del Carmen Feris Otto US$11.956,18 + 83693272 | 1208 | 91.678.087 | 0,12% | | | |
| 81 | Olga Avendaño Otto y otro | 1225 | 14.950.000 | 0,02% | | | |
| 82 | Jimena Toledo Bustamante | 1241 | 17.514.777 | 0,02% | DIEGO MARTINS | | JMARTIMT @ M3.7/n@03 |
| 83 | Cristina Silva Peña | 1250 | 39.300.000 | 0,05% | | | |
| 84 | Juan Sabastian Rock Fuenzalida | 1258 | 23.353.036 | 0,03% | | | |

64

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A..

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 85 | Maria Mora Alarcon y otros | 1406 | 5.744.707.592 | 7,62% | | | |
| 86 | Alvaro Marin Sievers | 1437 | 27.000.000 | 0,04% | | | |
| 87 | Graciela Erazo Torricelli | 1457 | 141.510.135 | 0,19% | | | |
| 88 | Asesorias e Inversiones RMZ Ltda. | 1463 | 12.523.900 | 0,02% | | | |
| 89 | Asesorias e Inversiones Rio Claro Ltda. | 1467 | 112.600.000 | 0,15% | | | |
| 90 | Asesorias e Inversiones SCL Consulting Ltda. | 1473 | 55.200.000 | 0,07% | | | |
| 91 | Roberto Sivori Correa | 1478 | 34.753.320 | 0,05% | | | |
| 92 | Maria Salinas Fernández | 1483 | 39.910.017 | 0,05% | | | |
| 93 | Maria Amenabar Zegers | 1487 | 242.785.000 | 0,32% | | | |
| 94 | AndresRochette Garmendia | 1494 | 34.208.586 | 0,05% | | | |
| 95 | Ibero Amerikanissche Technik S.A. | 1502 | 119.561.817 | 0,16% | | | |
| 96 | Maximiliano Frias Ossandon | 1508 | 11.170.000 | 0,01% | | | |
| 97 | Juan Pablo Swett Amenabar | 1512 | 379.500.000 | 0,50% | | | |
| 98 | Juana Massud Massud | 1517 | 23.353.036 | 0,03% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB



## LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 99 | Mariana Von Bergen Rodriguez | 1527 | 187.894.069 | 0,25% | Luis Mostrozaz | | Notificas14R.NET |
| 100 | Gestion y Desarrollo S.A. | 1534 | 100.000.000 | 0,13% | | | |
| 101 | Asesorias e Inversiones Nahuel y Cia. Ltda. | 1548 | 121.800.000 | 0,16% | | | |
| 102 | Fernanda Macan Cayazzo | 1553 | 30.000.000 | 0,04% | Daniel Ocampo Lu | | docampo@ bdycia.cl |
| 103 | Comercial EU Clouthing Ltda. | 1561 | 40.000.000 | 0,05% | | | |
| 104 | Sermar Ltda. | 1586 | 5.162.969.920 | 6,84% | Rodrigo Lettis | | rrettis@codisygie.c |
| 105 | Rodrigo Collantes Provoste / Maluc | 1609 | 965.120.000 | 1,28% | | | |
| 106 | Dinko Korlaet Skarnic | 1632 | 346.200.000 | 0,46% | | | |
| 107 | Florencia Vega Muñoz | 1645 | 25.000.000 | 0,03% | | | |
| 108 | Dinko Korlaet Skarnic | 1656 | 201.500.000 | 0,27% | | | |
| 109 | Juan Valenzuela Jimenez | 1666 | 37.526.000 | 0,05% | | | |
| 110 | Oscar Gonzalez Rodriguez | 1675 | 60.720.000 | 0,08% | | | |
| 111 | Inversiones Fenic S.A. | 1701 | 629.150.000 | 0,83% | | | |
| 112 | Andres Sarria Tapia | 1713 | 73.400.000 | 0,10% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

66



**Carlos Parada Abate**
**Liquidador - Concursal**

## LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 113 | Danilo Sarria Tapia | 1729 | 782.620.000 | 1,04% | | | |
| 114 | Marcela Vasquez Pizarro | 1740 | 82.900.000 | 0,11% | | | |
| 115 | Mirtha Skarnic Estay | 1749 | 187.895.000 | 0,25% | | | |
| 116 | Maritza Korlaet Skarnic | 1769 | 172.912.000 | 0,23% | | | |
| 117 | Amparo Claro Izquierdo | 1809 | 166.375.000 | 0,22% | | | |
| 118 | Servicios Medicos e Inver. Baeza Lopez y otros | 1832 | 348.774.575 | 0,46% | G No. Clavene 3 | | |
| 119 | Marcelo Ventura Svigilsky y otros US$412,069,64 | 1855 | 457.105.033 | 0,61% | fernand lópez Farbian | | fernando.lopez @ renps.c( |
| 120 | Vicente Cortes Cirer | 1866 | 20.780.000 | 0,03% | Fdo mulor Parme | Ver | lug @ mute ibamia.cl |
| 121 | Daniela San Juan Fredes | 1872 | 23.353.036 | 0,03% | G~ Clavene 3 | | |
| 122 | Adriana Valenzuela Lobos | 1891 | 32.725.910 | 0,04% | ALEJANDRO ESPINA | | ESPINA@ELTON.CL |
| 123 | Inversiones Guerrero Ltda. | 1908 | 379.729.294 | 0,50% | ALEJANDRO ESPINA | | ESPINA@ ELTON.C |
| 124 | Adriana Guerrero Valenzuela | 1917 | 19.950.000 | 0,03% | | | |
| 125 | Mario Castillo Salazar | 1924 | 17.934.273 | 0,02% | | | |
| 126 | Francisco Guerrero Castex | 1933 | 74.996.636 | 0,10% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 127 | Pablo Vargas Herrera | 1940 | 75.992.000 | 0,10% | VDθluz Vere | | vhpabopads @ mellue-d |
| 128 | Francisco Javier Perez Montenegro | 1954 | 310.030.000 | 0,41% | | | |
| 129 | Carmen Callegari Panizza | 1968 | 190.227.415 | 0,25% | Vaume Valdes | | vaumevaldej P guaiilan |
| 130 | Macarena Jiles Bou | 1975 | 138.975.000 | 0,18% | Vaume Vald | Wad | 4 |
| 131 | Daniel Fischman Rajii y otros | 1995 | 1.498.364.305 | 1,99% | Consuelo Antonio G | | consuelo-antonio@gmail com |
| 132 | Asesorias e Inversiones Gestion Ltda. | 2005 | 51.300.000 | 0,07% | Antonio Nogala | | Aotebua@Chaves. cl  N.O |
| 133 | Inversiones Los Vinilos Ltda | 2018 | 141.425.000 | 0,19% | | | |
| 134 | Odontologia DRM Ltda. | 2027 | 157.730.000 | 0,21% | | | |
| 135 | Nicolas Escobar Gomez | 2036 | 10.910.000 | 0,01% | | | |
| 136 | Jacqueline O'Ryan Schutz | 2049 | 52.544.330 | 0,07% | Alejndy Aouva | | aplebune@ehre.cl |
| 137 | Maria Cervantes Fernandez | 2063 | 131.484.508 | 0,17% | | | |
| 138 | Inversiones y Asesorias Terrasal Ltda. | 2074 | 12.197.500 | 0,02% | | | |
| 139 | Allan Steinssapir Schwartz | 2083 | 79.363.206 | 0,11% | | | |
| 140 | Myrna Schwartz Liftman | 2093 | 75.394.541 | 0,10% | | | |

68

TRIBUNALES
SECRETARIA
SANTIAGO

Certifico que es fotocopia fiel de
su original.

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB



Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 141 | Marcelo Ergas Ventura | 2106 | 433.784.624 | 0,58% | | | |
| 142 | Bernardo Heumann Malec | 2117 | 29.550.846 | 0,04% | | | |
| 143 | Paola Ergas Waissbluth | 2128 | 18.309.408 | 0,02% | | | |
| 144 | David Rosenberng Messina | 2140 | 19.134.903 | 0,03% | | | |
| 145 | Ian Steinsapir Schwartz | 2154 | 86.518.665 | 0,11% | | | |
| 146 | Andrea Lyon Prado | 2164 | 77.715.181 | 0,10% | | | |
| 147 | Erick Gatica Martinez | 2170 | 11.572.000 | 0,02% | | | |
| 148 | Marcvo Alvo Alaluf | 2176 | 51.500.000 | 0,07% | | | |
| 149 | Inversiones El Chuncho Ltda. | 2184 | 21.920.000 | 0,03% | | | |
| 150 | Inversiones Los Manitos Ltda. | 2191 | 45.400.000 | 0,06% | | | |
| 151 | Inversiones DRM Ltdda. | 2198 | 107.698.000 | 0,14% | | | |
| 152 | Juana Duran Bustos | 2205 | 11.676.518 | 0,02% | | | |
| 153 | Daniela Nahmias Papic | 2211 | 40.480.000 | 0,05% | | | |
| 154 | Nevenka Palma Papic | 2217 | 15.964.007 | 0,02% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB



## LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 155 | Paula Gomez Troncoso | 2224 | 20.910.000 | 0,03% | | | |
| 156 | Constanza Jimenez Stevenson | 2232 | 21.528.000 | 0,03% | DIEGO MORTA nt | | DMartag @ Mg Andasx DS( ) |
| 157 | Claudio Aros Acuña y Marcela Aguirre lopez | 2252 | 148.828.000 | 0,20% | Consuelo Antonio G | | consuelaanitonio@gmail.com |
| 158 | Maria Vieira Duplaquet | 2261 | 56.445.000 | 0,07% | Alejandro Alcain | | AAlcain@cttres.cl |
| 159 | David Adonay Gutierrez | 2271 | 113.500.000 | 0,15% | ✓ | ✓ | |
| 160 | Montserrat Contesse Novoa | 2282 | 60.175.000 | 0,08% | ✓ | ✓ | |
| 161 | Annabella Cardone Viguera | 2292 | 110.877.174 | 0,15% | ✓ | ✓ | |
| 162 | Claudia Uribe Palma | 2305 | 50.750.000 | 0,07% | Vanex Valca | Wal | vanmardolij@gmail.co |
| 163 | Juan Manuel Ramos Castiglione | 2314 | 167.960.000 | 0,22% | Rodrigo Reth.V. | P.Relf | rreth.s@reths7cc.c |
| 164 | Carmen Gloria Geisse Illanes | 2320 | 70.420.152 | 0,09% | | | |
| 165 | Rodrigo Jiles Bou | 2329 | 248.180.000 | 0,33% | Vanexe Valca | Wal | vanmavdolij@gmail. |
| 166 | Isabel Bordeu Urrejola | 2335 | 19.638.000 | 0,03% | | | |
| 167 | Inversiones Lirbu Uno Ltda | 2348 | 59.800.000 | 0,08% | | | |
| 168 | Marcela Sepulveda Urzua | 2355 | 10.960.000 | 0,01% | | | |

TRICESIMO
SECRETARIA
SANTIAGO
Certifico que es fotocopia
su original la que le

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 169 | Deportes e Inversiones Tomas Gonzalez Ltda. | 2361 | 10.960.000 | 0,01% | | | |
| 170 | Inmobiliaria Panel Dos Ltda. | 2369 | 338.000.000 | 0,45% | | | |
| 171 | Inmobiliaria Panel Cuatro Ltda. | 2377 | 338.000.000 | 0,45% | | | |
| 172 | Inversiones Lirbu Dos Ltda | 2384 | 59.800.000 | 0,08% | | | |
| 173 | Inmobiliaria Panel Tres Ltda. | 2393 | 338.000.000 | 0,45% | | | |
| 174 | Paulina Diaz Spoerer | 2399 | 79.700.000 | 0,11% | Fdo hnte Obann | | fmf@unbi-ebann.cl |
| 175 | Maria del Pilar Gonzalez Martinez | 2413 | 1.050.400.000 | 1,39% | Fdo hnte Burn | | // |
| 176 | Jose Pablo Diaz Gatica | 2429 | 102.440.000 | 0,14% | // | | // |
| 177 | Jose Pablo Diaz Gatica | 2431 | 210.369.600 | 0,20% | // | | // |
| 178 | Paulina Diaz Spoerer | 2436 | 56.175.562 | 0,07% | // | | // |
| 179 | Juan Eduardo Ossa Errazuriz | 2447 | 359.780.909 | 0,48% | | | |
| 180 | Maria Teresa de la Maza Camus | 2456 | 180.000.000 | 0,24% | | | |
| 181 | Soledad Ossa Errazuriz | 2462 | 73.077.892 | 0,10% | | | |
| 182 | Gonzalo Trivelli Oyarzun | 2469 | 98.081.043 | 0,13% | | | |

71

Verifique la valídez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
**CABG-AAC-AACCIBB**



# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 183 | Jose Joaquin Bustamante Fernandez | 2474 | 114.700.000 | 0,15% | Victr H. Pui | | vhp abogado o rellva .cl |
| 184 | Michele Van Klaveren Carrasola | 2482 | 34.627.000 | 0,05% | | | |
| 185 | Inmobiliaria Santa Maria Manquehue y otros | 2550 | 864.787.036 | 1,15% | Javiera Boraz | Junio Bore | Jbaralo @ yrosty .cl |
| 186 | Jorge Buhler Mohr | 2578 | 862.000.000 | 1,14% | J. (( | (( | (( |
| 187 | Inmobiliaria Garcia Castilla Ltda. | 2587 | 250.000.000 | 0,33% | (( | (( | Y |
| 188 | Marta Dockendorff Vallejos | 2602 | 253.106.245 | 0,34% | Luo Das, Pevlic | | ldis@adepa.cl |
| 189 | Rosario Liquitay Rojas | 2612 | 89.834.000 | 0,12% | | | |
| 190 | Loreto Diez Arriaga | 2620 | 24.000.000 | 0,03% | | | |
| 191 | Maria Montt Lyon y otros | 2643 | 636.150.000 | 0,84% | Gustavo Bulmicedr | | GBALMAH@GMAIL.COM |
| 192 | Tesoreria General de la Republica | 2736 | 10.522.749.820 | 13,95% | C.Auta | 6'93 | Mentecadosbelecl |
| 193 | Rodrigo Landeta Moya | 2743 | 266.144.000 | 0,35% | Hernos Petonac | | TLETONSA@CHINCHON.CL |
| 194 | Benjamin Gonzalez Bacigalupo | 2748 | 45.000.000 | 0,06% | | | |
| 195 | Carolina Facusse Sevilhano | 2755 | 9.949.140 | 0,01% | | | |
| 196 | Inversiones San Isidro S.A. | 2762 | 72.913.289 | 0,10% | | | |

72

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

## LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 197 | Rauf Isidro Canales Cabello | 2774 | 296.980.000 | 0,39% | | | |
| 198 | Veronica Hinrichsen Moya | 2781 | 68.000.000 | 0,09% | | | |
| 199 | Ane Miren Landaeta Hinrichesen | 2789 | 23.840.000 | 0,03% | | | |
| 200 | Anita Klein Dobbel | 2794 | 135.840.000 | 0,18% | | | |
| 201 | Carolina Foncea Moreira | 2799 | 115.000.000 | 0,15% | | | |
| 202 | Jose Eliseo del Rio Gumizio | 2804 | 27.925.000 | 0,04% | | | |
| 203 | Maria Cecilia Perez Pervan | 2810 | 84.160.000 | 0,11% | | | |
| 204 | Jose Ramon Abatte Perez | 2818 | 134.384.000 | 0,18% | | | |
| 205 | Juan Pablo Fuentes Baltierra Urzua | 2829 | 87.450.000 | 0,12% | | | |
| 206 | Bernardita Diaz Silva | 2835 | 5.838.259 | 0,01% | | | |
| 207 | Maria Angelica Baltierra Urzua | 2841 | 14.800.000 | 0,02% | | | |
| 208 | Monica Sabah Dominguez | 2846 | 25.350.000 | 0,03% | | | |
| 209 | Lucila Haddad Moya | 2851 | 10.650.000 | 0,01% | | | |
| 210 | Jose Luis Argandoña Toro | 2859 | 87.060.000 | 0,12% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB



# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 211 | Hernan Ordenes Gonzalez | 2865 | 32.694.250 | 0,04% | Momos Zelonpoc | | |
| 212 | Jose Antonio Ramirez Baudet | 2871 | 79.830.000 | 0,11% | | | |
| 213 | Claudio Miranda Cárdenas | 2879 | 53.040.000 | 0,07% | | | |
| 214 | Barbara Ines Ruiz y otros | 3392 | 2.038.520.553 | 2,70% | reyeal Brunand | Bruzzo | M.BRNNAND@ BRUNAND ycia . cL |
| 215 | Marta Mizgier Hochschild | 3442 | 126.627.561 | 0,17% | | | |
| 216 | Laura Urresty Huerta | 3447 | 55.842.914 | 0,07% | | | |
| 217 | Camila Yver Morales | 3453 | 30.647.500 | 0,04% | | | |
| 218 | Claudio Miranda y Cia. | 3462 | 160.480.000 | 0,21% | | | |
| 219 | Maria Pilar Santa Cruz | 3467 | 10.910.000 | 0,01% | | | |
| 220 | Pamela Gonzalez Cataldo | 3472 | 55.850.000 | 0,07% | | | |
| 221 | Inmobiliaria e Inv. Dominguez Sanchez | 3478 | 110.500.000 | 0,15% | | | |
| 222 | Andrea Perez Villalobos | 3483 | 23.353.036 | 0,03% | | | |
| 223 | Luis Calderon Morales | 3490 | 86.174.000 | 0,11% | | | |
| 224 | Nicolas Lisoni Benoit | 3498 | 91.594.000 | 0,12% | | | |



# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 225 | Asesorias y Distribuciones Lisoni y Calderon | 3505 | 161.250.000 | 0,21% | | | |
| 226 | Juana Schorr Rubel | 3513 | 61.600.000 | 0,08% | | | |
| 227 | Rodrigo Abatte Perez | 3518 | 39.095.000 | 0,05% | | | |
| 228 | Andrea Saravia Arriagada y Rosa Arriagada Colvin | 3536 | 47.730.000 | 0,06% | Gustavo Balmaceda | | GBAL.MACEDA@gustavo balmaceda. cl |
| 229 | Maria Ines Castiglione Dueñas | 3546 | 98.120.000 | 0,13% | Rodrigo Rottis | | rrotti @rottis76c.c! |
| 230 | Asesorias e Inversiones Cachito Ltda. | 3564 | 148.400.000 | 0,20% | Valentina Avalos | Valtn | VALENTINA. AVALOS @ ppulepal.com |
| 231 | Pedro Garcia Augier | 3578 | 99.450.000 | 0,13% | | | |
| 232 | Macarena Garcia Sirandoni | 3593 | 41.615.000 | 0,06% | | | |
| 233 | Fernando Vargas Garay | 3608 | 151.450.000 | 0,20% | | | |
| 234 | Joaquin Salvatierra Vargas | 3622 | 135.850.000 | 0,18% | | Valt | |
| 235 | Rosa Velasco Ringeling | 3637 | 53.972.378 | 0,07% | | | |
| 236 | Cristian Schindler Schaub | 3661 | 128.577.990 | 0,17% | | | |
| 237 | Gaston Fernández Montalban | 3668 | 137.500.000 | 0,18% | | | |
| 238 | Anita Maria Salemi Argeñal | 3674 | 21.000.000 | 0,03% | | | |

75

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB



| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 239 | Nicolas Kolobakin Muñoz | 3681 | 32.000.000 | 0,04% | | | |
| 240 | Maria Angelica Firutani Hispa y otros | 3750 | 898.439.850 | 1,19% | | | |
| 241 | Francisco Solanich y otros | 3776 | 206.000.000 | 0,27% | Gas CLAVENZ 3 | | |
| 242 | Maria Palacios Callegari | 3792 | 152.520.005 | 0,20% | Vanne Valds | Wals | vennevaldj@gml. |
| 243 | Romina Musalein Callegari | 3803 | 72.570.000 | 0,10% | Vanne Valds | Wals | raessovaldj@gml. |
| 244 | Denise Haeussler Latherbee | 3809 | 32.694.250 | 0,04% | Clavey Reyman | Dar Gnanth. | clavvy.Reyman@gml.com |
| 245 | Anita Leathebée Gazitua | 3814 | 46.740.000 | 0,06% | // | // | |
| 246 | Lupercio Baeza Zobeck | 3819 | 257.643.151 | 0,34% | // | // | // |
| 247 | Maria Justiniano Peralta | 3828 | 62.039.462 | 0,08% | // | // | // |
| 248 | Claudia Otoya Phillipps | 3833 | 11.170.000 | 0,01% | JUAN PABLO MESO | Man Muu | Jpmscdelprielo.cl. |
| 249 | Inmobiliaria Panel Ltda | 3841 | 338.000.000 | 0,45% | | | |
| 250 | Tomas Gonzalez Sepulveda | 3848 | 34.997.000 | 0,05% | | | |
| 251 | Miguel Luis Jara Cespedes | 3856 | 128.800.000 | 0,17% | JORGE PAREDES | | JPAREDES@TOPPEYCI4.CL |
| 252 | Gesper Outsourcing Ltda. | 3875 | 49.725.000 | 0,07% | Viviana Quezada Ramón Loco Riguero | | rmquezede17 mquenteos@gyldayds g |

Verifique la validez de este documento en:
https://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

76

Carlos Parada Abate
Liquidador - Concursal

## LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 253 | Pabla Vega Artus | 3887 | 50.000.000 | 0,07% | | | |
| 254 | Mario Toral Muñoz | 3901 | 3.374.238.732 | 4,47% | Rimundo Figueroa | | notificaciones@ vialserbato.cl |
| 255 | Marcela Clara Stange Jorquera | 3918 | 45.760.000 | 0,06% | Lino Usi Paulio | | ldesi@cdepa.cl |
| 256 | **Oscar Bustorf Berardi y otros** | 4572 | 9.798.371.762 | 12,99% | RAFAEL GOMEZ | | rgomez@rgbycia.cl |
| 257 | Flora Uribe Martinez | 4609 | 31.526.598 | 0,04% | Matizi Dena | | mdaneri@djycia.cl |
| 258 | Inversiones Tadeo Spa | 4617 | 13.040.795 | 0,02% | ✓ ✓ | | |
| 259 | Roberto Baltra Domeyko | 4630 | 78.150.000 | 0,10% | ✓ ✓ | | |
| 260 | Ludmila Vasquez Schnake | 4647 | 5.701.431 | 0,01% | ✓ ✓ | | |
| 261 | Carlos Briones Lea-Plaza | 4705 | 144.887.488 | 0,19% | ✓ ✓ | ✓ | |
| 262 | Ana Gonzalez Llanos | 4718 | 3.993.992 | 0,01% | | | |
| 263 | Sandra Leon Apablaza | 4727 | 3.629.914 | 0,00% | | | |
| 264 | Jose Alvarez Morales | 4736 | 2.469.081 | 0,00% | | | |
| 265 | Maria Ramirez Caviedes y otra | 4742 | 100.000.000 | 0,13% | | | |
| 266 | Alaluf Propiedades S.A. y Mariana Maino | 4744 | 140.000.000 | 0,19% | | | |

77

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**



# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA - | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|---------|--------------------|
| 267 | Gabriela Paz Espinosa Hormazabal | 4746 | 20.188.040 | 0,03% | | | |
| 268 | Nina Amor Hormazabal Poblete | 4749 | 10.528.634 | 0,01% | | | |
| 269 | Gladys Paulina Tschorne Tetelman | 4752 | 87.554.000 | 0,12% | | | |
| 270 | Ana Fuentes Martinez | 4755 | 16.210.297 | 0,02% | | | |
| 271 | Raúl Penna Melo | 4759 | 20.172.000 | 0,03% | | | |
| | | | - | 0.00% | | | |
| | | | 75.438.996.213 | 100,00% | | | |

To-cal ACREEDORES PRESENTES  177

MONTO ACREEDORES PRESENTES  $ 60.994.183.681.-

PORCENTAJE ACREEDORES PRESENTES  81

Certifico que es integral conforme su original tenido a ... vista



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

Carlos Parada Abate
Abogado – Liquidador Concursal

# INFORME

# JUNTA CONSTITUTIVA ACREEDORES

# LIQUIDACION FORZOSA

# ONIX CAPITAL S.A.

# R.U.T. N°76.052.559-6

- 30° Juzgado Civil de Santiago
- Rol  Causa N° C-9217-2016
- Junta Constitutiva de Acreedores
- 29 de Junio de 2016  a las 15:00 hrs.

**Cerro El Plomo N°5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



Carlos Parada Abate
Abogado – Liquidador Concursal

# I N D I C E

1.- Art. 196 de la  Ley  20.270

2.- Antecedentes Generales

3.- Gestiones Realizadas

4.- Proceso de Incautación

5. Juicio de Liquidación Forzosa  de la empresa Deudora

6.- Estado de los negocios del Deudor

7.- Activo del Deudor

8.- Pasivo del Deudor

9.- Anexos

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes
Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

## 1.- ART. 196 DE LA LEY 20.270, CORRESPONDE TRATAR EN LA JUNTA CONSTITUTIVA DE ACREEDORES LAS SIGUIENTES MATERIAS:

1. Cuenta del Liquidador Concursal
2. Ratificación de los Liquidadores Titular y Suplente Previsionales o bien la designación de sus reemplazantes.
3. Determinar del día, hora y lugar en que sesionarán las Juntas Ordinaria de acreedores.
4. Designación entre los acreedores de un presidente titular y uno suplente y un secretario titular y uno suplente, para las futuras reuniones.
5. Un plan o propuesta circunstanciada de la realización de los bienes del deudor, la estimación de los principales gastos del Procedimiento Concursal de la Liquidación.
6. Cualquier otro acuerdo que la junta estime conducente, con excepción de aquellos que recaigan sobra materias propias de Juntas Extraordinarias.

## 2.- ANTECEDENTES GENERALES

Con fecha 13 de abril de 2016, don Felipe Solanich Aguirre, Ingeniero en representación de **Inversiones Aguasoro Limitada**, todos con domicilio en calle Domingo Bondi N°990, departamento N°151, comuna de Las Condes, solicitó la declaración de la Liquidación Concursal Forzosa, de la empresa deudora **Onix Capital S.A.**, representada legalmente por doña verónica Rajii Krebs, con domicilio en Avda. Las Condes N°11.380, , oficina N°41, comuna de Las Condes, todo esto de conformidad a los Artículos 117 y siguientes de la Ley 20.720.-

Por resolución de fecha 04 de mayo de 2016, del Trigésimo Juzgado Civil de Santiago, se dicto la sentencia de Liquidación Forzosa de la empresa deudora **Onix Capital S.A.**, R.U.T. N°76.052.559-6, domiciliada en calle La Luma N°1160, departamento N°1103, comuna de Vitacura, designándose a don Carlos Parada Abate, como Liquidador Titular y como Liquidador Suplente a don Tomas Andrews Hamilton.

Con fecha 05 de mayo de 2016, el Liquidador Concursal don Carlos Parada Abate, aceptó el cargo y juró desempeñarlo fielmente en conformidad a lo establecido en los artículos 37 y 274 de la Ley 20.720 sobre Insolvencia y Reemprendimiento, procedió a publicar la sentencia de Liquidación en el Boletín Concursal, el día 09 de mayo de 2016, y fue informada a los autos.

## 3.- GESTIONES REALIZADAS.

El Liquidador Concursal una vez aceptado el cargo, procedió a efectuar las siguientes gestiones:

### 3.1.- Correspondencia Despachada

Cumplimiento con lo dispuesto en el Art. 36 de la Ley 20.720 sobre Insolvencia y Reemprendimiento, esta Liquidación fue comunicada por escrito al:

- ➢ Servicio de Impuestos Internos
- ➢ Servicio Nacional de Aduanas
- ➢ Tesorería General de la República
- ➢ Empresa correos de chile
- ➢ Superintendencia de Bancos
- ➢ Superintendencia de Valores y Seguros

Además concurrió personalmente al Servicios Impuestos Internos, con el objeto de informar la presente resolución de liquidación, y solicitar el cambio de representante legal y claves.

Posteriormente con fecha 19 de mayo de 2016, fui citado a dicho Servicio con el objeto de presentar copia del acta de incautación de la documentación contable incautada y respaldos. El día 24 de mayo de 2016, se recepcionan por parte de un funcionario del SII, copias del acta de incautación, resolución de liquidación y juramento.

Con fecha 03 de junio de 2016, se me notifica de Resolución Exenta N°1176/2016, del Servicio Impuestos Internos, en donde se extiende competencia territorial de fiscalización a Onix Capital S.A., relacionado con otros contribuyentes fiscalizados por la Dirección Regional Santiago Oriente.

### 3.2.- Publicación Sentencia de Liquidación Boletín Concursal.

Con fecha 09 de mayo de 2016, se publicó la Sentencia de Liquidación Forzosa en el Boletín Concursal.

### 4.- PROCESO DE INCAUTACIÓN

Asumido el cargo y en conformidad al Artículo 163 de la Ley 20.270, el Liquidador Concursal, procedió a constituirse, dentro de plazo legal, en el domicilio de la sociedad deudora señalado en la sentencia de Liquidación, con el objeto de incautar bajo inventario, todos los bienes de la deudora.

**INCAUTACION EFECTUADA EN:**

**Calle La Luma N°1160, Departamento 1103, comuna de Vitacura.**

**Avda. Las Condes N°11380, oficina N°41, comuna de Vitacura**

Con fecha 06 de mayo de 2016, siendo las 15:30 horas, bajo la presencia de don Juan Muñoz Yáñez, en su calidad de Ministro de Fe, se dio inicio a la diligencia de incautación e inventario de los bienes de la sociedad fallida, en el domicilio señalado en la sentencia de liquidación de fecha 04 de mayo de 2016, esto es calle La Luma N°1160, Departamento 1103, comuna de Vitacura.

Se encontraban presentes la señora Patricia Hoces Vergara y don Claudio Domínguez Reyes, en representación de la Superintendencia de Insolvencia y Reemprendimiento y los asesores del Liquidador.

En este domicilio fuimos atendidos por don Alejandro Hueche, Conserje del Edificio, quien informó al liquidador, que este edificio corresponde a departamentos, y que el departamento N°1103, es de propiedad de la Señora Verónica Rajii Krebs y que actualmente se encuentra sin moradores.

Posteriormente, siendo las 17:00 horas, nos trasladamos al domicilio ubicado en ubicado en Avda. Las Condes N°11380, oficina N°41, comuna de Vitacura, domicilio que corresponde a las oficinas de la sociedad deudora, donde fuimos atendidos por don Mauricio Páez, cedula de identidad N°12.513.525-0, Jefe de Administración de la empresa deudora Onix Capital S.A., y por el Abogado del deudor señor Miguel Hinzpeter, quien informó al liquidador que estas oficinas son arrendadas a don Daniel Gamib, y que toda la documentación contable y los computadores de propiedad de la sociedad deudora fueron incautados por la Fiscalía Oriente, a través del Fiscal Carlos Gajardo y pone a disposición los bienes muebles que allí se encontraban.



**AMPLIACION INCAUTACION EFECTUADA EN:**

**Avda. Las Condes N°11380, bodega N°9, comuna de Vitacura**

Con fecha 27 de mayo de 2016, siendo las 17:00 horas, horas, bajo la presencia de don Juan Claudio Muñoz Yáñez, en su calidad de Ministro de Fe, se dio inicio a la diligencia de la ampliación de incautación e inventario de los bienes en el domicilio ubicado en Avda. Las Condes N°11380, bodega N°9, comuna de Vitacura.

En este domicilio fuimos atendidos por don Daniel Garib Nazal, en representación de Inversiones La Quilas Limitada, quien entrega los siguientes documentos encontrados en la bodega N°9:

➢ 4 Carpetas conteniendo pagares en original numerados de inversionistas.-
➢ 5 Carpeta conteniendo pago de impuestos al mutuo.

**ACTA ENTREGA INMUEBLES**

Con fecha 27 de mayo de 2016, el liquidador procedió a la entrega en inmueble ubicado en Avda. Las Condes N°11380, oficina N°41; bodega N°9 y estacionamientos Números 25, 34, 35 y 36, comuna de Vitacura, de propiedad de Inversiones Las Quilas Limitada, quien recibió a entera conformidad.

**5.- JUICIO DE LIQUIDACIÓN FORZOSA DE LA EMPRESA DEUDORA**

**5.1. Audiencia prevista en el Art. 190 de la Ley 20.270.-**

El Liquidador Concursal Carlos Parada Abate, informa que con fecha 28 de junio de 2016, a las 15:00, compareció ante el tribunal para efectos de realizar la audiencia establecida en el Art. 190 de la Ley 20.720, sobre Insolvencia y Reemprendimiento, en la que se informó por escrito acerca de la verosimilitud de los créditos verificados y aún no reconocidos con el fin de que pudieren votar en la junta constitutiva de

acreedores, a realizarse el día 29 de junio de 2016, a las 15:00 horas en dependencias del Trigésimo Juzgado Civil de Santiago, el tribunal autorizó a votar en dicha junta a los créditos verificados al día 14 de junio de 2016. Es necesario recordar inicialmente esta audiencia estaba fijada para el día 15 de junio de 2016, pero fue suspendida por el tribunal en atención al número de verificaciones presentadas durante los últimos días.

## 5.2.- Nomina de Acreedores con derecho a voto.

| N° | Nombre | Foja | Monto |
|---|---|---|---|
| 1 | Verónica Folch Maass | 77 | 54.550.000 |
| 2 | José Ignacio Pérez Montenegro | 84 | 72.996.000 |
| 3 | Inversiones Aguasoro Ltda. | 97 | 270.000.000 |
| 4 | Andrew Ried Woodforde-Booth | 103 | 50.265.000 |
| 5 | Graciela Guerrero Correa | 109 | 22.203.259 |
| 6 | Carlos Leighton Torres | 114 | 138.650.000 |
| 7 | Benjamín Concha Gazmuri | 123 | 214.392.690 |
| 8 | Matías Aparicio Pizarro | 132 | 9.341.214 |
| 9 | Rebeca Pizarro Baeza | 137 | 10.000.000 |
| 10 | Martina Loretta Santis Ottone | 144 | 22.340.000 |
| 11 | María González Bravo | 152 | 181.597.281 |
| 12 | Mario Canessa Garcia | 159 | 33.384.274 |
| 13 | Macarena Darrigrandi Gálvez | 164 | 58.626.659 |
| 14 | Willy Ruff Ferres | 168 | 58.382.589 |


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 15 | Regina Lira Valdés | 172 | 18.682.428 |
| 16 | Carlos Palacios Iturrieta | 176 | 110.500.000 |
| 17 | Patricia Lueje Phillips | 181 | 17.299.779 |
| 18 | Inversiones V y V S.A. | 188 | 1.058.400.000 |
| 19 | Rodrigo Facuse Zaror | 196 | 41.846.636 |
| 20 | Javier Ignacio Facuse Zaror | 202 | 39.200.000 |
| 21 | Inversiones Camarico Ltda. | 210 | 179.342.726 |
| 22 | Matías Patricio Facuse Zaror | 216 | 41.846.636 |
| 23 | Cindy Ruff Fuentes | 221 | 102.550.000 |
| 24 | Fondos de Inversiones Privado GD | 227 | 2.016.453.357 |
| 25 | Andrés Sarasua Marchesse | 244 | 9.864.762 |
| 26 | Gina Marchesse Gonzalez | 250 | 75.258.889 |
| 27 | Marcia Zelada Martínez | 255 | 11.772.355 |
| 28 | Marcia Zelada Martínez | 260 | 5.838.259 |
| 29 | Claudia Jadue Zelada | 269 | 29.191.294 |
| 30 | Claudia Jadue Zelada | 278 | 19.087.526 |
| 31 | Asesorías e Inversiones El Alemein Ltda. | 290 | 22.846.604 |
| 32 | Carlos Bascuñan Edwards | 306 | 157.636.353 |
| 33 | María Ginesta Bascuñan | 316 | 29.191.294 |
| 34 | Francisca Tagle Veyl | 331 | 86.734.800 |
| 35 | Carolina Wajner Aparicio | 405 | 87.200.000 |



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 36 | Carlos Araya Valdebenito- Carolina Araya Zapata - José Amado Rivas | 416 | 499.664.000 |
| 37 | Lorena Vilaza Massardo | 450 | 192.500.000 |
| 38 | María Massardo Luco | 456 | 39.725.000 |
| 39 | Bernardo Aldea Villagran  US$21680 | 466 | 14.478.771 |
| 40 | Marissa Acevedo Moyano y otros | 516 | 737.916.520 |
| 41 | Nicolás Gougain Campusano | 546 | 43.747.973 |
| 42 | Humberto Luciano Gougain Oliva | 553 | 87.495.947 |
| 43 | Lucien Gougain Campusano | 561 | 142.910.047 |
| 44 | Álvaro Desmadryl Barba y Priscila Dionis | 571 | 68.635.391 |
| 45 | Patricia Cdurdurier Humaña y otra | 576 | 38.495.961 |
| 46 | Bernardita Hoces de la Guardia y otro | 584 | 93.510.000 |
| 47 | Ximena del Canto Satelices | 593 | 14.500.000 |
| 48 | Rafael Herskovic Minond | 601 | 16.755.000 |
| 49 | Viviana Uribe Haddad  us$178.875,00 | 610 | 119.459.880 |
| 50 | Alfredo Prieto Parra | 618 | 17.514.777 |
| 51 | Alexandra Manache Simonato | 628 | 29.055.911 |
| 52 | Valeria Reyes Rodríguez | 638 | 97.150.000 |
| 53 | Claudia Reyes Rodríguez | 647 | 96.145.000 |
| 54 | María Honorato Román | 658 | 118.200.000 |
| 55 | Evelyn Gayoso Venegas | 671 | 43.050.000 |
| 56 | Juan Pablo Varas Honorato | 681 | 93.940.000 |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



Carlos Parada Abate
Abogado – Liquidador Concursal

| 57 | Sebastián Méndez Siques y otro US$300.000,00 | 697 | 200.352.000 |
| 58 | Francisco Javier Prieto Salgado | 705 | 5.838.259 |
| 59 | Paulina Alexandra Uribe Haddas $48.639.829 y us$8.545,56 | 718 | 54.346.896 |
| 60 | Cristian Alejandro Apablaza Alcantar | 734 | 130.000.000 |
| 61 | Lino Fernández Concha | 740 | 63.000.000 |
| 62 | María Landaida Ortiz | 768 | 30.000.000 |
| 63 | Inverland SPA | 786 | 23.353.036 |
| 64 | Karen Jaduo Arancibia | 825 | 20.000.000 |
| 65 | Alan Verdugo Zimerman y otros (50) | 1023 | 1.837.179.083 |
| 66 | Lia Dicowsky Sircovich y otros | 1063 | 165.288.000 |
| 67 | María Eugenia Rodríguez Quiroz | 1073 | 35.880.000 |
| 68 | Paulo Brignardello Rodríguez | 1077 | 77.520.000 |
| 69 | Paulina Cabezas Leuton | 1080 | 24.520.687 |
| 70 | Gregorio Schepeler Álamos | 1093 | 92.050.000 |
| 71 | Emma Torres Montalbetti | 1102 | 77.752.756 |
| 72 | María Jacou Montes | 1110 | 12.730.000 |
| 73 | Eliana Rodillo Borda | 1121 | 26.629.456 |
| 74 | Annamaria Rocca Moltedo | 1130 | 93.649.000 |
| 75 | Bernabé López Taverne | 1139 | 22.340.000 |
| 76 | Alois Bencina Kuzmanic | 1147 | 101.500.000 |
| 77 | Claudia Morales Soza | 1159 | 269.774.770 |

**Cerro El Plomo N°5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

| 78 | Jorge Araya Zamorano US$3.151.710,26 | 1188 | 2.104.838.180 |
| 79 | Marcos David Orrego Benjamin | 1200 | 26.629.456 |
| 80 | Susana del Carmen Feris Otto US$11.956,18 + 83693272 | 1208 | 91.678.087 |
| 81 | Olga Avendaño Otto y otro | 1225 | 14.950.000 |
| 82 | Jimena Toledo Bustamante | 1241 | 17.514.777 |
| 83 | Cristina Silva Peña | 1250 | 39.300.000 |
| 84 | Juan Sebastián Rock Fuenzalida | 1258 | 23.353.036 |
| 85 | María Mora Alarcón y otros | | 5.744.707.592 |
| 86 | Álvaro Marín Sievers | 1437 | 27.000.000 |
| 87 | Graciela Erazo Torricelli | 1457 | 141.510.135 |
| 88 | Asesorías e Inversiones RMZ Ltda. | 1463 | 12.523.900 |
| 89 | Asesorías e Inversiones Rio Claro Ltda. | 1467 | 112.600.000 |
| 90 | Asesorías e Inversiones SCL Consulting Ltda. | 1473 | 55.200.000 |
| 91 | Roberto Sivori Correa | 1478 | 34.753.320 |
| 92 | María Salinas Fernández | 1483 | 39.910.017 |
| 93 | María Amenabar Zegers | 1487 | 242.785.000 |
| 94 | Andrés Rochette Garmendia | 1494 | 34.208.586 |
| 95 | Ibero Amerikanissche Technik S.A. | 1502 | 119.561.817 |
| 96 | Maximiliano Frías Ossandon | 1508 | 11.170.000 |
| 97 | Juan Pablo Swett Amenabar | 1512 | 379.500.000 |
| 98 | Juana Massud Massud | 1517 | 23.353.036 |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 99  | Mariana Von Bergen Rodriguez | 1527 | 187.894.069 |
|-----|------------------------------|------|-------------|
| 100 | Gestion y Desarrollo S.A. | 1534 | 100.000.000 |
| 101 | Asesorías e Inversiones Nahuel y Cia. Ltda. | 1548 | 121.800.000 |
| 102 | Fernanda Macan Cayazzo | 1553 | 30.000.000 |
| 103 | Comercial EU Clouthing Ltda. | 1561 | 40.000.000 |
| 104 | Sermar Ltda. | 1586 | 5.162.969.920 |
| 105 | Rodrigo Collantes Provoste / Maluc | 1609 | 965.120.000 |
| 106 | Dinko Korlaet Skarnic | 1632 | 346.200.000 |
| 107 | Florencia Vega Muñoz | 1645 | 25.000.000 |
| 108 | Dinko Korlaet Skarnic | 1656 | 201.500.000 |
| 109 | Juan Valenzuela Jiménez | 1666 | 37.526.000 |
| 110 | Oscar González Rodríguez | 1675 | 60.720.000 |
| 111 | Inversiones Fenic S.A. | 1701 | 629.150.000 |
| 112 | Andrés Sarria Tapia | 1713 | 73.400.000 |
| 113 | Danilo Sarria Tapia | 1729 | 782.620.000 |
| 114 | Marcela Vásquez Pizarro | 1740 | 82.900.000 |
| 115 | Mirtha Skarnic Estay | 1749 | 187.895.000 |
| 116 | Maritza Korlaet Skarnic | 1769 | 172.912.000 |
| 117 | Amparo Claro Izquierdo | 1809 | 166.375.000 |
| 118 | Servicios Médicos e Inver. Baeza Lopez y otros | 1832 | 348.774.575 |
| 119 | Marcelo Ventura Svigilsky y otros US$412,069,64 | 1855 | 457.105.033 |

**Cerro El Plomo N°5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 120 | Vicente Cortes Cirer | 1866 | 20.780.000 |
| 121 | Daniela San Juan Fredes | 1872 | 23.353.036 |
| 122 | Adriana Valenzuela Lobos | 1891 | 32.725.910 |
| 123 | Inversiones Guerrero Ltda. | 1908 | 379.729.294 |
| 124 | Adriana Guerrero Valenzuela | 1917 | 19.950.000 |
| 125 | Mario Castillo Salazar | 1924 | 17.934.273 |
| 126 | Francisco Guerrero Castex | 1933 | 74.996.636 |
| 127 | Pablo Vargas Herrera | 1940 | 75.992.000 |
| 128 | Francisco Javier Pérez Montenegro | 1954 | 310.030.000 |
| 129 | Carmen Callegari Panizza | 1968 | 190.227.415 |
| 130 | Macarena Jiles Bou | 1975 | 138.975.000 |
| 131 | Daniel Fischman Rajii y otros | 1995 | 1.498.364.305 |
| 132 | Asesorías e Inversiones Gestion Ltda. | 2005 | 51.300.000 |
| 133 | Inversiones Los Vinilos Ltda | 2018 | 141.425.000 |
| 134 | Odontología DRM Ltda. | 2027 | 157.730.000 |
| 135 | Nicolás Escobar Gómez | 2036 | 10.910.000 |
| 136 | Jacqueline O'Ryan Schutz | 2049 | 52.544.330 |
| 137 | María Cervantes Fernández | 2063 | 131.484.508 |
| 138 | Inversiones y Asesorías Terrasal Ltda. | 2074 | 12.197.500 |
| 139 | Allan Steinssapir Schwartz | 2083 | 79.363.206 |
| 140 | Myrna Schwartz Liftman | 2093 | 75.394.541 |

**Cerro El Plomo N°5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 141 | Marcelo Ergas Ventura | 2106 | 433.784.624 |
| 142 | Bernardo Heumann Malec | 2117 | 29.550.846 |
| 143 | Paola Ergas Waissbluth | 2128 | 18.309.408 |
| 144 | David Rosenberg Messina | 2140 | 19.134.903 |
| 145 | Ian Steinsapir Schwartz | 2154 | 86.518.665 |
| 146 | Andrea Lyon Prado | 2164 | 77.715.181 |
| 147 | Erick Gatica Martínez | 2170 | 11.572.000 |
| 148 | Marco Alvo Alaluf | 2176 | 51.500.000 |
| 149 | Inversiones El Chuncho Ltda. | 2184 | 21.920.000 |
| 150 | Inversiones Los Manitos Ltda. | 2191 | 45.400.000 |
| 151 | Inversiones DRM Ltda. | 2198 | 107.698.000 |
| 152 | Juana Duran Bustos | 2205 | 11.676.518 |
| 153 | Daniela Nahmias Papic | 2211 | 40.480.000 |
| 154 | Nevenka Palma Papic | 2217 | 15.964.007 |
| 155 | Paula Gómez Troncoso | 2224 | 20.910.000 |
| 156 | Constanza Jiménez Stevenson | 2232 | 21.528.000 |
| 157 | Claudio Aros Acuña y Marcela Aguirre lopez | 2252 | 148.828.000 |
| 158 | María Vieira Duplaquet | 2261 | 56.445.000 |
| 159 | David Adonay Gutiérrez | 2271 | 113.500.000 |
| 160 | Montserrat Contesse Novoa | 2282 | 60.175.000 |
| 161 | Annabella Cardone Viguera | 2292 | 110.877.174 |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 162 | Claudia Uribe Palma | 2305 | 50.750.000 |
| 163 | Juan Manuel Ramos Castiglione | 2314 | 167.960.000 |
| 164 | Carmen Gloria Geisse Illanes | 2320 | 70.420.152 |
| 165 | Rodrigo Jiles Bou | 2329 | 248.180.000 |
| 166 | Isabel Bordeu Urrejola | 2335 | 19.638.000 |
| 167 | Inversiones Lirbu Uno Ltda | 2348 | 59.800.000 |
| 168 | Marcela Sepulveda Urzua | 2355 | 10.960.000 |
| 169 | Deportes e Inversiones Tomas González Ltda. | 2361 | 10.960.000 |
| 170 | Inmobiliaria Panel Dos Ltda. | 2369 | 338.000.000 |
| 171 | Inmobiliaria Panel Cuatro Ltda. | 2377 | 338.000.000 |
| 172 | Inversiones Lirbu Dos Ltda. | 2384 | 59.800.000 |
| 173 | Inmobiliaria Panel Tres Ltda. | 2393 | 338.000.000 |
| 174 | Paulina Díaz Spoerer | 2399 | 79.700.000 |
| 175 | María del Pilar González Martínez | 2413 | 1.050.400.000 |
| 176 | José Pablo Díaz Gatica | 2429 | 102.440.000 |
| 177 | José Pablo Díaz Gatica | 2431 | 210.369.600 |
| 178 | Paulina Díaz Spoerer | 2436 | 56.175.562 |
| 179 | Juan Eduardo Ossa Errazuriz | 2447 | 359.780.909 |
| 180 | Maria Teresa de la Maza Camus | 2456 | 180.000.000 |
| 181 | Soledad Ossa Errazuriz | 2462 | 73.077.892 |
| 182 | Gonzalo Trivelli Oyarzun | 2469 | 98.081.043 |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



| 183 | José Joaquín Bustamante Fernández | 2474 | 114.700.000 |
| 184 | Michele Van Klaveren Carrasola | 2482 | 34.627.000 |
| 185 | Inmobiliaria Santa María Manquehue y otros | 2550 | 864.787.036 |
| 186 | Jorge Buhler Mohr | 2578 | 862.000.000 |
| 187 | Inmobiliaria García Castilla Ltda. | 2587 | 250.000.000 |
| 188 | Marta Dockendorff Vallejos | 2602 | 253.106.245 |
| 189 | Rosario Liquitay Rojas | 2612 | 89.834.000 |
| 190 | Loreto Diez Arriaga | 2620 | 24.000.000 |
| 191 | María Montt Lyon y otros | 2643 | 636.150.000 |
| 192 | Tesorería General de la Republica | 2736 | 10.522.749.820 |
| 193 | Rodrigo Landeta Moya | 2743 | 266.144.000 |
| 194 | Benjamín González Bacigalupo | 2748 | 45.000.000 |
| 195 | Carolina Facusse Sevilhano | 2755 | 9.949.140 |
| 196 | Inversiones San Isidro S.A. | 2762 | 72.913.289 |
| 197 | Raúl Isidro Canales Cabello | 2774 | 296.980.000 |
| 198 | Verónica Hinrichsen Moya | 2781 | 68.000.000 |
| 199 | Ane Miren Landaeta Hinrichsen | 2789 | 23.840.000 |
| 200 | Anita Klein Dobbel | 2794 | 135.840.000 |
| 201 | Carolina Foncea Moreira | 2799 | 115.000.000 |
| 202 | José Eliseo del Rio Gumizio | 2804 | 27.925.000 |
| 203 | María Cecilia Perez Pervan | 2810 | 84.160.000 |



| 204 | José Ramón Abatte Perez | 2818 | 134.384.000 |
| 205 | Juan Pablo Fuentes Baltierra Urzua | 2829 | 87.450.000 |
| 206 | Bernardita Diaz Silva | 2835 | 5.838.259 |
| 207 | María Angélica Baltierra Urzua | 2841 | 14.800.000 |
| 208 | Mónica Sabah Domínguez | 2846 | 25.350.000 |
| 209 | Lucila Haddad Moya | 2851 | 10.650.000 |
| 210 | José Luis Argandoña Toro | 2859 | 87.060.000 |
| 211 | Hernán Ordenes González | 2865 | 32.694.250 |
| 212 | José Antonio Ramírez Baudet | 2871 | 79.830.000 |
| 213 | Claudio Miranda Cárdenas | 2879 | · 53.040.000 |
| 214 | Barbará Inés Ruiz y otros | 3392 | 2.038.520.553 |
| 215 | Marta Mizgier Hochschild | 3442 | 126.627.561 |
| 216 | Laura Urresty Huerta | 3447 | 55.842.914 |
| 217 | Camila Yver Morales | 3453 | 30.647.500 |
| 218 | Claudio Miranda y Cia. | 3462 | 160.480.000 |
| 219 | María Pilar Santa Cruz | 3467 | 10.910.000 |
| 220 | Pamela González Cataldo | 3472 | 55.850.000 |
| 221 | Inmobiliaria e Inv. Domínguez Sánchez | 3478 | 110.500.000 |
| 222 | Andrea Pérez Villalobos | 3483 | 23.353.036 |
| 223 | Luis Calderón Morales | 3490 | 86.174.000 |
| 224 | Nicolás Lisoni Benoit | 3498 | 91.594.000 |


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 225 | Asesorías y Distribuciones Lisoni y Calderón | 3505 | 161.250.000 |
| 226 | Juana Schorr Rubel | 3513 | 61.600.000 |
| 227 | Rodrigo Abatto Pérez | 3518 | 39.095.000 |
| 228 | Andrea Saravia Arriagada y Rosa Arriagada Colvin | 3536 | 47.730.000 |
| 229 | Marín Inés Castiglione Dueñas | 3546 | 98.120.000 |
| 230 | Asesorías e Inversiones Cachito Ltda. | 3564 | 148.400.000 |
| 231 | Pedro García Augier | 3578 | 99.450.000 |
| 232 | Macarena García Sirandoni | 3593 | 41.615.000 |
| 233 | Fernando Vargas Garay | 3608 | 151.450.000 |
| 234 | Joaquín Salvatierra Vargas | 3622 | 135.850.000 |
| 235 | Rosa Velasco Ringeling | 3637 | 53.972.378 |
| 236 | Cristian Schindler Schaub | 3661 | 128.577.990 |
| 237 | Gastón Fernández Montalban | 3668 | 137.500.000 |
| 238 | Anita María Salemi Argeñal | 3674 | 21.000.000 |
| 239 | Nicolás Kolubakin Muñoz | 3681 | 32.000.000 |
| 240 | María Angélica Firmani Hispa y otros | 3750 | 898.439.850 |
| 241 | Francisco Solanich y otros | 3776 | 206.000.000 |
| 242 | María Palacios Callegari | 3792 | 152.520.005 |
| 243 | Romina Musalem Callegari | 3803 | 72.570.000 |
| 244 | Denise Haeussler Latherbee | 3809 | 32.694.250 |
| 245 | Anita Leathebee Gazitua | 3814 | 46.740.000 |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 246 | Lupercio Baeza Zobeck | 3819 | 257.643.151 |
|-----|-----------------------|------|-------------|
| 247 | Maria Justiniano Peralta | 3828 | 62.039.462 |
| 248 | Claudia Otoya Phillipps | 3833 | 11.170.000 |
| 249 | Inmobiliaria Panel Ltda. | 3841 | 338.000.000 |
| 250 | Tomas González Sepúlveda | 3848 | 34.997.000 |
| 251 | Miguel Luis Jara Céspedes | 3856 | 128.800.000 |
| 252 | Cesper Outsourcing Ltda. | 3875 | 49.725.000 |
| 253 | Pabla Vega Artus | 3887 | 50.000.000 |
| 254 | Mario Toral Muñoz | 3901 | 3.374.238.732 |
| 255 | Marcela Clara Stange Jorquera | 3918 | 45.760.000 |
| 256 | Oscar Bustorf Berardi y otros | 4572 | 9.798.371.762 |
| 257 | Flora Uribe Martínez | 4609 | 31.526.598 |
| 258 | Inversiones Tadeo Spa | 4617 | 13.040.795 |
| 259 | Roberto Baltra Domeyko | 4630 | 78.150.000 |
| 260 | Ludmila Vásquez Schnake | 4647 | 5.701.431 |
| 261 | Carlos Briones Lea-Plaza | 4705 | 144.887.488 |
| 262 | Ana González Llanos | 4718 | 3.993.992 |
| 263 | Sandra León Apablaza | 4727 | 3.629.914 |
| 264 | José Álvarez Morales | 4736 | 2.469.081 |
| 265 | María Ramírez Caviedes y otra | 4742 | 100.000.000 |
| 266 | Alaluf Propiedades S.A. y Mariana Maino | 4744 | 140.000.000 |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

| 267 | Gabriela Paz Espinosa Hormazábal | 4746 | 20.188.040 |
| 268 | Nina Amor Hormazabal Poblete | 4749 | 10.528.634 |
| 269 | Gladys Paulina Tschorne Tetelman | 4752 | 87.554.000 |
| 270 | Ana Fuentes Martínez | 4755 | 16.210.297 |
| 271 | Raúl Penna Melo | 4759 | 20.172.000 |

## 5.3.- Periodo ordinario de verificación

Con fecha 14 de junio de 2016, se procedió de pleno derecho al cierre periodo ordinario de verificación, de conformidad a lo que estable el Art. 172 de la Ley 20.720 sobre Insolvencia y Reemprendimiento. Escrito que fue acompañado al proceso de liquidación con fecha 15 de junio de 2016 y publicado en el Boletín Concursal con fecha 16 de junio de 2016.-

## 5.4.- Créditos verificados

El Liquidador Concursal, con fecha 15 de junio de 2016, hizo presente al tribunal, la nomina de créditos verificados, de conformidad a lo que estable el Art. 172 de la Ley 20.720 sobre Insolvencia y Reemprendimiento, la que incluyo a los siguientes créditos, y publicado en el Boletín Concursal con fecha 16 de junio de 2016.-

### NOMINA DE CREDITOS VERIFICADOS

| Nº | Nombre | Foja | Monto | |
| --- | --- | --- | --- | --- |
| 1 | Verónica Folch Maass | 77 | 54.550.000 | Valista |
| 2 | Inversiones Aguasoro Ltda. | 97 | 270.000.000 | Valista |
| 3 | José Ignacio Pérez Montenegro | 84 | 72.996.000 | Valista |
| 4 | Graciela Guerrero Correa | 109 | 22.203.259 | Valista |
| 5 | Carlos Leighton Torres | 114 | 138.650.000 | Valista |
| 6 | Benjamín Concha Gazmuri | 123 | 214.392.690 | Valista |
| 7 | Rebeca Pizarro Baeza | 137 | 10.000.000 | Valista |



| 8 | Matías Aparicio Pizarro | 132 | 9.341.214 | Valista |
|---|---|---|---|---|
| 9 | María González Bravo | 152 | 181.597.281 | Valista |
| 10 | Mario Canessa García | 159 | 33.384.274 | Valista |
| 11 | Macarena Darrigrandi Gálvez | 164 | 58.626.659 | Valista |
| 12 | Regina Lira Valdés | 172 | 18.682.428 | Valista |
| 13 | Willy Ruff Ferres | 168 | 58.382.589 | Valista |
| 14 | Carlos Palacios Iturrieta | 176 | 110.500.000 | Valista |
| 15 | Patricia Lueje Phillips | 181 | 17.299.779 | Valista |
| 16 | Inversiones V y V S.A. | 188 | 1.058.400.000 | Valista |
| 17 | Rodrigo Facuse Zaror | 196 | 41.846.636 | Valista |
| 18 | Inversiones Camarico Ltda. | 210 | 179.342.726 | Valista |
| 19 | Javier Ignacio Facuse Zaror | 202 | 39.200.000 | Valista |
| 20 | Matías Patricio Facuse Zaror | 216 | 41.846.636 | Valista |
| 21 | Cindy Ruff Fuentes | 221 | 102.550.000 | Valista |
| 22 | Martina Loretta Santis Ottone | 144 | 22.340.000 | Valista |
| 23 | Gina Marchesse González | 250 | 75.258.889 | Valista |
| 24 | Andrés Sarasua Marchesse | 244 | 9.864.762 | Valista |
| 25 | Marcia Zelada Martínez | 255 | 11.772.355 | Valista |
| 26 | Marcia Zelada Martínez | 260 | 5.838.259 | Valista |
| 27 | Claudia Jadue Zelada | 269 | 29.191.294 | Valista |
| 28 | Claudia Jadue Zelada | 278 | 19.087.526 | Valista |
| 29 | Asesorías e Inversiones El Alemein Ltda. | 290 | 22.846.604 | Valista |
| 30 | Carlos Bascuñán Edwards | 306 | 157.636.353 | Valista |
| 31 | María Ginesta Bascuñan | 316 | 29.191.294 | Valista |
| 32 | Francisca Tagle Veyl | 331 | 86.734.800 | Valista |
| 33 | Carlos Araya Valdebenito- Carolina Araya Zapata - Jose Amado Rivas | 416 | 499.664.000 | Valista |
| 34 | Carolina Wajner Aparicio | 405 | 87.200.000 | Valista |
| 35 | Marissa Acevedo Moyano y otros | 516 | 737.916.520 | Valista |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 36 | Álvaro Desmadryl Barba y Priscila Dionis | 571 | 68.635.391 | Valista |
|----|-------------------------------------------|-----|------------|---------|
| 37 | María Massardo Luco | 456 | 39.725.000 | Valista |
| 38 | Lorena Vilaza Massardo | 450 | 192.500.000 | Valista |
| 39 | Bernardita Hoces de la Guardia y otro | 584 | 93.510.000 | Valista |
| 40 | Ximena del Canto Santelices | 593 | 14.500.000 | Valista |
| 41 | Rafael Herskovic Minond | 601 | 16.755.000 | Valista |
| 42 | Viviana Uribe Haddad  us$178.875,00 | 610 | 119.459.880 | Valista |
| 43 | Alfredo Prieto Parra | 618 | 17.514.777 | Valista |
| 44 | Alexandra Manache Simonato | 628 | 29.055.911 | Valista |
| 45 | Valeria Reyes Rodríguez | 638 | 97.150.000 | Valista |
| 46 | Claudia Reyes Rodríguez | 647 | 96.145.000 | Valista |
| 47 | María Honorato Román | 658 | 118.200.000 | Valista |
| 48 | Evelyn Gayoso Venegas | 671 | 43.050.000 | Valista |
| 49 | Juan Pablo Varas Honorato | 681 | 93.940.000 | Valista |
| 50 | Francisco Javier Prieto Salgado | 705 | 5.838.259 | Valista |
| 51 | Paulina Alexandra Uribe Haddad $48.639.829 y us$8.545,56 | 718 | 54.346.896 | Valista |
| 52 | Cristian Alejandro Apablaza Alcantar | 734 | 130.000.000 | Valista |
| 53 | Lino Fernández Concha | 740 | 63.000.000 | Valista |
| 54 | María Landaida Ortiz | 768 | 30.000.000 | Valista |
| 55 | Inverland SPA | 786 | 23.353.036 | Valista |
| 56 | Lía Dicowsky Sircovich y otros | 1063 | 165.288.000 | Valista |
| 57 | Paulina Cabezas Leuton | 1080 | 24.520.687 | Valista |
| 58 | Gregorio Schepeler Álamos | 1093 | 92.060.000 | Valista |
| 59 | Emma Torres Montalbetti | 1102 | 77.752.756 | Valista |
| 60 | María Jacou Montes | 1110 | 12.730.000 | Valista |
| 61 | Eliana Rodillo Borda | 1121 | 26.629.456 | Valista |
| 62 | Annamaria Rocca Moltedo | 1130 | 93.649.000 | Valista |



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

| 63 | Bernabe López Taverne | 1139 | 22.340.000 | Valista |
|----|------------------------|------|------------|---------|
| 64 | Alois Bencina Kuzmanic | 1147 | 101.500.000 | Valista |
| 65 | Claudia Morales Soza | 1159 | 269.774.770 | Valista |
| 66 | Marcos David Orrego Benjamín | 1200 | 26.629.456 | Valista |
| 67 | Olga Avendaño Otto y otro | 1225 | 14.950.000 | Valista |
| 68 | Jimena Toledo Bustamante | 1241 | 17.514.777 | Valista |
| 69 | Cristina Silva Peña | 1250 | 39.300.000 | Valista |
| 70 | Juan Sebastián Rock Fuenzalida | 1258 | 23.353.036 | Valista |
| 71 | María Mora Alarcón y otros | 1406 | 5.744.707.592 | Valista |
| 72 | Álvaro Marin Sievers | 1437 | 27.000.000 | Valista |
| 73 | Graciela Erazo Torricelli | 1457 | 141.510.135 | Valista |
| 74 | Asesorías e Inversiones SCL Consulting Ltda. | 1473 | 55.200.000 | Valista |
| 75 | Roberto Sivori Correa | 1478 | 34.753.320 | Valista |
| 76 | María Salinas Fernández | 1483 | 39.910.017 | Valista |
| 77 | Andrés Rochette Garmendia | 1494 | 34.208.586 | Valista |
| 78 | Maximiliano Frías Ossandon | 1508 | 11.170.000 | Valista |
| 79 | Juan Pablo Swett Amenabar | 1512 | 379.500.000 | Valista |
| 80 | Juana Massud Massud | 1517 | 23.353.036 | Valista |
| 81 | Mariana Von Bergen Rodriguez | 1527 | 187.894.069 | Valista |
| 82 | Gestión y Desarrollo S.A. | 1534 | 100.000.000 | Valista |
| 83 | Asesorías e Inversiones Nahuel y Cía. Ltda. | 1548 | 121.800.000 | Valista |
| 84 | Fernanda Macan Cayazzo | 1553 | 30.000.000 | Valista |
| 85 | Comercial EU Clouthing Ltda. | 1561 | 40.000.000 | Valista |
| 86 | Maritza Korlaet Skarnic | 1769 | 56.992.000 | Valista |
| 87 | Marcela Vasquez Pizarro | 1740 | 82.900.000 | Valista |
| 88 | Mirtha Skarnic Estay | 1749 | 187.895.000 | Valista |
| 89 | Inversiones Fenic S.A. | 1701 | 629.150.000 | Valista |
| 90 | Andrés Sarria Tapia | 1713 | 73.400.000 | Valista |


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
**CABG-AAC-AACCIBB**

Carlos Parada Abate
Abogado – Liquidador Concursal

| 91 | Danilo Sarria Tapia | 1729 | 782.620.000 | Valista |
| 92 | Juan Valenzuela Jimenez | 1666 | 37.526.000 | Valista |
| 93 | Sermar Ltda. | 1586 | 5.162.969.920 | Valista |
| 94 | Rodrigo Collantes Provoste / Maluc | 1609 | 965.120.000 | Valista |
| 95 | Florencia Vega Muñoz | 1645 | 25.000.000 | Valista |
| 96 | Oscar González Rodríguez | 1675 | 60.720.000 | Valista |
| 97 | Dinko Korlaet Skarnic | 1632 | 346.200.000 | Valista |
| 98 | Dinko Korlaet Skarnic | 1656 | 201.500.000 | Valista |
| 99 | Amparo Claro Izquierdo | 1809 | 166.375.000 | Valista |
| 100 | Daniela San Juan Fredes | 1872 | 23.353.036 | Valista |
| 101 | Vicente Cortes Cirer | 1866 | 20.780.000 | Valista |

**5.5.- Ampliación nomina créditos verificados en periodo ordinario**

El Liquidador Concursal, con fecha 29 de junio de 2016, acompañó al tribunal, la ampliación de la nomina de créditos verificados en periodo ordinario, la que incluyo a los siguientes créditos, la que será publicada en el Boletín Concursal con fecha 30 de junio de 2016.-

## AMPLIACION NOMINA DE CREDITOS VERIFICADOS

| N° | Nombre | Foja | Monto | Preferencia / Valista |
| --- | --- | --- | --- | --- |
| 1 | Fondos de Inversiones Privado GD | 227 | 2.016.453.357 | Valista |
| 2 | Bernardo Aldea Villagran US$21680 | 466 | 14.478.771 | Valista |
| 3 | Nicolás Gouguin Campusano | 546 | 43.747.973 | Valista |
| 4 | Lucien Gougain Campusano | 561 | 142.910.047 | Valista |
| 5 | Sebastián Méndez Siques y otro US$300.000,00 | 697 | 200.352.000 | Valista |
| 6 | Marcelo Ventura Svigilsky y otros US$412,069,64 | 1855 | 457.105.033 | Valista |
| 7 | Pablo Vargas Herrera | 1940 | 75.992.000 | Valista |

**Cerro El Plomo N°5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

| 8  | Francisco Javier Pérez Montenegro        | 1954 | 310.030.000 | Valista |  |
|----|------------------------------------------|------|-------------|---------|--|
| 9  | Macarena Jiles Bou                       | 1975 | 138.975.000 | Valista |  |
| 10 | Odontología DRM Ltda.                    | 2027 | 157.730.000 | Valista |  |
| 11 | Paola Ergas Waissbluth                   | 2128 | 18.309.408  | Valista |  |
| 12 | David Rosenberng Messina                 | 2140 | 19.134.903  | Valista |  |
| 13 | Andrea Lyon Prado                        | 2164 | 77.715.181  | Valista |  |
| 14 | Erick Gatica Martínez                    | 2170 | 11.672.000  | Valista |  |
| 15 | Marco Alvo Alaluf                        | 2176 | 51.500.000  | Valista |  |
| 16 | Inversiones El Chuncho Ltda.             | 2184 | 21.920.000  | Valista |  |
| 17 | Inversiones Los Manitos Ltda.            | 2191 | 45.400.000  | Valista |  |
| 18 | Inversiones DRM Ltda.                    | 2198 | 107.698.000 | Valista |  |
| 19 | Juana Duran Bustos                       | 2205 | 11.676.518  | Valista |  |
| 20 | Daniela Nahmias Papic                    | 2211 | 40.480.000  | Valista |  |
| 21 | Nevenka Palma Papic                      | 2217 | 15.964.007  | Valista |  |
| 22 | Paula Gómez Troncoso                     | 2224 | 20.910.000  | Valista |  |
| 23 | Constanza Jiménez Stevenson              | 2232 | 21.528.000  | Valista |  |
| 24 | Claudio Aros Acuña y Marcela Aguirre lopez | 2252 | 148.828.000 | Valista |  |
| 25 | Claudia Uribe Palma                      | 2305 | 50.750.000  | Valista |  |
| 26 | Juan Manuel Ramos Castiglione            | 2314 | 167.960.000 | Valista |  |
| 27 | Carmen Gloria Geisse Illanes             | 2320 | 70.420.152  | Valista |  |
| 28 | Inversiones Lirbu Uno Ltda.              | 2348 | 59.800.000  | Valista |  |



| 29 | Marcela Sepúlveda Urzua | 2355 | 10.960.000 | Valista |
|---|---|---|---|---|
| 30 | Deportes e Inversiones Tomas González Ltda. | 2361 | 10.960.000 | Valista |
| 31 | Inmobiliaria Panel Dos Ltda. | 2369 | 338.000.000 | Valista |
| 32 | Inmobiliaria Panel Cuatro Ltda. | 2377 | 338.000.000 | Valista |
| 33 | Inversiones Lirbu Dos Ltda. | 2384 | 59.800.000 | Valista |
| 34 | Inmobiliaria Panel Tres Ltda. | 2393 | 338.000.000 | Valista |
| 35 | Paulina Díaz Spoerer | 2399 | 79.700.000 | Valista |
| 36 | María del Pilar González Martínez | 2413 | 1.050.400.000 | Valista |
| 37 | José Pablo Díaz Gatica | 2429 | 102.440.000 | Valista |
| 38 | José Joaquín Bustamante Fernández | 2474 | 114.700.000 | Valista |
| 39 | Michele Van Klaveren Carrasola | 2482 | 34.627.000 | Valista |
| 40 | Marta Dockendorff Vallejos | 2602 | 253.106.245 | Valista |
| 41 | Rosario Liquitay Rojas | 2612 | 89.834.000 | Valista |
| 42 | Loreto Diez Arriaga | 2620 | 24.000.000 | Valista |
| 43. | María Montt Lyon y otros | 2643 | 636.150.000 | Valista |
| 44 | Tesorería General de la Republica | 2736 | 10.522.749.820 | Pref. Art. 2472 N°9 del C.C. |
| 45 | Rodrigo Landeta Moya | 2743 | 266.144.000 | Valista |
| 46 | Benjamín González Bacigalupo | 2748 | 45.000.000 | Valista |
| 47 | Carolina Facusse Sevilhano | 2755 | 9.949.140 | Valista |
| 48 | Inversiones San Isidro S.A. | 2762 | 72.913.289 | Valista |
| 49 | Raúl Isidro Canales Cabello | 2774 | 296.980.000 | Valista |


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 50 | Verónica Hinrichsen Moya | 2781 | 68.000.000 | Valista |
| 51 | Ane Miren Landaeta Hinrichesen | 2789 | 23.840.000 | Valista |
| 52 | Anita Klein Dobbel | 2794 | 135.840.000 | Valista |
| 53 | Carolina Foncea Moreira | 2799 | 115.000.000 | Valista |
| 54 | José Eliseo del Río Gumizio | 2804 | 27.925.000 | Valista |
| 55 | María Cecilia Perez Pervan | 2810 | 84.160.000 | Valista |
| 56 | José Ramón Abatte Pérez | 2818 | 134.384.000 | Valista |
| 57 | Juan Pablo Fuentes Baltierra Urzua | 2829 | 87.450.000 | Valista |
| 58 | Bernardita Díaz Silva | 2835 | 5.838.259 | Valista |
| 59 | María Angélica Baltierra Urzua | 2841 | 14.800.000 | Valista |
| 60 | Mónica Sabah Domínguez | 2846 | 25.350.000 | Valista |
| 61 | Lucila Haddad Moya | 2851 | 10.650.000 | Valista |
| 62 | José Luis Argandoña Toro | 2859 | 87.060.000 | Valista |
| 63 | Hernán Ordenes González | 2865 | 32.694.250 | Valista |
| 64 | José Antonio Ramírez Baudet | 2871 | 79.830.000 | Valista |
| 65 | Claudio Miranda Cárdenas | 2879 | 53.040.000 | Valista |
| 66 | Barbará Inés Ruiz y otros | 3392 | 2.038.520.553 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |
| 67 | Marta Mizgier Hochschild | 3442 | 126.627.561 | Valista |
| 68 | Laura Urresty Huerta | 3447 | 55.842.914 | Valista |
| 69 | Camila Yver Morales | 3453 | 30.647.500 | Valista |
| 70 | Claudio Miranda y Cia. | 3462 | 160.480.000 | Valista |

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
**CABG-AAC-AACCIBB**

| 71 | María Pilar Santa Cruz | 3467 | 10.910.000 | Valista |
|----|------------------------|------|------------|---------|
| 72 | Pamela González Cataldo | 3472 | 55.850.000 | Valista |
| 73 | Andrea Pérez Villalobos | 3483 | 23.353.036 | Valista |
| 74 | Luis Calderón Morales | 3490 | 86.174.000 | Valista |
| 75 | Nicolás Lisoni Benoit | 3498 | 91.594.000 | Valista |
| 76 | Juana Schorr Rubel | 3513 | 61.600.000 | Valista |
| 77 | Rodrigo Abatte Pérez | 3518 | 39.095.000 | Valista |
| 78 | Andrea Saravia Arriagada y Rosa Arriagada Colvin | 3536 | 47.730.000 | Valista |
| 79 | María Inés Castiglione Dueñas | 3546 | 98.120.000 | Valista |
| 80 | Asesorías e Inversiones Cachito Ltda. | 3564 | 148.400.000 | Valista |
| 81 | Pedro García Augier | 3578 | 99.450.000 | Valista |
| 82 | Macarena García Sirandoni | 3593 | 41.615.000 | Valista |
| 83 | Fernando Vargas Garay | 3608 | 151.450.000 | Valista |
| 84 | Joaquín Salvatierra Vargas | 3622 | 135.850.000 | Valista |
| 85 | Rosa Velasco Ringeling | 3637 | 53.972.378 | Valista |
| 86 | Cristian Schindler Schaub | 3661 | 128.577.990 | Valista |
| 87 | Francisco Solanich y otros | 3776 | 206.000.000 | Valista |
| 88 | Romina Musalem Callegari | 3803 | 72.570.000 | Valista |
| 89 | Claudia Otoya Phillipps | 3833 | 11.170.000 | Valista |
| 90 | Miguel Luis Jara Céspedes | 3856 | 128.800.000 | Valista |
| 91 | Gesper Outsourcing Ltda. | 3875 | 49.725.000 | Valista |



Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

107

| 92 | Mario Toral Muñoz | 3901 | 3.374.238.732 | Valista |
| 93 | Marcela Clara Stange Jorquera | 3918 | 45.760.000 | Valista |
| 94 | Flora Uribe Martinez | 4609 | 31.526.698 | Valista |
| 95 | Inversiones Tadeo Spa | 4617 | 13.040.795 | Valista |
| 96 | Roberto Baltra Domeyko | 4630 | 78.150.000 | Valista |
| 97 | Ludmila Vásquez Schnake | 4647 | 5.701.431 | Valista |
| 98 | Carlos Briones Lea-Plaza | 4705 | 144.887.488 | Valista |
| 99 | Ana González Llanos | 4718 | 3.893.992 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |
| 100 | Sandra León Apablaza | 4727 | 3.629.914 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |
| 101 | José Álvarez Morales | 4736 | 2.469.081 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |

## 6.- ESTADO DE LOS NEGOCIOS DEL DEUDOR

Los negocios de la sociedad deudora se han mantenido sin variación a lo declarado en la petición de liquidación.

## 7.- ACTIVO DEL DEUDOR

El Activo de la sociedad deudora se encuentra determinado en parte por los bienes incautados que se han informado precedentemente, y aquellos a incorporar próximamente por lo que informo a los señores acreedores que el producto probable de la realización del activo a liquidar será superior a UF 5000.-

**Cerro El Plomo Nº5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



## 8.- JUICIOS LABORALES

El Liquidador informa que durante el proceso de incautación don Mauricio Páez, informó que existían 16 trabajadores que mantenían contrato vigente, a los con fecha 29 de abril les habían entregado las respectivas cartas de avisos de termino de contrato.

El liquidar cumpliendo con los dispuesto en el 163 bis del Código del Trabajo, puso a disposición de los ex trabajadores los proyectos de finiquitos, actuando como ministro de Fe el notario Público don Alberto Mozó Aguilar. A la fecha solo han concurrido a firmar tres trabajadores, los que han verificado sus acreencias.

El liquidador informa que a la fecha ha sido notificado de 10 juicios laborales por un monto total aproximado de $2.067.236.506.- cabe señalar que dentro de los trabajadores que demandan a Onix se encuentran miembro del Holding que han demandado en forma subsidiaria pretendiendo que se declare la unidad económica.

De estos 10 juicios, se han notificado al liquidador 9, programándose audiencia para los días que median entre el 20 de julio al 01 de agosto de 2016.

Cabe señalar que las verificaciones por créditos laborales han sido presentadas en forma condicional al resultado del juicio, por lo que dichos montos podrían tener variación.

## 9.- REALIZACION DE REUNIONES DE COORDINACION.

### 9.1 FISCALIA.

El liquidador informa que al día de hoy a realizado reuniones de coordinación con el fiscal don Carlos Gajardo, fiscal jefe de la unidad de delitos de alta complejidad, a fin de solicitar antecedentes, cartolas y documentos por esta fiscalía incautados, en especial aquellos de índole legal y contable que son necesarios para una adecuada revisión de las verificaciones y su potencial impugnación. Se adjunta en anexo la solicitud a fiscalía.

## 9.2 ACREEDORES, EX ABOGADOS DEL DEUDOR Y POSIBLES CONTRATACIONES EXTRANJERAS.

El Liquidador informa que durante las primeras semanas de mayo del año en curso, tomo contacto con un grupo de acreedores que representan una parte importante de esta sala y quórum a fin de avanzar en la estrategia respecto de un acercamiento con los representantes del deudor y ver la posibilidad de un posible convenio de pago. Pero inesperadamente el deudor revoco poderes a sus representantes suspendiendo los avances en esa materia.

A raíz de lo anterior, la mesa de acreedores insto al liquidador a Aprobar la realización de actuaciones a efectos de lograr la incautación e integración a la masa de los bienes relacionados a Onix ubicados en el extranjero, teniendo presentes los costos asociados a las gestiones a ser desarrolladas para tales fines y la posibilidad de contratar préstamos que gocen de la preferencia del artículo 2472 número 4 del Código Civil.

A raíz de esto último, este liquidador ha tomado contacto con estudios jurídicos de los estados unidos de Norteamérica y con presencia en otras jurisdicciones a fin de poder presupuestar actuaciones y costos que comprenderían al ejercicio de la normativa de liquidación transfronteriza en dichas jurisdicciones (art 304 y siguientes).

Tanto el estudio jurídico JONES DAY ( www.jonesday.com ) como el estudio jurídico DLA PIPER ( www.dlapiper.com ) , firmas multinacionales legales han hecho llegar sus propuestas profesionales esquematizadas y por etapas, las que serán presentadas en la primera junta de acreedores para su conocimiento y potencial aprobación .

Verifique la válidez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
**CABG-AAC-AACCIBB**

En relación a esto hemos solicitados a ambos estudios indagar sobre la existencia de los activos que ya conocidos y verificar si existes otros activos no conocidos.

Adicionalmente con lo anterior ya resuelto proceder a dar inicio acciones legales con el fin de proceder a congelar, incautar y/o de disponer de los mismos por parte de la masa de acreedores.

## 9.- PASIVO DEL DEUDOR

De conformidad al total de los créditos verificados en autos al 14 de junio de 2016, el pasivo totaliza la suma de **$75.438.996.213.-**

## 10.- ANEXOS

- Anexo N°1 Carta a Fiscalía de alta complejidad.

- Anexo N° 2 Informe contable de la Liquidación.

- Anexo N°3 Carta borrador a Superintendencia de Insolvencia y Reemprendimiento, solicitud actuación de conformidad art 304 Ley 20.720.-

CARLOS PARADA ABATE
**Abogado – Liquidador Concursal**

**Cerro El Plomo N°5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**

# ANEXO N°1

# CARTA FISCALIA ALTA COMPLEJIDAD

# JUNTA CONSTITUTIVA ACREEDORES

# LIQUIDACION FORZOSA

# ONIX CAPITAL S.A.

# R.U.T. N°76.052.559-6



Señor
Carlos Gajardo
Fiscalía de Alta Complejidad
Presente

**Ref**: Solicitud de documentos necesarios para labores de liquidador en la Quiebra de Onix Capital S.A., causa RUC 1500643330-5.

Estimado don Carlos

Por medio de la presente, informo a usted que con fecha 04 de mayo de 2016, en causa Rol C-9217-2016, seguida ante el 30° Juzgado Civil de Santiago, se decretó la Liquidación Forzosa de la empresa Onix Capital S.A., RUT 76.052.559-6, designándoseme como liquidador titular, asumiendo el cargo el día 05 de mayo del presente.

La notificación de la resolución de liquidación se practicó con fecha 9 de mayo de 2016 y la Primera Junta de Acreedores está fijada para el día 16 de junio, a las 15:00 horas, en la sala de audiencias del mismo Tribunal.

Ahora bien, dentro de las obligaciones señaladas por la Ley 20.720 para el Liquidador, el artículo 36 contempla, entre otras

a. incautar e inventariar bienes del deudor

b. liquidar bienes del deudor

c efectuar repartos

d cobrar los créditos del activo del deudor

e exigir rendición de cuentas de cualquiera que haya administrado bienes del deudor

f. reclamar del deudor la entrega de información necesaria para el desempeño de su cargo

g. cerrar los libros de comercio del deudor, quedando responsable por ello frente a terceros desde la dictación de la resolución de liquidación.



Asimismo, el artículo 173 de la mencionada ley habla de la obligación del liquidador de, en cumplimiento con su deber, examinar todos los créditos que se verifiquen y las preferencias que se aleguen, investigando origen, cuantía y legitimidad con los documentos que respalden dichas verificaciones, a fin de impugnar o no los mismos.

Por su parte, el artículo 350 número 5, establece modificaciones al Código del Trabajo, señalando obligaciones al liquidador al tiempo de dictarse la resolución de liquidación, debiendo además comunicársele a los trabajadores personalmente o por carta certificada el término de la relación laboral.

Además, el liquidador deberá de poner a disposición del trabajador un finiquito, con los antecedentes de que disponga el liquidador al tiempo de la incautación.

Con fecha 06 de mayo se procedió a la incautación de bienes de la empresa Onix Capital S.A., encontrándose sólo algunos bienes correspondientes al mobiliario de la empresa.

Según la información entregada por los abogados de Onix Capital S.A. a este liquidador, la totalidad de la información necesaria para cumplir las obligaciones que me impone la ley se encontraría incautada por la Fiscalía en el contexto de la causa RUC 1500643330-5.

En función de lo anterior es que vengo en solicitarle formalmente me permita tener acceso a la siguiente documentación de Onix Capital S.A.:

1. Libros y asientos contables con sus respectivos comprobantes.

2. Balances.

3. Carpetas de trabajadores y cualquier otra documentación referida a los mismos.

4. Listado de bienes incautados.

5. Cartolas de cuentas corrientes bancarias de la sociedad.

6. Traspasos de dineros de Onix Capital S.A. a cualquier otra sociedad, en particular, a cualquier sociedad relacionada con los propietarios de la



misma, Alberto Chang Rajii o Verónica Rajii Krebs o a estos mismo como personas naturales.

7. Contratos celebrados entre Onix Capital S.A. y cualquier otra sociedad o persona natural, en particular, contratos celebrados celebrados con cualquier sociedad relacionada directa o indirectamente con el señora Alberto Chang Rajii.

8 Documentos en los que consten inversiones de la sociedad.

9 Cualquier otro documento que sirva para realizar el encargo que se me ha efectuado.

Atendidas las obligaciones que me impone la ley en el ejercicio de mi encargo, los documentos solicitados resultan fundamentales para el cumplimiento del mismo, motivo por el cual es que le solicito respetuosamente poder acceder a los mismos en el más breve plazo posible.

Sin otro particular, se despide cordialmente

Carlos Parada Abate
Liquidador Concursal

# ANEXO N°2

## INFORME CONTABLE

# JUNTA CONSTITUTIVA ACREEDORES

# LIQUIDACION FORZOSA

# ONIX CAPITAL S.A.

# R.U.T. N°76.052.559-6

ONIX CAPITAL S.A. EN LIQUIDACION     **BALANCE OCHO COLUMNAS**     Fecha emisión:29/06/2016
76.052.559-6                                **(TRIBUTARIO)**             Hora emisión:   11:39:35
COMPAÑIA 1291 OFICINA 306      **Desde el 01/01/2016 hasta 30/06/2016**       Página:        1
SANTIAGO

| | | Débitos | Créditos | Saldos Deudor | Saldos Acreedor | Balance Activo | Balance Pasivo | Resultados Pérdida | Resultados Ganancia |
|---|---|---|---|---|---|---|---|---|---|
| Cuenta | Descripción | | | | | | | | |
| 1.1.10.005 | ANTICIPO DE HONORARIOS | 480.000 | 0 | 480.000 | 0 | 480.000 | 0 | 0 | 0 |
| 2.1.01.003 | FONDOS PROPORCIONADOS POR EL SINDIC | 0 | 980.980 | 0 | 980.980 | 0 | 980.980 | 0 | 0 |
| 3.2.02.026 | GASTOS TRASLADO | 452.200 | 0 | 452.200 | 0 | 0 | 0 | 452.200 | 0 |
| 3.9.01.005 | OTROS GASTOS | 8.860 | 0 | 8.860 | 0 | 0 | 0 | 8.860 | 0 |
| 3.9.01.025 | GASTOS EN BENCINA | 39.920 | 0 | 39.920 | 0 | 0 | 0 | 39.920 | 0 |
| **Total** | | 980.980 | 980.980 | 980.980 | 980.980 | 480.000 | 980.980 | 500.980 | 0 |
| Resultado | | | | | | 500.980 | 0 | 0 | 500.980 |
| Sumas Iguales | | 980.980 | 980.980 | 980.980 | 980.980 | 980.980 | 980.980 | 500.980 | 500.980 |

# ANEXO N°3

# CARTA SUPERINTENDENCIA DE

# INSOLVENCIA Y REEMPRENDIMIENTO

# JUNTA CONSTITUTIVA ACREEDORES

# LIQUIDACION FORZOSA

# ONIX CAPITAL S.A.

# R.U.T. N°76.052.559-6

**Carlos Parada Abate**
**Abogado – Liquidador**

Santiago, 29 de junio de 2016

Señor
**Andrés Pennycook Castro**
Superintendente de Insolvencia y Reemprendimiento
Superintendencia de Insolvencia y Reemprendimiento
Hermanos Amunátegui N° 228, Santiago
Presente.-

Ref.: Procedimiento Concursal de Liquidación Onix Capital S.A. (Rol 9217-2016)

Estimado Sr. Superintendente,

Como es de su conocimiento, con fecha 13 de abril del presente año se presentó por parte de Inversiones Aguasoro S.A. una demanda de liquidación forzosa en contra de Onix Capital S.A. ("en adelante, "Onix"), dictándose la correspondiente resolución de liquidación por el 30° Juzgado Civil de Santiago con fecha 4 de mayo de 2016.

En dicha resolución de liquidación se me designó como liquidador titular, en carácter de provisorio, hasta la celebración de la junta constitutiva de acreedores, la que tuvo lugar el día 29 de junio del presente año, siendo ratificada en ella tal designación. Habiendo asumido dicho cargo, y en ejercicio del mismo, se ha advertido la existencia de bienes relacionados a Onix ubicados en el extranjero, destacándose especialmente los siguientes: [Estados Unidos, Reino Unido, Australia, Islas Vírgenes Británicas, China y Malta].

Los referidos antecedentes fueron puestos en conocimiento de la Junta Constitutiva de Acreedores de Onix, la cual resolvió: 1. Aprobar la realización de actuaciones por parte de este liquidador a efectos de lograr la incautación e integración a la masa de los bienes relacionados a Onix ubicados en el extranjero, teniendo presentes los costos asociados a las gestiones a ser desarrolladas para tales fines y la posibilidad de contratar préstamos que gocen de la preferencia del artículo 2472 número 4 del Código Civil, y; 2. Aprobar el requerimiento por parte de este liquidador ante la Superintendencia de Insolvencia y Reemprendimiento para para poder actuar en el extranjero en representación del procedimiento concursal de liquidación de Onix, requiriendo también la delegación de tal autorización en mi persona.

Al efecto, contando nuestro nuevo ordenamiento concursal con normas que tratan sobre la materia de la insolvencia transfronteriza (Capítulo VIII de la Ley No. 20.720, sobre reorganización y liquidación de activos de empresas y personas), y en línea con las finalidades de dicha normativa previstas en el artículo 299 de la Ley, se ha estimado indispensable dar curso a la presente solicitud con el objetivo de proteger los intereses de los acreedores y de los bienes del deudor, a fin de lograr la optimización de su valor, y, en consecuencia, una mejor expectativa de pago.

**Cerro El Plomo N°5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**



**Carlos Parada Abate**
**Abogado – Liquidador**

En atención a lo anterior, por medio de la presente vengo en solicitar a Ud. que, de conformidad a los términos dispuestos en el artículo 304 de la Ley No. 20.720, se adopte la determinación por parte de la Superintendencia de Insolvencia y Reemprendimiento para actuar en el extranjero en representación del procedimiento concursal de liquidación de Onix, requiriendo asimismo de la delegación de tal autorización en mi persona, en mi calidad de administrador concursal de dicho procedimiento (conforme a la definición prevista en el artículo 301, g) de la citada normativa).

Contando con la autorización antes indicada, se procederá a solicitar el reconocimiento del procedimiento concursal de liquidación de Onix en las siguientes jurisdicciones: [Estados Unidos de América, Reino Unido, Australia, Islas Vírgenes Británicas, China y Malta], considerando especialmente que al menos en las cuatro primeras se ha incorporado en su legislación interna la Ley Modelo de la CNUDMI sobre Insolvencia Transfronteriza.

Quedo a su disposición por cualquier consulta sobre el particular,

Carlos Parada Abate
Liquidador
Procedimiento Concursal de Liquidación de Onix Capital S.A.

**Cerro El Plomo N°5420 – Oficina 908 – Las Condes**
**Teléfono: 28404220**


Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB

# RECORD OF LAW 20.720 HEARING
## CREDITORS' MEETING LIQUIDATION OF DATA COMPANY

| DATE | Wednesday, June twenty-ninth, two thousand fifteen |
|---|---|
| COURT | 30th Civil Court of Santiago |
| REGISTRATION NUMBER | C-9217-2016 |
| JUDGE | DANIELA ROYER FAÚNDEZ |
| CERTIFYING OFFICER | Iván Covarrubias Pinochet |
| MINUTE-TAKER | Leonardo Olea Schmidt |
| START TIME | 15:55 |
| CLOSURE TIME | 16:50 |
| DATA COMPANY | ONIX CAPITAL S.A. |
| AGENT | *(did not appear)* |
| LIQUIDATOR | Carlos Parada Abate |

| ACTIONS TAKEN | YES | NO | ORDER |
|---|---|---|---|
| START | X | | 1 |
| INDIVIDUALIZATION | X | | 2 |
| LIST OF ATTENDING CREDITORS WITH A RIGHT TO VOTE | X | | 3 |
| REPORT BY LIQUIDATOR REGARDING:<br>a) Current state of the negotiations with the debtor company<br>b) Steps taken by the Liquidator with respect to those negotiations<br>c) Expenses incurred<br>d) Whether the Debtor's assets exceed 5000 UF [Unidades Fiscales — Tax Units] or not | X | | 4 |
| RATIFICATION OF THE INCUMBENT AND SUBSTITUTE LIQUIDATOR | X | | 5 |
| AGREEMENT ON HOLDING OF ORDINARY MEETINGS | X | | 6 |
| APPOINTMENT OF INCUMBENT AND SUBSTITUTE EXECUTIVE (Chairman and Secretary) | X | | 7 |
| AGREEMENTS OF THE BOARD WITH RESPECT TO LIQUIDATION OF ASSETS OF THE DEBTOR COMPANY | | X | 8 |
| SETTING UP LIQUIDATOR FEES | | X | 9 |
| OTHER MATTERS | X | | 10 |

**Santiago, Wednesday, June twenty-ninth, two thousand fifteen.**

At the appointed date and time, pursuant to Article 196 of Law 20.720, in cause registration number C-9217-2016, the board consisting of the creditors in the forced liquidation bankruptcy proceeding relating to the debtor company "Onix Capital S.A." was held with the attendance of the temporary incumbent liquidator Mr. Carlos Parada Abate.

The Creditors signed the list of attendees which forms an integral part of the present record for all legal effects.

The total liabilities with a right to vote represented at this Board meeting is in the amount of **$60,994,183,681**, which represents **81.2%** of the total verified liabilities in the cause.

The Liquidator, Mr. Carlos Parada Abate, stated as follows with respect to the report to the Board of Creditors in connection with:

a) The current state of the negotiations with the debtor company
b) The measures taken by the Liquidator with respect to those negotiations; and
c) The expenses hitherto incurred in the actions taken by him.

The Liquidator then set forth the general background, his oath and Acceptance of the Position, the formalities carried out with respect to the Attachment and

Inventory of Assets, reporting on the Procedural Background of the Liquidation, as well as the List of verified Credits and other administrative formalities.

He informed the Board that on May 6 of the present year he appeared at the domicile located at calle La Luma No. 1160, apartment 1103, Vitacura, where he was informed by the porter that it corresponded to the private domicile of Verónica Rajii, and that no one was in residence.

Subsequently he traveled to the domicile located at Av. Las Condes 11380, office 41, Municipality of Vitacura, where he was received by the attorney of the debtor who indicated that these offices were leased and that all of the debtor's accounting documentation was already in the possession of the Prosecutor's Office for the Eastern Region.

On May 27 of the present year, the decree of attachment was extended to the domicile at Av. Las Condes No. 11380, storeroom No. 9. The following was attached in this domicile:
- 4 files containing original numbered investor promissory notes
- 5 files containing payment of taxes on a loan for consumption.

In addition, receipt was made of the aforementioned property, together with the storeroom and parking spaces No. 25, 34, 35 and 36 to Inversiones Las Quilas Limitada.

With respect to the labor proceedings, the 16 employees were sent letters informing them of the termination of the contract, the settlements being left at the Mozó notary office. He added that there were ten labor proceedings, of which the liquidator had received notification of nine.

He then discussed collaborative efforts to continue with the attachment with the prosecutor in charge of the case, Mr. Carlos Gajardo. With respect to the assets located abroad, he stated that two firms of attorneys had sent him their professional estimates so that he could budget the measures required to be taken in exercising cross-border liquidation regulations.

He informed the Board that the probable cost of liquidating the debtor's assets would be in excess of 5,000 UF.

The Board asked the liquidator about the meetings with the debtor's former agent, the majority shareholders and the liquidator himself, to which he answered that there was initially willingness to voluntarily hand over the debtor's assets, but this was frustrated once the former agent ceased to render legal assistance.

The Board asked the liquidator if he had had access to the debtor's accounts, to which the latter stated that he had had access to some parts of these.

The Board asked whether the debtor had any funds, to which the latter answered that there were currently very few funds.

The Board asked about the Debtor's checking accounts, to which the liquidator added that attention is being paid to the bank transactions made by Alberto Chang.

The Board made reference to recovery of the money transferred from Onix to Alberto Chang's affiliated companies both domestic and foreign. It also referred to the actual expenses of the cross-border liquidation.

Subsequently the Constituent Board **agreed** as follows:

1.   With respect to Ratification of the Incumbent and Substitute Liquidator: Mr. Carlos Parada Abate, as incumbent Liquidator, and Mr. Tomás Andrews Hamilton as Substitute Liquidator, are ratified by the Board, to hold that capacity definitively for all legal effects.

It is hereby placed on record that **1.8%** of the liabilities did not vote to ratify the incumbent liquidator.

2.   With respect to agreeing on the place, date and time of the ordinary meetings:

The Board agreed to hold monthly meetings on the first Wednesday of the month, at 13:00, at the Colegio de Abogados [Bar Association], located at Ahumada 341, floor 2 in the city.

3.   The Board proceeded to appoint Mr. Rodrigo Rettig Vargas as Chairman of the represented creditors, and Mr. Guillermo Claverie as Secretary of the represented creditors. Mr. Rafael Gómez Pinto was appointed as substitute Chairman of the represented creditors, and Mr. Alejandro Espina Gutiérrez as substitute Secretary of the represented creditors.

4.   Among other matters, the Board agreed to approve the measures hitherto taken by the Liquidator, and the account rendered to this Board, which report constitutes an integral part of the present record for all legal effects.

It was agreed that the liquidator would report at the next ordinary meeting of the board on the costs relating to the cross-border liquidation, on the corporate structure of Onix S.A., on the contracts relating to the labor proceedings, and the possibility of constituting a Creditors' Committee.

It was made clear by the Superintendencia de Insolvencia [Insolvency Bureau] that the retaining of labor attorneys did not constitute specialized contracting and were to be borne by the liquidator.

## LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 1 | Veronica Folch Maass | 77 | 54.550.000 | 0,07% | GM. CLAVONED 3 | | |
| 2 | Jose Ignacio Perez Montenegro | 84 | 72.996.000 | 0.10% | | | |
| 3 | Inversiones Aguasoro Ltda. | 97 | 270.000.000 | 0,36% | | | |
| 4 | Andrew Ried Woodforde-Booth | 103 | 50.265.000 | 0,07% | | | |
| 5 | Graciela Guerrero Correa | 109 | 22.203.259 | 0,03% | Patrick Coroninas | | PCoronivas @ AYLW inASSOCiales.cl |
| 6 | Carlos Leighton Torres | 114 | 138.650.000 | 0,18% | Patricio Coronians | | li 124 |
| 7 | Benjamin Concha Gazmuri | 123 | 214.392.690 | 0,28% | | | |
| 8 | Matias Aparicio Pizarro | 132 | 9.341.214 | 0,01% | marius Chall y | | |
| 9 | Rebeca Pizarro Baeza | 137 | 10.000.000 | 0,01% | Urande Shall | | |
| 10 | Martina Loretta Santis Ottone | 144 | 22.340.000 | 0,03% | Patricio Coronians | | |
| 11 | Maria González Bravo | 152 | 181.597.281 | 0,24% | PADLo Cifuentes | | PCIFUENTES@ GAGLIAM AGLioN cL |
| 12 | Mario Canessa Garcia | 159 | 33.384.274 | 0,04% | | | |
| 13 | Macarena Darrigrandi Galvez | 164 | 58.626.659 | 0,08% | | | |
| 14 | Willy Ruff Ferres | 168 | 58.382.589 | 0,08% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 15 | Regina Lira Valdes | 172 | 18.682.428 | 0,02% | | | |
| 16 | Carlos Palacios Iturrieta | 176 | 110.500.000 | 0,15% | | | |
| 17 | Patricia Lueje Phillips | 181 | 17.299.779 | 0,02% | | | |
| 18 | Inversiones V y V S.A. | 188 | 1.058.400.000 | 1,40% | | | |
| 19 | Rodrigo Facuse Zaror | 196 | 41.846.636 | 0,06% | | | |
| 20 | Javier Ignacio Facuse Zaror | 202 | 39.200.000 | 0,05% | | | |
| 21 | Inversiones Camarico Ltda. | 210 | 179.342.726 | 0,24% | | | |
| 22 | Matias Patricio Facuse Zaror | 216 | 41.846.636 | 0,06% | | | |
| 23 | Cindy Ruff Fuentes | 221 | 102.550.000 | 0,14% | | | |
| 24 | Fondos de Inversiones Privado GD | 227 | 2.016.453.357 | 2,67% | JUAN PABLO MESA E. | | Jpriesco@ prieto.cl |
| 25 | Andres Sarasua Marchesse | 244 | 9.864.762 | 0,01% | | | |
| 26 | Gina Marchesse Gonzalez | 250 | 75.258.889 | 0,10% | | | |
| 27 | Marcia Zelada Martinez | 255 | 11.772.355 | 0,02% | | | |
| 28 | Marcia Zelada Martinez | 260 | 5.838.259 | 0,01% | | | |

125

Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 29 | Claudia Jadue Zelada | 269 | 29.191.294 | 0.04% | | | |
| 30 | Claudia Jadue Zelada | 278 | 19.087.526 | 0.03% | | | |
| 31 | Asesorias e Inversiones El Alemein Ltda. | 290 | 22.846.604 | 0.03% | | | |
| 32 | Carlos Bascuñan Edwars | 306 | 157.636.353 | 0.21% | | | |
| 33 | Maria Ginesta Bascuñan | 316 | 29.191.294 | 0,04% | | | |
| 34 | Francisca Tagle Veyl | 331 | 86.734.800 | 0,11% | PATRICIO CORCUERA | | KMillares@AYLLWINASOCADO.CL |
| 35 | Carolina Wajner Aparicio | 405 | 87.200.000 | 0,12% | | | |
| 36 | Carlos Araya Valdebenito- Carolina Araya Zapata - Jose Amado Rivas | 416 | 499.664.000 | 0,66% | Juan Galfinanco6 | | Juancalfinanco pollazdos hotmail.com J. |
| 37 | Lorena Vilaza Massardo | 450 | 192.500.000 | 0,26% | Fdo luubo Osozi | | - |
| 38 | Maria Massardo Luco | 456 | 39.725.000 | 0,05% | Flo hule. Osem | | luej @ ambe - ebxun |
| 39 | Bernardo Aldea Villagran US$21680 | 466 | 14.478.771 | 0,02% | Aumos Bosfamiza | | Abos/a222Q 27dA-CL |
| 40 | Marissa Acevedo Moyano y otros | 516 | 737.916.520 | 0,98% | Andrés Bostemira | | obos/amida@ 27dA-CL |
| 41 | Nicolas Gougain Campusano | 546 | 43.747.973 | 0,06% | | | |
| 42 | Humberto Luciano Gougain Oliva | 553 | 87.495.947 | 0,12% | | | |

126

Verifique la validez de este documento en: http://www.boletinconcursal.cl/boletin/verificacion — Código de Verificación

Carlos Parada Abate
Liquidador - Concursal

**LIQUIDACION FORZOSA**
**Onix Capital S.A.**

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 43 | Lucien Gougain Campusano | 561 | 142.910.047 | 0,19% | | | |
| 44 | Alvaro Desmadryl Barba y Priscila Dionis | 571 | 68.635.391 | 0,09% | Rodrigo artin | | rartit@artegarzalez.cl |
| 45 | Patricia Cdurdurier Humaña y otra | 576 | 38.495.961 | 0,05% | | | |
| 46 | Bernardita Hoces de la Guardia y otro | 584 | 93.510.000 | 0,12% | CHristopher RUIZ | | ABOGADO.RUIZ.SEALL@GMAIL.COM |
| 47 | Ximena del Canto Santelices | 593 | 14.500.000 | 0,02% | Rolando Bermudez | | RBRAmudoz@bermudezmora.cl |
| 48 | Rafael Herskovic Minond | 601 | 16.755.000 | 0,02% | u | u | y |
| 49 | Viviana Uribe Haddad us$178.875,00 | 610 | 119.459.880 | 0,16% | u | u | y |
| 50 | Alfredo Prieto Parra | 618 | 17.514.777 | 0,02% | u | u | y |
| 51 | Alexandra Menache Simonato | 628 | 29.055.911 | 0,04% | u | u | u / |
| 52 | Valeria Reyes Rodriguez | 638 | 97.150.000 | 0,13% | u | cl | u / |
| 53 | Claudia Reyes Rodriguez | 647 | 96.145.000 | 0,13% | u | cl | u |
| 54 | Maria Homorato Roman | 658 | 118.200.000 | 0,16% | u | u | y |
| 55 | Evevlyn Gayoso Venegas | 671 | 43.050.000 | 0,06% | u | u | y |
| 56 | Juan Pablo Varas Honorato | 681 | 93.940.000 | 0,12% | u | u | y |

Verifique la validez de este documento en
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 57 | Sebastian Mendez Siques y otro US$300.000,00 | 697 | 200.352.000 | 0,27% | Ricardo aronisar | | roxmure@renmariser |
| 58 | Francisco Javier Prieto Salgado | 705 | 5.838.259 | 0,01% | | | |
| 59 | Paulina Alexandra Uribe Haldas $48.639.829 y us$8.545,56 | 718 | 54.346.896 | 0,07% | | | |
| 60 | Cristian Alejandro Apablaza Alcantar | 734 | 130.000.000 | 0,17% | Natalia Gendo | | canales. gyardo@gmail.com |
| 61 | Lino Fernandez Concha | 740 | 63.000.000 | 0,08% | | | |
| 62 | Maria Landaida Ortiz | 768 | 30.000.000 | 0,04% | Rk kong Nero | | torralora@ASS.DAD.(0x0-), cor |
| 63 | Inverland SPA | 786 | 23.353.036 | 0,03% | | | |
| 64 | Karen Jadue Arancibia | 825 | 20.000.000 | 0,03% | | | |
| 65 | Alan Verdugo Zimerman y otros (50) | 1023 | 1.837.179.083 | 2,44% | Pauverto Srguez | | rdoruce@clybc/ |
| 66 | Lia Dicowsky Sircovich y otros | 1063 | 165.288.000 | 0,22% | Claudie Pafa | | claudia-ropre@pred |
| 67 | Maria Eugenia Rodriguez Quiros | 1073 | 35.880.000 | 0,05% | | | |
| 68 | Paulo Brignardello Rodriguez | 1077 | 77.520.000 | 0,10% | | | |
| 69 | Paulina Cabezas Leuton | 1080 | 24.520.687 | 0,03% | | | |
| 70 | Gregorio Schepeler Alamos | 1093 | 92.050.000 | 0,12% | | | |

128

Verifique la validez de este documento en http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACClBB

**LIQUIDACION FORZOSA**
**Onix Capital S.A.**

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 71 | Emma Torres Montalbetti | 1102 | 77.752.756 | 0,10% | | | |
| 72 | Maria Jacou Montes | 1110 | 12.730.000 | 0,02% | | | |
| 73 | Eliana Rodillo Borda | 1121 | 26.629.456 | 0,04% | | | |
| 74 | Annamaria Rocca Moltedo | 1130 | 93.649.000 | 0,12% | Marco Moggia Tapia | W Moggia | marco.moggia.t@gmail.com |
| 75 | Bernabe Lopez Taverne | 1139 | 22.340.000 | 0,03% | Gabriel Briardello | | gbriardelo@floresyabogados.cl. |
| 76 | Alois Boncina Kuzmanic | 1147 | 101.500.000 | 0,13% | Pablo Arredo | | PACBARCOS@FLOROSYABOGADOS.cl |
| 77 | Claudia Morales Soza | 1159 | 269.774.770 | 0,36% | Daniela Castillo Canda | Daniela Canda | dcastillo@pym.cl |
| 78 | Jorge Araya Zamorano US$3.151.710,26 | 1188 | 2.104.838.180 | 2,79% | Daniela Castillo Canda | V | lr |
| 79 | Marcos David Orrego Benjamin | 1200 | 26.629.456 | 0,04% | | | |
| 80 | Susana del Carmen Feris Otto US$11.956,18 + 83693272 | 1208 | 91.678.087 | 0,12% | | | |
| 81 | Olga Avendaño Otto y otro | 1225 | 14.950.000 | 0,02% | | | |
| 82 | Jimena Toledo Bustamante | 1241 | 17.514.777 | 0,02% | DIEGO MARTINE | | DMARTMT@MARTine@2 |
| 83 | Cristina Silva Peña | 1250 | 39.300.000 | 0,05% | | | |
| 84 | Juan Sabastian Rock Fuenzalida | 1258 | 23.353.036 | 0,03% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 85 | Maria Mora Alarcon y otros | 1406 | 5.744.707.592 | 7,62% | | | |
| 86 | Alvaro Marin Sievers | 1437 | 27.000.000 | 0,04% | | | |
| 87 | Graciela Erazo Torricelli | 1457 | 141.510.135 | 0,19% | | | |
| 88 | Asesorias e Inversiones RMZ Ltda. | 1463 | 12.523.900 | 0,02% | | | |
| 89 | Asesorias e Inversiones Rio Claro Ltda. | 1467 | 112.600.000 | 0,15% | | | |
| 90 | Asesorias e Inversiones SCL Consulting Ltda. | 1473 | 55.200.000 | 0,07% | | | |
| 91 | Roberto Sivori Correa | 1478 | 34.753.320 | 0,05% | | | |
| 92 | Maria Salinas Fernandez | 1483 | 39.910.017 | 0,05% | | | |
| 93 | Maria Amenabar Zegers | 1487 | 242.785.000 | 0,32% | | | |
| 94 | AndresRochette Garmendia | 1494 | 34.208.586 | 0,05% | | | |
| 95 | Ibero Amerikanissche Technik S.A. | 1502 | 119.561.817 | 0,16% | | | |
| 96 | Maximiliano Frias Ossandon | 1508 | 11.170.000 | 0,01% | | | |
| 97 | Juan Pablo Swett Amenabar | 1512 | 379.500.000 | 0,50% | | | |
| 98 | Juana Massud Massud | 1517 | 23.353.036 | 0,03% | | | |

Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 99 | Mariana Von Bergen Rodriguez | 1527 | 187.894.069 | 0,25% | Luis Aostroza 2 | | Notificas vito.NET |
| 100 | Gestion y Desarrollo S.A. | 1534 | 100.000.000 | 0,13% | | | |
| 101 | Asesorias e Inversiones Nahuel y Cia. Ltda. | 1548 | 121.800.000 | 0,16% | | | |
| 102 | Fernanda Macan Cayazzo | 1553 | 30.000.000 | 0,04% | Daniel Ocampo Ju | | do campo @ bygaa. cl |
| 103 | Comercial EU Clouthing Ltda. | 1561 | 40.000.000 | 0,05% | " | | |
| 104 | Sermar Ltda. | 1586 | 5.162.969.920 | 6,84% | Rodrigo Pettis | | rrettis @roblisyak cl |
| 105 | Rodrigo Collantes Provoste / Maluc | 1609 | 965.120.000 | 1,28% | | | |
| 106 | Dinko Korlaet Skarnic | 1632 | 346.200.000 | 0,46% | | | |
| 107 | Florencia Vega Muñoz | 1645 | 25.000.000 | 0,03% | | | |
| 108 | Dinko Korlaet Skarnic | 1656 | 201.500.000 | 0,27% | | | |
| 109 | Juan Valenzuela Jimenez | 1666 | 37.526.000 | 0,05% | | | |
| 110 | Oscar Gonzalez Rodriguez | 1675 | 60.720.000 | 0,08% | | | |
| 111 | Inversiones Fenic S.A. | 1701 | 629.150.000 | 0,83% | | | |
| 112 | Andres Sarria Tapia | 1713 | 73.400.000 | 0,10% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 113 | Danilo Sarria Tapia | 1729 | 782.620.000 | 1,04% | ( ) | | ( ) |
| 114 | Marcela Vasquez Pizarro | 1740 | 82.900.000 | 0,11% | | | |
| 115 | Mirtha Skarnic Estay | 1749 | 187.895.000 | 0,25% | | | |
| 116 | Maritza Korlaet Skarnic | 1769 | 172.912.000 | 0,23% | | | |
| 117 | Amparo Claro Izquierdo | 1809 | 166.375.000 | 0,22% | | | |
| 118 | Servicios Medicos e Inver. Baeza Lopez y otros | 1832 | 348.774.575 | 0,46% | G No. Clavens 3 | | |
| 119 | Marcelo Ventura Svigilsky y otros US$412,069.64 | 1855 | 457.105.033 | 0,61% | Fernando López Farbian | | fernando lopes @ revos.cl. Juga Mnte etasmi.cl |
| 120 | Vicente Cortes Cirer | 1866 | 20.780.000 | 0,03% | Fdo Andres Barnes | | |
| 121 | Daniela San Juan Fredes | 1872 | 23.353.036 | 0,03% | Guis. Clavens 3 | | |
| 122 | Adriana Valenzuela Lobos | 1891 | 32.725.910 | 0,04% | ALEJANDRO ESPINA | | ESPINA@ELTON.CL |
| 123 | Inversiones Guerrero Ltda. | 1908 | 379.729.294 | 0,50% | ALEJANDRO ESPINA | | ESPINA@ ELTON. C |
| 124 | Adriana Guerrero Valenzuela | 1917 | 19.950.000 | 0,03% | | | |
| 125 | Mario Castillo Salazar | 1924 | 17.934.273 | 0.02% | | | |
| 126 | Francisco Guerrero Castex | 1933 | 74.996.636 | 0,10% | | | |

Verifique la validez de este documento en: http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación

**LIQUIDACION FORZOSA**
**Onix Capital S.A.**

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|---------------------|
| 127 | Pablo Vargas Herrera | 1940 | 75.992.000 | 0,10% | Ddslujovens | | vhpabopado @ mellue.il |
| 128 | Francisco Javier Perez Montenegro | 1954 | 310.030.000 | 0,41% | | | |
| 129 | Carmen Callegari Panizza | 1968 | 190.227.415 | 0,25% | Vaune Valdes | | vaunevaldej @ gmail.com |
| 130 | Macarena Jiles Bou | 1975 | 138.975.000 | 0,18% | Vaune Vald | Wcd | |
| 131 | Daniel Fischman Rajii y otros | 1995 | 1.498.364.305 | 1,99% | Consuelo Antonio G | | consuelo.antonio@gmail.com |
| 132 | Asesorias e Inversiones Gestion Ltda. | 2005 | 51.300.000 | 0,07% | Alejandro Moraga | | aotecnia@claves.cl NO |
| 133 | Inversiones Los Vinilos Ltda | 2018 | 141.425.000 | 0,19% | | | |
| 134 | Odontologia DRM Ltda. | 2027 | 157.730.000 | 0,21% | | | |
| 135 | Nicolas Escobar Gomez | 2036 | 10.910.000 | 0,01% | | | |
| 136 | Jacqueline O'Ryan Schulz | 2049 | 52.544.330 | 0,07% | Alejandro Moina | | adecun@eltre.cl |
| 137 | Maria Cervantes Fernandez | 2063 | 131.484.508 | 0,17% | | | |
| 138 | Inversiones y Asesorias Terrasal Ltda | 2074 | 12.197.500 | 0,02% | | | |
| 139 | Allan Steinssapir Schwartz | 2083 | 79.363.206 | 0,11% | | | |
| 140 | Myrna Schwartz Liftman | 2093 | 75.394.541 | 0,10% | | | |

133

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB



Carlos Parada Abate
Liquidador - Concursal

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 141 | Marcelo ErgasVentura | 2106 | 433.784.624 | 0,58% | | | |
| 142 | Bernardo Heumann Malec | 2117 | 29.550.846 | 0,04% | | | |
| 143 | Paola Ergas Waissbluth | 2128 | 18.309.408 | 0,02% | | | |
| 144 | David Rosenberng Messina | 2140 | 19.134.903 | 0,03% | | | |
| 145 | Ian Steinsapir Schwartz | 2154 | 86.518.665 | 0,11% | | | |
| 146 | Andrea Lyon Prado | 2164 | 77.715.181 | 0,10% | | | |
| 147 | Erick Gatica Martinez | 2170 | 11.572.000 | 0,02% | | | |
| 148 | Marcvo Aivo Alaluf | 2176 | 51.500.000 | 0,07% | | | |
| 149 | Inversiones El Chuncho Ltda. | 2184 | 21.920.000 | 0,03% | | | |
| 150 | Inversiones Los Manitos Ltda. | 2191 | 45.400.000 | 0,06% | | | |
| 151 | Inversiones DRM Ltdda. | 2198 | 107.698.000 | 0,14% | | | |
| 152 | Juana Duran Bustos | 2205 | 11.676.518 | 0,02% | | | |
| 153 | Daniela Nahmias Papic | 2211 | 40.480.000 | 0,05% | | | |
| 154 | Nevenka Palma Papic | 2217 | 15.964.007 | 0,02% | | | |

SECRETARIA
SANTIAGO
Certifica que es fotocopia
su original fidedigna

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 155 | Paula Gomez Troncoso | 2224 | 20.910.000 | 0,03% | | | |
| 156 | Constanza Jimenez Stevenson | 2232 | 21.528.000 | 0,03% | *(firma manuscrita)* | | DMarthg@me.PrM03x'D3() |
| 157 | Claudio Aros Acuña y Marcela Aguirre lopez | 2252 | 148.828.000 | 0,20% | Consuelo Antonio G | | consuelaantonio@gmail.com |
| 158 | Maria Vieira Duplaquet | 2261 | 56.445.000 | 0,07% | Alesndro Alervin | | aalervin@cthas.cl |
| 159 | David Adonay Gutierrez | 2271 | 113.500.000 | 0,15% | ✓ | ✓ | |
| 160 | Montserrat Contesse Novoa | 2282 | 60.175.000 | 0,08% | ✓ | ✓ | |
| 161 | Annabella Cardone Viguera | 2292 | 110.877.174 | 0,15% | ✓ | | |
| 162 | Claudia Uribe Palma | 2305 | 50.750.000 | 0,07% | Vane Valoo | Wals | vanneudolij@gmail.- |
| 163 | Juan Manuel Ramos Castiglione | 2314 | 167.960.000 | 0,22% | Rodrigo Rettig V. | Rellg | rreth@rettigycia.cl |
| 164 | Carmen Gloria Geisse Illanes | 2320 | 70.420.152 | 0,09% | | | |
| 165 | Rodrigo Jiles Bou | 2329 | 248.180.000 | 0,33% | Vanesa Valey | Wes | vannevdolij@gmail.- |
| 166 | Isabel Bordeu Urrejola | 2335 | 19.638.000 | 0,03% | | | |
| 167 | Inversiones Lirbu Uno Ltda | 2348 | 59.800.000 | 0,08% | | | |
| 168 | Marcela Sepulveda Urzua | 2355 | 10.960.000 | 0,01% | | | |

135

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AAC-CIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|---------------------|
| 169 | Deportes e Inversiones Tomas Gonzalez Ltda. | 2361 | 10.960.000 | 0,01% | | | |
| 170 | Inmobiliaria Panel Dos Ltda. | 2369 | 338.000.000 | 0,45% | | | |
| 171 | Inmobiliaria Panel Cuatro Ltda. | 2377 | 338.000.000 | 0,45% | | | |
| 172 | Inversiones Lirbu Dos Ltda | 2384 | 59.800.000 | 0,08% | | | |
| 173 | Inmobiliaria Panel Tres Ltda. | 2393 | 338.000.000 | 0,45% | | | |
| 174 | Paulina Diaz Spoerer | 2399 | 79.700.000 | 0,11% | | | |
| 175 | Maria del Pilar Gonzalez Martinez | 2413 | 1.050.400.000 | 1,39% | | | |
| 176 | Jose Pablo Diaz Gatica | 2429 | 102.440.000 | 0,14% | | | |
| 177 | Jose Pablo Diaz Gatica | 2431 | 210.369.600 | 0,28% | | | |
| 178 | Paulina Diaz Spoerer | 2436 | 56.175.562 | 0,07% | | | |
| 179 | Juan Eduardo Ossa Errazuriz | 2447 | 359.780.909 | 0,48% | | | |
| 180 | Maria Teresa de la Maza Camus | 2456 | 180.000.000 | 0,24% | | | |
| 181 | Soledad Ossa Errazuriz | 2462 | 73.077.892 | 0,10% | | | |
| 182 | Gonzalo Trivelli Oyarzun | 2469 | 98.081.043 | 0,13% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

136

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 183 | Jose Joaquin Bustamante Fernandez | 2474 | 114.700.000 | 0,15% | Victd H. Pi | | vhp abogado a rellun .i |
| 184 | Michele Van Klaveren Carrasola | 2482 | 34.627.000 | 0,05% | | | |
| 185 | Inmobiliaria Santa Maria Manquehue y otros | 2550 | 864.787.036 | 1,15% | Javiera Borax | Javiera Borel | Jbaralo@yrosty.c |
| 186 | Jorge Buhler Mohr | 2578 | 862.000.000 | 1,14% | J " | " | " |
| 187 | Inmobiliaria Garcia Castilla Ltda. | 2587 | 250.000.000 | 0,33% | " | " | " |
| 188 | Marta Dockendorff Vallejos | 2602 | 253.106.245 | 0,34% | Lino Dus, Paula | | ldis@adepa.cl |
| 189 | Rosario Liquitay Rojas | 2612 | 89.834.000 | 0,12% | | | |
| 190 | Loreto Diez Arriaga | 2620 | 24.000.000 | 0,03% | | | |
| 191 | Maria Montt Lyon y otros | 2643 | 636.150.000 | 0,84% | Gustavo Balmaceda | | GBALMAH@GMAIL.COM |
| 192 | Tesoreria General de la Republica | 2736 | 10.522.749.820 | 13,95% | Claueta | 673 | Mentes@ospela.c |
| 193 | Rodrigo Landeta Moya | 2743 | 266.144.000 | 0,35% | Alonso Petonpe C | F. | TLETONJAO@CHINCHON.CL |
| 194 | Benjamin Gonzalez Bacigalupo | 2748 | 45.000.000 | 0,06% | | | |
| 195 | Carolina Facusse Sevilhano | 2755 | 9.949.140 | 0,01% | | | |
| 196 | Inversiones San Isidro S.A. | 2762 | 72.913.289 | 0,10% | | | |

137

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 197 | Raul Isidro Canales Cabello | 2774 | 296.980.000 | 0,39% | | | |
| 198 | Veronica Hinrichsen Moya | 2781 | 68.000.000 | 0,09% | | | |
| 199 | Ane Miren Landaeta Hinrichesen | 2789 | 23.840.000 | 0,03% | | | |
| 200 | Anita Klein Dobbel | 2794 | 135.840.000 | 0,18% | | | |
| 201 | Carolina Foncea Moreira | 2799 | 115.000.000 | 0,15% | | | |
| 202 | Jose Eliseo del Rio Gumizio | 2804 | 27.925.000 | 0,04% | | | |
| 203 | Maria Cecilia Perez Pervan | 2810 | 84.160.000 | 0,11% | | | |
| 204 | Jose Ramon Abatte Perez | 2818 | 134.384.000 | 0,18% | | | |
| 205 | Juan Pablo Fuentes Baltierra Urzua | 2829 | 87.450.000 | 0,12% | | | |
| 206 | Bernardita Diaz Silva | 2835 | 5.838.259 | 0,01% | | | |
| 207 | Maria Angelica Baltierra Urzua | 2841 | 14.800.000 | 0,02% | | | |
| 208 | Monica Sabah Dominguez | 2846 | 25.350.000 | 0,03% | | | |
| 209 | Lucila Haddad Moya | 2851 | 10.650.000 | 0,01% | | | |
| 210 | Jose Luis Argandoña Toro | 2859 | 87.060.000 | 0,12% | | | |

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 211 | Hernan Ordenes Gonzalez | 2865 | 32.694.250 | 0,04% | | | |
| 212 | Jose Antonio Ramirez Baudet | 2871 | 79.830.000 | 0,11% | | | |
| 213 | Claudio Miranda Cardenas | 2879 | 53.040.000 | 0,07% | | | |
| 214 | Barbara Ines Ruiz y otros | 3392 | 2.038.520.553 | 2,70% | Raquel Brunand | | MBRUNAND@BRUNAND ycia.cL |
| 215 | Marta Mizgier Hochschild | 3442 | 126.627.561 | 0,17% | | | |
| 216 | Laura Urresty Huerta | 3447 | 55.842.914 | 0,07% | | | |
| 217 | Camila Yver Morales | 3453 | 30.647.500 | 0,04% | | | |
| 218 | Claudio Miranda y Cia. | 3462 | 160.480.000 | 0,21% | | | |
| 219 | Maria Pilar Santa Cruz | 3467 | 10.910.000 | 0,01% | | | |
| 220 | Pamela Gonzalez Cataldo | 3472 | 55.850.000 | 0,07% | | | |
| 221 | Inmobiliaria e Inv. Dominguez Sanchez | 3478 | 110.500.000 | 0,15% | | | |
| 222 | Andrea Perez Villalobos | 3483 | 23.353.036 | 0,03% | | | |
| 223 | Luis Calderon Morales | 3490 | 86.174.000 | 0,11% | | | |
| 224 | Nicolas Lisoni Benoit | 3498 | 91.594.000 | 0,12% | | | |

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion

Código de Verificación
CABG-AAC-AACCIBB



**LIQUIDACION FORZOSA**
**Onix Capital S.A.**

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 225 | Asesorias y Distribuciones Lisoni y Calderon | 3505 | 161.250.000 | 0,21% | | | |
| 226 | Juana Schorr Rubel | 3513 | 61.600.000 | 0,08% | | | |
| 227 | Rodrigo Abatte Perez | 3518 | 39.095.000 | 0,05% | | | |
| 228 | Andrea Saravia Arriagada y Rosa Arriagada Colvin | 3536 | 47.730.000 | 0,06% | Gustav Balmenph | | GBALMACEDA@gustavolabmardi.cl |
| 229 | Maria Ines Castiglione Dueñas | 3546 | 98.120.000 | 0,13% | Rodrigo Rottig | | irath@rottig74c.c' |
| 230 | Asesorias e Inversiones Cachito Ltda. | 3564 | 148.400.000 | 0,20% | Velectina Avalos | | VALENTINA.AVALOS@ppulegal.com |
| 231 | Pedro Garcia Augier | 3578 | 99.450.000 | 0,13% | | | |
| 232 | Macarena Garcia Sirandoni | 3593 | 41.615.000 | 0,06% | | | |
| 233 | Fernando Vargas Garay | 3608 | 151.450.000 | 0,20% | | | |
| 234 | Joaquin Salvatierra Vargas | 3622 | 135.850.000 | 0,18% | | | |
| 235 | Rosa Velasco Ringeling | 3637 | 53.972.378 | 0,07% | | | |
| 236 | Cristian Schindler Schaub | 3661 | 120.577.990 | 0,17% | | | |
| 237 | Gaston Fernandez Montalban | 3668 | 137.500.000 | 0,18% | | | |
| 238 | Anita Maria Salemi Argeñal | 3674 | 21.000.000 | 0,03% | | | |

1400

Verifique la validez de este documento en:
http://www.boletinconcursal.cl/boletin/verificacion
Código de Verificación
CABG-AAC-AACCIBB

**LIQUIDACION FORZOSA**
**Onix Capital S.A.**

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 239 | Nicolas Kolubakin Muñoz | 3681 | 32.000.000 | 0,04% | | | |
| 240 | Maria Angelica Firmani Hispa y otros | 3750 | 898.439.850 | 1,19% | | | |
| 241 | Francisco Solanich y otros | 3776 | 206.000.000 | 0,27% | Gao Claverá 3 | | |
| 242 | Maria Palacios Callegari | 3792 | 152.520.005 | 0,20% | Vonne Valds | Wcu | vennavaloy@mail |
| 243 | Romina Musalem Callegari | 3803 | 72.570.000 | 0,10% | Vonne Valds | WCu | raussovdy@mail.co. |
| 244 | Denise Haeussler Latherbee | 3809 | 32.694.250 | 0,04% | | | davy.raymau@mail.com |
| 245 | Anita Leathebee Gazitua | 3814 | 46.740.000 | 0,06% | | | |
| 246 | Lupercio Baeza Zobeck | 3819 | 257.643.151 | 0,34% | | | |
| 247 | Maria Justiniano Peralta | 3820 | 62.039.462 | 0,08% | | | |
| 248 | Claudia Otoya Phillipps | 3833 | 11.170.000 | 0,01% | JUAN PABLO PRIETO | | Tprieto@pripto.cl |
| 249 | Inmobiliairia Panel Ltda | 3841 | 338.000.000 | 0,45% | | | |
| 250 | Tomas Gonzalez Sepulveda | 3848 | 34.997.000 | 0,05% | | | |
| 251 | Miguel Luis Jara Cespedes | 3856 | 128.800.000 | 0,17% | JORGE PAREDES | | JPAREDES@TORREYCIA.CL |
| 252 | Gesper Outsourcing Ltda. | 3875 | 49.725.000 | 0,07% | Viviana Quezada | | Viviana.quezada 17 |

Ramón Loco Nguuro

141

Código de Verificación
CABG-AAC-AACCIBB

# LIQUIDACION FORZOSA
## Onix Capital S.A.

| N° | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|----|--------|------|-------|---|---------|-------|--------------------|
| 253 | Pabla Vega Artus | 3887 | 50.000.000 | 0,07% | | | |
| 254 | Mario Toral Muñoz | 3901 | 3.374.238.732 | 4,47% | Eduardo Figueroa | | NOTIFICACIONES@ VIALSERRATO.CL |
| 255 | Marcela Clara Stange Jorquera | 3918 | 45.760.000 | 0,06% | Lino Visi familio | | ldisi@adepa.cl |
| 256 | **Oscar Bustorf Berardi y otros** | 4572 | 9.798.371.762 | 12,99% | RAFAEL GOMEZ | | rgomez@rgbycia.cl |
| 257 | Flora Uribe Martinez | 4609 | 31.526.598 | 0,04% | Matizi Dena: | | mdaneri@dgycia.cl |
| 258 | Inversiones Tadeo Spa | 4617 | 13.040.795 | 0,02% | ✓ ✓ | | |
| 259 | Roberto Baltra Domeyko | 4630 | 78.150.000 | 0,10% | ✓ ✓ | | |
| 260 | Ludmila Vasquez Schnake | 4647 | 5.701.431 | 0,01% | ✓ ✓ | | |
| 261 | Carlos Briones Lea-Plaza | 4705 | 144.887.488 | 0,19% | ✓ ✓ | | |
| 262 | Ana Gonzalez Llanos | 4718 | 3.993.992 | 0,01% | | | |
| 263 | Sandra Leon Apablaza | 4727 | 3.629.914 | 0,00% | | | |
| 264 | Jose Alvarez Morales | 4736 | 2.469.081 | 0,00% | | | |
| 265 | Maria Ramirez Caviedes y otra | 4742 | 100.000.000 | 0,13% | | | |
| 266 | **Alaluf Propiedades S.A. y Mariana Maino** | 4744 | 140.000.000 | 0,19% | | | |

## LIQUIDACION FORZOSA
## Onix Capital S.A.

| Nº | Nombre | Foja | Monto | % | Abogado | FIRMA | CORREO ELECTRONICO |
|---|---|---|---|---|---|---|---|
| 267 | Gabriela Paz Espinosa Hormazabal | 4746 | 20.188.040 | 0,03% | | | |
| 268 | Nina Amor Hormazabal Poblete | 4749 | 10.528.634 | 0,01% | | | |
| 269 | Gladys Paulina Tschorne Tetelman | 4752 | 87.554.000 | 0,12% | | | |
| 270 | Ana Fuentes Martinez | 4755 | 16.210.297 | 0,02% | | | |
| 271 | Raul Penna Melo | 4759 | 20.172.000 | 0,03% | | | |
| | | | | 0,00% | | | |
| | | | 75.438.996.213 | 100,00% | | | |

Total Acreedores Presentes   177

Monto Acreedores Presentes   $ 60.994.183.681.-

Porcentaje Acreedores Presentes   81

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**

# REPORT

# CONSTITUENT BOARD OF CREDITORS

# FORCED LIQUIDATION

# ONIX CAPITAL S.A.

# R.U.T. [TIN] No. 76.052.559-6

- 30th Civil Court of Santiago
- Cause Registration No. C-9217-2016
- Constituent Board of Creditors
- June 29, 2016, at 15:00

**Cerro El Plomo No. 5420 – Office 908 – Las Condes**
**Telephone: 28404220**

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**

# CONTENTS

**1.** Art. 196 of Law 20.270

**2.** General Background

**3.** Measures Taken

**4.** Attachment Proceeding

**5.** Forced Liquidation Proceeding against the Debtor Company

**6.** Status of the Debtor's Business

**7.** Debtor's Assets

**8.** Liabilities of the Debtor

**9.** Appendices

**Cerro El Plomo No. 5420 - Office 908 - Las Condes**
**Telephone: 28404220**

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**

## 1. PURSUANT TO ART. 196 OF LAW 20.270, THE FOLLOWING MATTERS MUST BE ADDRESSED IN THE CONSTITUENT BOARD OF CREDITORS:

1. Account of the Bankruptcy Liquidator.
2. Ratification of the Provisional Incumbent and Substitute Liquidators or failing that appointment of their replacements.
3. Setting of the date, time and place at which the Ordinary meetings of the Board of Creditors shall be held.
4. Appointment from among the creditors of an incumbent and substitute chairman and an incumbent and substitute secretary for future meetings.
5. A reasoned plan or proposal to liquidate the debtor's assets, an estimate of the principal expenses of the Bankruptcy Liquidation Proceeding.
6. Such other agreement as the board deems appropriate, with the exception of those relating to matters specific to the Extraordinary Meetings.

## 2. GENERAL BACKGROUND

On April 13, 2016, Mr. Felipe Solanich Aguírre, a Professional acting on behalf of **Inversiones Aguasoro Limitada,** all domiciled at calle Domingo Bondi No. 990, apartment No. 151, Municipality of Las Condes, requested the declaration of Forced Bankruptcy Liquidation by the debtor company **Onix Capital S.A.,** legally represented by Mrs. Verónica Rajii Krebs, domiciled at Avda. Las Condes No. 11.380, office No. 41, Municipality of Las Condes, all pursuant to Articles 117 *et seq.* of Law 20.720.

**Cerro El Plomo No. 5420 – Office 908 - Las Condes**
**Telephone: 28404220**

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**

In a decision dated May 04, 2016, by the Thirtieth Civil Court of Santiago, a judgment of Forced Liquidation was issued in respect of the debtor company **Onix Capital S.A.**, TIN 76.052.559-6, domiciled at calle La Luma No. 1160, apartment No. 1103, Municipality of Vitacura, with Mr. Carlos Parada Abate being appointed as Incumbent Liquidator and Mr. Tomas Andrews Hamilton as Substitute Liquidator.

On May 05, 2016, the Bankruptcy Liquidator Mr. Carlos Parada Abate accepted the responsibility and swore to discharge it faithfully pursuant to the provisions set forth in articles 37 and 274 of Law 20.720 on Insolvency and Restructuring and proceeded to publish the Liquidation judgments in the Boletín Concursal [Bankruptcy Bulletin] on May 09, 2016, being informed of the proceedings.

## 3. MEASURES TAKEN.

Once he had accepted the responsibility, the Bankruptcy Liquidator proceeded to take the following measures:

### 3.1. Correspondence Issued

Pursuant to the provisions set forth in Art. 36 of Law 20.720 on Insolvency and Restructuring, notice of this Liquidation was communicated in writing to:

- ➢ Servicio de Impuestos Internos [Internal Tax Service — SII]
- ➢ Servicio Nacional de Aduanas [National Customs Service]
- ➢ Tesorería General de la República [Treasury General of the Republic]
- ➢ Empresa Correos de Chile [Chilean Postal Service]
- ➢ Superintendencia de Bancos [Bank Oversight Authority]
- ➢ Superintendencia de Valores y Seguros [Securities and Insurance Oversight Authority]

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**

In addition, he appeared personally at the Internal Tax Service for the purpose of reporting the present liquidation decision and requesting change of legal representative and code numbers.

Subsequently, on May 19, 2016, I was cited by the aforementioned Service to submit a copy of the decree of attachment. On May 24, 2016, copies of the decree of attachment, the liquidation decision and the oath were received by an official of the SII.

On June 03, 2016, I was notified of Exempt Resolution No. 1176/2016 of the Internal Tax Service in which I was given territorial authority to audit Onix Capital S.A. in connection with other taxpayers audited by the Eastern Santiago Regional Tax Board.

**3.2.  Publication of the Liquidation Judgment in the Bankruptcy Bulletin.**

On May 09, 2016, the Forced Liquidation Judgment was published in the Bankruptcy Bulletin.

**4.  ATTACHMENT PROCEEDING**

Having assumed his responsibilities and pursuant to Article 163 of Law 20.270, the Bankruptcy Liquidator proceeded to appear, within the legal period, at the domicile of the debtor company indicated in the Liquidation judgment in order to attach all of the debtor's assets under inventory.

**Cerro El Plomo No. 5420 - Office 908 - Las Condes**
**Telephone: 28404220**

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**

**ATTACHMENT CARRIED OUT AT:**
**Calle La Luma No. 1160, Apartment 1103, Municipality of Vitacura.**
**Avda. Las Condes No. 11380, office No. 41, Municipality of Vitacura.**

At 15:30 on May 06, 2016, in the presence of Mr. Juan Muñoz Yáñez in his capacity as Certifying Officer, the formality began of attaching and taking an inventory of the assets of the bankrupt company at the domicile indicated in the liquidation judgment dated May 04, 2016, that is calle La Luma No. 1160, Apartment 1103, Municipality of Vitacura.

Also present were Mrs. Patricia Hoces Vergara and Mr. Claudio Domínguez Reyes on behalf of the Superintendencia de Insolvencia y Reemprendimiento [Bureau of Insolvency and Restructuring] together with the Liquidator's advisors.

We were assisted at this domicile by Mr. Alejandro Hueche, the Porter of the Building, who informed the liquidator that this is an apartment building and that apartment No. 1103 is owned by Mrs. Verónica Rajii Krebs and that it is currently vacant.

Subsequently, at 17:00, we traveled to the domicile located at Avda. Las Condes No. 11380, office No. 41, Municipality of Vitacura, corresponding to the offices of the debtor company, where we were assisted by Mr. Mauricio Páez, identity card No. 12.513.525-0, Administrative Supervisor of the debtor company Onix Capital S.A., and by the debtor's attorney Mr. Miguel Hinzpeter, who informed the liquidator that these offices had been leased to Mr. Daniel Gamib, and that all of the accounting documentation and computers owned by the debtor company had been attached by the Eastern Region Prosecutor's Office via Prosecutor Carlos Gajardo, aside from placing those movable goods located there at our disposal.

Carlos Parada Abate
Attorney — Bankruptcy Liquidator

**EXTENSION OF ATTACHMENT CARRIED OUT AT:**

**Avda. Las Condes No. 11380, storeroom No. 9, Municipality of Vitacura**

At 17:00 on May 27, 2016, in the presence of Mr. Juan Claudio Muñoz Yáñez in his capacity as Certifying Officer, the process began of extending the attachment and inventory of assets to the domicile located at Avda. Las Condes No. 11380, storeroom No. 9, Municipality of Vitacura.

At this domicile we were assisted by Mr. Daniel Garib Nazal on behalf of Inversiones Las Quilas Limitada who provided the following documents found in storeroom No. 9:

➢ 4 files containing original numbered investor promissory notes.
➢ 5 files containing payment of taxes on a loan for consumption.

**ACT OF RECEIPT OF THE PROPERTIES**

On May 27, 2016, the liquidator proceeded to receive the property located at Avda. Las Condes No. 11380, office No. 41, storeroom No. 9 and parking space numbers 25, 34, 35 and 36, Municipality of Vitacura, owned by Inversiones Las Quilas Limitada, which was received at his full satisfaction.

**5.      FORCED LIQUIDATION PROCEEDING AGAINST THE DEBTOR COMPANY**

**5.1.      Hearing provided for in Art. 190 of Law 20.270.**

The Bankruptcy Liquidator Carlos Parada Abate reports that at 15:00 on June 28, 2016, he appeared before the court for the purpose of conducting the hearing set forth in Art. 190 of Law 20.720 on Insolvency and Restructuring, in which he provided a written report on the credibility of the verified unpaid credits in order that the constituent board of creditors could take a vote

Carlos Parada Abate
Attorney — Bankruptcy Liquidator

in the meeting scheduled for 15:00 on June 29, 2016, in the facilities of the Thirtieth Civil Court of Santiago, which vote the court authorized the meeting to take in respect of the credits verified as of June 14, 2016. It should be noted that this hearing was initially set for June 15, 2016, but was postponed by the courts in view of the number of verifications submitted during the last few days.

## 5.2. List of Creditors with a right to vote.

| N° | Nombre | Foja | Monto |
|---|---|---|---|
| 1 | Verónica Folch Maass | 77 | 54.550.000 |
| 2 | José Ignacio Pérez Montenegro | 84 | 72.996.000 |
| 3 | Inversiones Aguasoro Ltda. | 97 | 270.000.000 |
| 4 | Andrew Ried Woodforde-Booth | 103 | 50.265.000 |
| 5 | Graciela Guerrero Correa | 109 | 22.203.259 |
| 6 | Carlos Leighton Torres | 114 | 138.650.000 |
| 7 | Benjamín Concha Gazmuri | 123 | 214.392.690 |
| 8 | Matías Aparicio Pizarro | 132 | 9.341.214 |
| 9 | Rebeca Pizarro Baeza | 137 | 10.000.000 |
| 10 | Martina Loretta Santis Ottone | 144 | 22.340.000 |
| 11 | María González Bravo | 152 | 181.597.281 |
| 12 | Mario Canessa García | 159 | 33.384.274 |
| 13 | Macarena Darrigrandi Gálvez | 164 | 58.626.659 |
| 14 | Willy Ruff Ferres | 168 | 58.382.589 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 15 | Regina Lira Valdés | 172 | 18.682.428 |
|----|---------------------|-----|------------|
| 16 | Carlos Palacios Iturrieta | 176 | 110.500.000 |
| 17 | Patricia Lueje Phillips | 181 | 17.299.779 |
| 18 | Inversiones V y V S.A. | 188 | 1.058.400.000 |
| 19 | Rodrigo Facuse Zaror | 196 | 41.846.636 |
| 20 | Javier Ignacio Facuse Zaror | 202 | 39.200.000 |
| 21 | Inversiones Camarico Ltda. | 210 | 179.342.726 |
| 22 | Matías Patricio Facuse Zaror | 216 | 41.846.636 |
| 23 | Cindy Ruff Fuentes | 221 | 102.550.000 |
| 24 | Fondos de Inversiones Privado GD | 227 | 2.016.453.357 |
| 25 | Andrés Sarasua Marchesse | 244 | 9.864.762 |
| 26 | Gina Marchesse Gonzalez | 250 | 75.258.889 |
| 27 | Marcia Zelada Martínez | 255 | 11.772.355 |
| 28 | Marcia Zelada Martínez | 260 | 5.838.259 |
| 29 | Claudia Jadue Zelada | 269 | 29.191.294 |
| 30 | Claudia Jadue Zelada | 278 | 19.087.526 |
| 31 | Asesorías e Inversiones El Alemein Ltda. | 290 | 22.846.604 |
| 32 | Carlos Bascuñan Edwards | 306 | 157.636.353 |
| 33 | María Ginesta Bascuñan | 316 | 29.191.294 |
| 34 | Francisca Tagle Veyl | 331 | 86.734.800 |
| 35 | Carolina Wajner Aparicio | 405 | 87.200.000 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 36 | Carlos Araya Valdebenito- Carolina Araya Zapata - José Amado Rivas | 416 | 499.664.000 |
|----|---|---|---|
| 37 | Lorena Vilaza Massardo | 450 | 192.500.000 |
| 38 | María Massardo Luco | 456 | 39.725.000 |
| 39 | Bernardo Aldea Villagran  US$21680 | 466 | 14.478.771 |
| 40 | Marissa Acevedo Moyano y otros | 516 | 737.916.520 |
| 41 | Nicolás Gougain Campusano | 546 | 43.747.973 |
| 42 | Humberto Luciano Gougain Oliva | 553 | 87.495.947 |
| 43 | Lucien  Gougain Campusano | 561 | 142.910.047 |
| 44 | Álvaro Desmadryl Barba y Priscila  Dionis | 571 | 68.635.391 |
| 45 | Patricia Cdurdurier Humaña y otra | 576 | 38.495.961 |
| 46 | Bernardita  Hoces de la Guardia y otro | 584 | 93.510.000 |
| 47 | Ximena del Canto Satelices | 593 | 14.500.000 |
| 48 | Rafael Herskovic Minond | 601 | 16.755.000 |
| 49 | Viviana  Uribe Haddad   us$178.875,00 | 610 | 119.459.880 |
| 50 | Alfredo Prieto Parra | 618 | 17.514.777 |
| 51 | Alexandra Manache Simonato | 628 | 29.055.911 |
| 52 | Valeria Reyes Rodríguez | 638 | 97.150.000 |
| 53 | Claudia Reyes Rodríguez | 647 | 96.145.000 |
| 54 | María Honorato Román | 658 | 118.200.000 |
| 55 | Evelyn Gayoso Venegas | 671 | 43.050.000 |
| 56 | Juan Pablo Varas Honorato | 681 | 93.940.000 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 57 | Sebastián Méndez Siques y otro US$300.000,00 | 697 | 200.352.000 |
|----|----------------------------------------------|-----|-------------|
| 58 | Francisco Javier Prieto Salgado | 705 | 5.838.259 |
| 59 | Paulina Alexandra Uribe Haddas $48.639.829 y us$8.545,56 | 718 | 54.346.896 |
| 60 | Cristian Alejandro Apablaza Alcantar | 734 | 130.000.000 |
| 61 | Lino Fernández Concha | 740 | 63.000.000 |
| 62 | María Landaida Ortiz | 768 | 30.000.000 |
| 63 | Inverland SPA | 786 | 23.353.036 |
| 64 | Karen Jadue Arancibia | 825 | 20.000.000 |
| 65 | Alan Verdugo Zimerman y otros (50) | 1023 | 1.837.179.083 |
| 66 | Lia Dicowsky Sircovich y otros | 1063 | 165.288.000 |
| 67 | María Eugenia Rodríguez Quiroz | 1073 | 35.880.000 |
| 68 | Paulo Brignardello Rodríguez | 1077 | 77.520.000 |
| 69 | Paulina Cabezas Leuton | 1080 | 24.520.687 |
| 70 | Gregorio Schepeler Álamos | 1093 | 92.050.000 |
| 71 | Emma Torres Montalbetti | 1102 | 77.752.756 |
| 72 | María Jacou Montes | 1110 | 12.730.000 |
| 73 | Eliana Rodillo Borda | 1121 | 26.629.456 |
| 74 | Annamaria Rocca Moltedo | 1130 | 93.649.000 |
| 75 | Bernabé López Taverne | 1139 | 22.340.000 |
| 76 | Alois Bencina Kuzmanic | 1147 | 101.500.000 |
| 77 | Claudia Morales Soza | 1159 | 269.774.770 |

| 78 | Jorge Araya Zamorano  US$3.151.710,26 | 1188 | 2.104.838.180 |
| 79 | Marcos David Orrego Benjamín | 1200 | 26.629.456 |
| 80 | Susana del Carmen Feris Otto US$11.956,18 + 83693272 | 1208 | 91.678.087 |
| 81 | Olga Avendaño Otto y otro | 1225 | 14.950.000 |
| 82 | Jimena Toledo Bustamante | 1241 | 17.514.777 |
| 83 | Cristina Silva Peña | 1250 | 39.300.000 |
| 84 | Juan Sebastián Rock Fuenzalida | 1268 | 23.353.036 |
| 85 | María Mora Alarcón y otros | | 5.744.707.592 |
| 86 | Álvaro Marín Sievers | 1437 | 27.000.000 |
| 87 | Graciela Erazo Torricelli | 1457 | 141.510.135 |
| 88 | Asesorías e Inversiones RMZ Ltda. | 1463 | 12.523.900 |
| 89 | Asesorías e Inversiones Río Claro Ltda. | 1467 | 112.600.000 |
| 90 | Asesorías e Inversiones SCL Consulting Ltda. | 1473 | 55.200.000 |
| 91 | Roberto Sivori Correa | 1478 | 34.753.320 |
| 92 | María Salinas Fernández | 1483 | 39.910.017 |
| 93 | María Amenabar Zegers | 1487 | 242.785.000 |
| 94 | Andrés Rochette Garmendia | 1494 | 34.208.586 |
| 95 | Ibero Amerikanissche Technik S.A. | 1502 | 119.561.817 |
| 96 | Maximiliano Frías Ossandon | 1508 | 11.170.000 |
| 97 | Juan Pablo Swett Amenabar | 1512 | 379.500.000 |
| 98 | Juana Massud Massud | 1517 | 23.353.036 |

| 99 | Mariana Von Bergen Rodriguez | 1527 | 187.894.069 |
|---|---|---|---|
| 100 | Gestion y Desarrollo S.A. | 1534 | 100.000.000 |
| 101 | Asesorías e Inversiones Nahuel y Cia. Ltda. | 1548 | 121.800.000 |
| 102 | Fernanda Macan Cayazzo | 1553 | 30.000.000 |
| 103 | Comercial EU Clouthing Ltda. | 1561 | 40.000.000 |
| 104 | Sermar Ltda. | 1586 | 5.162.969.920 |
| 105 | Rodrigo Collantes Provoste / Maluc | 1609 | 965.120.000 |
| 106 | Dinko Korlaet Skarnic | 1632 | 346.200.000 |
| 107 | Florencia Vega Muñoz | 1645 | 25.000.000 |
| 108 | Dinko Korlaet Skarnic | 1656 | 201.500.000 |
| 109 | Juan Valenzuela Jiménez | 1666 | 37.626.000 |
| 110 | Oscar González Rodríguez | 1675 | 60.720.000 |
| 111 | Inversiones Fenic S.A. | 1701 | 629.150.000 |
| 112 | Andrés Sarria Tapia | 1713 | 73.400.000 |
| 113 | Danilo Sarria Tapia | 1729 | 782.620.000 |
| 114 | Marcela Vásquez Pizarro | 1740 | 82.900.000 |
| 115 | Mirtha Skarnic Estay | 1749 | 187.895.000 |
| 116 | Maritza Korlaet Skarnic | 1769 | 172.912.000 |
| 117 | Amparo Claro Izquierdo | 1809 | 166.375.000 |
| 118 | Servicios Médicos e Inver. Baeza Lopez y otros | 1832 | 348.774.575 |
| 119 | Marcelo Ventura Svigilsky y otros US$412,069,64 | 1855 | 457.105.033 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 120 | Vicente Cortes Ciror | 1866 | 20.780.000 |
|-----|----------------------|------|------------|
| 121 | Daniela San Juan Fredes | 1872 | 23.353.036 |
| 122 | Adriana Valenzuela Lobos | 1891 | 32.725.910 |
| 123 | Inversiones Guerrero Ltda. | 1908 | 379.729.294 |
| 124 | Adriana Guerrero Valenzuela | 1917 | 19.950.000 |
| 125 | Mario Castillo Salazar | 1924 | 17.934.273 |
| 126 | Francisco Guerrero Castex | 1933 | 74.996.636 |
| 127 | Pablo Vargas Herrera | 1940 | 75.992.000 |
| 128 | Francisco Javier Pérez Montenegro | 1954 | 310.030.000 |
| 129 | Carmen Callegari Panizza | 1968 | 190.227.415 |
| 130 | Macarena Jiles Bou | 1975 | 138.975.000 |
| 131 | Daniel Fischman Rajii y otros | 1995 | 1.498.364.305 |
| 132 | Asesorías e Inversiones Gestion Ltda. | 2005 | 51.300.000 |
| 133 | Inversiones Los Vinilos Ltda | 2018 | 141.425.000 |
| 134 | Odontología DRM Ltda. | 2027 | 157.730.000 |
| 135 | Nicolás Escobar Gómez | 2036 | 10.910.000 |
| 136 | Jacqueline O'Ryan Schutz | 2049 | 52.544.330 |
| 137 | María Cervantes Fernández | 2063 | 131.484.508 |
| 138 | Inversiones y Asesorias Terrasal Ltda. | 2074 | 12.197.500 |
| 139 | Allan Steinssapir Schwartz | 2083 | 79.363.206 |
| 140 | Myrna Schwartz Liftman | 2093 | 75.394.541 |

| 141 | Marcelo ErgasVentura | 2106 | 433.784.624 |
| 142 | Bernardo Heumann Malec | 2117 | 29.550.846 |
| 143 | Paola Ergas Waissbluth | 2128 | 18.309.408 |
| 144 | David Rosenberng Messina | 2140 | 19.134.903 |
| 145 | Ian Steinsapir Schwartz | 2154 | 86.518.665 |
| 146 | Andrea Lyon Prado | 2164 | 77.715.181 |
| 147 | Erick Gatica Martínez | 2170 | 11.572.000 |
| 148 | Marco Alvo Alaluf | 2176 | 51.500.000 |
| 149 | Inversiones El Chuncho Ltda. | 2184 | 21.920.000 |
| 150 | Inversiones Los Manitos Ltda. | 2191 | 45.400.000 |
| 151 | Inversiones DRM Ltda. | 2198 | 107.698.000 |
| 152 | Juana Duran Bustos | 2205 | 11.676.518 |
| 153 | Daniela Nahmias Papic | 2211 | 40.480.000 |
| 154 | Nevenka Palma Papic | 2217 | 15.964.007 |
| 155 | Paula Gómez Troncoso | 2224 | 20.910.000 |
| 156 | Constanza Jiménez Stevenson | 2232 | 21.528.000 |
| 157 | Claudio Aros Acuña y Marcela Aguirre lopez | 2252 | 148.828.000 |
| 158 | María Vieira Duplaquet | 2261 | 56.445.000 |
| 159 | David Adonay Gutiérrez | 2271 | 113.500.000 |
| 160 | Montserrat Contesse Novoa | 2282 | 60.175.000 |
| 161 | Annabella Cardone Viguera | 2292 | 110.877.174 |

| 162 | Claudia Uribe Palma | 2305 | 50.750.000 |
| 163 | Juan Manuel Ramos Castiglione | 2314 | 167.960.000 |
| 164 | Carmen Gloria Geisse Illanes | 2320 | 70.420.152 |
| 165 | Rodrigo Jiles Bou | 2329 | 248.180.000 |
| 166 | Isabel Bordeu Urrejola | 2335 | 19.638.000 |
| 167 | Inversiones Lirbu Uno Ltda | 2348 | 59.800.000 |
| 168 | Marcela Sepulveda Urzua | 2355 | 10.960.000 |
| 169 | Deportes o Inversiones Tomas González Ltda. | 2361 | 10.960.000 |
| 170 | Inmobiliaria Panel Dos Ltda. | 2369 | 338.000.000 |
| 171 | Inmobiliaria Panel Cuatro Ltda. | 2377 | 338.000.000 |
| 172 | Inversiones Lirbu Dos Ltda. | 2384 | 59.800.000 |
| 173 | Inmobiliaria Panel Tres Ltda. | 2393 | 338.000.000 |
| 174 | Paulina Díaz Spoerer | 2399 | 79.700.000 |
| 175 | María del Pilar González Martínez | 2413 | 1.050.400.000 |
| 176 | José Pablo Díaz Gatica | 2429 | 102.440.000 |
| 177 | José Pablo Díaz Gatica | 2431 | 210.369.600 |
| 178 | Paulina Díaz Spoerer | 2436 | 56.175.562 |
| 179 | Juan Eduardo Ossa Errazuriz | 2447 | 359.780.909 |
| 180 | Maria Teresa de la Maza Camus | 2456 | 180.000.000 |
| 181 | Soledad Ossa Errazuriz | 2462 | 73.077.892 |
| 182 | Gonzalo Trivelli Oyarzun | 2469 | 98.081.043 |

| 183 | José Joaquín Bustamante Fernández | 2474 | 114.700.000 |
|-----|-----------------------------------|------|-------------|
| 184 | Michele Van Klaveren Carrasola | 2482 | 34.627.000 |
| 185 | Inmobiliaria Santa María Manquehue y otros | 2550 | 864.787.036 |
| 186 | Jorge Buhler Mohr | 2578 | 362.000.000 |
| 187 | Inmobiliaria García Castilla Ltda. | 2587 | 250.000.000 |
| 188 | Marta Dockendorff Vallejos | 2602 | 253.106.245 |
| 189 | Rosario Liquitay Rojas | 2612 | 89.834.000 |
| 190 | Loreto Diez Arriaga | 2620 | 24.000.000 |
| 191 | María Montt Lyon y otros | 2643 | 636.150.000 |
| 192 | Tesorería General de la Republica | 2736 | 10.522.749.820 |
| 193 | Rodrigo Landeta Moya | 2743 | 266.144.000 |
| 194 | Benjamín González Bacigalupo | 2748 | 45.000.000 |
| 195 | Carolina Facusse Sevilhano | 2755 | 9.949.140 |
| 196 | Inversiones San Isidro S.A. | 2762 | 72.913.289 |
| 197 | Raúl Isidro Canales Cabello | 2774 | 296.980.000 |
| 198 | Verónica Hinrichsen Moya | 2781 | 68.000.000 |
| 199 | Ane Miren Landaeta Hinrichesen | 2789 | 23.840.000 |
| 200 | Anita Klein Dobbel | 2794 | 135.840.000 |
| 201 | Carolina Foncea Moreira | 2799 | 115.000.000 |
| 202 | José Eliseo del Rio Gumizio | 2804 | 27.925.000 |
| 203 | María Cecilia Perez Pervan | 2810 | 84.160.000 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 204 | José Ramón Abatte Perez | 2818 | 134.384.000 |
|-----|--------------------------|------|-------------|
| 205 | Juan Pablo Fuentes Baltierra Urzua | 2829 | 87.450.000 |
| 206 | Bernardita Diaz Silva | 2835 | 5.838.259 |
| 207 | María Angélica Baltierra Urzua | 2841 | 14.800.000 |
| 208 | Mónica Sabah Domínguez | 2846 | 25.350.000 |
| 209 | Lucila Haddad Moya | 2851 | 10.650.000 |
| 210 | José Luis Argandoña Toro | 2859 | 87.060.000 |
| 211 | Hernán Ordenes González | 2865 | 32.694.250 |
| 212 | José Antonio Ramírez Baudet | 2871 | 79.830.000 |
| 213 | Claudio Miranda Cárdenas | 2879 | · 53.040.000 |
| 214 | Barbará Inés Ruiz y otros | 3392 | 2.038.520.553 |
| 215 | Marta Mizgier Hochschild | 3442 | 126.627.561 |
| 216 | Laura Urresty Huerta | 3447 | 55.842.914 |
| 217 | Camila Yver Morales | 3453 | 30.647.500 |
| 218 | Claudio Miranda y Cia. | 3462 | 160.480.000 |
| 219 | María Pilar Santa Cruz | 3467 | 10.910.000 |
| 220 | Pamela González Cataldo | 3472 | 55.850.000 |
| 221 | Inmobiliaria e Inv. Domínguez Sánchez | 3478 | 110.500.000 |
| 222 | Andrea Pérez Villalobos | 3483 | 23.353.036 |
| 223 | Luis Calderón Morales | 3490 | 86.174.000 |
| 224 | Nicolás Lisoni Benoit | 3498 | 91.594.000 |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 225 | Asesorías y Distribuciones Lisoni y Calderón | 3505 | 161.250.000 |
|-----|----------------------------------------------|------|-------------|
| 226 | Juana Schorr Rubel | 3513 | 61.600.000 |
| 227 | Rodrigo Abatto Pérez | 3518 | 39.095.000 |
| 228 | Andrea Saravia Arriagada y Rosa Arriagada Colvin | 3536 | 47.730.000 |
| 229 | María Inés Castiglione Dueñas | 3546 | 98.120.000 |
| 230 | Asesorías e Inversiones Cachito Ltda. | 3564 | 148.400.000 |
| 231 | Pedro García Augier | 3578 | 99.450.000 |
| 232 | Macarena García Sirandoni | 3593 | 41.615.000 |
| 233 | Fernando Vargas Garay | 3608 | 151.450.000 |
| 234 | Joaquín Salvatierra Vargas | 3622 | 135.850.000 |
| 235 | Rosa Velasco Ringeling | 3637 | 53.972.378 |
| 236 | Cristian Schindler Schaub | 3661 | 128.577.990 |
| 237 | Gastón Fernández Montalban | 3668 | 137.500.000 |
| 238 | Anita María Salemi Argeñal | 3674 | 21.000.000 |
| 239 | Nicolás Kolubakin Muñoz | 3681 | 32.000.000 |
| 240 | María Angélica Firmani Hispa y otros | 3750 | 898.439.850 |
| 241 | Francisco Solanich y otros | 3776 | 206.000.000 |
| 242 | María Palacios Callegari | 3792 | 152.520.005 |
| 243 | Romina Musalem Callegari | 3803 | 72.570.000 |
| 244 | Denise Haeussler Lutherbee | 3809 | 32.694.250 |
| 245 | Anita Leathobee Gazitua | 3814 | 46.740.000 |

| 246 | Lupercio Baeza Zobeck | 3819 | 257.643.151 |
|-----|-----------------------|------|-------------|
| 247 | María Justiniano Peralta | 3828 | 62.039.462 |
| 248 | Claudia Otoya Phillipps | 3833 | 11.170.000 |
| 249 | Inmobiliaria Panel Ltda. | 3841 | 338.000.000 |
| 250 | Tomas González Sepúlveda | 3848 | 34.997.000 |
| 251 | Miguel Luis Jara Céspedes | 3856 | 128.800.000 |
| 252 | Gesper Outsourcing Ltda. | 3875 | 49.725.000 |
| 253 | Pabla Vega Artus | 3887 | 50.000.000 |
| 254 | Mario Toral Muñoz | 3901 | 3.374.238.732 |
| 255 | Marcela Clara Stange Jorquera | 3918 | 45.760.000 |
| 256 | Oscar Bustorf Berardi y otros | 4572 | 9.798.371.762 |
| 257 | Flora Uribe Martínez | 4609 | 31.526.598 |
| 258 | Inversiones Tadeo Spa | 4617 | 13.040.795 |
| 259 | Roberto Baltra Domeyko | 4630 | 78.150.000 |
| 260 | Ludmila Vásquez Schnake | 4647 | 5.701.431 |
| 261 | Carlos Briones Lea-Plaza | 4705 | 144.887.488 |
| 262 | Ana González Llanos | 4718 | 3.993.992 |
| 263 | Sandra León Apablaza | 4727 | 3.629.914 |
| 264 | José Álvarez Morales | 4736 | 2.469.081 |
| 265 | María Ramírez Caviedes y otra | 4742 | 100.000.000 |
| 266 | Alaluf Propiedades S.A. y Mariana Maino | 4744 | 140.000.000 |

| 267 | Gabriela Paz Espinosa Hormazábal | 4746 | 20.188.040 |
| 268 | Nina Amor Hormazabal Poblete | 4749 | 10.528.634 |
| 269 | Gladys Paulina Tschorne Tetelman | 4752 | 87.554.000 |
| 270 | Ana Fuentes Martínez | 4755 | 16.210.297 |
| 271 | Raúl Penna Melo | 4759 | 20.172.000 |

## 5.3. Statutory verification period

On June 14, 2016, steps were taken as a matter of absolute right to close the statutory verification period pursuant to the provisions set forth in Art. 172 of Law 20.720 on Insolvency and Restructuring. This document was enclosed with the liquidation proceeding dated June 15, 2016, and published in the Bankruptcy Bulletin on June 16, 2016.

## 5.4. Verified credits

On June 15, 2016, the Bankruptcy Liquidator informed the court of the list of verified credits pursuant to the provisions set forth in Art. 172 of Law 20.720 on Insolvency and Restructuring, which are included below, and which was published in the Bankruptcy Bulletin on June 16, 2016.

## LIST OF VERIFIED CREDITS

| N° | Nombre | Foja | Monto | |
|---|---|---|---|---|
| 1 | Verónica Folch Maass | 77 | 54.550.000 | Valista |
| 2 | Inversiones Aguasoro Ltda. | 97 | 270.000.000 | Valista |
| 3 | José Ignacio Pérez Montenegro . | 84 | 72.996.000 | Valista |
| 4 | Graciela Guerrero Correa | 109 | 22.203.259 | Valista |
| 5 | Carlos Leighton Torres | 114 | 138.650.000 | Valista |
| 6 | Benjamín Concha Gazmuri | 123 | 214.392.690 | Valista |
| 7 | Rebeca Pizarro Baeza | 137 | 10.000.000 | Valista |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 8 | Matías Aparicio Pizarro | 132 | 9.341.214 | Valista |
|---|---|---|---|---|
| 9 | Maria González Bravo | 152 | 181.597.281 | Valista |
| 10 | Mario Canessa García | 159 | 33.384.274 | Valista |
| 11 | Macarena Darrigrandi Gálvez | 164 | 58.626.659 | Valista |
| 12 | Regina Lira Valdés | 172 | 18.682.428 | Valista |
| 13 | Willy Ruff Ferres | 168 | 58.382.589 | Valista |
| 14 | Carlos Palacios Iturrieta | 176 | 110.500.000 | Valista |
| 15 | Patricia Lueje Phillips | 181 | 17.299.779 | Valista |
| 16 | Inversiones V y V S.A. | 188 | 1.058.400.000 | Valista |
| 17 | Rodrigo Facuse Zaror | 196 | 41.846.636 | Valista |
| 18 | Inversiones Camarico Ltda. | 210 | 179.342.726 | Valista |
| 19 | Javier Ignacio Facuse Zaror | 202 | 39.200.000 | Valista |
| 20 | Matías Patricio Facuse Zaror | 216 | 41.846.636 | Valista |
| 21 | Cindy Ruff Fuentes | 221 | 102.550.000 | Valista |
| 22 | Martina Loretta Santis Ottone | 144 | 22.340.000 | Valista |
| 23 | Gina Marchesse González | 250 | 75.258.889 | Valista |
| 24 | Andrés Sarasua Marchesse | 244 | 9.864.762 | Valista |
| 25 | Marcia Zelada Martínez | 255 | 11.772.355 | Valista |
| 26 | Marcia Zelada Martínez | 260 | 5.838.259 | Valista |
| 27 | Claudia Jadue Zelada | 269 | 29.191.294 | Valista |
| 28 | Claudia Jadue Zelada | 278 | 19.087.526 | Valista |
| 29 | Asesorías e Inversiones El Alemein Ltda. | 290 | 22.846.604 | Valista |
| 30 | Carlos Bascuñán Edwards | 306 | 157.636.353 | Valista |
| 31 | Maria Ginesta Bascuñan | 316 | 29.191.294 | Valista |
| 32 | Francisca Tagle Veyl | 331 | 86.734.800 | Valista |
| 33 | Carlos Araya Valdebenito- Carolina Araya Zapata - Jose Amado Rivas | 416 | 499.664.000 | Valista |
| 34 | Carolina Wajner Aparicio | 405 | 87.200.000 | Valista |
| 35 | Marissa Acevedo Moyano y otros | 516 | 737.916.520 | Valista |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 36 | Álvaro Desmadryl Barba y Priscila Dionis | 571 | 68.635.391 | Valista |
|----|------------------------------------------|-----|-------------|---------|
| 37 | María Massardo Luco | 456 | 39.725.000 | Valista |
| 38 | Lorena Vilaza Massardo | 450 | 192.500.000 | Valista |
| 39 | Bernardita Hoces de la Guardia y otro | 584 | 93.510.000 | Valista |
| 40 | Ximena del Canto Santelices | 593 | 14.500.000 | Valista |
| 41 | Rafael Herskovic Minond | 601 | 16.755.000 | Valista |
| 42 | Viviana Uribe Haddad us$178.875,00 | 610 | 119.459.880 | Valista |
| 43 | Alfredo Prieto Parra | 618 | 17.514.777 | Valista |
| 44 | Alexandra Manache Simonato | 628 | 29.055.911 | Valista |
| 45 | Valeria Reyes Rodríguez | 638 | 97.150.000 | Valista |
| 46 | Claudia Reyes Rodríguez | 647 | 96.145.000 | Valista |
| 47 | María Honorato Román | 658 | 118.200.000 | Valista |
| 48 | Evelyn Gayoso Venegas | 671 | 43.050.000 | Valista |
| 49 | Juan Pablo Varas Honorato | 681 | 93.940.000 | Valista |
| 50 | Francisco Javier Prieto Salgado | 705 | 5.838.259 | Valista |
| 51 | Paulina Alexandra Uribe Haddas $48.639.829 y us$8.545,56 | 718 | 54.346.896 | Valista |
| 52 | Cristian Alejandro Apablaza Alcantar | 734 | 130.000.000 | Valista |
| 53 | Lino Fernández Concha | 740 | 63.000.000 | Valista |
| 54 | Marín Landaida Ortiz | 768 | 30.000.000 | Valista |
| 55 | Inverland SPA | 786 | 23.353.036 | Valista |
| 56 | Lia Dicowsky Sircovich y otros | 1063 | 165.288.000 | Valista |
| 57 | Paulina Cabezas Leuton | 1080 | 24.520.687 | Valista |
| 58 | Gregorio Schepeler Álamos | 1093 | 92.050.000 | Valista |
| 59 | Emma Torres Montalbetti | 1102 | 77.752.756 | Valista |
| 60 | María Jacou Montes | 1110 | 12.730.000 | Valista |
| 61 | Eliana Rodillo Borda | 1121 | 26.629.456 | Valista |
| 62 | Annamaria Rocca Moltedo | 1130 | 93.649.000 | Valista |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 63 | Bernabe López Taverne | 1139 | 22.340.000 | Valista |
|---|---|---|---|---|
| 64 | Alois Bencina Kuzmanic | 1147 | 101.500.000 | Valista |
| 65 | Claudia Morales Soza | 1159 | 269.774.770 | Valista |
| 66 | Marcos David Orrego Benjamín | 1200 | 26.629.456 | Valista |
| 67 | Olga Avendaño Otto y otro | 1225 | 14.950.000 | Valista |
| 68 | Jimena Toledo Bustamante | 1241 | 17.514.777 | Valista |
| 69 | Cristina Silva Peña | 1250 | 39.300.000 | Valista |
| 70 | Juan Sebastián Rock Fuenzalida. | 1258 | 23.353.036 | Valista |
| 71 | María Mora Alarcón y otros | 1406 | 5.744.707.592 | Valista |
| 72 | Álvaro Marin Sievers | 1437 | 27.000.000 | Valista |
| 73 | Graciela Erazo Torricelli | 1457 | 141.510.135 | Valista |
| 74 | Asesorías e Inversiones SCL Consulting Ltda. | 1473 | 55.200.000 | Valista |
| 75 | Roberto Sivori Correa | 1478 | 34.753.320 | Valista |
| 76 | María Salinas Fernández | 1483 | 39.910.017 | Valista |
| 77 | Andrés Rochette Garmendia | 1494 | 34.208.586 | Valista |
| 78 | Maximiliano Frías Ossandon | 1508 | 11.170.000 | Valista |
| 79 | Juan Pablo Swett Amenabar | 1512 | 379.500.000 | Valista |
| 80 | Juana Massud Massud | 1517 | 23.353.036 | Valista |
| 81 | Mariana Von Bergen Rodriguez | 1527 | 187.894.069 | Valista |
| 82 | Gestión y Desarrollo S.A. | 1534 | 100.000.000 | Valista |
| 83 | Asesorías e Inversiones Nahuel y Cía. Ltda. | 1548 | 121.800.000 | Valista |
| 84 | Fernanda Macan Cayazzo | 1553 | 30.000.000 | Valista |
| 85 | Comercial EU Clouthing Ltda. | 1561 | 40.000.000 | Valista |
| 86 | Maritza Korlaet Skarnic | 1769 | 56.992.000 | Valista |
| 87 | Marcela Vasquez Pizarro | 1740 | 82.900.000 | Valista |
| 88 | Mirtha Skarnic Estay | 1749 | 187.895.000 | Valista |
| 89 | Inversiones Fenic S.A. | 1701 | 629.150.000 | Valista |
| 90 | Andrés Sarria Tapia | 1713 | 73.400.000 | Valista |

| 91 | Danilo Sarria Tapia | 1729 | 782.620.000 | Valista |
| 92 | Juan Valenzuela Jimenez | 1666 | 37.526.000 | Valista |
| 93 | Sermar Ltda. | 1586 | 5.162.969.920 | Valista |
| 94 | Rodrigo Collantos Provoste / Maluc | 1609 | 965.120.000 | Valista |
| 95 | Florencia Vega Muñoz | 1645 | 25.000.000 | Valista |
| 96 | Oscar González Rodríguez | 1675 | 60.720.000 | Valista |
| 97 | Dinko Korlaet Skarnic | 1632 | 346.200.000 | Valista |
| 98 | Dinko Korlaet Skarnic | 1656 | 201.500.000 | Valista |
| 99 | Amparo Claro Izquierdo | 1809 | 166.375.000 | Valista |
| 100 | Daniela San Juan Fredes | 1872 | 23.353.036 | Valista |
| 101 | Vicente Cortes Cirer | 1866 | 20.780.000 | Valista |

## 5.5. Extension of list of credits verified during the statutory period

On June 29, 2016, the Bankruptcy Liquidator submitted the extension of the list of credits verified during the statutory period to the court including the following credits, which shall be published in the Bankruptcy Bulletin on June 30, 2016.

## EXTENSION OF LIST OF VERIFIED CREDITS

| N° | Nombre | Foja | Monto | Preferencia / Valista |
|----|--------|------|-------|----------------------|
| 1 | Fondos de Inversiones Privado GD | 227 | 2.016.453.357 | Valista |
| 2 | Bernardo Aldea Villagran US$21680 | 466 | 14.478.771 | Valista |
| 3 | Nicolás Gouguin Campusano | 546 | 43.747.973 | Valista |
| 4 | Lucien Gougain Campusano | 561 | 142.910.047 | Valista |
| 5 | Sebastián Méndez Siques y otro US$300.000,00 | 697 | 200.352.000 | Valista |
| 6 | Marcelo Ventura Svigilsky y otros US$412,069,64 | 1855 | 457.105.033 | Valista |
| 7 | Pablo Vargas Herrera | 1940 | 75.992.000 | Valista |

Carlos Parada Abate
Abogado – Liquidador Concursal

| 8 | Francisco Javier Pérez Montenegro | 1954 | 310.030.000 | Valista |
|---|---|---|---|---|
| 9 | Macarena Jiles Bou | 1975 | 138.975.000 | Valista |
| 10 | Odontología DRM Ltda. | 2027 | 157.730.000 | Valista |
| 11 | Paola Ergas Waissbluth | 2128 | 18.309.408 | Valista |
| 12 | David Rosenberng Messina | 2140 | 19.134.903 | Valista |
| 13 | Andrea Lyon Prado | 2164 | 77.715.181 | Valista |
| 14 | Erick Gatica Martínez | 2170 | 11.672.000 | Valista |
| 15 | Marco Alvo Alaluf | 2176 | 51.500.000 | Valista |
| 16 | Inversiones El Chuncho Ltda. | 2184 | 21.920.000 | Valista |
| 17 | Inversiones Los Manitos Ltda. | 2191 | 45.400.000 | Valista |
| 18 | Inversiones DRM Ltda. | 2198 | 107.698.000 | Valista |
| 19 | Juana Duran Bustos | 2205 | 11.676.518 | Valista |
| 20 | Daniela Nahmias Papic | 2211 | 40.480.000 | Valista |
| 21 | Nevenka Palma Papic | 2217 | 15.964.007 | Valista |
| 22 | Paula Gómez Troncoso | 2224 | 20.910.000 | Valista |
| 23 | Constanza Jiménez Stevenson | 2232 | 21.528.000 | Valista |
| 24 | Claudio Aros Acuña y Marcela Aguirre lopez | 2252 | 148.828.000 | Valista |
| 25 | Claudia Uribe Palma | 2305 | 50.750.000 | Valista |
| 26 | Juan Manuel Ramos Castiglione | 2314 | 167.960.000 | Valista |
| 27 | Carmen Gloria Geisse Illanes | 2320 | 70.420.152 | Valista |
| 28 | Inversiones Lirbu Uno Ltda. | 2348 | 59.800.000 | Valista |

| 29 | Marcela Sepúlveda Urzua | 2355 | 10.960.000 | Valista |
|----|----|----|----|----|
| 30 | Deportes e Inversiones Tomas González Ltda. | 2361 | 10.960.000 | Valista |
| 31 | Inmobiliaria Panel Dos Ltda. | 2369 | 338.000.000 | Valista |
| 32 | Inmobiliaria Panel Cuatro Ltda. | 2377 | 338.000.000 | Valista |
| 33 | Inversiones Lirbu Dos Ltda. | 2384 | 59.800.000 | Valista |
| 34 | Inmobiliaria Panel Tres Ltda. | 2393 | 338.000.000 | Valista |
| 35 | Paulina Díaz Spoerer | 2399 | 79.700.000 | Valista |
| 36 | María del Pilar González Martínez | 2413 | 1.050.400.000 | Valista |
| 37 | José Pablo Díaz Gatica | 2429 | 102.440.000 | Valista |
| 38 | José Joaquín Bustamante Fernández | 2474 | 114.700.000 | Valista |
| 39 | Michele Van Klaveren Carrasola | 2482 | 34.627.000 | Valista |
| 40 | Marta Dockendorff Vallejos | 2602 | 253.106.245 | Valista |
| 41 | Rosario Liquitay Rojas | 2612 | 89.834.000 | Valista |
| 42 | Loreto Diez Arriaga | 2620 | 24.000.000 | Valista |
| 43 | María Montt Lyon y otros | 2643 | 636.150.000 | Valista |
| 44 | Tesorería General de la Republica | 2736 | 10.522.749.820 | Pref. Art. 2472 N°9 del C.C. |
| 45 | Rodrigo Landeta Moya | 2743 | 266.144.000 | Valista |
| 46 | Benjamín González Bacigalupo | 2748 | 45.000.000 | Valista |
| 47 | Carolina Facusse Sevilhano | 2755 | 9.949.140 | Valista |
| 48 | Inversiones San Isidro S.A. | 2762 | 72.913.289 | Valista |
| 49 | Raúl Isidro Canales Cabello | 2774 | 296.980.000 | Valista |

| 50 | Verónica Hinrichsen Moya | 2781 | 68.000.000 | Valista |
|---|---|---|---|---|
| 51 | Ane Miren Landaeta Hinrichsen | 2789 | 23.840.000 | Valista |
| 52 | Anita Klein Dobbel | 2794 | 135.840.000 | Valista |
| 53 | Carolina Poncea Moreira | 2799 | 115.000.000 | Valista |
| 54 | José Eliseo del Rio Gumizio | 2804 | 27.925.000 | Valista |
| 55 | María Cecilia Perez Pervan | 2810 | 84.160.000 | Valista |
| 56 | José Ramón Abatte Pérez | 2818 | 134.384.000 | Valista |
| 57 | Juan Pablo Fuentes Baltierra Urzua | 2829 | 87.450.000 | Valista |
| 58 | Bernardita Díaz Silva | 2835 | 5.838.259 | Valista |
| 59 | María Angélica Baltierra Urzua | 2841 | 14.600.000 | Valista |
| 60 | Mónica Sabah Domínguez | 2846 | 25.350.000 | Valista |
| 61 | Lucila Haddad Moya | 2851 | 10.650.000 | Valista |
| 62 | José Luis Argandoña Toro | 2859 | 87.060.000 | Valista |
| 63 | Hernán Ordenes González | 2865 | 32.694.250 | Valista |
| 64 | José Antonio Ramírez Baudet | 2871 | 79.830.000 | Valista |
| 65 | Claudio Miranda Cárdenas | 2879 | 53.040.000 | Valista |
| 66 | Barbará Inés Ruiz y otros | 3392 | 2.038.520.553 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |
| 67 | Marta Mizgier Hochschild | 3442 | 126.627.561 | Valista |
| 68 | Laura Urresty Huerta | 3447 | 55.842.914 | Valista |
| 69 | Camila Yver Morales | 3453 | 30.647.500 | Valista |
| 70 | Claudio Miranda y Cia. | 3462 | 160.480.000 | Valista |

**Carlos Parada Abate**
**Abogado – Liquidador Concursal**

| 71 | María Pilar Santa Cruz | 3467 | 10.910.000 | Valista |
|----|------------------------|------|-----------|---------|
| 72 | Pamela González Cataldo | 3472 | 55.850.000 | Valista |
| 73 | Andrea Pérez Villalobos | 3483 | 23.353.036 | Valista |
| 74 | Luis Calderón Morales | 3490 | 86.174.000 | Valista |
| 75 | Nicolás Lisoni Benoit | 3498 | 91.594.000 | Valista |
| 76 | Juana Schorr Rubel | 3513 | 61.600.000 | Valista |
| 77 | Rodrigo Abatte Pérez | 3518 | 39.095.000 | Valista |
| 78 | Andrea Saravia Arriagada y Rosa Arriagada Colvin | 3536 | 47.730.000 | Valista |
| 79 | María Inés Castiglione Dueñas | 3546 | 98.120.000 | Valista |
| 80 | Asesorías e Inversiones Cachito Ltda. | 3564 | 148.400.000 | Valista |
| 81 | Pedro García Augier | 3578 | 99.460.000 | Valista |
| 82 | Macarena García Sirandoni | 3593 | 41.615.000 | Valista |
| 83 | Fernando Vargas Garay | 3608 | 151.450.000 | Valista |
| 84 | Joaquín Salvatierra Vargas | 3622 | 135.850.000 | Valista |
| 85 | Rosa Velasco Ringeling | 3637 | 53.972.378 | Valista |
| 86 | Cristian Schindler Schaub | 3661 | 128.577.990 | Valista |
| 87 | Francisco Solanich y otros | 3776 | 206.000.000 | Valista |
| 88 | Romina Musalem Callegari | 3803 | 72.570.000 | Valista |
| 89 | Claudia Otoya Phillipps | 3833 | 11.170.000 | Valista |
| 90 | Miguel Luis Jara Céspedes | 3856 | 128.800.000 | Valista |
| 91 | Gesper Outsourcing Ltda. | 3875 | 49.725.000 | Valista |

| 92 | Mario Toral Muñoz | 3901 | 3.374.238.732 | Valista |
|---|---|---|---|---|
| 93 | Marcela Clara Stange Jorquera | 3918 | 45.760.000 | Valista |
| 94 | Flora Uribe Martinez | 4609 | 31.526.598 | Valista |
| 95 | Inversiones Tadeo Spa | 4617 | 13.040.795 | Valista |
| 96 | Roberto Baltra Domeyko | 4630 | 78.150.000 | Valista |
| 97 | Ludmila Vásquez Schnake | 4647 | 5.701.431 | Valista |
| 98 | Carlos Briones Lea-Plaza | 4705 | 144.887.488 | Valista |
| 99 | Ana González Llanos | 4718 | 3.993.992 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |
| 100 | Sandra León Apablaza | 4727 | 3.629.914 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |
| 101 | José Álvarez Morales | 4736 | 2.469.081 | Alega preferencia Art. 2472 N°5 y N°8 del C.C. |

## 6. STATUS OF THE DEBTOR'S BUSINESS

The status of the debtor company's business remains unchanged from that stated in the request for liquidation.

## 7. DEBTOR'S ASSETS

The Assets of the debtor company are partially established by the attached assets reported above, and those shortly to be incorporated, in consequence of which I hereby inform the creditors that the probable proceeds of the liquidation of the assets shall be in excess of UF 5000.

## 8.    LABOR PROCEEDINGS

The Liquidator reported that Mr. Mauricio Páez had stated during the attachment proceeding that there were 16 employees currently under contract to whom the corresponding letters of notice of termination of contract had been submitted on April 29.

Pursuant to the provisions set forth in article 163 bis of the Labor Code, the Liquidator made the draft settlements available to the former employees, with the Notary Public Mr. Alberto Mozo Aguilar acting as Certifying Officer. To date only three employees have appeared to append their signatures, these having verified their credit balances.

The Liquidator reported that 10 labor proceedings had been notified to date in an approximate total amount of $2,067,236,506. It should be stated that among the workers suing Onix is a member of the Holding Company who has filed a subsidiary suit in respect of the entire financial unit.

Of these 10 proceedings, the liquidator has been notified of 9, for which a hearing has been scheduled between July 20 and August 01, 2016.

It should be stated that the labor credit verifications have been submitted conditionally on the results of the Proceeding, meaning that the amounts could vary.

## 9.    HOLDING OF COORDINATION MEETINGS.
### 9.1    PROSECUTOR'S OFFICE.

The Liquidator reported that he had today held coordination meetings with the Prosecutor Mr. Carlos Gajardo, the lead prosecutor in the High-Complexity Crime Unit, in order to request the background information, statements and documents attached by that prosecutor's office, particularly those of a legal and accounting nature that are necessary for adequate review of the verifications and potential challenges thereto. The request to the prosecutor's office is enclosed as an appendix.

Carlos Parada Abate
Attorney — Bankruptcy Liquidator

## 9.2 CREDITORS, FORMER ATTORNEYS OF THE DEBTOR AND POSSIBLE FOREIGN CONTRACTS.

The Liquidator reported that during the first weeks of May of the present year he had been in touch with a group of creditors representing a significant part of this board and quorum in order to develop a strategy for approaching the representatives of the debtor and to review the possibility of a possible payment agreement. However, the debtor unexpectedly annulled his representatives' powers of attorney, thereby suspending this particular initiative.

In view of the foregoing, the board of creditors requested the liquidator to approve measures to be taken for the purpose of securing the attachment and integration to the board of Onix's assets abroad, bearing in mind the costs associated with those measures required to be carried out for such purposes and the possibility of taking out preferential loans as provided in article 2472 item 4 of the Civil Code.

In consequence of the latter, the liquidator contacted law firms in the United States of America having representation in other jurisdictions in order to draw up a budget for the measures and costs involved in exercising cross-border liquidation regulations in the aforementioned jurisdictions (art. 304 *et seq.*).

Both the JONES DAY ( www.jonesday.com ) and the DLA PIPER ( www.dlapiper.com ) law firms, both of which are multinational firms, have submitted their itemized and phased professional estimates which shall be submitted at the first creditors' meeting for its review and potential approval.

**Cerro El Plomo No. 5420 - Office 908 - Las Condes**
**Telephone: 28404220**

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**

In connection with this, we have requested both firms to investigate the existence of the known assets and establish whether other unknown assets exist.

In addition to the foregoing, it is being resolved to proceed and file legal proceedings in order to freeze, attach and/or dispose of the latter to the benefit of the bulk of the creditors.

## 9. DEBTOR'S LIABILITIES

Based on the total credits verified in the proceedings as at June 14, 2016, the total assets amount to **$75,438,996,213**.

## 10. APPENDICES

- Appendix No. 1 Letter to the Prosecutor of the High-Complexity Crime Unit.

- Appendix No. 2 Liquidation accounting report.

- Appendix No. 3 Draft letter to the Bureau of Insolvency and Restructuring requesting action pursuant to art. 304 of Law 20.720.

**Carlos Parada Abate**
**Attorney — Bankruptcy Liquidator**
**[signature]**

[seal:]
CARLOS PARADA ABATE
Resolution No. 437
10-09-14
Law 20.720
ATTORNEY — BANKRUPTCY LIQUIDATOR

**Cerro El Plomo No. 5420 - Office 908 - Las Condes**
**Telephone: 28404220**

# APPENDIX No. 1

# LETTER TO THE PROSECUTOR OF THE HIGH-COMPLEXITY CRIME UNIT

# CONSTITUENT BOARD OF CREDITORS FORCED LIQUIDATION

# ONIX CAPITAL S.A.
## TIN No. 76.052.559-6

Santiago, May 17, 2016

Mr.

Carlos Gajardo

Prosecutor's Office of the High-Complexity Crime Unit

By Hand

**Re.:** Request for documents necessary for liquidator's tasks in respect of the Bankruptcy of Onix Capital S.A., cause TIN 1500643330-5.

Dear Mr. Carlos,

By means of these presents, I would like to inform you that on May 04, 2016, in respect of cause registration number C-9217-2016, being heard before the 30th Civil Court of Santiago, the Forced Liquidation of Onix Capital S.A., TIN 76.052.559-6, was ordered, in which I was appointed as incumbent liquidator, which responsibility I assumed on May 05 of the present year.

Notification of the liquidation decision was issued on May 9, 2016, and the First Board of Creditors is set to meet on June 16 at 15:00 in the hearings chamber of the same Court.

Now, as part of the obligations stipulated for the Liquidator in Law 20.720, article 36 provides as follows, among others:

a. attach and take an inventory of the debtor's assets

b. liquidate the assets of the debtor

c. make distributions

d. collect the credits from the debtor's assets

e. demand any party that has handled the goods of the debtor to render accounts

f. demand submission by the debtor of the information necessary to carry out his or her responsibility

g. close the debtor's trade books, retaining responsibility for the latter with respect to third parties from the issue of the liquidation decision.

In addition, article 173 of the aforementioned law refers to the obligation of the liquidator, in compliance with his or her duties, to examine the verified credits and the alleged priorities, investigating the origin, amount and legality of the documents supporting those verifications with a view to challenging these or not.

In addition, article 350 number 5, makes amendments to the Labor Code stipulating the obligations of the liquidator at the time the liquidation decision is issued, being also required to inform employees either in person or by registered letter of the termination of the labor relationship.

In addition, the liquidator must make a settlement available to employees containing the background information available to the liquidator at the time of the attachment.

On May 06 attachment proceedings were opened with respect to the assets of Onix Capital S.A., with only some assets corresponding to the furniture of the company being located.

According to the information submitted by the attorneys of Onix Capital S.A. to this liquidator, all of the information necessary to fulfill the obligations imposed on me by law have been attached by the Prosecutor's Office in the context of cause TIN 1500643330-5.

In view of the foregoing, I hereby formally request you to give me access to the following documentation relating to Onix Capital S.A.:

1. Accounting books and entries with their corresponding receipts.
2. Balances.
3. Employee files in any other documentation relating to the latter.
4. List of attached assets.
5. The company's checking account bank statements.
6. Transfers of money by Onix Capital S.A. to any other company, and particularly to any company connected to the owners of the

latter, Alberto Chang Rajii or Verónica Rajii Krebs or to the latter themselves as natural persons.

7. Agreements formalized between Onix Capital S.A. and any other company or natural person, and particularly agreements formalized with any company directly or indirectly connected with Mr. Alberto Chang Rajii.

8. Documents recording the company's investments.

9. Any other document of use in carrying out the responsibility to which I have been entrusted.

In view of the obligations imposed on me in law in exercising my responsibility, the requested documents are essential for compliance with the latter, for which reason I respectfully ask you to grant me access to these as soon as possible.

With nothing further to add, yours sincerely,

[signature]

Carlos Parada Abate

Bankruptcy Liquidator

[seal:]
CARLOS PARADA ABATE
Resolution No. 437
10-09-14
Law 20.720
ATTORNEY — BANKRUPTCY LIQUIDATOR

# APPENDIX No. 2

# ACCOUNTING REPORT

# CONSTITUENT BOARD OF CREDITORS
# FORCED LIQUIDATION
# ONIX CAPITAL S.A.
# TIN No. 76.052.559-6

ONIX CAPITAL S.A. EN LIQUIDACION  
76.052.559-6  
COMPAÑIA 1291 OFICINA 306  
SANTIAGO

**BALANCE OCHO COLUMNAS**  
**(TRIBUTARIO)**  
**Desde el 01/01/2016 hasta 30/06/2016**

Fecha emisión:29/06/2016  
Hora emisión:   11:39:35  
Página:   1

| Cuenta Descripción | Débitos | Créditos | Saldos Deudor | Saldos Acreedor | Balance Activo | Balance Pasivo | Resultados Pérdida | Resultados Ganancia |
|---|---|---|---|---|---|---|---|---|
| 1.1.10.005 ANTICIPO DE HONORARIOS | 480.000 | 0 | 480.000 | 0 | 480.000 | 0 | 0 | 0 |
| 2.1.01.003 FONDOS PROPORCIONADOS POR EL SINDIC | 0 | 980.980 | 0 | 980.980 | 0 | 980.980 | 0 | 0 |
| 3.2.02.026 GASTOS TRASLADO | 452.200 | 0 | 452.200 | 0 | 0 | 0 | 452.200 | 0 |
| 3.9.01.005 OTROS GASTOS | 8.860 | 0 | 8.860 | 0 | 0 | 0 | 8.860 | 0 |
| 3.9.01.025 GASTOS EN BENCINA | 39.920 | 0 | 39.920 | 0 | 0 | 0 | 39.920 | 0 |
| Total | 980.980 | 980.980 | 980.980 | 980.980 | 480.000 | 980.980 | 500.980 | 0 |
| Resultado | | | | | 500.980 | 0 | 0 | 500.980 |
| Sumas Iguales | 980.980 | 980.980 | 980.980 | 980.980 | 980.980 | 980.980 | 500.980 | 500.980 |

# APPENDIX No. 3

# LETTER TO THE BUREAU OF INSOLVENCY AND RESTRUCTURING

# CONSTITUENT BOARD OF CREDITORS
# FORCED LIQUIDATION
# ONIX CAPITAL S.A.
# TIN No. 76.052.559-6

**Carlos Parada Abate**
**Attorney — Liquidator**

Santiago, June 29, 2016

Mr.
**Andrés Pennycook Castro**
Superintendent of Insolvency and Restructuring
Bureau of Insolvency and Restructuring
Hermanos Amunátegui No. 228, Santiago
By Hand

<u>Re.</u>: Onix Capital S.A. Bankruptcy Liquidation Proceeding (Number 9217-2016)

Dear Mr. Superintendent,

As you are aware, on April 13 of the present year Inversiones Aguésoro S.A. filed a forced liquidation proceeding against Onix Capital S.A. (hereinafter "Onix"), with the corresponding liquidation order being issued by the 30th Civil Court of Santiago on May 4, 2016.

The aforementioned liquidation order appointed me incumbent liquidator with temporary effect until the meeting of the constituent board of creditors which took place on June 29 of the present year, at which I was ratified in that appointment. Having assumed that position, and while in exercise of the latter, the existence has been noted of assets relating to Onix located abroad, particularly in the following: [United States, United Kingdom, Australia, British Virgin Islands, China and Malta].

The aforementioned background information was made known to the Constituent Board of Creditors of Onix which Result as follows: 1. To approve the measures to be taken by this liquidator to secure the attachment and integration of the bulk of the assets relating to Onix located abroad, bearing in mind the costs associated with the measures to be carried out for those purposes and the possibility of taking out preferential loans pursuant to article 2472 number 4 of the Civil Code, and; 2. Approving the request issued by this liquidator to the Bureau of Insolvency and Restructuring to act abroad on behalf of the Onix bankruptcy liquidation proceeding, which also requires the delegation of that authorization to my person.

Consequently, bearing in mind our new bankruptcy legislation with its regulations covering the matter of cross-border insolvency (Chapter VIII of Law No. 20.720 on the reorganization and liquidation of the assets of companies and persons), and in accordance with the purposes of the aforementioned regulation as set forth in article 299 of the Law, it has been deemed essential to issue the present request in order to protect the interests of the creditors and the debtor's assets, in order to optimize the value thereof, and consequently enjoy an improved expectation of payment.

**Cerro El Plomo No. 5420 - Office 908 - Las Condes**
**Telephone: 28404220**

**Carlos Parada Abate**
**Attorney — Liquidator**


In view of the foregoing, by means of these presents I am writing to request that, pursuant to the provisions set forth in article 304 of Law No. 20.720, a decision be made by the Bureau of Insolvency and Restructuring permitting me to act abroad on behalf of the Onix bankruptcy liquidation proceeding, which also requires delegation of that authorization to my person, in my capacity as bankruptcy administrator of the aforementioned proceeding (in accordance with the definitions set forth in article 301, g) of the aforementioned regulations).

Once I have the aforementioned authorization, I shall proceed to request recognition of the Onix bankruptcy liquidation proceeding in the following jurisdictions: [United States of America, United Kingdom, Australia, British Virgin Islands, China and Malta], with particular reference to the fact that at least the first four listed here have incorporated the Draft UNCITL [United Nations Commission on International Trade Law] on Cross-Border insolvency in their domestic legislation.

I am at your disposal for any question you may have with respect to this matter,

[signature]
**Carlos Parada Abate**
Liquidator
Onix Capital S.A. Bankruptcy Liquidation Proceeding

[seal:]
CARLOS PARADA ABATE
Resolution No. 437
10-09-14
Law 20.720
ATTORNEY — BANKRUPTCY LIQUIDATOR

**Cerro El Plomo No. 5420 - Office 908 - Las Condes**
**Telephone: 28404220**

# CERTIFICATE OF TRANSLATION

## TRANSPERFECT LEGAL SOLUTIONS

TransPerfect Translations Ltd, 45 Moorfields 5th Floor, London, EC2Y 9AE, a professional translation agency and international communications firm, is competent to translate from **Spanish** into **English**. We hereby certify that this translation is, to the best of our professional knowledge and belief, a faithful rendering of the following document:

**Junta Constitutiva, quorum y labor realizada 29.06.2016 (Onix) ratificación Carlos**

Signed:

Name: Calum Adair

Title: Account Executive

Date: 20th October 2016

# Exhibit C

*November 4, 2016 Order of English High Court of Justice*
*Recognizing the Chilean Insolvency*

**The Cross-Border Insolvency Regulations 2006**
# Recognition order

*(Stamp: HIGH COURT FOR JUSTICE — 04 NOV 2016 — COMPANIES COURT)*

*(CML 2)*

| Name of Debtor | Company number *not applicable* |
|---|---|
| ONIX CAPITAL S.A. | |

| In the High Court of Justice, Chancery Division, Companies Court | *For court use only* Court case number CR-2016-006882 |
|---|---|

Mr Justice Mann, 4 November 2016

(a) Insert full name(s) and address(es) for service of applicant(s)

**UPON THE APPLICATION OF** (a) Carlos Antonio Parada Abate pursuant to Articles 15 and Article 17 of the UNCITRAL Model Law on Cross Border Insolvency **("the Model law")** as contained in Schedule 1 to the Cross Border Insolvency Regulations 2006 **("CBIR")**

(b) Insert date

presented to the court on (b) 24 October 2016, the Applicant being the foreign representative of the Debtor identified below, within the meaning of Article 2 of the Model Law

(c) Insert full name and address for service of the debtor

in respect of (c) Onix Capital S.A., Avenida Las Condes 11.380 of 41, Vitacura Ciudad de Santiago, Chile **("the Debtor")**

**AND UPON HEARING** Marcia Shekerdemian QC on behalf of the Applicant

(d) Insert details of any other parties (including the debtor) appearing and by whom represented

(no other persons being present or represented)

**AND UPON READING** the evidence

**AND UPON** the Applicant undertaking to file with the Court the original certified copies of the copies of the certified copy documents exhibited at exhibit CAPA2 to the Applicant's affidavit sworn on 2 November 2016

(e) Insert details of foreign proceeding

**IT IS ORDERED** that (e) the liquidation of the Debtor pursuant to an order of the 30th Civil Court of Santiago dated 4 May 2016 be recognised as a foreign main proceeding in accordance with the Model Law on cross-border insolvency as set out in Schedule 1 to the CBIR

\* Delete as applicable

(f) Insert particulars of any further order made by the court

**AND** it is ordered that (f) in accordance with Article 20(1) of the Model Law..------------------

(g) Insert terms of order for costs

**AND** it is ordered that the costs of the said application (g) be payable as an expense of the liquidation of the Company.

(h) Insert date and time

This order shall take effect from (h) 10.59am on 4 November 2016 _____

# Exhibit D

*July 25, 2016 Authorization from  Superintendent to File Actions Abroad*



Superintendencia
de Insolvencia y
Reemprendimiento

Ministerio de Economía,
Fomento y Turismo

Gobierno de Chile

**MAT.: AUTORIZA PARA ACTUAR EN ESTADOS EXTRANJEROS.**

**REF.: PROCEDIMIENTO CONCURSAL DE LIQUIDACIÓN FORZOSA DE ONIX CAPITAL S.A.**

**RESOLUCIÓN EXENTA N°**   4424

**SANTIAGO,**   25 JUL 2016

**VISTOS:**

Las facultades que me confiere la Ley N.° 20.720, que sustituye el régimen concursal vigente por una Ley de Reorganización y Liquidación de Activos de Empresas y Personas; lo dispuesto en el D.F.L. N.° 1-19.653, de 17 de noviembre de 2001, que fija el texto Refundido, Coordinado y Sistematizado de la Ley N.° 18.575, Orgánica Constitucional de Bases Generales de la Administración del Estado; en la Ley N.° 19.880, que establece bases de los procedimientos administrativos que rigen los actos de los Órganos de la Administración del Estado; en la Resolución N.° 1.600 de 2008 de la Contraloría General de la República, que fija normas sobre exención del trámite de toma de razón; las facultades conferidas por el artículo 304 de la Ley N.° 20.720 y; en el Decreto N.° 172 de 13 de noviembre de 2015 de la Subsecretaría de Economía y Empresas de Menor Tamaño del Ministerio de Economía, Fomento y Turismo.

**CONSIDERANDO:**

**1.**   Que, el Capítulo VIII de la Ley N.° 20.720 regula las normas relativas a la insolvencia transfronteriza.

**2.**   Que, el artículo 304 de la referida Ley señala que "*La Superintendencia será el órgano legitimado para actuar en un Estado extranjero en representación de un procedimiento iniciado en Chile con arreglo a esta ley o a toda otra norma especial relativa a la insolvencia, en la medida en que lo permita la ley extranjera aplicable.*

*La Superintendencia podrá delegar esta autorización para actuar en el administrador concursal que esté conociendo del procedimiento. La responsabilidad civil y administrativa en la que pudieren incurrir en el ejercicio de sus funciones en un procedimiento extranjero se hará valer de acuerdo a los términos establecidos en esta ley.*"

Hermanos Amunátegui N° 228
Santiago, Chile
Fono: (56 2) 2495 25 00
Fax: (56 2) 2495 25 85
www.superir.gob.cl

187

**3.** Que, el Instructivo SIR N.° 1 de 6 de julio de 2016 instruyó sobre aspectos relativos a la tramitación del procedimiento de insolvencia transfronteriza.

**4.** Que, mediante Ingreso SIR N.° 4333 de 18 de julio de 2016, el señor Carlos Parada Abate, Liquidador titular definitivo del procedimiento concursal de la referencia, solicitó a esta Superintendencia que se le autorizara conforme a lo dispuesto en el artículo 304 de la referida Ley, a efectos de solicitar el reconocimiento del mencionado Procedimiento Concursal de Liquidación de Onix Capital S.A. en Estados Unidos de América, Reino Unido, Australia, Islas Vírgenes Británicas, China y Malta. Asimismo, solicitó que la temporalidad de la delegación se extendiera a toda la vigencia del referido Procedimiento Concursal de Liquidación, y señaló que, en los términos contenidos en la presente resolución comunicará a esta Superintendencia, a la Junta de Acreedores del procedimiento y al tribunal del procedimiento, todas las actuaciones realizadas en el ejercicio de la mencionada delegación, así como de las comunicaciones y requerimientos que reciba en el ejercicio de la referida delegación. Finalmente, hace presente que todos los recursos necesarios para desarrollar las funciones como delegado serán financiados por los acreedores del procedimiento.

**5.** Que, el artículo 1 del referido Instructivo SIR N.° 1 establece que *"La Superintendencia delegará la autorización para actuar en el Estado extranjero en el Liquidador (...) que estuviere conociendo del procedimiento concursal respectivo, cuando así lo disponga mediante resolución fundada dictada al efecto (...)."*

**6.** Que, acorde a lo informado por el Liquidador señor Parada Abate, es posible advertir que al procedimiento concursal de la referencia le resultan aplicables las normas relativas al procedimiento de insolvencia transfronteriza, por cuanto existirían bienes del deudor en el extranjero.

**7.** Que, en razón de los antecedentes señalados,

## RESUELVO:

**1. AUTORÍZASE** para actuar en el extranjero al Liquidador señor Carlos Parada Abate, RUT 7.516.380-0, domiciliado en Cerro el Plomo N.° 5420, Oficina 908, comuna de Las Condes, Santiago, respecto del Procedimiento Concursal de Liquidación Forzosa de la Empresa Deudora Onix Capital S.A., conforme a los términos señalados en el artículo 304 de la Ley N.° 20.720.

2

**2. FACÚLTESE** al Liquidador del Procedimiento Concursal de Liquidación de Onix Capital S.A., señor Carlos Parada Abate, para ejercer las actuaciones necesarias para llevar a cabo la autorización señalada en el numeral anterior, en las siguientes jurisdicciones: (i) Estados Unidos de América; (ii) Reino Unido; (iii) Australia; (iv) Islas Vírgenes Británicas; (v) China; y (vi)Malta.

**3. DÉJASE** constancia que la presente autorización tendrá una duración máxima de 6 meses desde la notificación del presente acto, la cual puede ser prorrogable por esta Superintendencia, si el Liquidador señor Parada Abate lo solicita y los antecedentes acompañados acreditan la necesidad de extender dicho período.

**4. INSTRÚYASE** al Liquidador señor Carlos Parada Abate, a dar cumplimiento a lo siguiente:

(i) Rendir cuenta detallada con los documentos respaldatorios de todos los gastos en que incurra con motivo del ejercicio de la presente autorización.
(ii) Informar de todas las gestiones y actuaciones que realice con motivo de la presente autorización, acompañando al efecto todos los documentos fundantes.
(iii) Citar a Junta de Acreedores para poner en conocimiento de ésta las materias sobre las cuales le corresponda pronunciarse en el marco del presente procedimiento de insolvencia transfronteriza, cuando la importancia de éstas así lo exijan.
De los puntos (i) y (ii) precedentes deberá informar a esta Superintendencia y al tribunal del procedimiento, el último día hábil de cada mes. Asimismo, deberá informar de lo anterior a la Junta de Acreedores que se celebre en la fecha inmediatamente posterior a la entrega del referido informe.

**5. NOTIFÍQUESE** la presente resolución mediante correo electrónico al Liquidador señor Carlos Parada Abate, por la Oficina de Partes de este Servicio.

Anótese y archívese,

**ANDRÉS PENNYCOOK CASTRO**
**Superintendente de Insolvencia**
**y Reemprendimiento (TP)**

PVL/MML/URM/CVB/NVJ
**DISTRIBUCION:**
Señor Carlos Parada Abate
Liquidador
cparada@ccs-ecmq.cl
**Presente**
Secretaría
Archivo

3

**SUBJECT: AUTHORIZATION TO ACT IN FOREIGN STATES.**

**REF.: FORCED LIQUIDATION BANKRUPTCY PROCEEDING OF ONIX CAPITAL S.A.**

**EXEMPT RESOLUTION No. 4424**

**SANTIAGO, JUL 25 2016**

**WHEREAS:**

The powers conferred on me in Law No. 20.720, which replaces the current bankruptcy framework with the Ley de Reorganización y Liquidación de Activos de Empresas y Personas [Law on the Reorganization and Liquidation of Assets of Companies and Persons]; the provisions set forth in D.F.L. [Decreto con Fuerza de Ley — Decree with Force of Law] No. 1-19.653 of November 17, 2001, which establishes the Consolidated, Coordinated and Systematized text of Law No. 18.575, on the Orgánica Constitucional de Bases Generales de la Administración del Estado [Organic Constitutional Law on the General Terms of the Administration of the State]; in Law No. 19.880, which establishes the terms for the administrative proceedings governing the acts of the Administrative Bodies of the State; in Resolution No. 1.600 of 2008 of the Comptroller-General of the Republic, which establishes regulations on exemption from the process of filing the registration of documents; the powers conferred in article 304 of Law No. 20.720 and; in Decree No. 172 of November 13, 2015, of the Subsecretaría de Economía y Empresas de Menor Tamaño [Secretariat of the Economy and Smaller Companies] of the Ministry of the Economy, Development and Tourism.

**WHEREAS:**

**1.** Chapter VIII of Law No. 20.720 governs the regulations relating to cross-border insolvency.

**2.** Article 304 of the aforementioned Law states that *"The Bureau shall be the body empowered to act in a foreign State on behalf of a proceeding initiated in Chile pursuant to this law or with respect to any other special regulation relating to insolvency, to the extent permitted in the applicable foreign law.*

*The Bureau may delegate this authorization to act to the bankruptcy trustee handling the proceeding. Any civil and administrative liability it may incur in the exercise of its functions in a foreign proceeding shall be enforced pursuant to the terms set forth in this law."*

Hermanos Amunátegui # 228
Santiago, Chile
Telephone: (56 2) 2495 25 90
Fax: (56 2) 2495 25 85
www.superir.gob.cl

190

**3.** Instruction SIR No. 1 of July 6, 2016, provided instructions on matters relating to the processing of a cross-border insolvency proceeding.

**4.** Via Entry SIR No. 4333 of July 18, 2016, Mr. Carlos Parada Abate, the final appointed Liquidator of the bankruptcy proceeding in question, requested this Bureau to grant him authorization pursuant to the provisions set forth in article 304 of the aforementioned Law in order to request recognition of the aforementioned Liquidation Bankruptcy Proceeding of Onix Capital S.A. in the United States of America, the United Kingdom, Australia, the British Virgin Islands, China and Malta. In addition, he requested that the term of the delegation be extended to the entire effective period of the Liquidation Bankruptcy Proceeding, and requested that, in accordance with the terms set forth in the present resolution, that this Bureau should inform the Board of Creditors of the proceeding and the court before which the proceeding is being heard of all of the steps taken in exercise of the aforementioned delegation, as well as any communications and requests received by it during the course of the aforementioned delegation. Finally, he stated that all of the resources necessary to perform his functions as delegate shall be funded by the creditors of the preceding.

**5.** Article 1 of the aforementioned Instruction SIR No. 1 states that *"The Bureau shall delegate authorization to act in the foreign State to the Liquidator (...) handling the bankruptcy proceeding in question, when so provided in a reasoned resolution issued to that effect (...)."*

**6.** Based on the information provided by the Liquidator Mr. Parada Abate, it is possible to establish that the regulations relating to cross-border insolvency proceedings are applicable to the bankruptcy proceeding in question in view of the existence of the debtor's assets abroad.

**7.** In view of the foregoing background,

**I HEREBY RESOLVE TO:**

**1.** **AUTHORIZE** the Liquidator Mr. Carlos Parada Abate, RUT [TIN] 7.516.380-0, domiciled at Cerro el Plomo No. 5420, Office 908, Municipality of Las Condes, Santiago, to act as Liquidator with respect to the Forced Liquidation Bankruptcy Proceeding of the Debtor Company Onix Capital S.A., pursuant to the provisions set forth in article 304 of Law No. 20.720.

**2. EMPOWER** the Liquidator of the Liquidation Bankruptcy Proceeding of Onix Capital S.A., Mr. Carlos Parada Abate, to take such steps as are necessary to discharge the authorization stated in the preceding item, in the following jurisdictions: (i) the United States of America; (ii) the United Kingdom; (iii) Australia; (iv) the British Virgin Islands; (v) China; and (vi) Malta.

**3. ORDER** a record to be made to the effect that the present authorization shall have a maximum duration of 6 months from the notification of the present act, which may be extended by this Bureau should the Liquidator Mr. Parada Abate so request it and should the background information provided demonstrate the need to extend that period.

**4. INSTRUCT** the Liquidator Mr. Carlos Parada Abate to comply with the following:

(i)   Render a detailed account with the supporting documents of all of the expenses incurred by him in connection with the exercise of the present authorization.
(ii)  Report on all of the formalities and actions taken by him in connection with the present authorization, enclosing all of the supporting documentation to that effect.
(iii) Summon the Board of Creditors in order to inform the latter of such matters as are applicable in the context of the present cross-border insolvency proceeding, when so required by the import of these.

This Bureau and the court where the proceeding is being heard should be in receipt of reports relating to points (i) and (ii) above on the last working day of each month. In addition, he must inform the Board of Creditors of the foregoing in the meeting immediately following the submission of the aforementioned report.

**5. NOTIFY** the Liquidator Mr. Carlos Parada Abate of the present resolution via the Notification Office of this Service.

**Let it be registered and filed,**

[seal:]
BUREAU OF INSOLVENCY AND RESTRUCTURING
[coat of arms]
SUPERINTENDENT

[signature]
**ANDRÉS PENNYCOOK CASTRO**
**Superintendent of Insolvency**
**and Restructuring (TP)**

[initials x5]
PVL/NML/URM/CVS/NVJ
**DISTRIBUTION:**
Mr. Carlos Parada Abate
Liquidator
cparada@ccs-ecmg.cl
By Hand
Office of the Secretary
Archive

# CERTIFICATE OF TRANSLATION

## TRANSPERFECT LEGAL SOLUTIONS

TransPerfect Translations Ltd, 45 Moorfields 5th Floor, London, EC2Y 9AE, a professional translation agency and international communications firm, is competent to translate from **Spanish** into **English**. We hereby certify that this translation is, to the best of our professional knowledge and belief, a faithful rendering of the following document:

**Designación Carlos Parada**

Signed:

Name: Calum Adair

Title: Account Executive

Date: 20th October 2016

# *Exhibit E*

***Emails from Alberto Chang Instructing the Transfer of Funds***

**De: Alberto Chang-Rajii** achr74@gmail.com 📎
**Asunto:** Tx USD 300.000
**Fecha:** 8 de octubre de 2015, 11:18
**Para:** Maria Elena Kusch Ríos mekusch@bancochile.cl, ctellezr@bancochile.cl
**Cc:** Catalina Macarena Rojas Santi cmrojass@bancochile.cl, Carolina Briones carolina.briones@grupoarcano.com

Estimada María Elena / María Carolina,

Junto con saludarlas, quisiera pedirles por favor la transferencia de USD 300,000 (trescientos mil dólares americanos) a mi cuenta con JP Morgan Chase en Estados Unidos y cargo a mi cuenta corriente en pesos.

Los fondos son para el pago por el avance de la construcción de mi casa en Moskito Island, BVI.

Ideal si la transferencia puede salir hoy con valuta 0.

De antemano muchas gracias.

Saludos,

A.

**Alberto Chang-Rajii**

# Alberto Chang-Rajii






**De:** **Alberto Chang-Rajii** achr74@gmail.com

**Asunto:** Transferencia USD 320,000

**Fecha:** 23 de octubre de 2015, 11:24

**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl

**Cc:** Carolina Briones carolina.briones@grupoarcano.com, Jose Antonio Morales Llanos mjose@bancochile.cl, Maria Alejandra Mera alejandra.mera@banchile.cl

Hola María Elena,

Te cuento que necesito pagarle a los instaladores eléctricos por el empalme trifásico de la isla, por lo que necesito transferir USD 320,000 (trescientos veinte mil dólares) a mi cuenta en Chase, para lo cual te pido que compres los dólares con cargo a mi cuenta corriente a precio mercado del dólar, copio a Alejandra para que pueda hacer la compra de divisas.

Gracias,

A.

**Alberto Chang-Rajii**

# Alberto Chang-Rajii






**De: Alberto Chang-Rajii** alberto@grupoarcano.com
**Asunto:** Tx USD 960,000
**Fecha:** 27 de octubre de 2015, 10:40
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Alejandra Mera alejandra.mera@banchile.cl, Catalina Macarena Rojas Santi cmrojass@bancoedwards.cl, Carolina Briones cbriones@grupoarcano.cl

Hola María Elena,

Junto con saludarte, quería pedirte que por favor:

1. Transfieras $ 370.000.000 (trescientos setenta millones de pesos) de la cuenta de Alberto Chang SpA a mi cuenta personal.

2. Compres USD 960,000 (novecientos sesenta mil dólares americanos) a valor de mercado con cargo a mi cuenta corriente pesos.

3. Envíes los dólares a mi cuenta corriente en Chase, ojalá con valuta 0, ya que es para pagar a los abogados por los servicios el registro, escritura y timbre de estampilla de mi ista, los cuales debo cancelar este Viernes.

De antemano muchas gracias.

Saludos,

A.



**Alberto Chang-Rajii**
President & Founder

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

**Grupo Arcano**
since 2001
private equity investments



Alberto Chang-Rajii

President & Founder
GRUPO ARCANO

**De:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Asunto:** Tx USD 500.000 (Chase)
**Fecha:** 2 de noviembre de 2015, 10:09
**Para:** María Elena Kusch Ríos mekusch@bancochile.cl
**Cc:** Carolina Briones carolina.briones@grupoarcano.com, Alejandra Mera alejandra.mera@banchile.cl, Jose Antonio Morales Llanos mjose@bancochile.cl

Hola María Elena,

Junto con saludarte, quería pedirte que por favor:

1. Transfieras $ 150.000.000 (ciento cincuenta millones de pesos) de la cuenta corriente de Alberto Chang SpA a mi cuenta personal
2. Transfieras $ 50.000.000 (cincuenta millones de pesos) de la cuenta corriente de Onix Capital S.A. a mi cuenta personal
3. Con el saldo total en mi cuenta corriente compres USD 500.000 (quinientos mil dólares americanos) a precio de mercado y los envíes a mi cuenta de Chase, el gasto es para el proyecto de paisajismo de mi casa en la isla.

Ideal si pudieran hacer la transferencia hoy con valuta 0.

Saludos,

A.



**Alberto Chang-Rajii**
President & Founder

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

**alberto@grupoarcano.com**

**Grupo Arcano**
since 2001
private equity investments



**De: Alberto Chang-Rajii** achr74@gmail.com 
**Asunto:** Tx Societe Generale USD 300.000
**Fecha:** 4 de noviembre de 2015, 12:16
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Alejandra Mera alejandra.mera@banchile.cl, Jose Antonio Morales Llanos mjose@bancochile.cl, Carolina Briones cbriones@grupoarcano.cl



Hola María Elena,

Casi se me queda en el tintero la última transferencia en dólares !!!

Es para mi cuenta con el Banco Société Générale en Luxemburgo, donde están los custodios de mi trust, a quienes debo pagarles por sus servicios anuales.

La cuenta es a mi nombre y el monto son USD 300,000 (trescientos mil dólares), que te pido por favor compres a precio de mercado con cargo a mi cuenta corriente personal y transfieras a la siguiente cuenta:

## Beneficiary name: CHANG RAJII ALBERTO SAMUEL

## Account number: ███████████ 3200 USD

## Beneficiary Bank: Société Générale Bank & Trust, 11 avenue Emile Reuter L-2420 Luxembourg (SWIFT Code: SGABLULL)

## Correspondent Bank for US dollars: Société Générale New York (Swift Code: SOGEUS33)

De antemano muchas gracias.

Saludos,

A.

**Alberto Chang-Rajii**　　　　　　　　　　　　　　　　　　▬

# Alberto Chang-Rajii





**De:** **Alberto Chang-Rajii** alberto@grupoarcano.com  📎
**Asunto:** Transferencias Malta
**Fecha:** 16 de noviembre de 2015, 5:08
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones
carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, quisiera pedirte las siguientes instrucciones:

1. Por favor transfiere $ 200.000.000 (doscientos millones de pesos) de la cuenta corriente de Highlander S.A. a mi cuenta corriente personal.

2. Con esta transferencia acreditada necesito transferir EUR 242.000 (doscientos cuarenta y dos mil euros) a valor de mercado al Notario de Malta por el pago del impuesto de estampilla por la compra de una propiedad que estoy adquiriendo allá.

Los datos de la transferencia son:

Beneficiario: Dr. Malcom Licari A/C Clients

Dirección: 18 Xehda Ghasel, Triq Guze Maria Camilleri, Qormi, Malta

Banco: Bank of Valletta

SWIFT: VALLMTMT

ACCOUNT: ▮▮▮▮ 8673

IBAN: MT74 VALL 2201 3000 0000 4001 4878 673

Reference: PENTHOUSE

3. Adicionalmente, necesito transferir EUR 6.300 (seis mil trescientos euros) a valor de mercado a mis abogados por sus servicios en esta transacción.

Los datos de la transferencia son:

Beneficiario: Henley Estates Malta Ltd

Dirección: Level 4, Aragon House, Dragonara Road, St Julian's, Malta

Banco: Bank of Valletta

SWIFT: VALLMTMT

ACCOUNT: ▮▮▮▮ 4948

IBAN: MT88 VALL 2201 3000 0000 4002 3044 948

Reference: HPM0344

De antemano muchas gracias.

Saludos,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000
1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900



**Grupo Arcano**
since 2001
private equity investments

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400
Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com



**De:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Asunto:** Tx USD 360,000
**Fecha:** 19 de noviembre de 2015, 9:53
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, quisiera pedirte las siguientes instrucciones:

1. Por favor transfiere $ 260.000.000 (doscientos sesenta millones de pesos) de la cuenta corriente de Alberto Chang SpA a mi cuenta corriente personal.

2. Por favor compra USD 360.000 (trescientos sesenta mil dólares) a precio de mercado con cargo a mi cuenta corriente personal y transfierelos a mi cuenta corriente con Chase, el detalle es para el pago del seguro anual de mi avión en Estados Unidos.

Gracias,

A.

**De: Alberto Chang-Rajii** alberto@grupoarcano.com
**Asunto:** Tx USD 360,000
**Fecha:** 19 de noviembre de 2015, 9:53
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, **Alejandra Mera** alejandra.mera@banchile.cl, **Carolina Briones** carolina.briones@grupoarcano.com

Hola Maria Elena,

Junto con saludarte, quisiera pedirte las siguientes instrucciones:

1. Por favor transfiere $ 260.000.000 (doscientos sesenta millones de pesos) de la cuenta corriente de Alberto Chang SpA a mi cuenta corriente personal.

2. Por favor compra USD 360.000 (trescientos sesenta mil dólares) a precio de mercado con cargo a mi cuenta corriente personal y transfierelos a mi cuenta corriente con Chase, el detalle es para el pago del seguro anual de mi avión en Estados Unidos.

Gracias,

A.



**De: Alberto Chang-Rajíi** alberto@grupoarcano.com
**Asunto:** Transferencia Grupo Arcano S.A.
**Fecha:** 25 de noviembre de 2015, 9:49
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola Maria Elena,

Junto con saludarte, quisiera pedirte la transferencia de $ 50.000.000 (cincuenta millones de pesos) de la cuenta corriente pesos de Grupo Arcano S.A. a mi cuenta corriente pesos personal.

Saludos,

A.

**Alberto Chang-Rajíi**

**President & Founder**
**GRUPO ARCANO**

**De:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Asunto:** Transferencia USD 500,000
**Fecha:** 26 de noviembre de 2015, 10:33
**Para:** María Elena Kusch Ríos mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, te pido que por favor compres USD 500,000 (quinientos mil dólares) a precio mercado, con cargo a mi cuenta corriente personal y lo envíes a mi cuenta corriente en Chase, el motivo es la cuota mensual de pago de construcción de la casa en la isla.

Gracias,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

**Grupo Arcano**
since 2001
private equity investments



De: **Alberto Chang-Rajii** alberto@grupoarcano.com
Asunto: Tx USD 400.000
Fecha: 3 de diciembre de 2015, 12:42
Para: María Elena Kusch Rios mekusch@bancochile.cl
Cc: Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones
    carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, quisiera pedirte lo siguiente:

1. Por favor transfiere desde la cuenta corriente pesos de Highlander S.A. la suma de $ 300.000.000 (trescientos millones de pesos) a mi cuenta corriente personal

2. Con este saldo acreditado por favor compra USD 400.000 (cuatrocientos mil dólares americanos) con cargo a mi cuenta corriente personal y transfiérelos a mi cuenta corriente con JP Morgan Chase, el dinero es para la mantención y equipamiento de mi jet.

Gracias,

A.



**Alberto Chang-Rajii**
President & Founder

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

**Grupo Arcano**
since 2001
private equity investments



**De:** **Alberto Chang-Rajii** alberto@grupoarcano.com 
**Asunto:** Tx USD 100,000 Chase
**Fecha:** 7 de diciembre de 2015, 12:21
**Para:** María Elena Kusch Ríos mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, te pido si puedes transferirUSD 100.000 (cien mil dólares) con cargo a mi cuenta corriente en pesos, comprados a valor de mercado, para ser enviados a mi cuenta con Chase, ya que necesito pagar a mis contadores por los servicios contables de fin de año.

De antemano gracias.

Saludos,

A.



Grupo Arcano

since 2001
private equity investments

**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com





**De: Alberto Chang-Rajii** alberto@grupoarcano.com
**Asunto:** Transferencia USD 480.000
**Fecha:** 10 de diciembre de 2015, 12:33
**Para:** mekusch@bancochile.cl
**Cc:** mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, quisiera pedirte:

1. La transferencia de $ 340.000.000 (trescientos cuarenta millones de pesos) de la cuenta corriente pesos de Highlander S.A. a mi cuenta corriente personal.

2. La compra de USD 480.000 (cuatrocientos ochenta mil dólares americanos) a precio de mercado con cargo a mi cuenta corriente personal.

3. El envío de este monto a mi cuenta con Chase, para pago de las contribuciones, gastos comunes anuales y seguros de mi departamento en Miami.

Gracias,

A.

**Alberto Chang-Rajii**

**President & Founder**
**GRUPO ARCANO**

**De:** **Alberto Chang-Rajii** alberto@grupoarcano.com 📎
**Asunto:** TX USD 725,000
**Fecha:** 15 de diciembre de 2015, 11:00
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones
   carolina.briones@grupoarcano.com

Hola Maria Elena,

Junto con saludarte quería pedirte lo siguiente:

1. Por favor transfiere $ 500.000.000 (quinientos millones de pesos) de la cuenta de Onix Capital S.A. a mi cuenta personal.

2. Por favor compra USD 725.000 (setecientos veinticinco mil dólares americanos) a precio de mercado con cargo a mi cuenta personal.

3. Por favor transfiere esta cantidad de dólares a mi cuenta con Chase para pagar el avance de ingeniería y construcción de mi casa en la isla.

De antemano muchas gracias.

Saludos,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
**+56 (2) 2656 8000**

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
**+1 (305) 535 9900**

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
**+44 (20) 3021 2400**

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
**+61 (2) 9235 0001**

**alberto@grupoarcano.com**

Grupo Arcano
since 2001
private equity investments



**De:** **Alberto Chang-Rajii** alberto@grupoarcano.com 📎
**Asunto:** Tx USD 650,000
**Fecha:** 17 de diciembre de 2015, 11:54
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com



Hola María Elena,

Junto con saludarte, te quisiera pedir:

1. Transferir $ 500.000.000 (quinientos millones) de la cuenta corriente de Highlander S.A. a mi cuenta corriente personal.

2. Comprar USD 650.000 (seiscientos cincuenta mil dólares americanos) a precio de mercado con cargo a mi cuenta corriente personal

3. Transferir estos USD 650.000 a mi cuenta corriente en Chase, para el pago de la mantención y seguro de mi avión.

Gracias,

A.



## Grupo Arcano
since 2001
private equity investments

**Alberto Chang-Rajii**
President & Founder

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

**De:** Alberto Chang-Rajii alberto@grupoarcano.com
**Asunto:** Tx GBP 500.000
**Fecha:** 22 de diciembre de 2015, 10:32
**Para:** María Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, quisiera pedirte que:

1. Transfieras $ 600.000.000 (seiscientos millones de pesos) de la cuenta de Onix Capital S.A. a mi cuenta personal.

2. Compres GBP 500.000 (quinientas mil libras esterlinas) a precio de mercado con cargo a mi cuenta personal.

3. Envíes este monto a mi cuenta con Lloyds en Reino Unido, este monto es para el pago de seguros, contribuciones e impuestos de mi depto en Londres por el año 2016.

De antemano muchas gracias.

Saludos,

A.



**Grupo Arcano**
since 2001
private equity investments

**Alberto Chang-Rajii**
President & Founder

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com



**De:** **Alberto Chang-Rajii** achr74@gmail.com
**Asunto:** Transferencia USD a VP Bank (BVI)
**Fecha:** 29 de diciembre de 2015, 11:13
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Alejandra Mera alejandra.mera@banchile.cl, Jose Antonio Morales Llanos mjose@bancochile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, te pido las siguientes instrucciones:

1. Podrías comprar USD 200.000 (doscientos mil dólares americanos), a precio de mercado, con cargo a mi cuenta pesos ?

2. Te pido si estos USD 200.000 los transfieras a una cuenta nueva a mi nombre en VP Bank (BVI) que es para el pago de los sueldos del personal de la ista:

Las nuevas instrucciones son:

**Intermediary Bank** : JP Morgan Chase, New York, Swift Code: **CHASUS33**, ABA 021000021

**Beneficiary Bank/Account Number**: RBC Royal Bank of Canada, 155 Wellington Street West, Toronto, M5V 3K7, *Transit Code: 000313595*, Swift Code: **ROYCCAT2**, Account number for **USD:** ▮▮▮▮-618-5

**Beneficiary: VP Bank (BVI) Ltd,** VP Bank House, 156 Main Street, PO Box 3463, Road Town, Tortola VG1110, British Virgin Islands, Swift Code: VPBVVGV1

**Remittance Information: ACC/FFC** to the *beneficiary account at VP Bank (BVI) Ltd*; **Name/Address: Alberto Samuel Chang Rajii, Palm Grove House, Road Town, Tortola, VG1110 British Virgin Islands, Account Number/IBAN:** ▮▮▮▮▮▮**G0000, Reference: Moskito Island**

Carolina está de vacaciones, por lo que si me pueden hacer llegar el formulario con las respectivas instrucciones, yo lo firmo y envío por mano.

De antemano gracias.

Saludos,

A.

**De:** **Alberto Chang-Rajil** alberto@grupoarcano.com ·
**Asunto:** Transferencia USD 950.000
**Fecha:** 7 de enero de 2016, 12:23
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com



Hola María Elena

Junto con saludarte, quisiera pedirte que:

1. Transfieras USD 950.000 (novecientos cincuenta mil dólares) de la cuenta dólar de Onix Capital S.A. a mi cuenta corriente dólar personal

2. Transfieras desde mi cuenta corriente dólar personal USD 950.000 (novecientos cincuenta mil dólares) a mi cuenta corriente con Chase en Estados Unidos, esto es para el pago de materiales y mano de obra para la construcción de mi casa en la isla durante Enero y Febrero.

De antemano gracias.

Saludos,

A.

**De:** **Alberto Chang-Rajii** alberto@grupoarcano.com

**Asunto:** Transferencia Australia AUD 960.000

**Fecha:** 8 de enero de 2016, 9:04

**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl

**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, te quisiera pedir lo siguiente:

1. Por favor transfiere $ 500.000.000 (quinientos millones de pesos) de la cuenta corriente de Onix Capital S.A. a mi cuenta corriente personal.

2. Por favor compra AUD 960.000 (novecientos sesenta mil dólares australianos), a precio mercado, con cargo a mi cuenta corriente personal.

3. Por favor transfiere estos AUD 960.000 a mi cuenta corriente con ANZ en Australia, el monto es para la compra de dos bodegas y un estacionamiento extra en mi edificio en Sydney.

Gracias,

A.



**Grupo Arcano**
since 2001
private equity investments

**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com



**De: Alberto Chang-Rajii** achr74@gmail.com
**Asunto:** Transferencia USD 100.000 a VP Bank (BVI)
**Fecha:** 12 de enero de 2016, 6:15
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola Maria Elena,

Junto con saludarte, quería pedirte si puedes generar las siguientes instrucciones para una transferencia a e VP Bank (el mismo banco en BVI de la vez pasada):

1. Transferir $ 100.000.000 (cien millones de pesos) de Onix Capital S.A. a mi cuenta corriente personal

2. Comprar USD 100.000 (cien mil dólares americanos), a precio de mercado, con cargo a mi cuenta en corriente personal

3. Transferir estos USD 100,000 a la siguiente cuenta, para gastos de operación de la isla:

**Intermediary Bank** : JP Morgan Chase, New York, Swift Code: **CHASUS33**, ABA 021000021

**Beneficiary Bank/Account Number**: RBC Royal Bank of Canada, 155 Wellington Street West, Toronto, M5V 3K7, *Transit Code: 000313595*, Swift Code: **ROYCCAT2**, Account number for **USD:** ▮▮▮▮▮**618-5**

**Beneficiary: VP Bank (BVI) Ltd,** VP Bank House, 156 Main Street, PO Box 3463, Road Town, Tortola VG1110, British Virgin Islands, Swift Code: VPBVVGV1

**Remittance Information: ACC/FFC** to the *beneficiary account at VP Bank (BVI) Ltd*; **Name/Address: Alberto Samuel Chang Rajii, Palm Grove House, Road Town, Tortola, VG1110 British Virgin Islands, Account Number/IBAN:** ▮▮▮▮▮▮▮▮▮▮▮**G0000, Reference: Moskito Island**

Gracias,

A.



**De: Maria Elena Kusch Rios** mekusch@bancochile.cl
**Asunto:** RE: Transferencia USD 270.000
**Fecha:** 14 de enero de 2016, 8:58
**Para:** Alberto Chang-Rajii alberto@grupoarcano.com
  **Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones
    carolina.briones@grupoarcano.com

Ok Alberto gestionamos,

Un abrazo

**Maria Elena Kusch Rios**
Ejecutiva de Cuentas
Banca Privada El Bosque Alerce
Teléfono 02-24687733 | Celular 62076532
Email: mekusch@bancoedwards.cl



# BANCO EDWARDS | citi

**441 Banco de Chile**

Citi y el diseño del arco es una marca de servicio registrada de Citigroup Inc. Uso bajo licencia.

Equipo comercial
Subgerente: Mary Carmen Marin    Email: mmarinv@bancoedwards.cl
Asistente comercial: José Morales Llanos    Email: jmoralesl@bancoedwards.cl

---

**De:** Alberto Chang-Rajii [mailto:alberto@grupoarcano.com]
**Enviado el:** jueves, 14 de enero de 2016 7:26
**Para:** Maria Elena Kusch Rios
**CC:** Jose Antonio Morales Llanos; Alejandra Mera; Carolina Briones
**Asunto:** Transferencia USD 270.000

Hola María Elena,

Junto con saludarte, quería pedirte mis puedes ejecutar la siguiente transacción:

1. Por favor transfiere $ 200.000.000 (doscientos millones de pesos) desde la cuenta corriente de Alberto Chang EIRL (RUT ███.788-5) a mi cuenta corriente personal

2. Con este dinero acreditado en mi cuenta corriente, por favor compra USD 270.000 (doscientos setenta mil dólares americanos), a precio de mercado.

3. Transfiere estos USD 270.000 a mi cuenta con Chase, es para pagar mi tarjeta de crédito americana.

Gracias.



**De: Alberto Chang-Rajii** achr74@gmail.com
**Asunto:** Transferencia entre empresas
**Fecha:** 18 de enero de 2016, 11:29
**Para:** María Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, quisiera pedirte que por favor transfieras $ 300.000.000 (trescientos millones de pesos) desde la cuenta corriente de Onix Capital S.A. a la misma razón social ▮▮▮▮▮.559-8, Banco Santander, Cta Cte ▮▮5430.

Gracias,

A.

**Alberto Chang-Rajii**

# Alberto Chang-Rajii



**De:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Asunto:** Transferencia USD 250.000
**Fecha:** 2 de febrero de 2016, 10:53
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Carolina Briones carolina.briones@grupoarcano.com, Alejandra Mera alejandra.mera@banchile.cl

Hola María Elena,

Junto con saludarte quisiera pedirte que:

1. Compres USD 250.000 (doscientos cincuenta mil dólares americanos), a precio de mercado, con cargo a mi cuenta corriente pesos.

2. Transfieras estos dólares a mi cuenta corriente con Chase. Este monto es para el pago de los gastos mensuales de mi avión.

De antemano muchas gracias.

Saludos,

A.



**Grupo Arcano**
since 2001
private equity investments

**Alberto Chang-Rajii**
President & Founder

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com





De: **Alberto Chang-Rajii** alberto@grupoarcano.com
Asunto: Tx USD
Fecha: 5 de febrero de 2016, 8:22
Para: Maria Elena Kusch Rios mekusch@bancochile.cl
Cc: Jose Antonio Morales Llanos mjose@bancochile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, quisiera pedirte:

1. Que transfieras USD 1,000,000 (un millón de dólares americanos) de la cuenta dólar de Onix Capital S.A. a mi cuenta dólar personal.

2. Que transfieras esa misma cantidad a mi cuenta en Chase, es para hacer el pago de ingeniería y construcción de la casa en mi isla en Febrero.

Gracias,

A.



# Grupo Arcano
since 2001
private equity investments

**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com





**De: Alberto Chang-Rajii** alberto@grupoarcano.com
**Asunto:** Transferencia Luxemburgo
**Fecha:** 9 de febrero de 2016, 13:31
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com



Estimada Maria Elena,

Junto con saludarte, quisiera pedirte:

1. Por favor transfieras $ 150.000.000 (ciento cincuenta millones de pesos) de la cuenta de Alberto Chang SpA a mi cuenta personal.
2. Con los fondos acreditados, por favor compres USD 200.000 (doscientos mil dólares americanos), a precio de mercado.
3. Finalmente, transfieras esta cantidad a mi cuenta en Luxemburgo indicada abajo, el monto es para el pago del seguro anual de mi yate.

Gracias,

A.

---

### SOCIETE GENERALE

Société Générale Bank & Trust

---

## BANK DETAILS

---

### ACCOUNT NAME: CHANG RAJII ALBERTO

**DOMICILIATION : SOCIETE GENERALE BANK**
**11 avenue Emile Reuter**
**L-2420 Luxembourg**

**SWIFT : SGABLULL**
**IBAN :** ████████ **3200 USD**
**SWIFT CORRESPONDANT : SOGEUS33**



**De:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Asunto:** Transferencia USD 120,000
**Fecha:** 19 de febrero de 2016, 11:34
**Para:** mekusch@bancochile.cl
**Cc:** jmoralesl@bancoedwards.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Estimado José Antonio,

Dado que Maria Elena está de vacaciones, le pido puedas ver directamente o con el ejecutivo(a) que la reemplaza las siguientes transacciones:

1. Comprar USD 120,000 (ciento veinte mil dólares americanos), a precio de mercado con cargo a mi cuenta corriente en pesos.

2. Por favor transfieras esta cantidad a mi cuenta con Chase para el pago de mi tarjeta de crédito americana por gastos personales.

Gracias,

A.

**Alberto Chang-Rajii**

**President & Founder**
**GRUPO ARCANO**

**De: Alberto Chang-Rajii** alberto@grupoarcano.com
**Asunto:** USD 100.000
**Fecha:** 4 de marzo de 2016, 9:15
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, quería pedirte que por favor compres USD 100.000 (cien mil dólares americanos), a precio de mercado, con cargo a mi cuenta corriente y los envíes a mi cuenta con Chase para pagar el uso de mi tarjeta de crédito americana.

De antemano gracias.

Saludos,

A.

**Alberto Chang-Rajii**



## Grupo Arcano

since 2001
private equity investments



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

---

Grupo Arcano - Presenting Partner of the Startup Showcase at eMerge Americas - Miami, April 18-19 2016



**De:** **Alberto Chang-Rajii** alberto@grupoarcano.com 
**Asunto:** TX USD 300.000 CHASE
**Fecha:** 9 de marzo de 2016, 8:59
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, quisiera pedirte:

1. Que por favor hagas las siguientes transferencias:

- $ 60.000.000 (sesenta millones de pesos) desde Onix Capital S.A. a mi cuenta corriente personal
- $ 80.000.000 (ochenta millones de pesos) desde Alberto Chang SpA a mi cuenta corriente personal
- $ 30.000.000 (treinta millones de pesos) desde Alberto Chang EIRL a mi cuenta corriente personal
- $ 30.000.000 (treinta millones de pesos) desde Highlander S.A. a mi cuenta corriente personal

2. Con este total transferido, compres USD 300.000 (trescientos mil dólares americanos), a precio de mercado, y los transfieras a mi cuenta corriente con JP Morgan Chase para el pago de los gastos mensuales de la construcción de mi casa en la isla.

De antemano muchas gracias.

Saludos,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

**Grupo Arcano** - Presenting Sponsor of the Startup Showcase at eMerge Americas - Miami, April 18-19 2016

 

De: **Alberto Chang-Rajii** alberto@grupoarcano.com 📎
Asunto: **Tx GBP 100.000**
Fecha: 11 de marzo de 2016, 12:11
Para: Maria Elena Kusch Rios mekusch@bancochile.cl
Cc: Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones
carolina.briones@grupoarcano.com

Hola Maria Elena,

Junto con saludarte, quisiera pedirte que por favor transfieras GBP 100.000 (cien mil libras esterlinas), con cargo a mi cuenta corriente en pesos, compradas a precio de mercado y las abones a mi cuenta corriente en Lloyds, es para el pago de contribuciones y seguros trimestrales de mi departamento en Londres.

Gracias,

A.



**Alberto Chang-Rajii**
President & Founder

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

**Grupo Arcano**
since 2001
private equity investments



**Grupo Arcano - Presenting Sponsor of the Startup Showcase at eMerge Americas - Miami, April 18-19 2016**

 

**De: Alberto Chang-Rajii** alberto@grupoarcano.com 
**Asunto:** Tx USD 200,000
**Fecha:** 17 de marzo de 2016, 10:05
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones
carolina.briones@grupoarcano.com

Hola Maria Elena,

Junto con saludarte, quisiera pedirte que:

1. Transfieras de Alberto Chang SpA la suma de $ 120.000.000 (ciento veinte millones de pesos) a mi cuenta personal.

2. Compres USD 200,000 (doscientos mil dólares americanos), a precio de mercado, y los envies a mi cuenta con Chase, es para el pago del seguro y los gastos de mantención anuales de mi departamento en Miami.

De antemano muchas gracias.

Saludos,

A.



**Grupo Arcano**
since 2001
private equity investments

**Alberto Chang-Rajii**
President & Founder

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

---

Grupo Arcano - Presenting Sponsor of the Startup Showcase at eMerge Americas - Miami, April 18-19 2016



**De:** **Alberto Chang-Rajii** achr74@gmail.com 📎 
**Asunto:** Tx USD 200,000
**Fecha:** 18 de marzo de 2016, 5:56
**Para:** María Elena Kusch Ríos mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola María Elena,
Junto con saludarte, quería pedirte que por favor transfieras USD 200.000 de la cuenta dólar de Onix Capital S.A. a mi cuenta dólar personal.
Gracias,
A.

**Alberto Chang-Rajii**

## Alberto Chang-Rajii





298

**De: Alberto Chang-Rajil** alberto@grupoarcano.com
**Asunto:** Transferencia USD 220.000
**Fecha:** 21 de marzo de 2016, 8:24
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Carolina Briones carolina.briones@grupoarcano.com, Alejandra Mera alejandra.mera@banchile.cl

Hola María Elena,

Junto con saludarte, te quería pedir que por favor transfieras USD 220.000 (doscientos veinte mil dólares americanos) de mi cuenta corriente dólar a mi cuenta en Chase. Es abono para el pago de la construcción de mi casa en la isla.

Gracias,

A.

**De:** **Alberto Chang-Rajii** alberto@grupoarcano.com 
**Asunto:** Transferencias Múltiples
**Fecha:** 22 de marzo de 2016, 4:48
**Para:** María Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hola María Elena,

Junto con saludarte, quisiera pedirte que por favor:

1. Transfieras $ 4.400.000 (cuatro millones cuatrocientos mil pesos) de la cuenta corriente de Grupo Arcano S.A. a mi cuenta corriente personal

2. Transfieras $ 5.500.000 (cinco millones quinientos mil pesos) de la cuenta corriente de Onix Capital S.A. a mi cuenta corriente personal

3. Transfieras $ 20.300.000 (veinte millones trescientos mil pesos) de la cuenta corriente de Alberto Chang EIRL a mi cuenta corriente personal

4. Transfieras $ 5.600.000 (cinco millones seiscientos mil pesos) de la cuenta corriente de Alberto Chang SpA a mi cuenta corriente personal

5. Transfieras $ 70.000.000 (setenta millones de pesos) de mi cuenta corriente personal a:

Onix Capital S.A.
RUT: 76.052.559-6
Banco Santander
Cta Cte : 62735430

6. Compres USD 20.000 (veinte mil dólares a precio de mercado) y los deposites en la cuenta corriente dólar de Onix Capital S.A.

Gracias,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com



---

Grupo Arcano - Presenting Sponsor of the Startup Showcase at eMerge Americas - Miami, April 18-19 2016

 

**De: Alberto Chang-Rajij** alberto@grupoarcano.com ✎
**Asunto:** Recepción de Fondos de Grupo Arcano Corp
**Fecha:** 24 de marzo de 2016, 13:04
**Para:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Maria Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com, Jose Antonio Morales Llanos mjose@bancochile.cl

Hola María Elena,

Te quería contar que nuestra matriz en Estados Unidos: Grupo Arcano Corp nos está reembolsando contablemente gastos en distintas transferencias en dólares que van a llegar a la cuenta dólar de Onix Capital S.A. durante la próxima semana, para que por favor los liquides y deposites en la cuenta corriente pesos cuando lleguen y nos avises por favor.

Te voy enviando copia, el primero es por USD 100,000.-

Gracias,

A.



**De:** **Maria Elena Kusch Rios** mekusch@bancochile.cl 📎
**Asunto:** RE: USD 160,000 (Publica)
**Fecha:** 28 de marzo de 2016, 15:12
  **Para:** Alberto Chang-Rajii alberto@grupoarcano.com
    **Cc:** Carolina Briones carolina.briones@grupoarcano.com, Jose Antonio Morales Llanos mjose@bancochile.cl

OK Alberto cursamos primera hora mañana.

atte
**Maria Elena Kusch Rios**
Ejecutiva de Cuentas
Banca Privada El Bosque Alerce
Teléfono 02-24687733 | Celular 62076532
Email: mekusch@bancoedwards.cl



# BANCO EDWARDS | citi

del Banco de Chile

Citi y el diseño del arco es una marca de servicio registrada de Citigroup Inc. Uso bajo licencia.

Equipo comercial
Subgerente: Mary Carmen Marin   Email: mmarinv@bancoedwards.cl
Asistente comercial: José Morales Llanos   Email: jmoralesl@bancoedwards.cl

---

**De:** Alberto Chang-Rajii [mailto:alberto@grupoarcano.com]
**Enviado el:** lunes, 28 de marzo de 2016 15:04
**Para:** Maria Elena Kusch Rios
**CC:** Jose Antonio Morales Llanos; Alejandra Mera; Carolina Briones
**Asunto:** USD 160,000

Hola Maria Elena,

Junto con saludarte, podrias transferir USD 160.000 (ciento sesenta mil dólares) de la cuenta dólar de Onix Capital S.A. a la cuenta dólar de Highlander S.A ? Tenemos que pagar un proveedor internacional mañana.

Gracias,

A.

**Alberto Chang-Rajii**

**President & Founder**
**GRUPO ARCANO**

De: **Alberto Chang-Rajii** achr74@gmail.com

Asunto: Tx 23MM

Fecha: 30 de marzo de 2016, 11:31

Para: Maria Elena Kusch Rios mekusch@bancochile.cl

Cc: Carolina Briones carolina.briones@grupoarcano.com, Jose Antonio Morales Llanos mjose@bancochile.cl

Hola María Elena,

Podrias transferir $ 23.000.000 de la cuenta en pesos de Highlander S.A.a la siguiente cuenta:

Servicios, Asesorias Administrativas y Cobranzas Ltda.
RUT: 77.606.840-3
Banco Santander
Cta Cte: ███344-0

Gracias,

A.

**Alberto Chang-Rajii**

# Alberto Chang-Rajii





**De: Jose Antonio Morales Llanos** mjose@bancochile.cl
**Asunto:** RE: Tx USD 158.000
**Fecha:** 30 de marzo de 2016, 11:20
**Para:** Carolina Briones carolina.briones@grupoarcano.com

Esta ok

**José Antonio Morales Llanos**
Asistente Comercial
Banca Privada El Bosque Alerce
Teléfono 02-4687737
Email: jmoralesl@bancoedwards.cl



## BANCO EDWARDS | citi

del Banco de Chile

Citi y el diseño del arco es una marca de servicio registrada de Citigroup Inc. Usa bajo licencia.

---



**De:** Carolina Briones [mailto:carolina.briones@grupoarcano.com]
**Enviado el:** miércoles, 30 de marzo de 2016 11:11
**Para:** Jose Antonio Morales Llanos
**Asunto:** Fwd: Tx USD 158.000

JOSE,
ADJUNTO SOLICITUD.

SALUDOS,

Carolina Briones

**Carolina Briones**
PA to Alberto Chang-Rajii

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

carolina.briones@grupoarcano.com

**Grupo Arcano**
since 2001
private equity investments



Grupo Arcano - Presenting Sponsor of the Startup Showcase at eMerge Americas - Miami, April 18-19 2016

 

This e-mail and attachments, if any, are confidential and solely intended for the use of the individual or entity to whom they are addressed. If you receive this e-mail in error, we kindly request you to notify the sender immediately, and to delete the e-mail and the attachments. The publication, copying or distribution of the e-mail and attachments by others than the intended person(s) is prohibited. Please be aware that the contents of any e-mails sent to Grupo Arcano may be periodically monitored and reviewed in accordance with lawful business practice. The sender cannot guarantee the security of electronic communication and is not liable for any negative consequence of the use of electronic communication.

Inicio del mensaje reenviado:

**De:** Maria Alejandra Mera <alejandra.mera@banchile.cl>
**Asunto: RE: Tx USD 158.000**
**Fecha:** 30 de marzo de 2016, 9:46:34 GMT-3
**Para:** Alberto Chang-Rajii <achr74@gmail.com>, Maria Elena Kusch Rios <mekusch@bancochile.cl>
**Cc:** Jose Antonio Morales Llanos <mjose@bancochile.cl>, Carolina Briones <carolina.briones@grupoarcano.com>

Alberto, Hola,
Dólares vendidos a $675,60.

Saludos

**Alejandra Mera Rusque**
Banchile Inversiones
El Bosque 500, piso 2
Las Condes - Chile
Tel: (56-2) 468 7745
Fax: (56-2) 468 7858
www.banchileinversiones.cl

**De:** Alberto Chang-Rajii [mailto:achr74@gmail.com]
**Enviado el:** miércoles, 30 de marzo de 2016 9:26
**Para:** Maria Elena Kusch Rios
**CC:** Jose Antonio Morales Llanos; Carolina Briones; Maria Alejandra Mera
**Asunto:** Tx USD 158.000

Hola María Elena,

Puedes debitar USD 158.000 (ciento cincuenta y ocho mil dólares), de la cuenta dólar de Onix Capital S.A., abonarlo a valor de mercado a la cuenta en pesos de la misma empresa y de ahi transferirlo a:

Servicios, Asesorias Administrativas y Cobranzas Ltda.
RUT: 77.606.840-3
Banco Santander
Cta Cte: 74-0056344-0

Gracias,

A.

**Alberto Chang-Rajii**


**Alberto Chang-Rajii**




**Antes de imprimir este documento piense bien si es necesario hacerlo P**

*******************************************************************************
*****************************
NOTA DE CONFIDENCIALIDAD: La información contenida en este mensaje y/o en los archivos
adjuntos es de carácter confidencial y está destinada al uso exclusivo del emisor y/o de la persona
o entidad a quien va dirigida. Si usted no es el destinatario, cualquier almacenamiento,
divulgación, distribución o copia de esta información está estrictamente prohibido y sancionado
por la ley. Si recibió este mensaje por error, por favor infórmenos inmediatamente respondiendo
este mismo mensaje y borre éste y todos los archivos adjuntos. Considerando que no existe
certidumbre de que el presente mensaje no será modificado como resultado de su transmisión por
correo electrónico, Banchile no será responsable si el contenido del mismo ha sido modificado. Por
su atención, gracias.
CONFIDENTIAL NOTE: The information transmitted in this message and/or attachments is
confidential and is intended only for use of the person or entity to whom it is addressed. If you are
not the intended recipient, any retention, dissemination, distribution or copy of this information is
strictly prohibited and sanctioned by law. If you received this messagge in error, please reply us
this same message and delete this message and all attachments. Since integrity of electronic mail
cannot be guaranteed, Banchile shall be not responsible if the contents of this message and/or its
attachments should be modified or altered in any manner. Thank you for your attention to this
matter.


www.banchileinversiones.cl
*******************************************************************************
*****************************

**From:** **Alberto Chang-Rajii** achr74@gmail.com
**Subject:** Tx USD 300,000
**Date:** 8 October 2015, 11:18
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl, ctellezr@bancochile.cl
**Cc:** Catalina Macarena Rojas Santi cmrojass@bancochile.cl, Carolina Briones carolina.briones@grupoarcano.com

Dear María Elena / Maria Carolina,

Hello to both of you. I would like to ask you please to transfer USD 300,000 (three hundred thousand US dollars) to my account with JP Morgan Chase in the United States and charge this to my bank account in pesos.

The funds are for the payment to advance the construction of my house in Moskito Island, BVI.

Ideal if the transfer can go out today and be immediately available.

Many thanks in advance.

Regards,

A.

**Alberto Chang-Rajii**

# Alberto Chang-Rajii






**From:** **Alberto Chang-Rajii** achr74@gmail.com
**Subject:** Transfer USD 320,000
**Date:** 23 October 2015, 11:24
**To:** Maria Elena Kusch Rios mekusch@bancochile,cl
**Cc:** Carolina Briones carolinabriones@grupoarcano.com, Jose Antonio Morales Llanos mjose@bancochile.cl, Maria Alejandra Mera alejandramera~nchile.cl

Hi María Elena,

I need pay the electrical installers for the doing the three-phase connection on the island, so I need to transfer USD 320,000 (three hundred and twenty thousand dollars) to my Chase account. Please buy the dollars and charge them to my current account at market price of the dollar, with a copy to Alejandra so she can do the exchange purchase.

Thanks,

A.
# Alberto Chang-Rajii





**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Subject:** Tx USD 950,000
**Date:** 27 October 2015, 10:40
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Alejandra Mera alejandra.mera@banchile.cl, Catalina Macarena Rojas Santi cmrojass@bancoedwards.cl, Carolina Briones
cbriones@grupoarcano.cl



Hi Maria Elena,

I hope you are well. I would like to ask you a favour:

1.    Transfer $ 370,000,000 (three hundred and seventy million pesos) from the account of Alberto Chang SpA to my personal account.

2.    Purchase USD 960,000 (nine hundred and sixty thousand US dollars) at the market value charged to my current pesos account.

3.    Send the dollars to my current account in Chase, hopefully available immediately, since it's to pay the lawyers for the services of
registration, writing and stamp for my island, which should be settled this Friday.

Many thanks in advance.

Regards,

A.



**Alberto Chang-Rajii**
President & Founder

Av. Las Condes 11,380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com



**Alberto Chang-Rajii**

**President & Founder**
**GRUPO ARCANO**

| From | **Alberto Chang-Rajii** alberto@grupoarcano.com |
|---|---|
| **Subject:** | Tx USD 500,000 (Chase) |
| **Date:** | 2 November 2015, 10:09 |
| **To:** | Maria Elena Kusch Rios mekusch@bancochile.cl |
| **Cc:** | Carolina Briones carolina.briones@grupoarcano.com, Alejandra Mera alejandramera@banchile.cl, Jose Antonio Morales Llanos rnjose@bancochile.cl |

Hi María Elena,

I hope you are well. I would like to ask you a favour:

1.  Transfer $ 150,000,000 (one hundred and fifty million pesos) from the account of Alberto Chang SpA to my personal account.
2.  Transfer $ 50,000,000 (fifty million pesos) from the current account of Onix Capital S.A. to my personal account
3.  With the total balance in my current account purchase USD 500,000 (five hundred thousand US dollars) at the market price and send them to my account in Chase. The expenditure is for the landscaping design for my house on the island.

It would be ideal if you could make the transfer today so it is available immediately.

Regards,

A.



**since 2001**
**private equity investments**

**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11,380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 – USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN – UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 – Australia
+61 (2) 9235 0001

alberto@grupoarcano.com



**Alberto Chang-Rajii**

**President & Founder**
**GRUPO ARCANO**

**From:** **Alberto Chang-Rajii** achr74@gmail.com
**Subject:** Tx Societe Generale USD 300,000
**Date:** 4 November 2015, 12:16
**To:** Maria Elena Kusch Ríos mekusch@bancochile.cl
**Cc:** Alejandra Mera alejandra.mera@banchile.cl, Jose Antonio Morales Llanos mfose@bancochile.ci, Carolina Briones cbriones@grupoarcano.ci

Hi María Elena,

I nearly forgot the last dollar transfer!!!

It is to my account with the Société Générale Bank in Luxembourg, where the custodians of my trust are, who have to be paid for their services every year.

The account is in my name and the amount is USD 300,000 (three hundred thousand dollars). Please buy them at the market price and charge them to my personal current account and transfer them to the following account:

## Beneficiary name: CHANG RAJII ALBERTO SAMUEL

Account ▢▢▢▢▢▢▢▢▢▢ 3200 USD

## Beneficiary Bank: Société Générale Bank & Trust, 11 avenue Emile Reuter L-2420 Luxembourg (SWIFT Code: SGABLULL)

## Correspondent Bank for US dollars: Société Générale New York (Swift Code: SOGEUS33)

Many thanks in advance.

Regards,

A.

# Alberto Chang-Rajii



**From: Alberto Chang-Rajii** alberto@grupoarcano.com
**Subject:** Transfers Malta
**Date:** 16 November 2015, 5:08
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com



Hi Maria Elena,

I hope you are well. I'd like to give you the following instructions:

1.         Please transfer $ 200,000,000 (two hundred million pesos) from the la current account of Highlander S.A. to my personal current account.

2.         With this transfer accredited I need to transfer EUR 242,000 (two hundred and forty-two thousand euros) at market value to the Notary of Malta for payment of stamp duty for the purchase of a property I am acquiring there.

The details of the transfer are:

Beneficiary: Dr. Malcorn Licari Clients A/C

Address: 18 Xehda Ghasel, Triq Guze Maria Caminen, Qormi, Malta

Bank: Bank of Valletta

SWIFT: VALLMTMT

.         ACCOUNT: ███ 8673

        IBAN: M174 VALL 2201 3000 0000 4001 4878 673

Reference: PENTHOUSE

3.         I also need to transfer EUR 6,300 (six thousand three hundred euros) at market value to my lawyers for their services in this transaction.

The details of the transfer are:

Beneficiary: Henley Estates Malta Ltd

Address: Level 4, Aragon House, Dragonara Road, 5t Julian's, Malta

Bank: Bank of Valletta

SWIFT: VALLMTMT

ACCOUNT: ███ 4948

IBAN: MT88 VALL 2201 3000 0000 4002 3044 948

Reference: HPM0344

Many thanks in advance.

Regards,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000
1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900



**Grupo Arcano**
since 2001
private equity investments

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN – UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 – Australia
+61 (2) 9235 0001

alberto@grupoarcano.com





**From: Alberto Chang-Rajii** alberto@grupoarcano.com
**Subject:** Tx USD 360,000
**Date:** 19 November 2015, 9:53
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hi María Elena,

I hope you are well. I would like to give you the following instructions:

1. Please transfer $ 260,000,000 (two hundred and sixty million pesos) from the current account of Alberto Chang SpA to my personal current account.

2. Please purchase USD 360,000 (three hundred and sixty thousand dollars) at the market price charged to my personal current account and transfer them to my current account with Chase. It is for payment of the annual insurance of my aircraft in the United States.

Thanks,

A.

**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Subject:** Tx USD 360,000
**Date:** 19 November 2015, 9:53
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com



Hi María Elena,

I hope you are well. I would like to give you the following instructions:

1.  Please transfer $ 260,000,000 (two hundred and sixty million pesos) from the current account of Alberto Chang SpA to my personal current account.

2.  Please purchase USD 360,000 (three hundred and sixty thousand dollars) at the market price charged to my personal current account and transfer them to my current account with Chase. It is for payment of the annual insurance of my aircraft in the United States.

Thanks,

A.



**From:** **Alberto Chang-Rajii** arberto@grupoarcano.com
**Subject:** Transfer Grupo Arcano S.A.
**Date:** 25 November 2015, 9:49
**To:** Maria Elena Kusch Ríos mekusch@bancochile.cf
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hi Maria Elena,

I hope you are well. I would like to ask you to transfer $ 50,000,000 (fifty million pesos) from the pesos current account of Grupo Arcano S.A. to my personal pesos current account.

Regards,

A.

**Alberto Chang-Rajii**

**President & Founder**
**GRUPO ARCANO**

| | |
|---|---|
| **From:** | **Alberto Chang-Rajii** arberto@grupoarcano.com |
| **Subject:** | Transfer USD 500,000 |
| **Date:** | 26 November 2015, 10:33 |
| **To:** | Maria Elena Kusch Ríos rnekusch@bancochile.cf |
| **Cc:** | Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera Alejandra.mera@banchile.cl Carolina Briones carolina.briones@grupoarcano.com |



Hi Maria Elena,

I hope you are well. I would ask you please to purchase USD 500,000 (five hundred thousand dollars) at market price, charged to my personal current account and send them to my current account in Chase. The reason is the monthly payment for construction of the house on the island.

Thanks,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

**From:** **Alberto Chang-Rajii** alberloOgrupoarcano.com
**Subject:** Tx USD 400,000
**Date:** 3 December 2015, 12:42
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones
carolina.briones@grupoarcano.com

Hi Marta Elena,

I hope you are well. I'd like to ask you the following:

1.    Please transfer from the pesos current account of Highlander S.A. the amount of $ 300,000,000 (three hundred million pesos) to my personal current account

2.    With this amount credited, please purchase USD 400,000 (four hundred thousand US dollars) charged to my personal current account and transfer them to my current account with JP Morgan Chase. The money is for maintenance and equipment for my jet.

Thanks,

A.



**Grupo Arcano**
since 2001
private equity investments

**Alberto Chang-Rajii**
President & Founder

Av. Las Condes 11.380 Of. 41, San Damián, Santiago – Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 – USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN – UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 – Australia
+61 (2) 9235 0001

alberto@grupoarcano.com



**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Subject:** Tx USD 100,000 Chase
**Date:** 7 December 2015, 12:21
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones
carolina.briones@grupoarcano.com

Hi Maria Elena,

I hope you are well. please if you can, transfer USD 100,000 (one hundred thousand dollars) charged to my pesos current account, purchased at market value, to be sent to my account with Chase, since I need to pay my accountants for the end-of-year accounting services.

Thanks in advance.

Regards,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

**Grupo Arcano**
since 2001
private equity investments



**From:** Alberto Chang-Rajii alberto@grupoarcano.com
**Subject:** Transfer USD 480,000
**Date:** 10 December 2015, 12:33
**To:** mekusch@bancochile.cl
**Cc:** mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com



Hi Maria Elena,

I hope you are well. I'd like to ask you:

1.    To transfer $ 340,000,000 (three hundred and forty million pesos) from the pesos current account of Highlander S.A. to my personal current account.

2.    To purchase USD 480,000 (four hundred and eighty thousand US dollars) at the market price charged to my personal current account.

3.    To send this amount to my account with Chase, to pay contributions, yearly common expenses and insurance for my apartment in Miami.

Thanks,

A.

**Alberto Chang-Rajii**

**President & Founder**
**GRUPO ARCANO**

**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Subject:** TX USD 725,000
**Date:** 15 December 2015, 11:00
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hi, Maria Elena,

I hope you are well. I want to ask you to do the following:

1. Please transfer $ 500,000,000 (five hundred million pesos) from the account de Onix Capital S.A. to my personal account.

2. Please purchase USD 725,000 (seven hundred and twenty-five US dollars) at market price charged to my personal account.

3. Please transfer this quantity of dollars to my account with Chase to make the advance payment for the engineering and construction of my house on the island.

Many thanks in advance.

Regards,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

**Grupo Arcano**
since 2001
private equity investments



**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Subject:** Tx USD 650,000
**Date:** 17 December 2015, 11:54
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjoseebancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com



Hi Maria Elena,

I hope you are well. I would like to ask you to:

1. Transfer $ 500,000,000 (five hundred million) from the current account of Highlander S.A. to my personal current account.

2. Purchase USD 650,000 (six hundred and fifty thousand US dollars) at market price charged to my personal current account

3. Transfer these USD 650,000 to my current account in Chase, for payment of maintenance and insurance for my aircraft.

Thanks,

A.



**Alberto Chang-Rajii**
President & Founder

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com



**Grupo Arcano**
since 2001
private equity investments

en

**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com g
**Subject:** Tx GBP 500,000
**Date:** 22 December 2015, 10:32
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Lianas mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hi Maria Elena,

I hope you are well. I'd like to ask you to:

1.  Transfer $ 600,000,000 (six hundred million pesos) from the account of Onix Capital S.A. to my personal account.

2.  Purchase GBP 500,000 (five hundred thousand pounds sterling) at market rate charged to my personal account.

3.  Send this amount to my account with Lloyds in the United Kingdom. This amount is to pay for insurance, contributions and tax on my apartment in London for 2016.

Many thanks in advance.

Regards,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 – USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com



**Grupo Arcano**
since 2001
private equity investments

**From: Alberto Chang-Rajii** achr74@gmail.com
**Subject:** Transfer USD to VP Bank (BVI)
**Date:** 29 December 2015, 11:13
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Alejandra Mera alejandra_mera@banchile.cl, Jose Antonio Morales Lianas mjose@bancochile.cl, Carolina Briones
carolina.briones@grupoarcano.com



Hi Maria Elena,

I hope you are well. I would ask you to please do the following:

1.  Could you purchase USD 200,000 (two hundred thousand US dollars), at the market price, charged to my account pesos ?

2.  Please transfer these USD 200,000 to a new account in my name at VP Bank (BVI) for payment of the salaries of my staff on the island:

The new instructions are:

**Intermediary Bank** : JP Morgan Chase, New York, Swift Code: **CHASUS33**, ABA 021000021


**Beneficiary Bank/Account Number**: RBC Royal Bank of Canada, 155 Wellington Street West, Toronto, M5V 3K7, *Transit Code: 000313595*, Swift Code: **ROYCCAT2**, Account number for **USD:**▮▮▮▮▮**-618-5**


**Beneficiary: VP Bank (BVI) Ltd,** VP Bank House, 156 Main Street, PO Box 3463, Road Town, Tortola VG1110, British Virgin Islands, Swift Code: VPBVVGV1


**Remittance Information: ACC/FFC** to the *beneficiary account at VP Bank (BVI) Ltd*;
**Name/Address: Alberto Samuel Chang Rajii, Palm Grove House, Road Town, Tortola, VG1110 British Virgin Islands, Account Number/IBAN:**
▮▮▮▮▮▮▮**0000, Reference: Moskito Island**

Carolina is on vacation, so if they can get me the form with the respective instructions, I can sign it and send it by hand.

Thanks in advance.

Regards,

A.



**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Subject:** Transfer USD 950,000
**Date:** 7 January 2016, 12:23
**To:** Maria Elena Kusch Rios mekusch@bancochrle.ci
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandramera@banchile.cl, Carolina Briones carolinabriones@grupoarcano.com

Hi María Elena

I hope you are well. I'd like to ask you to:

**1.** Transfer USD 950,000 (nine hundred and fifty thousand dollars) from the dollar account of Onix Capital S.A. to my personal dollar current account

**2.** Transfer USD 950,000 (nine hundred and fifty thousand dollars) from my personal dollar current account to my current account with Chase in the United States. This is for payment of materials and labour for the construction of my house on the island in January and February.

Thanks in advance.

Regards,

A.

**From:** **Alberto Chang-Rajii** arberio@grupoarcano.com
**Subject:** Transfer Australia AUD 960,000
**Date:** 8 January 2016, 9:04
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Lianas mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones

Hi Marla Elena,

I hope you are well. I would like to ask you to do the following:

1. Please transfer $ 500,000,000 (five hundred million pesos) from the current account of Onix Capital S.A. to my personal current account.

2. Please purchase AUD 960,000 (nine hundred and sixty thousand Australian dollars) at market price, charged to my personal current account.

3. Please transfer these AUD 960,000 to my current account with ANZ in Australia. This amount is for the purchase of two storerooms and an extra garage in my building in Sydney.

Thanks,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

Grupo Arcano
since 2001
private equity investments



From: **Alberto Chang-Rajii** achr74@gmail.com
Subject: Transfer USD 100,000 to VP Bank (BVI)
Date: 12 January 2016, 6:15
To: Maria Elena Kusch Rios mekusch@bancochile.cl
Cc: Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcarto.com



Hi Maria Elena,

I hope you are well. I wanted to ask you if you could generate the following instructions for a transfer to the VP Bank (the same bank in BVI as last time):

1. Transfer $ 100,000,000 (one hundred million pesos) de Onix Capital S.A. to my personal current account

2. Purchase USD 100,000 (one hundred thousand US dollars) at the market price, charged to my personal current account

3. Transfer these USD 100,000 to the following account, for operating expenses on the island:

**Intermediary Bank** : JP Morgan Chase, New York, Swift Code: **CHASUS33**, ABA 021000021

**Beneficiary Bank/Account Number**: RBC Royal Bank of Canada, 155 Wellington Street West, Toronto, M5V 3K7, *Transit Code: 000313595*, Swift Code: **ROYCCAT2**, Account number for **USD:** ██████ **618-5**

**Beneficiary: VP Bank (BVI) Ltd,** VP Bank House, 156 Main Street, PO Box 3463, Road Town, Tortola VG1110, British Virgin Islands, Swift Code: **VPBVVGV1**

**Remittance Information: ACC/FFC** to the *beneficiary account at VP Bank (BVI) Ltd*; **Name/Address: Alberto Samuel Chang Rajii, Palm Grove House, Road Town, Tortola, VG1110 British Virgin Islands, Account Number/IBAN:** ██████ **0000, Reference: Moskito Island**

From: **Maria Elena Kusch Rios** mekusch@bancochile.cl
Subject: RE: Transfer USD 270,000
Date: 14 January 2016, 8:58
To: Alberto Chang-Rajii alberto@grupoarcano.com
Cc: Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com



Ok Alberto we'll do that,

A hug

Maria Elena Kusch Rios
Accounts Executive
Banca Privada El Bosque Alerce
Telephone 02-24687733 | Mobile 62076532
Email: mekusch@bancoedwards.cl



# BANCO EDWARDS | citi
of the Banco de Chile

Citi with the design of the arch is a registered trademark of Citigroup Inc. Use under licence.

Commercial team
Sub-manager: Mary Carmen Marin Email: mmarinv@bancoedwards.cl
Commercial Assistant: José Morales Llanos Email: jmorales@bancoedwards.cl

**From:** Alberto Chang-Rajii [mailto: alberto@grupoarcano.com]

**Sent:** Thursday, 14 January 2016 7:26
**To:** Maria Elena Kusch Rios
**CC:** Jose Antonio Morales Llanos; Alejandra Mera; Carolina Briones
**Subject:** Transfer USD 270,000

Hi María Elena,

I hope you are well. I wanted to ask you if you could perform the following transaction:

1. Please transfer $ 200,000,000 (two hundred million pesos) from the current account of Alberto Chang EIRL (RUT: 788-5) to my personal current account

2. With this money credited to my current account, please purchase USD 270,000 (two hundred and seventy thousand US dollars), at the market price.

3. Transfer these USD 270,000 to my account with Chase, to pay my US credit card.

Thanks.

**From:** **Alberto Chang-Rajii** achr74@gmail.com
**Subject:** Transfer between companies
**Date:** 18 January 2016, 11:29
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos rnjose@bancochile.cl, Carolina Briones carohna.briones@grupoarcano.com



Hi María Elena,

I hope you are well. I'd like to ask you to please transfer $ 300,000,000 (three hundred million pesos) from the current account of Onix Capital S.A. to the same company, RUT: ████559-6, Banco Santander, Current a/c ████5430.

Thanks,

A.

Alberto Chang-Rajii

# Alberto Chang-Rajii




| From: | **Alberto Chang-Rajii** alberto@grupoarcano.com |
|---|---|
| Subject: | Transfer USD 250,000 |
| Fettle: | 2 February 2016, 10:53 |
| To: | Maria Elena Kusch Rios mekusch@bancochile.cl |
| Cc: | Jose Antonio Morales Llanos mjose@bancochile.cl, Carolina Briones carolina.briones@grupoarcano.com, Alejandra Mera alejandra.mera@banchile.cl |

Hi Maria Elena,

Besides greeting you I'd like to ask you to:

1. Purchase USD 250,000 (two hundred fifty thousand US dollars), at the market price, charged to my pesos current account.

2. Transfer these dollars to my current account with Chase. This amount is to pay monthly expenses for my aircraft.

Many thanks in advance.

Regards,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

**Grupo Arcano**
since 2001
private equity investments



| From: | **Alberto Chang-Rajii** alberto@grupoarcano.com g |
| --- | --- |
| Subject: | Tx USD |
| Date: | 5 February 2016, 8:22 |
| To: | Maria Elena Kusch Rios mekusch@bancochile.cl |
| Cc: | Jose Antonio Morales Llanos mjose@bancochile.cl, Carolina Briones carolina.briones@grupoarcano.com |



Hi Maria Elena,

I hope you are well. I'd like to ask you:

1.   To transfer USD 1,000,000 (one million US dollars) from the dollar account of Onix Capital S.A. to my personal dollar account.

2.   To transfer this amount to my account in Chase, to pay for engineering and construction of the house on my island in February.

Thanks,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com



Grupo Arcano
since 2001
private equity investments

**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com g
**Subject:** Transfer Luxemburg
**Date:** 9 February 2016, 13:31
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochite.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Dear Maria Elena,

I hope you are well. I'd like to ask you:

1. Please transfer $150,000,000 (a hundred and fifty million pesos) from the account of Alberto Chang SpA to my personal account.
2. With the funds credited, please purchase USD 200,000 (two hundred thousand US dollars), at the market price.
3. Finally, transfer this amount to my account in Luxemburg indicated below, for payment of the annual insurance on my yacht.

Thanks,

A.

---


**SOCIETE GENERALE**

Société Générale Bank & Trust.

**BANK DETAILS**

**ACCOUNT NAME: CHANG RAJII ALBERTO**

**DOMICILIATION : SOCIETE GENERALE BANK**
**11 avenue Emile Reuter**
**L-2420 Luxembourg**

**SWIFT : SGABLULL**
**IBAN : LU47 061 210431 3200 USD**
**SWIFT CORRESPONDANT : SOGEUS33**

---



**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Subject:** Transfer USD 120,000
**Date:** 19 February 2016, 11:34
**To:** mekusch@bancochile.cl
**Cc:** jmoralesk@bancoedwards.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Dear José Antonio,

Given that Maria Elena is on vacation, I would ask you if you can directly or with the executive who is in her place see to following transactions:

1.   Purchase USD 120,000 (one hundred and thousand US dollars), at the market price charged to my peso current account.

2.   Please transfer this amount to my account with Chase for payment of my US credit card for personal expenses.

Thanks,

A.

**Alberto Chang-Rajii**

**President & Founder**
**GRUPO ARCANO**

**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Subject:** USD 100,000
**Date:** 4 March 2016, 9:15
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com

Hi Maria Elena,

I hope you are well. I wanted to ask you please to purchase USD 100,000 (one hundred thousand US dollars), at the market price, charged to my current account and send them to my account with Chase to pay for the use of my US credit card.

Thanks in advance,

Regards,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

**Grupo Arcano**
since 2001
private equity investments

Grupo Arcano - Presenting Partner of the Startup Showcase at eMerge Americas - Miami, April 18-19 2016



**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com 
**Subject:** TX USD 300,000 CHASE
**Date:** 9 March 2016, 8:59
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones
carolina.briones@grupoarcano.com

Hi Maria Elena,

I hope you are well. I would like to ask you:

1.  To please make the following transfers:

- $ 60,000,000 (sixty million pesos) from Onix Capital S.A. to my personal current account
- $ 80,000,000 (eighty million pesos) from Alberto Chang SpA to my personal current account
- $ 30,000,000 (thirty million pesos) from Alberto Chang EIRL to my personal current account
- $ 30,000,000 (thirty million pesos) from Highlander S.A. to my personal current account

2.  With this total transferred, purchase USD 300,000 (three hundred thousand US dollars), at the market price and then transfer them to my current account with JP Morgan Chase to pay the monthly expenses for the construction of my house on the island.

Many thanks in advance.

Regards,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

**Grupo Arcano** - Presenting Sponsor of the Startup Showcase at eMerge Americas - Miami, April 18-19 2016

 

From: **Alberto Chang-Rajii** alberto@grupoarcano.com
Subject: Tx GBP 100,000
Date: 11 March 2016, 12:11
To: Maria Elena Kusch Rios mekusch@bancochile.cl
Cc: Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones
carolina.briones@grupoarcano.com

Hi Maria Elena,

I hope you are well. I'd like to ask you please to transfer GBP 100,000 (one hundred thousand pounds sterling), charged to my pesos current account, purchased at the market price and then credit them into my current account in Lloyds. The payment is for quarterly contributions and insurance on my apartment in London.

Thanks,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com

Grupo Arcano - Presenting Sponsor of the Startup Showcase at eMerge Americas - Miami, April 18-19 2016

 

**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Subject:** Tx USD 200,000
**Date:** 17 March 2016, 10:05
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com



Hi Maria Elena,

I hope you are well. I'd like to ask you to:

1.  Transfer from Alberto Chang SpA the amount of $ 120,000,000 (one hundred and twenty million pesos) to my personal account.

2.  Purchase USD 200,000 (two hundred thousand US dollars), at the market price, and send them to my account with Chase, for payment of the annual insurance and maintenance costs of my apartment in Miami.

Many thanks in advance.

Regards,

A.



**Alberto Chang-Rajii**
**President & Founder**

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com



**Grupo Arcano**
since 2001
private equity investments



---

**Grupo Arcano - Presenting Sponsor of the Startup Showcase at eMerge Americas - Miami, April 18-19 2016**

 



**From:** **Alberto Chang-Rajii** achr74@gmail.com
**Subject:** Tx USD 200,000
**Date:** 18 March 2016, 5:56
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancoclte.cl, Carolina Briones carolina.briones@grupoarcano.com

Hi María Elena,
I hope you are well. I wanted to ask you please to transfer USD 200,000 from the dollar account of Onix Capital S.A. to my personal dollar account.
Thanks,
A.

**Alberto Chang-Rajii**

# Alberto Chang-Rajii






**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Subject:** Transfer USD 220,000
**Date:** 21 March 2016, 8:24
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Carolina Briones carolina.briones@grupoarcano.com,
Alejandra Mera alejandra.mera@banchile.cl

Hi María Elena,

I hope you are well. I wanted to ask you please to transfer USD 220,000 (two hundred and twenty thousand US dollars) from my current dollar account to my account in Chase. This is for payment of the construction of my house on the island.

Thanks,

A.

**From:** Alberto Chang-Rajii alberto@grupoarcano.com
**Subject:** Multiple Transfers
**Date:** 22 March 2016, 4:48
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Jose Antonio Morales Llanos mjose@bancochile.cl, Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones
carolina.briones@grupoarcano.com



Hi Maria Elena,

I hope you are well. I'd like to ask you please to:

1. Transfer $ 4,400,000 (four million four hundred thousand pesos) from the current account of Grupo Arcano S.A. to my personal current account

2. Transfer $ 5,500,000 (five million five hundred thousand pesos} from the current account of Onix Capital S.A. to my personal current account

3. Transfer $ 20,300,000 (twenty million three hundred thousand pesos) from the current account of Alberto Chang EIRL to my personal current account

4. Transfer $ 5,600,000 (five million six hundred thousand pesos) from the current account of Alberto Chang SpA to my personal current account

5. Transfer $ 70,000,000 (seventy million pesos) from my personal current account to:

Onix Capital S.A.
RUT: 76.052.559-6
Banco Santander
Current a/c ▮▮5430

6. Purchase USD 20,000 (twenty thousand dollars at the market price and the deposit them in the dollar current account of Onix Capital S.A.

Thanks,
A.



**Grupo Arcano**
since 2001
private equity investments

**Alberto Chang-Rajii**
President & Founder

Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000

1680 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900

4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (20) 3021 2400

Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001

alberto@grupoarcano.com



---

Grupo Arcano - Presenting Sponsor of the Startup Showcase at eMerge Americas - Miami, April 18-19 2016





**From:** **Alberto Chang-Rajii** alberto@grupoarcano.com
**Subject:** Receipt of Funds from Grupo Arcano Corp
**Date:** 24 March 2016, 13:04
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Maria Alejandra Mera alejandra.mera@banchile.cl, Carolina Briones carolina.briones@grupoarcano.com, Jose
Antonio Morales Llanos mjose@bancochile.cl



Hi Maria Elena,

I wanted to tell that our parent company in the United States: Grupo Arcano Corp is reimbursing us for expenditure on various dollar transfers
that are going to the dollar account of Onyx Capital S.A. during the course of next week, so please settle and deposit them in the pesos current
account when they arrive and contact us please.

I'm sending a copy, the first is for USD 100,000.

Thanks,

A.



From: **Maria Elena Kusch Rios** mekusch@bancochile.cl
Subject: RE: USD 160,000 (Public)
Date: 28 March 2016, 15:12
To: Alberto Chang-Rajii alberto@grupoarcana.com
Cc: Carolina Briones carolina.briones@grupoarcano.com, Jose Antonio Morales Llanos mjose@bancochile.cl

OK Alberto we'll attend to it first thing tomorrow.

Rgds
**Maria Elena Kusch Rios**
Account Executive of
Banca Privada El Bosque Alerce
Telephone 02-24687733 | Mobile 62076532
Email: mekusch©bancoedwards.cl



# BANCO EDWARDS | citi

of the Banco de Chile

Citi with the design of the arch is a registered trademark of Citigroup Inc. Use under licence.


Commercial team
Sub-manager: Mary Carmen Marin Email: mmarinv@bancoedwards.cl
Commercial Assistant: José Morales Llanos Email: jmorales@bancoedwards.cl


**From:** Alberto Chang-Rajii [mailto: alberto@grupoarcano.com]
**Sent:** Monday, 28 March 2016 15:04
**To:** Maria Elena Kusch Rios
**CC:** Jose Antonio Morales Llanos; Alejandra Mera; Carolina Briones
**Subject:** USD 160,000

Hi Maria Elena,

I hope you are well, could you transfer USD 160,000 (one hundred and sixty thousand dollars) from the dollar account of Onix Capital S.A. to the dollar account of Highlander S.A. ? We have to pay an international supplier tomorrow.

Thanks,

A.

**Alberto Chang-Rajii**

**President & Founder**
**GRUPO ARCANO**



**From:** **Alberto Chang-Rajii** achr74@gmail.com
**Subject:** Tx 23MM
**Date:** 30 March 2016, 11:31
**To:** Maria Elena Kusch Rios mekusch@bancochile.cl
**Cc:** Carolina Briones carolina.briones@grupoarcano.com, Jose Antonio Morales Llanos mjose@bancochile.cl

Hi María Elena,

Could you transfer $ 23,000,000 from the pesos account of Highlander S.A.to the following account:

Servicios, Asesorías Administrativas y Cobranzas Ltda.
RUT: 77.606.840-3
Banco Santander
Current a▬▬▬ 344-0

Thanks,

A.

**Alberto Chang-Rajii**

# Alberto Chang-Rajii








**From:** Jose Antonio Morales Llanos mjose@bancochile.cl
**Subject:** RE: Tx USD 158,000
**Date:** 30 March 2016, 11:20
**To:** Carolina Briones carolina.briones@grupoarcano.com

**Ok**

**José Antonio Morales Llanos**
Commercial Assistant
Banca Privada El Bosque Alerce
Telephone 02-4687737
Email: jmorales@bancoedwards.cl



**BANCO EDWARDS | citi**
of the Banco de Chile

Citi with the design of the arch is a registered trademark of Citigroup Inc. Use under licence.

**From:** Carolina Briones [mailto: carolina.briones@grupoarcano.com]
**Sent:** Wednesday, 30 March 2016 11:11
**To:** Jose Antonio Morales Llanos
**Subject:** Fwd: Tx USD 158,000

JOSE,
REQUEST ATTACHED.

REGARDS,

Carolina Briones





**Carolina Briones**
**PA to Alberto Chang-Rajii**
Av. Las Condes 11.380 Of. 41, San Damián, Santiago - Chile
+56 (2) 2656 8000
1660 Michigan Ave. Suite 913, Miami Beach, FL 33139 - USA
+1 (305) 535 9900
4th Floor, 20 Woodstock St. Mayfair, London W1C 2AN - UK
+44 (70) 3021 7400
Level 15, 25 Bligh St. Sydney, NSW 2000 - Australia
+61 (2) 9235 0001
carolina.briones@grupoarcano.com

**Grupo Arcano - Presenting Sponsor of the Startup Showcase at eMerge Americas - Miami, April 18-19 2016**



This e-mail and attachments, if any, are confidential and solely intended for the use of the individual or entity to whom they are addressed. If you receive this e-mail in error, we kindly request you to notify the sender immediately, and to delete the e-mail and the attachments. The publication, copying or distribution of the e-mail and attachments by others than the intended person(s) is prohibited. Please be aware that the contents of any e-mails sent to Grupo Arcano may be periodically monitored and reviewed in accordance with lawful business practice. The sender cannot guarantee the security of electronic communication and is not liable for any negative consequence of the use of electronic communication.

Start of the forwarded message:

**From:** Maria Alejandra Mera <alejandra.mera@banchile.cl>
**Subject: RE: Tx USD 158,000**
**Date:** 30 March 2016, 9:46:34 GMT-3
**To:** Alberto Chang-Rajii <achr74@gmail.com>, Maria Elena Kusch Rios <mekusch@bancochile.cl>
**Cc:** Jose Antonio Morales Llanos <mjose@bancochile.cl>, Carolina Briones <carolina.briones@grupoarcano.com>

Alberto, Hi,
Dollars sold at $675.60.

Regards

**Alejandra Mera Rusque**
Banchile Inversiones
El Bosque 500, piso 2
Los Condes - Chile
Tel: (56-2) 468 7745
Fax: (56-2) 468 7858
www.banchileinversionesd

**From:** Alberto Chang-Rajii [mailto: achr74@gmail.com]
**Sent:** Wednesday, 30 March 2016 9:26
**To:** Maria Elena Kusch Rios
**CC:** Jose Antonio Morales Llanos; Carolina Briones; Maria Alejandra Mera
**Subject:** Tx USD 158,000

Hi María Elena,

Can you debit USD 158,000 (one hundred and fifty-eight thousand dollars) from the dollar account of Onix Capital S.A., and pay it at market value to the peso account of the same company and from there transfer it to:

Servicios, Asesorias Administrativas and Cobranzas Ltda.
RUT: 77.606.840-3
Banco Santander
Current a/c: 344-0

Thanks,

A.

**Alberto Chang-Rajii**


**Alberto Chang-Rajii**






**Before you print this document, ask yourself whether it is really necessary to do so**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL NOTE: The information transmitted in this message and/or attachments is confidential and is intended only for use of the person or entity to whom it is addressed. If you are not the intended recipient, any retention, dissemination, distribution or copy of this information is strictly prohibited and sanctioned by law. If you received this message in error, please reply us this same message and delete this message and all attachments. Since integrity of electronic mail cannot be guaranteed, Banchile shall not be responsible if the contents of this message and/or its attachments should be modified or altered in any manner. Thank you for your attention to this matter.

www.banchileinversiones.cl
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# CERTIFICATE OF TRANSLATION

## TRANSPERFECT LEGAL SOLUTIONS

TransPerfect Translations Ltd, 45 Moorfields 5th Floor, London, EC2Y 9AE, a professional translation agency and international communications firm, is competent to translate from **Spanish** into **English**. We hereby certify that this translation is, to the best of our professional knowledge and belief, a faithful rendering of the following document:

**Emails - Bank account traceability**

Signed:

Name: Calum Adair

Title: Account Executive

Date: 20th October 2016

# *Exhibit C*

***Proposed Order***

In re:                                                                 Chapter 15

ONIX CAPITAL S.A.,                                          Case No.:

        Debtor in a Foreign Proceeding.
_____/

**ORDER GRANTING RECOGNITION OF FOREIGN**
**MAIN PROCEEDING PURSUANT TO §§ 1515 AND 1517 OF**
**THE BANKRUPTCY CODE AND GRANTING RELATED RELIEF**

This matter came on for hearing on _____ ____, 2016 ("Hearing"), upon the Verified Petition for Recognition of Foreign Main Proceeding Pursuant To §§1515 and 1517 and Request for Hearing ("Chapter 15 Petition") (ECF No. ___), of Mr. Carlos Parada Abate as Liquidator ("Foreign Representative") of Onix Capital S.A. (the "Debtor"), seeking recognition and related relief pursuant to Chapter 15 of the Bankruptcy Code, of the foreign bankruptcy proceeding of Onix Capital S.A. (the "Chilean Proceeding") pending before the 30th Civil Court of Santiago (the "Chilean Court") in Santiago, Chile.  The Court, having considered the Chapter 15 Petition, its attachments, the argument of counsel at the Hearing, and being otherwise duly informed, makes the following order.

The Court finds:

A.      Due and timely notice of the filing of the Chapter 15 Petition and the Hearing was given by the Foreign Representative as directed by this Court and

B.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. §§ 109 and 1501.

C.    Venue of this proceeding is proper in this judicial district pursuant to 28 U.S.C. § 1410.

D.    This is a core proceeding under 28 U.S.C. § 157(b)(2)(P).

E.    Mr. Parada Abate qualifies as a "foreign representative" as defined in 11 U.S.C. §101(24).

F.    This Chapter 15 case was properly commenced pursuant to 11 U.S.C. §§ 1504, 1515, 1517.

G.    Trustee has met the requirements of 11 U.S.C. §§ 1515(b), 1515(c), 1515(d), and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.

H.    The Chilean Proceeding is a foreign proceeding under 11 U.S.C. §§ 101(23) and 1502(4).

I.    The Chilean Proceeding is entitled to recognition by this Court under 11 U.S.C. § 1517.

J.    The Chilean Proceeding is pending in Santiago, Chile.  Chile is the country where Onix Capital S.A. has its center of main interests and, accordingly, the Chilean Proceeding is a foreign main proceeding, under 11 U.S.C. § 1502(4), entitled to recognition as a foreign main proceeding under 11 U.S.C. § 1517(b)(1).

K.    Foreign Representative is entitled to all relief provided under 11 U.S.C. § 1520, without limitation.

L.    Foreign Representative is further entitled to the relief expressly set forth in 11 U.S.C. § 1521.

M.    The relief granted by this Order is necessary and appropriate, in the interests of public and international comity, consistent with the public policy of the United States, warranted

pursuant to 11 U.S.C. § 1521 and will not cause any hardship to the creditors of Onix Capital S.A. or other parties that is not outweighed by the benefits of the relief being granted.

Accordingly, it is ORDERED AND ADJUDGED that:

1.      The Chilean Proceeding is granted recognition as a "foreign main proceeding" under 11 U.S.C. § 1517.

2.      The Chilean Proceeding, including the Orders of the Chilean Court commencing the Chilean Proceedings and appointing Mr. Parada Abate as Liquidator attached to the Chapter 15 Petition, shall be given full force and effect and be binding on and enforceable in the United States against all persons and entities.

3.      Foreign Representative is entrusted with the full administration and realization of all or a part of the Debtor's bankruptcy estate and assets within the territorial jurisdiction of the United States.

4.      Foreign Representative shall have the authority to act independently to carry out any of the duties and powers granted by this Order.

5.      The provisions of 11 U.S.C. § 1520 apply, without limitation, to this proceeding.

6.      All persons and entities are stayed from commencing or continuing any action or proceeding concerning the assets, rights, obligations or liabilities, of the Debtor or the Debtor's bankruptcy estate, located in the United States.

7.      All persons and entities are stayed from executing against the assets, of the Debtor or the Debtor's bankruptcy estate, located in the United States.

8.      All persons and entities are prohibited from transferring, encumbering or otherwise disposing of any assets, of the Debtor or the Debtor's bankruptcy estate, located in the United States.

9.      All persons and entities provided notice of the Chapter 15 Petition and the Hearing thereon who are in possession, custody or control of property, or the proceeds thereof, of the Debtor or the Debtor's bankruptcy estate, located within the territorial jurisdiction of the United States, shall immediately advise Foreign Representative by written notice sent to the following addresses:

Attn: Mr. Carlos Parada Abate
Cerro El Plomo W669 Street, Suite No. 908
Municipality of Las Condes
Santiago, Republic of Chile

With a copy to:

Attn: Edward H. Davis, Jr.
Arnoldo B. Lacayo
Cristina Vicens Beard
Astigarraga Davis Mullins & Grossman, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131

which written notice shall set forth: (i) the nature of such property or proceeds; (ii) when and how such property or proceeds came into the custody, possession or control of such person or entity; and (iii) the full identity and contact information for such person or entity.

10.     Foreign Representative is authorized to examine witnesses, take evidence or seek the delivery of information concerning the assets, affairs, rights, obligations or liabilities of the Debtor or the Debtor's bankruptcy estate pursuant to §1521(a)(4), the Federal Rules of Bankruptcy Procedure, including without limitation the procedure of Fed. R. Bankr. P. 2004 and Local Rule 2004-1, without further order of this Court.

11.     Foreign Representative is further authorized to operate and may exercise the powers of a trustee under, and to the extent provided by 11 U.S.C. §§ 363 and 552.

12.     This Court shall retain jurisdiction with respect to the enforcement, amendment or modification of this Order, any requests for additional relief or any adversary proceeding brought in and through this Chapter 15 case, and any request by any person or entity for relief from the provisions of this Order.

13.     This Court shall retain jurisdiction with respect to the administration, realization, and distribution of the assets of the Debtor within the territorial jurisdiction of the United States.

14.     Foreign Representative is directed to serve a true and correct copy of this Order by electronic filing via the CM/ECF system with the Clerk of Court upon those persons or entities who have appeared by counsel and requested electronic notification of filings in this case and United States mail, first class postage prepaid, upon any other known creditors in the United States, and any other person or entity known to have to have dominion and control over assets of the Debtor in the United States, all of which shall be sufficient to give notice of this Order.

15.     A motion to vacate or to dismiss this Order or otherwise object to recognition may be filed no later than the 60th day after the first date that any person or entity receives notice of this Order.

### 

Submitted by:

Edward H. Davis, Jr., Esq.
Arnoldo B. Lacayo, Esq.
Cristina Vicens Beard, Esq.
ASTIGARRAGA DAVIS
MULLINS & GROSSMAN, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: edavis@astidavis.com
alacayo@astidavis.com
cvicens@astidavis.com

Arnoldo B. Lacayo shall serve a copy of this Order on all interested parties entitled to service and file a certificate of service thereafter.